UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRIARCH ARCHITECTURAL SERVICES, P.C.,

        Plaintiff,                     CIV NO.: 11-CV-2708 (AKH)

  - against -

MEDALLION INC., VLADIMIR VORONCHENKO     **DECLARATION OF EVAN MANDEL**
and GARTH HAYDEN ARCHITECT,

        Defendants.
------------------------------------------------------------------X

      **EVAN MANDEL** declares under penalty of perjury that the following is true and correct:

      1.      I am a member of Mandel Bhandari LLP, counsel to Plaintiff Triarch Architectural Services, P.C. ("Triarch") in this action.  I submit this declaration in support of Triarch's motion to amend the Complaint.  I have knowledge of the facts of this case as a result of my observations.

      2.      Attached as Exhibit 1 is a true and correct copy of Triarch's Complaint in this action.

      3.      Attached as Exhibit 2 is a true and correct copy of the Court's docket sheet in this action.

      4.      Attached as Exhibit 3 is a true and correct copy of the Court's Civil Case Management Plan in this case.

      5.      Attached as Exhibit 4 is a true and correct copy of Triarch's Complaint that Triarch filed against Defendant Medallion Inc. in New York State Supreme Court.

2

      6.      Attached as Exhibit 5 is a true and correct copy of Triarch's Proposed First Amended Complaint.

Dated: March 23, 2012
       New York, NY

                                  /s/ Evan Mandel

                                  Evan Mandel