UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
TRIARCH ARCHITECTURAL SERVICES,   Civ. No. 1:11-CV-02708 (AKH)
P.C. and TRIARCH, INC.,

               Plaintiff,

-against-                                **AFFIDAVIT OF**
                                          **ALBERT WESLEY McKEE**
MEDALLION INC., VLADIMIR
VORONCHENKO and GARTH HAYDEN
ARCHITECT,

               Defendants.
---------------------------------X
STATE OF NEW YORK  )
                          ss.:
COUNTY OF NEW YORK )

    I, Albert Wesley McKee, Esq., hereby certify as follows:

1. I am an attorney at law admitted to practice in the Southern District of New York, am a partner in the firm of Gogick, Byrne & O'Neill, LLP, attorneys for defendant Garth Hayden Architect, and am responsible for the day-to-day handling of this matter. As such, I have personal knowledge of the within matters.

2. Annexed hereto as Exhibit "A" is a true and complete copy of the Complaint filed on April 20, 2011, inclusive of Exhibits A and B thereto.

3. Annexed hereto as Exhibit "B" is a true and complete copy of the Amended Complaint, inclusive of Exhibits A through D thereto.

4. Annexed hereto as Exhibit "C" is a copy of the plans of Garth Hayden dated June 15, 2008, stamped "acceptable for permit" on June 26, 2008.

5. Annexed hereto as Exhibit "D" is a copy of the contract between Triarch, Inc. and Medallion, Inc.

6. Annexed hereto as Exhibit "E" is a true and accurate copy of Triarch's plans dated December 18, 2008.

7. Annexed hereto as Exhibit "F" is a letter dated January 27, 2009, terminating the services of Triarch.

8. Annexed hereto as Exhibit "G" is a copy of the State Complaint filed by Triarch Architectural Services, P.C. against Medallion, Inc.

9. Annexed hereto as Exhibit "H" is a true and accurate copy of the condensed version of the deposition of Stephan Corelli.

10. Annexed hereto as Exhibit "I" is a true and accurate copy of the condensed version of Day 1 of the deposition of Michaela Deiss, dated May 10, 2012.

11. Annexed hereto as Exhibit "J" is a true and accurate copy of an email exchange dated August 25, 2008.

12. Annexed hereto as Exhibit "K" is a true and accurate copy of the condensed version of the deposition of Gary Braverman.

13. Annexed hereto as Exhibit "L" is a true and accurate copy

of an email exchange dated September 3, 2008.

14. Annexed hereto as Exhibit "M" is a true and accurate copy of the condensed version of the deposition of Vladimir Voronchenko.

15. Annexed hereto as Exhibit "N" is a true and accurate copy of an email exchange dated September 16, 2008.

16. Annexed hereto as Exhibit "O" is a true and accurate copy of an email exchange dated September 25, 2008.

17. Annexed hereto as Exhibit "P" is a true and accurate copy of the condensed version of the deposition of Garth Hayden.

18. Annexed hereto as Exhibit "Q" is a true and accurate copy of the condensed version of the second day's deposition of Michaela Deiss, dated May 18, 2012.

19. Annexed hereto as Exhibit "R" is a true and accurate copy of the condensed version of the deposition of Pepe Calderin.

20. Annexed hereto as Exhibit "S" is a true and accurate copy of the amended plans filed by Garth Hayden in August of 2009.

21. Annexed hereto as Exhibit "T" is a true and accurate copy of an email dated July 8, 2009 with attachments.

I certify that the above statements are accurate to the best of my knowledge, and I am aware that if any of the above statements are willfully false, I am subject to punishment.

_____
Albert Wesley McKee

Sworn to before me this
14th day of November, 2012.

_____
Notary Public

MAGEDA T. FARHOUD
Notary Public State of New York
No. 01FA6155463
Qualified in Kings County
Commission Expires November 13, 20 14