UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TRIARCH ARCHITECTURAL SERVICES,    Civ. No. 1:11-CV-02708 (AKH)
P.C. and TRIARCH, INC.,

           Plaintiff,

                                    **SUPPLEMENTAL**
-against-                      **AFFIDAVIT OF**
                                    **ALBERT WESLEY McKEE**

MEDALLION INC., VLADIMIR
VORONCHENKO and GARTH HAYDEN
ARCHITECT,

           Defendants.
----------------------------------X

      I, Albert Wesley McKee, Esq., hereby certify as follows:

1. Annexed hereto are Exhibits "G" through "T" of my Affidavit.

                                       /s/Albert Wesley McKee
                                       Albert Wesley McKee