have no idea. I mean, it doesn't really work like that.

Q. Why is that?

MR. MANDEL: Objection. Same objections.

A. I suppose if we had done fifty thousand dollars' worth of work, on the basis of what our contract provided, and then we either resigned or were terminated in accordance with the contract, and there are specific provisions for the termination, but were those to be met, and we'd been paid X amount of dollars and we completed X amount of work, then I presume it would be a wash.

But in terms of exactly what that is, I mean, you'd have to kind of get into the mechanics of it.

MO MR. MANDEL: Objection, move to strike.

Q. Did you tell Medallion what it would cost for them, the project would cost for them up front?

A. No.

Q. Was there any discussion at any point

in time as to what the cost would be for the project?

A. Are you asking was there a budget established?

Q. No. Did you ever discuss what the costs would be? "It's going to cost you X number of dollars, I think"?

MR. MANDEL: Objection, asked and answered.

You may answer.

A. No, not really.

Q. Now, let me ask you this:

Let's say Medallion had paid you $300,000 and it turns out that in your view, the cost should have been, for this project, $2 million. You came up with a bill for $2 million.

Would it still be your view that Medallion would not be entitled to the drawings that were prepared?

MR. MANDEL: Objection, calls for speculation, calls for legal conclusion. This is a complete and total waste of time, but you can answer if you can.

A. I don't really understand the

question.

Q. The question is this:

Let's say Medallion paid you $300,000 on this job.

A. Isn't this speculative?

Q. It's called a hypothetical, and I'm allowed to ask you a hypothetical question so I can examine what your understanding of the facts are.

A. Okay.

Q. Now, so my hypothetical is as follows:

Medallion paid you, let's say, $300,000.

A. Okay.

Q. And you decided in your bill that it would be for $350,000. Would that mean after, it paid you the $300,000, Medallion would still not be entitled to the drawings that were prepared?

MR. MANDEL: Same objection.

Q. You can answer.

A. I still don't really understand the question.

Q. I'll try it again. Medallion pays you, this is my hypothetical, Medallion pays you

$300,000 for the services that Triarch provided. But Triarch sends a bill after that, that it comes out to $350,000.

So according Triarch, it still owes, Medallion still owes another $50,000. Would Medallion at that point not be entitled to the drawings that were rendered?

MR. MANDEL: Same objection. Calls for a legal conclusion as well as the other objections.

A. I have no idea. I don't know.

Q. Okay. But here you know that Medallion wasn't entitled to the drawings that Triarch rendered because it didn't pay enough money, is that right?

MR. MANDEL: Objection.

A. I don't -- no, they are not entitled to the drawings because they didn't live up to their side of the bargain, per the contract.

Q. Which is what? They didn't pay enough money, correct?

MR. MANDEL: Objection.

Q. You can answer.

A. That's part of it.

Corelli

Q. What's the rest of it?

A. Well, they didn't terminate us properly.

Q. How did they not terminate you properly?

MR. MANDEL: Objection.

THE WITNESS: When you say objection, am I supposed to answer or not?

MR. MANDEL: You can answer unless I instruct you not to answer. And I'll only instruct you not to answer where the questions are outrageous or where they violate attorney-client privilege.

THE WITNESS: So you're objecting for the record and I can answer.

MR. MANDEL: Exactly.

A. I'm sorry, can you please --

Q. How were you not terminated correctly?

MR. MANDEL: Objection.

A. Well, you'd have to refer to the contract.

Q. I'm asking you. You said they weren't terminated correctly -- you weren't terminated correctly. I'm asking you how.

Corelli

MR. MANDEL: Objection. Objection. Asked and answered. He said you look at the contract. If you want to take out the contract, and ask him about the termination provision, do so. This isn't a memory test.

MR. ISRAEL: I don't want to.

Q. I want to ask you what your understanding is. You said freely, before, without looking at any documents, that Triarch wasn't terminated correctly. Now I'm asking you, how was it not terminated correctly?

MR. MANDEL: Objection, argumentative, asked and answered. Calls for a legal conclusion.

Q. If you don't know, you don't know. That's fine.

THE WITNESS: Can I answer?

MR. MANDEL: If you can answer.

A. My understanding is that, in order to terminate me pursuant to the contract, they had to give me seven written days' notice if the project was suspended for 90 days or more. In the event that it wasn't, they did not have the right to unilaterally terminate me. And if they did,

Corelli

they'd be responsible for paying the entire architectural fee that was due under the agreement as a result of their egregious default.

Q. That's how you weren't terminated correctly.

A. That's my understanding of it, but I'm not a lawyer.

Q. Okay. Now, your colleague testified the other day that there were two instances where Triarch registered copyrights of its drawings. This is one instance. She did not identify, and I'll represent to you that she did not identify the other instance, so what I'd like to know from you is the other instance where Triarch copyrighted its drawings.

MR. MANDEL: Objection. Mischaracterizes prior testimony.

A. And I have no knowledge of any of that.

Q. Okay. So are you aware of any other instances where Triarch copyrighted its drawings?

MR. MANDEL: Objection.

A. I'm not aware of the mechanics of that. It was handled by an attorney.

Corelli

Q. I'm asking you if you're aware. You're aware that Triarch copyrighted drawings in this instance, is that right?

A. I am.

Q. Is this, to your mind, the only instance that you're aware of where Triarch copyrighted its drawings?

MR. MANDEL: Objection.

A. I don't know.

Q. So you're not aware of any others, is that correct?

MR. MANDEL: Objection.

A. I just don't know.

Q. So you're not aware if there are any others one way or the other, correct?

MR. MANDEL: Objection, asked and answered.

Q. I'm trying to understand.

MR. MANDEL: Objection.

Q. You can answer.

MR. MANDEL: Objection.

A. I don't know.

Q. Okay. Did anyone else have any, make any contribution to the drawings that were

Corelli

rendered by Triarch?

MR. MANDEL: Objection.

You may answer.

MR. ISRAEL: What's the basis for the objection?

MR. MANDEL: Vague.

MR. ISRAEL: You're limited to making objections as to form. So your objection is as to the form of the question?

MR. MANDEL: Correct.

Q. Can you answer my question?

A. There were professional staff employed in the office that worked on document production.

Q. You're talking about employed by Triarch?

A. That's correct.

Q. Anyone outside of the Triarch organization that made any contributions to the drawings that Triarch rendered?

MR. MANDEL: Objection.

A. No, I don't think we had any other consultants. I don't think so.

Q. Did Vladimir Voronchenko make any contributions?

Corelli

A. To the drawings?

Q. Yes.

A. No, he was the client.

Q. So if he said to you, "I want something in this design," would that not be making a contribution to the drawings?

MR. MANDEL: Objection.

A. Well, that would be a clients's input in the thing, but he wouldn't be changing the drawings, no.

Q. Well, he wouldn't be physically drawing --

A. I thought that was your question.

Q. No, it wasn't. My question is, would he be contributing anything that would be reflected in the drawings?

MR. MANDEL: Objection.

Q. Telling you that he wanted something in there that would be recorded in the drawing.

A. Possibly.

Q. Well, is it possibly or is it yes?

MR. MANDEL: Objection, argumentative, asked and answered.

A. It depends on the circumstances. You

Corelli

know, he -- I can give -- with the bathroom, for example, he said it was too loft-like. So he wanted, he gave us suggestions for things that we should consider in the design of the bathroom.

So when we were developing the design, we considered his input and tried to, you know, accommodate them as best we can.

Q. Well, in accommodating him, did you ever use any of the ideas that he gave you and implement them in the drawings?

MR. MANDEL: Objection.

A. No.

Q. You never did that?

MR. MANDEL: Objection. Argumentative, asked and answered.

Q. You can answer.

MR. MANDEL: The tone of these questions is completely outrageous. What is not coming through on the record is that these questions are being shouted at the witness. It is a completely inappropriate form of questioning.

Now, at this point, when Mr. Israel is getting an answer that he does not like,

Corelli

he's simply asking the question again. So I object to that. And we're going to cut this off early if it continues.

You should really ratchet down the tone.

Q. Do you think that I'm shouting at you now?

A. Not now.

Q. Was I ever shouting at you earlier today? Honestly?

A. I think you were a little belligerent.

Q. You think I'm belligerent?

A. You were.

Q. Was I shouting at you?

A. I think that you were being emphatic.

Q. Emphatic. Okay. I tend to be emphatic. Excuse me if I'm emphatic. I don't mean to make you uncomfortable, I just have a client to defend and I have questions that I think are relevant and I'd like answers to them.

A. I respect that, and believe me, I'm not uncomfortable. I'm a little warm, but I'm fine.

Q. But you're not uncomfortable by

Corelli

anything that I'm doing, am I right?

A. Do I feel physically threatened?

Q. Do you feel uncomfortable by anything --

A. I'm fine.

Q. Okay.

MR. ISRAEL: Could you read him back the last question that I asked, please?

(Record read.)

Q. Did there ever come a time when Mr. Voronchenko told you that he wanted to have something in a design and you put that thing in the design? He said he wanted to have something in the design and you incorporated his suggestion into the design?

A. Yes.

Q. Okay. What were the instances where that happened?

A. He wanted a very, very large flat-screen TV right in the middle of his living room. I tried to talk him out of it. What else specifically? Um -- that's the only specific thing that I can recall that he directed us to incorporate in the design.

Corelli

Q. There may have been others but you don't recall, is that --

A. No, because the process isn't like that. He doesn't come with a list and say, "Put this here," "Put this here," "Put this here." That's not the way the design process works.

Q. Well, did he ever say that wanted a particular material to be used, for instance, on a door?

A. No, it was more what he was trying to achieve in terms of an ambience, a character, a result.

Q. Would he ever suggest a color that he wanted to be used?

A. No, it was more, he would react to things. For example, when we started out with a paneling, he thought it was a little bit too literally historical. It was referencing, say, 1930s decorative arts too literally. He said, "Can you work on that a little bit more. It should be somewhat more abstracted." So we did.

Q. Now, can you see any reason why your colleague, who was deposed the other day, would testify that Mr. Voronchenko did say that he

Corelli

wanted certain colors and that he did want certain materials? Is it because she would know more about this kind of thing or --

A. Absolutely --

MR. MANDEL: Objection. Mischaracterizes prior testimony. Argumentative. And calls for speculation.

And I would just ask that you let him finish the question before you start to answer.

THE WITNESS: I'm sorry.

Q. You started to say "absolutely." Can you finish the "absolutely" part of it, because I think you only got up to "absolutely."

MR. MANDEL: Objection.

A. Michaela was much more involved were the project and the document production and the design development and construction documents than I was.

Q. Okay. Earlier, do you remember there was a discussion of a group of some -- an architect in Russia who may have had some input into your designs? Do you recall that?

A. No.

Corelli

Q. All right. Let me show you the document, then. I'd like you to look at Exhibit number 24.

MR. ISRAEL: Can you give him this, please.

MR. McKEE: Off the record.

(Discussion off the record.)

MR. McKEE: Here's Exhibit 24.

Q. If you look at 24, you'll see that there's an e-mail at the top that's transmitted to Michaela --

A. Yes.

Q. -- Deiss. And -- I'm sorry, from her. And it says, for your information, sent to another person, Aaron Boucher, and beneath it is an e-mail from Garry Braverman to Michaela, and finally, beneath that is yet another e-mail to Garry Braverman from somebody at an entity called -- at a company called Libracon, do you see that?

A. I do.

Q. So ultimately, within this chain of e-mails, I think we can conclude that Michaela received the bottom e-mail from, that was sent to Mr. Braverman, do you see that? You agree with

Corelli

that?

A. Maybe.

Q. All right. Well, are you familiar with this company called Libracon?

A. No.

Q. Are you aware of whether or not, where it says here, "I'm sending you latest drawings, I hope that architect will understand, I made correction on their models," do you see that?

A. Yes, I do.

Q. Did I read that correctly?

A. Yes, you did.

Q. Are you aware of whether a company called Libracon had made any corrections on models that had been provided by Triarch?

A. I'm not aware of that.

Q. Would this be something that Michaela would have more knowledge about, about whether this happened or not?

MR. MANDEL: Objection.

You can answer.

A. I don't know.

(Telephone interruption.)

Q. I'd like to you look at Exhibit number

Corelli

4. We'll put that aside for now. Take a look at 48, Exhibit 48, please.

I'm not going to ask you to read the whole thing, I think you read it earlier; but I'm going to direct your attention specifically to the language in the middle of the first page where it says that, "Triarch was retained," and it continues after that, "With the further understanding that Medallion would give its written approval of schematic designs of each aspect of the project before construction drawings of the aspect were prepared."

Do you see that?

A. I do.

Q. Did I read that correctly?

A. I did.

Q. Is that truthful?

A. No.

Q. Did anyone write to Mr. Wise to explain to him that that is not in fact the case?

A. No.

Q. To your knowledge?

A. Not that I'm aware of.

Q. And why is that?

Corelli

MR. MANDEL: Objection, you may answer.

A. Because when this happened, we said, "All right, the project is over, you know, lawyers, MEs -- it was clear that they didn't want to -- they wanted to terminate the project, so we sent them a final bill and then, you know, we were obviously very disappointed and that was that.

Q. When did you first have an inkling that you were going to be terminated on the project?

MR. MANDEL: Objection. He never said he had an inkling that he was going to --

MR. ISRAEL: Excuse me, he definitely did at some point. Like when he got the letter, he had an inkling at that moment.

Q. I'm asking you when you first got an inkling that you'd be terminated on the project.

A. Well, I had an inkling that I could have had some difficulty when my soon-to-be ex-wife said, "You can forget Voronchenko, I'm going to kill that." That was how she put it.

Q. Can you tell me, and you may have said this earlier, but I'm asking to you do it again,

Corelli

can you tell me when this took place approximately?

A. This will be the condensed version. I believe it was November or December of 2008.

Q. All right. I'd like to direct your attention now to Exhibit 37. I apologize for skipping around but I'm trying to do this as methodically as I can.

(A pause in the proceedings.)

Q. If you look at the e-mail on the second page --

A. Yes.

Q. -- where it's from Garry Braverman to yourself and it's dated September 15th, 2008 --

A. Yes.

Q. -- there's a reference here to a desire to get the Italians to start production. "Our priority is to get" -- what is that a reference to?

MR. MANDEL: Objection, asked and answered.

You may answer.

A. That is a reference to the Italian cabinetmakers that Vladimir had a relationship

Corelli

with that he wanted to do the millwork for the project.

Q. Okay. And how, if at all, was this addressed, the concern that's raised in this e-mail?

A. I beg your pardon?

Q. How, if at all, was this addressed, the concern that is raised in this e-mail, namely, getting the Italians started on production?

MR. MANDEL: Objection, asked and answered. You may answer.

A. Well, I believe I responded in e-mail form and tried to explain how the process worked so that they understood what we needed to do prior to starting to do paneling drawings.

And once we had a -- some, you know, clarity about the scope and, you know, that we were going to be concentrating on redoing the rooms in their more-or-less current configuration, we started to develop some proposals for how the cabinetry might be -- the paneling might be done. And then we got, you know, Vladimir responded to the paneling, said it was a little too literal, try something else, and it was just part of the

Corelli

design process, but they were anxious to -- they wanted to have these Italian millworkers work on the project.

Q. Did they want you to do that before you commenced doing any construction drawings?

A. Well, you can't do that. I mean, they are doing -- the paneling is based on the construction drawings. You can't just design -- I mean, it's for an apartment. It's like going into the rooms, you have to have the construction documents, you have to know kind of what's going where, how it fits, you know. It's a little more complicated than that.

Q. Well then how could they have started this at all --

A. They couldn't. They didn't know what they were doing. The Garry guy had -- he just -- he wasn't knowledgeable about the process. And so part of my thing early on was to sort of try to explain to him the way this process worked.

Q. Now, again, I'm jumping around. You can put that aside for a moment. Without taking out the drawings, the before, after and the middle drawings that we had before, but the documents

Corelli

that were submitted to the building department --

A. Okay.

Q. -- the ones that were initially submitted by Garth Hayden, your draft, your drawings and then the one that was finally submitted by Garth Hayden --

A. Okay.

Q. -- what I want to know is what you sent to the Copyright Office, which I assume is the middle section, the drawings that you made. How much of those drawings included work that was done by Garth Hayden?

MR. MANDEL: Objection.

Q. You can answer.

A. Work that was done? None.

Q. None.

A. None.

Q. So is it your testimony that when Garth Hayden submitted documents, or when he submitted drawings to the buildings department, none of it was a contribution that was made by you?

MR. MANDEL: Objection.

A. The contribution that was made by

Corelli

Garth Hayden was to define a scope of work and to get approval for that scope of work from the condominium board and from the Department of Buildings.

In order to do that, he had to prepare pretty schematic -- pretty bare-bones drawings and that scope of work was what limited our design. I mean, we had to work within, you know, like I couldn't blow open the kitchen. I couldn't make -- I couldn't borrow two feet from an adjacent bedroom and change the library and do certain other things.

And -- but that was it, really.

Q. So it's fair for me to conclude, then, that there was nothing in Garth Hayden's drawings that are reflected in the drawings that you made. Absolutely nothing.

MR. MANDEL: Objection, asked and answered. Mischaracterizes prior testimony.

MR. ISRAEL: I'm asking.

A. No, I mean, we did -- we did a scheme that was based on our design and based on our input from Vladimir.

Q. Okay. And you didn't need anything

from the drawings that originally existed by Garth, is that right?

MR. MANDEL: Objection, asked and answered. Several times now.

A. What do you mean, "anything"?

Q. To build, make your drawings, you didn't need any of the renderings that were previously prepared.

MR. MANDEL: Hold on. I object. This is not just repetitive of questions that were asked of the prior witness and questions that have been asked of the witness, and he's now asking this question for the third or fourth time in a row.

It's obvious he's harassing this witness, he's truing to intimidate this witness into changing his testimony and we're not going to continue if this --

MR. ISRAEL: Are you instructing him not to answer?

MR. MANDEL: No, he can answer.

Q. Okay, so answer the question.

A. So as I understand the question -- what was the question?

MR. MANDEL: It's the same question you've been asked three or four other times.

(Record read.)

A. We did not. And in fact, I had some difficulty earlier on today identifying that material that had been prepared by Mr. Hayden before we were involved. When we were engaged, one of the first things that we did was measure the apartment.

Q. So why did you write Mr. Braverman that, "If you would get the AutoCAD file for the existing layout to me, we could get started"? Why did you write him that?

MR. MANDEL: Objection.

A. Because we need the -- if you look in the standard agreement, the owner provides the survey of -- or documents of the apartment so that we can start designing. We need the as-built conditions to start working on our -- to start doing our work.

So they gave us a couple of plans. One of them may have even been -- I think it was even from the marketing materials or maybe it was one of the plans that we saw earlier, I don't

know. And we measured up the apartment. We started doing our design.

(Witness confers with counsel.)

MR. McKEE: Make the call.

(Recess taken.)

MR. ISRAEL: Could you give him Exhibit number 38, please.

(Document placed before the witness.

EXAMINATION (Cont'd.)

BY MR. ISRAEL:

Q. Would you look at the top of the page. This is a document that was produced by your lawyers in this case. The top of the page, it says, and this is from you, "We had a meeting this past week with the client to begin the process of as quickly as possible reworking much of what had been developed by a previous architect."

A. I'm sorry -- oh, I see. Okay. Yeah, that's actually an e-mail from me.

Q. Right.

A. Okay.

Q. So you're saying here that you had reworked, you commenced reworking the work of a previous architect. What architect is that whose

work you've been reworking?

MR. MANDEL: Objection.

THE WITNESS: Can I answer?

MR. MANDEL: If you can answer.

A. I'm not sure, but I think this person had been shown a whole bunch of different -- had been kind of back-and-forth with Vladimir. I mean, you can ask him, he's your client. But I think that it was basically, I was trying to keep her at bay because they were saying, "Oh, we have a construction manager. They can give us a price, they can do this."

And we had just started the project. We just started design. They weren't willing to hire a construction manager as a consultant. But they were, like, can we start feeding them stuff for pricing, and it was a little bit like the situation with the Italians.

We were just starting the process and it, you know, we weren't ready for a construction manager to start being able to do, you know, quantity takeoffs or some kind of, you know, costing for the work that we were doing, because we were just, you know, we were starting the

project. We were doing schematic design.

So I was trying to, you know, I told him we were just getting started, we had -- what did I say after that, hopefully, we'll -- so until we have done that, issues of pricing, subcontractor involvement, and so forth, are still up in the air.

Q. So whose work had you been reworking?

MR. MANDEL: Objection. Asked and answered. You've --

MO MR. ISRAEL: Move to strike the last answer.

MR. MANDEL: If you have anything to add to your previous answer, you --

MR. ISRAEL: I move to strike. I'd like an answer to my question.

Q. Whose work --

MR. MANDEL: Asked and answered.

MR. ISRAEL: That's fine.

Q. Whose work had you been -- architect's work had you been reworking?

MR. MANDEL: Objection, asked and answered.

A. I have nothing to add to what I've

said.

Q. You refuse to answer the question?

MR. MANDEL: Objection. Don't respond. He's now arguing with you.

Q. I'm reading the language from your e-mail. It says that you've been reworking much of what had been developed by a previous architect. See that language?

A. Yes.

Q. Does that sentence mean anything to you?

MR. MANDEL: Objection, asked and answered.

Q. Does it mean anything? Are you able to understand it?

MR. MANDEL: Asked and answered. This was covered extensively in Mr. McKee's questioning and now Mr. Israel is repeating this exact same question for the third or fourth time.

MR. ISRAEL: There's no need to do that. Are you instructing him not to answer or not? Are you?

Q. Okay, then answer the question,

please. What does that mean, whose work were you reworking, what architect's work are you --

MR. MANDEL: He's now asking the question for the fifth --

MR. ISRAEL: Will you let him answer the question? You want --

MR. MANDEL: Please don't interrupt me. You can ask your next question when I'm done making my objection.

If you have anything to add, you may do so at this time.

A. Well, I just -- I just -- I may be repeating myself, but we had -- there have been a number of different architects and interior designers who had been involved in the project, and we were brought in, there was a -- and we were basically starting from scratch, and they were trying -- I don't know if Garry or Vladimir, somebody wanted us to deal with this construction management person who wanted to start bidding documents, and it's like we weren't ready for it.

So it was a kind of a generic, like, we're working, we've had all this other stuff, and you know, we'll let you know as soon as we have

anything you can look at.

Q. Does this sentence refer to more than one architect or does --

A. There was --

MR. MANDEL: Objection.

Q. -- refer to one architect?

A. There was a whole bunch of schemes that different people had done.

Q. Does this refer to a whole bunch of schemes, this e-mail, or does it refer to the work by a previous, singular architect?

MR. MANDEL: Objection.

A. I think you're making much more out of this than exists.

Q. I'm just reading the language, that's all.

MR. MANDEL: Objection.

A. I know, but it's --

MR. MANDEL: Don't argue with him. If you have something else to say, say so.

A. I have nothing to add.

Q. So your answer is, is there more than one architect that's being referred to in this e-mail? That's the question.

Corelli

MR. MANDEL: Objection.

A. I don't recall.

Q. Okay. I'd like to you look at Exhibit number 30, please.

MR. ISRAEL: Would you please hand him Exhibit number 30.

(A pause in the proceedings.)

A. Okay.

Q. All right. We discussed this a little bit earlier but I'd like you to look at the second page, where there's a reference, I think, to a meeting at the job site with Voronchenko. Do you see that?

A. Is that the -- at the top of the page, it says 515 Park Avenue, 40119?

Q. Right.

A. Okay.

Q. Yes. Now, does this list encompass things that Mr. Voronchenko said that he was interested in having implemented in your design, in your drawings?

A. Well, I don't know. These were Michaela's meeting notes, so I don't know if these were things they talked about, she suggested, he

Corelli

thought she should consider, I have no idea.

Q. So these are things that I should ask her at a deposition.

MR. MANDEL: Objection.

Q. Right? You don't know the answer to them so I should ask her, right?

MR. MANDEL: Objection.

Q. He can't record that when you flip your hand like that --

A. I can't tell you how to do your job or --

Q. But she's the person who would have information about this --

A. I believe that she prepared this.

Q. Now, if you look at a few pages later where it says, "Meeting 515 Park Avenue," it also says 1/14/09, but the first entry it says, "Lobby, leather." Do you see that?

A. I do.

Q. Isn't it the case that Mr. Voronchenko was suggesting fabric that he wanted to have used in the apartment when it says "leather" and then it says living room suede?

MR. MANDEL: Objection.

Corelli

A. Well, typically when you're designing an apartment for somebody, the client will have things that they will want you to consider, things that they might like, things that they will suggest they might like to see in the design.

Q. So if it says, for instance, "Library ceiling lights around a gold border," that would be something that Mr. Voronchenko came up with, right?

MR. MANDEL: Objection. Mischaracterizes prior testimony.

A. That I don't know. Like --

Q. I'm not mischaracterizing. I'm asking you if that's something that Mr. Voronchenko would have suggested?

MR. MANDEL: Objection.

A. Let me try to help with you this. A little further along it says, "Cheryl Wagner hardware with stone to be considered."

Now, I don't know in your familiar with Cheryl Wagner products but they are ugly as sin. So we would say we'd consider it but we would find something much nicer, as an example.

Q. But ultimately it was his decision as

Corelli

to what would be used and what wouldn't be used, correct?

MR. MANDEL: Objection.

Q. If he didn't want something, you weren't going to force it on him, would you?

MR. MANDEL: Objection.

A. I couldn't, he's the client.

Q. Exactly. Now, if you look at the next page where says, "Telephone notes," and it says, in the middle of the page, it says, "Don't make corridor larger for more than five centimeters if it was not permitted in the drawings."

Do you see that?

A. I do.

Q. Do you know what that's a reference to?

A. That's a reference to Vladimir's concern about the condo board approval. And he was worried, I think, he was possibly worried about our design having to be reconsidered by the condo board. He was very gun-shy about that.

Q. So did you make an effort to have the design comport with that which had been approved already by the board?

Corelli

MR. MANDEL: Objection.

A. Yes, we did.

Q. And how did that occur? How did you make that effort? What did that involve?

A. Well, it involved scaling back the original -- in our initial meeting with him, we -- and at his, you know, he was very excited about it, we proposed a plan. And our first presentation was a plan that actually drew -- it's the plan I showed you, where we were going to do a much more extensive intervention.

And he loved the plan. He walked around with it for a week and then he decided, "You know what? I can't deal with going through the whole condo board again," because he was in his previous -- I think he told me it took him like ten months or something to get approval for a very minor scope of work.

I think he was just concerned that the project would be delayed if we did this ambitious thing. So he said, "You know, just do the design, try to limit yourself, you know, to more or less what they have approved."

Q. All right. And in doing that, isn't

Corelli

it the case that you had to use the drawings that were prepared by Garth Hayden which reflected that which was acceptable to the condo board?

MR. MANDEL: Objection. Asked and answered several times.

Q. You can answer the question.

A. As I've said before, the scope of work that Mr. Hayden's drawings envisioned was a limiting factor for our design. It wasn't as though his -- you know, that -- Garth Hayden didn't really design anything. He did a layout and said, you know, "This is a scope of work." And we were told that we should work within that limited scope of work.

Q. But it was the layout --

MR. MANDEL: Objection.

A. But the design -- I mean, look at all the drawings we did. The design work that we did, our work product isn't a quarter-inch layout. I mean, this is four-and-a-half, five months of intensive work. It's not a basic layout on a plan.

Q. Right. But it's within the confines of a layout that was prepared before you. You did

Corelli

it within those confines, correct?

MR. MANDEL: Objection, asked and answered. Several times.

A. It's just a copy of work. It's just -- it's like -- I mean, I don't know how else to put it.

MR. MANDEL: Don't repeat yourself. Feel free if it's a new question to provide new information. If it's an old question that you've already answered, just say so. He doesn't like your answers so he's asking the question again and again in the hopes that you'll change your testimony.

MR. ISRAEL: No, I'm just trying to get an answer to my questions. You know that, or you should know that if you've been practicing law.

Q. All right. I'm going to direct your attention to -- actually, this one I don't think has been marked yet. It's a little bit different than what you've been looking at earlier.

MR. ISRAEL: So I'm going to mark as Exhibit 53 a compendium of e-mails, some of which may have been included in your earlier

Corelli

exhibit, but for the sake of thoroughness, I'm having this marked separately because it seems to be more.

EXH (Defendant Exhibit 53, e-mail chain produced by Medallion, not Bates stamped, marked for identification, as of this date.)

Q. Could you take a moment to look through that document.

A. Sure.

(A pause in the proceedings.)

MR. MANDEL: Was this document produced by Medallion?

MR. ISRAEL: Yes.

MR. MANDEL: Okay. So just so the record is clear, this document, Exhibit 53, was produced by Medallion, however, for whatever reason, this copy has no Bates stamps on it.

MR. ISRAEL: That's right. It should have been produced. I just took this because it was the most convenient for me today.

(Witness perusing document.)

Q. I'd like to direct your attention to

Corelli

the text in the second page where it appears to be
an e-mail from you to Mr. Braverman.

A. Yes.

Q. And it says, "This number is a
reasonable estimate," and there's a discussion of
what the estimate is.

A. Yes.

Q. What, can you in your own words tell
me what that means, what the estimate was that you
were providing?

A. Yes, sure. First of all, and
parenthetically, this e-mail that I wrote was in
response to the e-mail that Mr. Braverman wrote to
me on December 10th that we covered in the earlier
deposition with Mr. Hayden's attorney, and it is a
response to -- my e-mail is a response to that one
in which I tried to clarify Garry's
misunderstanding of the bill, I think.

Q. All right.

A. Actually, you know something? This
appears to be completely out of order because this
e-mail is actually not in response to this e-mail.
It's in response to another e-mail that is the one
I referred to that we spoke to earlier. So your

Corelli

e-mail chain here is defective. I'd just point
that out to you.

Q. It could be, and if that's the case, I
apologize.

A. That's quite all right. Anyway, I
said that our budget -- anyway, in responding to
the correct e-mail, not this one, I said, "First
of all, I want to apologize for the invoice format
which is a little obscure. With this note I would
like to clarify it. I'm assuming that the budget
for this project including millwork will be
approximately $800,000. This number is a
reasonable estimate but obviously it could change.
Our fees for this work on a project would then be
800,000 times 17 percent," yadda-yadda yadda, and
then it just kind of describes everything.

Q. So you were anticipating that the fees
on the project would be at $136,000, correct?

A. At that time. But we obviously knew
it could change. It also depends very much on the
scope. And this is typical of virtually every
project that we work for. Unless we're given a
specific scope, you know, we'll give the client
initially some guidance in terms of what they

Corelli

could reasonably expect to spend. And we told, in
this case, I guess, our assumption was they were
going to spend a minimum of about $800,000 on
construction costs.

But I mean, that number, you could add
a zero to that if you want. It just depends on
what the client, you know, how ambitious they want
to be for the work.

Q. Sure. But this is pretty far along
because it says here, "We've completed the
schematic and design development" --

MR. MANDEL: Objection.

A. Yes, schematic and design development
is not that far along. The other thing is, with
Vladimir, he would --

Q. Says you've even --

MR. MANDEL: Objection, now you're
interrupting the witness.

MR. ISRAEL: I'm sorry.

A. So just so that you understand the
process, as you're doing this, even when you're in
design development, and we even start doing CDs
for some parts of this, we are dealing with a
client who would come back and say, you know, "You

Corelli

did all of this work. But you know what? Now
that I see it" -- and for a lot of this, because
we had to do highly detailed three-dimensional
renderings, we actually had to give the renderer
specific, like, detailed information. You can see
it in our plans, for, like, profiles of things and
materials, and proportions and so forth.

So we were actually generating full
CDs on certain parts of it just in order to do the
three-dimensional renderings. And then he would
change his mind. So that's why you, you know,
normally you finish design development and then
you go into construction documents. Here there
was a bit of an overlap just because of the
process.

Oh, by the way, looking here, your --
this thing -- this e-mail is actually a response
to this one (indicating) not this one
(indicating).

Q. You have to be a little bit more --
could you refer by the pages than --

A. The page, the third page that says,
"Subject, Phase I," in Garry's -- maybe it's this
one. Yeah. Phase I, I think my e-mail is a

Corelli

response to this e-mail.

Q. Okay. I got it. That actually makes sense. All right.

THE WITNESS: You know, while you're reviewing that, I'll be right back.

MR. ISRAEL: Go ahead.

(Recess taken.)

EXAMINATION (Cont'd.)

BY MR. ISRAEL:

Q. Had Triarch completed a hundred percent of the designs that it was supposed to do?

A. When we were terminated?

Q. Yeah, by the time you were terminated?

A. No.

Q. How much more remained to be done?

A. You know, I know we didn't bill. I think we only billed like, I'm not sure. It's like 80 or 90 percent. We were very, very far along, though. The -- in order to put, to finish those 19 or 20 sheets or whatever, and get them ready for issuing it as a full, complete bid sets, it was a fairly de minimis amount of work.

Q. Well, what did you register for copyright protection if they weren't completed?

Corelli

Did you complete it and then register or did you register that which had been done but not completed?

A. I believe we registered wherever we were at the time that the attorney copyrighted it. But it was far enough along that Mr. Voronchenko was able to take the construction documents and give them to a cabinetmaker and apparently have it fabricated, so...

Q. Do you know that for a fact, that that's what happened?

A. I believe so. My partner actually went to the millworking place in Italy and saw portions of it being assembled.

Q. And how would they have gotten those, the designs to do that work, to assemble them?

A. I believe Garry sent them the drawings that we'd given them. They were also working off the prospectives a lot, which is why they were doing those kind of shop drawings.

Q. Was there any indication on the copyright application that was filed for the drawings that they had not been completed yet?

A. I don't know.

Corelli

MR. MANDEL: Objection.

Q. Do you have a copy of the application that was filed?

A. Which application?

Q. The application for copyright protection?

A. Do I personally have one? No.

Q. Does your lawyer have one?

A. I don't know. I presume so. I don't know.

MR. ISRAEL: I haven't seen it.

THE WITNESS: Are we able to ask you?

MR. MANDEL: He's just asking you what you know.

A. I don't know.

Q. Well, I'll ask your counsel on the record to say whether he has a copy of it or not.

MR. ISRAEL: Do you?

MR. MANDEL: I don't believe I have a copy of it. I have looked for it to try and get it to you guys because I sensed you wanted it although I'm not sure there was a formal request, and I couldn't find it. And I'm in the process of reaching out to the

Corelli

prior counsel to try and obtain a copy.

Q. Do you recall having signed the copyright application?

A. I don't recall. I -- I may have.

Q. I don't want you to guess. If you don't remember, you don't remember.

A. No, I know I don't recall.

Q. Okay. So I gather, if I ask you who is listed as the author of the drawings, you won't know that either because you don't recall the application.

A. Yeah.

Q. So we have to see the application to know what it says, right?

(A pause in the proceedings.)

Q. Now, if the drawings weren't completed, I'm going to ask you another hypothetical question:

If the drawings weren't completed and the ultimate drawings that were used by Medallion weren't completed, were prepared by Garth Hayden, is it fair to say that something additional, at a minimum, something additional had to have been done to your drawings so that they would have been

Corelli

ready for construction?

    MR. MANDEL: Objection.

    A.  No, actually, it's exactly the opposite.

    Q.  Why is that?

    A.  Well, because if you review the drawings that we did, and the, all 19 sheets of them, and you see how much detail is in them, and you're trying to build something, and then you look at Mr. Hayden's drawings, he took in a sense summaries, like, of our elevations and all the rest of it.

    But there are all sorts of details and other information in our drawings that a cabinetmaker or a contractor would be very much aided by in trying to build what we designed to have. If he didn't have them, it would be a lot harder.

    And I have no doubt that when we see the work that is installed, while it will be a version of what we designed, it's not going to be nearly as good as it would have been if we'd been able to continue the process through.

    Q.  So Garth Hayden's drawings are very

Corelli

different from yours because --

    A.  No, no. No --

    Q.  You have to let me finish the question.

    A.  Okay.

    Q.  You have to let me finish the question.

    MR. MANDEL: Please don't interrupt him.

    Q.  I'm trying to understand what you said. You said that there's a great difference, and you can tell me if I'm wrong, that his drawings are far less detailed than your drawings, is that not correct?

    A.  That is correct. His drawings don't have all the detail that ours have.

    Q.  So they are very different?

    MR. MANDEL: Objection.

    A.  No, they are not different.

    Q.  They are not different but they are greatly different in terms of not having as much detail?

    MR. MANDEL: Objection, mischaracterizes prior testimony.

Corelli

    A.  His just don't have the detail --

    MR. MANDEL: Just answer the question if you can.

    A.  But the question was --

    Q.  The question is, are they very different in terms of the detail?

    MR. MANDEL: Same objection.

    A.  Those drawings that Mr. Hayden incorporated in his drawings, the elevations, the specific drawings, are very closely based on our drawings.

    In addition to those drawings, we prepared additional drawings that Mr. Hayden did not incorporate in his DOB set.

    Q.  So those aren't the basis for this lawsuit, though, those other drawings, are they?

    MR. MANDEL: Objection.

    Q.  Are those other drawings the basis for the lawsuit?

    MR. MANDEL: Objection, calls for a legal conclusion.

    A.  I have no idea.

    Q.  Do you want me to hand you your complaint that you filed to determine whether they

Corelli

were the basis --

    MR. MANDEL: If you want to hand him a complaint, that's not actually a question.

    MR. ISRAEL: All right. Off the record.

    (Discussion off the record.)

    MR. ISRAEL: I'm going to hand the witness what was previously marked. It is the proposed first amended complaint but there's some confusion as to what the marking is.

    A.  All right, so what's the question?

    Q.  Isn't it a fact that you're claiming that your work was copied in the drawings that were submitted by Garth Hayden to the Department of Buildings?

    MR. MANDEL: Objection.

    Q.  And if you -- you could look at paragraph 17 to see if I'm getting that correctly.

    MR. MANDEL: Objection.

    A.  So the question is, did Garth Hayden copy our drawings into the DOB drawings that he amended?

    Q.  The question is, is that the basis for

Corelli

your suit, the copying that took place in the DOB drawings.

MR. MANDEL: Same objection.

A. I'm sorry, I don't understand the question.

Q. The question is, you're suing Garth Hayden for copying your drawings, correct?

A. Yes.

Q. Okay. And the copying that you're suing over took place in connection with the drawings that were submitted to the Department of Buildings, correct?

MR. MANDEL: Objection.

A. That Garth Hayden provided to the Department of Buildings?

Q. Yes.

A. Yes.

Q. Okay. So the question is, that I'm asking you now, that brought us to this document is, I'm saying, you're not suing over any other drawings. You're suing over the drawings that were submitted to the Department of Buildings and you're claiming those drawings comprise the copyright infringement, isn't that correct?

Corelli

MR. MANDEL: Objection.

A. Well, I believe that's -- I think I'm also suing because the drawings were used in the main to build the apartment.

Q. What drawings?

A. That we prepared.

Q. But which drawings that you prepared?

A. The drawings that are behind you.

Q. Okay. So where is that in your complaint?

MR. MANDEL: Objection.

A. I don't understand why we're doing this.

MR. MANDEL: I don't understand why we're --

Q. We're doing it because you brought a lawsuit against my client and against Mr. Hayden and we're entitled to ask you questions about the basis for your copyright infringement claim. And if it's not clear to us, we have to find out the basis for it.

I showed you an allegation that refers to copying that took place in something that was filed with the Department of Buildings. You seem

Corelli

to have expanded your claim during the course of this deposition. I'm trying to understand what you've expanded to.

You're now saying that's not just the drawings that were submitted to the Department of Buildings and that it's something else. I'm trying to understand exactly what that is.

MR. MANDEL: Objection.

A. Okay.

MR. MANDEL: Asked and answered.

A. Okay. I'm not a lawyer. So you'll forgive me if I'm technically deficient in terms of answering your question. But as I understand it, taking our drawings and incorporating them in a DOB application without our authorization is something you're not supposed to do, nor is, was your client supposed to take our drawings, which he didn't pay us for, and then use those drawings to build his apartment.

That's what I understood the whole purpose of the copyright action to be about. Now, I'm not a lawyer, so I may be phrasing it incorrectly, I may not even understand the complaint or the way it was drafted because I'm

Corelli

not a lawyer. But that's the basis of, you know, the damage that we've suffered in this proceeding.

Q. So you're saying the copying is not only in the drawings that were filed in the Department of Buildings but, the actual layout of the apartment is a copy of your drawing?

MR. MANDEL: Objection.

A. Well, I don't know, since I haven't seen the apartment. You've been apparently -- it's been difficult to get in to actually see what was built. But we do know from Michaela's visit to the cabinetmaker in Italy that it would appear, from when she was there, that you were using order our to fabricate, I think she saw the library and some other stuff.

And if we look at Mr. Hayden's drawings, it would appear what's been filed with the DOB is a simplified version of what we designed.

Q. All right. So is it fair to say that, putting together the two thoughts, that the basis for the lawsuit, the -- the basis for the lawsuit is the drawings that Mr. Hayden filed with the Department of Buildings and the renderings that

Corelli

were done in Italy, based upon --

A. No, not renderings, there were --

Q. No, not renderings, just --

MR. MANDEL: Let him finish.

Q. Why don't you tell me how you would describe it.

MR. MANDEL: Objection.

You may answer.

A. The millwork. They were building the apartment and -- in Italy. They were building the millwork for the library and maybe some other elements of it. And Michaela saw that.

Q. I see.

A. You know, given the behavior, it's entirely possible that your client basically just directed Mr. Hayden to incorporate into his drawings our work and, you know --

Q. Well, I'm asking you what you know today. I don't mean to interrupt you. Were you done with what you're saying?

A. You can interrupt me. I was rambling as usual.

Q. No, you -- what I'm trying to get clear on today, is, I'm not asking to you

Corelli

speculate on what may or may not have happened. I'm asking you what you're aware of now.

What you're aware of is that the millwork was duplicative or was a copy of your drawings, of a portion of your drawings?

A. That's correct.

Q. And from your perspective, the drawings that were designed by Garth Hayden were copies of your drawings.

A. That's correct.

Q. That's it. You're not aware of, personally aware, you don't have a direct knowledge of any other copying that took place?

A. I think that about covers it.

Q. Now, are you aware, other than circumstantially, are you aware of -- do you have any facts at your disposal that show that a literal copying took place, namely that Mr. Hayden literally copied your drawings when he prepared the drawings that were submitted to the Department of Buildings?

MR. MANDEL: Objection.

A. Yes.

Q. What is that information? What do you

Corelli

base that on?

A. Well, I base that on a kind of, a careful analysis that we did of his post-approval amendment DOB filing with the drawings that were prepared in our office for the interior elevations for the different rooms that we designed.

And they are basically -- the graphics are a little bit different, you know. Our drawings are a little more elegant, but it's basically the same design. There are a couple of things that have been tweaked that we noticed; for example, in the library, those LaLique panels that we never had an opportunity to incorporate into the design were just added in a very inelegant and awkward way into the library. But other than that, it's the same library that we designed.

Q. Okay. I guess my -- I guess I wasn't clear on my question. What you just described, you're drawing a conclusion based upon the similarity of the pictures. That's what you're doing. But you don't have any direct knowledge of a copying that took place; is that --

MR. MANDEL: Objection.

A. I was talking about Hayden's office.

Corelli

But if it walks like a duck and it talks like a duck, I mean, if the drawings are the same, the drawings are the same or largely the same. And if Michaela goes to Italy and she sees them making our drawings, and she has a conversation in Italian with the guy, and he even said, "Here's your library, here's your soffit, doesn't this look beautiful," he doesn't know what was going on.

So...

MR. ISRAEL: Why don't you take a minute. Find out if you're staying or going.

(Recess taken.)

EXAMINATION (Cont'd.)

BY MR. ISRAEL:

Q. I'd like you to look at Exhibit number 25.

MR. ISRAEL: Could you hand him 25, please?

MR. McKEE: I can.

(Document placed before the witness.)

MR. McKEE: That's the December 8 e-mail?

Corelli

MR. ISRAEL: That's right.

Q. Could you tell me what the purpose was in providing the pictures of the LaLique panels to Michaela? If you know. I mean, to Aaron at Triarch, and Michaela?

A. Well, I'm looking at an e-mail which is from VIP to Michaela. I don't see anything to do with Aaron on this.

Q. If you look at the top, it's from Michaela to --

A. Oh, I'm sorry. Yeah, she's just forwarding it so that he's in the loop as, you know, it's just like, so that everybody's, you know, knows, like the project file or whatever.

Q. And, but why, what was the concern, why is it that you needed the pictures of the LaLique for what you were doing?

A. Well, this is something that I guess Vladimir bought and he wanted to see if we could incorporate them in the design of the library, like that.

Q. By the way, when did the Italians start working on the millwork for using your designs? Do you know when that started to take

Corelli

place?

A. I don't. I presume it was after we were terminated.

Q. But if it wasn't after you were terminated, would there be something wrong with that? If it was before you were terminated and they started doing the work at that time, what should have happened, should that work have just been disposed of?

MR. MANDEL: Objection, calls for a legal conclusion.

Q. I'm asking for your understanding. Let's say the millwork started already before you were terminated and let's say that Medallion was paying for it, paying for that work to be done by the Italians. Would that work, should that work have just been disposed of once you were terminated, and not used?

MR. MANDEL: Same objection.

Q. You can answer.

A. You mean if they hired us to do a design, and we did all the work, and they gave it to somebody else to start using it so they could have the design, and then they decided to fire us,

Corelli

and not pay us, is the question, should they have been able to continue using our design to fabricate the millwork?

Q. No, that is not the question. The question is, you've been getting paid by Medallion.

A. Okay.

Q. And at a certain point, the designs were provided to the mill, to the Italians, and they started doing the work based upon the design --

A. No -- okay, sorry.

Q. This is my hypothetical.

A. Okay.

Q. They started doing the work based upon the designs that were prepared. Medallion is paying for their work. Should Medallion dispose of their work once Triarch is fired?

MR. MANDEL: Objection, calls for a legal conclusion and asked and answered.

Q. You can answer.

A. Well, I mean, their alternative I guess would have just been to say, "We're terminating you and what do we owe you, and we'd

Corelli

like to continue to use the drawings such as they are. How do we go about that?"

We would have had a conversation about it. We probably would have tried to talk them into -- I mean, for their own good, because you know, I'm sure that when we do see the apartment it won't be nearly what it could have been, you know, we'd probably try to talk them out of that for their own good.

But at least in a situation like that, at a minimum, I would have thought they would have paid their bill.

Q. Well, they did pay a portion of their bill, right? You just don't know exactly how much they paid, isn't that correct?

MR. MANDEL: Objection. Asked and answered.

A. Yeah, they paid about $52,000 of their bill.

Q. And their bill, at least according to the documents that I saw, was what, 160, your final bill?

MR. MANDEL: Objection. Misstates prior testimony.

Corelli

Q. So they paid a third of it?

A. It was over two hundred thousand dollars. They paid I think less than a quarter of what was due. I mean, can you go through the numbers. I don't know --

Q. I guess I was looking at the projection that you -- the last document we looked at, which was a projection of what it would cost.

MR. MANDEL: Objection.

A. And the other thing -- okay.

Q. Yes, the projection was 136. So if they paid you fifty, that would be a little more than a third of what the total bill would have been, right?

MR. MANDEL: Objection. Objection. Completely mischaracterizes the record.

A. It's just all wrong.

Q. What's all wrong?

A. What you just said.

Q. Why?

A. Because that was a preliminary budget that we were working with that had no -- we didn't know even at that point what the final cost was going to be. And when we were terminated, we had

Corelli

a budget -- we were up to a certain point that, at that point, was around a million 275 or something. And, you know, we hadn't bid it so we didn't know exactly what it was going to be.

Normally, we would have finished the construction documents, we would have tendered for bid, a contract would have been awarded, let's say it was a million four or whatever it was, and then we would have done the fee adjustment and then continued billing on that basis.

And then when the construction was finished, that million four very easily could have been a million six and there would have been another adjustment.

I mean, it's a percentage of construction cost.

Q. I'd like to you look at Exhibit 26, please.

(Document placed before the witness.)

Q. Do you need to take a break?

A. No, I'm just trying to -- I'm trying to avoid taking a break by just doing this, I apologize. Okay, I'm sorry. What was your question?

Corelli

Q. We're looking at Exhibit 26.

A. Okay.

Q. And the last page of the document, I know that you asked about this a little bit earlier, but I want to make sure that I understand it.

A. Okay.

Q. Do you know what the last page of this exhibit is, whose work it is?

A. No.

Q. Is this a copy of the work that you did?

A. No.

Q. Very different?

A. Well, I mean, it's a -- it's like a base building plan for the original apartment.

Q. Okay, you can put it aside. Not a copy of your work.

A. No.

Q. I'd like you to turn to Exhibit 27, please.

MR. ISRAEL: Could you hand him 27?

MR. McKEE: Yes.

(Document placed before the witness.)

Corelli

Q. If you look at the middle of the e-mail chain, the e-mail from Garry Braverman to Michaela.

A. Yes.

Q. Isn't it the case that this purports to identify problems that have been identified, what the owner believed were problems with the designs and things that they wanted to have changed, that Medallion wanted to have changed?

MR. MANDEL: Objection.

A. Yeah. I think that the first pass at the master bedroom, he didn't like. I think that's really what this comes down to.

Q. And was it changed in response to what he felt?

A. I believe so.

(Telephone interruption.)

(Recess taken.)

EXAMINATION (Cont'd.)

BY MR. ISRAEL:

Q. I have more questions, but I think they are better placed to your colleague. I didn't get a chance to dispose her yet. Most of these e-mails that I have involve her. So --

Corelli

THE WITNESS: Okay, well be gentle, she's completely intimidated by this process, and your manner will drive her over the edge.

MR. ISRAEL: What's my manner? I'm a nice guy.

THE WITNESS: I'm not saying you're not.

MR. ISRAEL: No further questions.

MR. McKEE: I have some follow-up.

FURTHER EXAMINATION

BY MR. McKEE:

Q. Just so I'm clear on some things, Mr. Israel asked you, so it's your allegation that Garth Hayden's Department of Buildings set, that August 2009 set, is based at least in part on your set which we marked here, this December 23rd set, correct?

A. Yes.

Q. And I think you referred to it as a simplified version of your drawings, correct?

A. To the extent that he didn't include all of the work that's in those 19 sheets of drawings, yes.

Corelli

Q. I think you said that the graphics are a little bit different, correct?

A. The graphics are a little bit different, like line weights and things that.

Q. And I think you said that Hayden's work was less elegant than your own.

MR. MANDEL: Objection.

A. I meant more like graphically, like the line weights and things. The design, what's described is the same. I just meant like, just the way it's drawn.

Q. But you used that phrase. I mean, I didn't misquote you there?

A. No, you didn't misquote me but you may have misunderstood me, and I apologize for not being clear about that. What I meant was the graphic quality of the drawing is not as elegant as ours. But you know, it's like line weights and how you render a material.

Like, they look a little bit different than ours, but if you look at how they are proportioned, if you look at the hierarchy of the walls, stuff like that, they are -- they are pretty consistent.

Corelli

Q. And you indicated that -- in keeping with what you just said, I think you also said that they are less detailed than yours.

A. By that I meant, he didn't include all the rest of the material that is included in our 19 sheets of drawings. Otherwise, his filing would have been substantially larger. And as I indicated earlier, a lot of the material, a lot of the design stuff in there is actually not necessary for a DOB filing.

Q. And keeping in tune with what you just said and going back earlier in your testimony, it was your expectation, if I understand it correctly, that certainly, certain elements of whatever it was that you were doing as the interior designer would be incorporated into his work, correct?

MR. MANDEL: Objection.

You may answer.

A. Well, incorporated into his work, he would -- to the extent that there was anything in our design that needed to be included in the DOB filing set, he would add that to his DOB filing set and amend his drawings to reflect those design

Corelli

changes, yes.

Q. That's fine. And then, is it your understanding that the Italians' shop drawings were based upon your set of drawings?

A. I would assume -- I assume so, yes. I mean, I don't know what else they could base them on.

Q. Well, let me put it this way:

Did your partner, Ms. Deiss, did she ever explain to you the conversation that she had with the Italians? It's a yes or no answer.

A. Yes, she did.

Q. All right. Did she ever tell you that the Italians told her, "We have your drawings," meaning Triarch's drawings, "And that we based our shop drawings on it," or something to that effect?

A. Something to that effect.

Q. Did she ever say that the Italians told her that they had Garth Hayden's drawings and that they based their shop drawings on Garth Hayden's drawings?

A. No.

Q. If that turned out to be the case, would you be surprised? Do you understand my

Corelli

question?

A. I do. I'm just thinking about it. I suppose it's conceivable that the -- Vladimir may have sent Mr. Hayden's drawings to them. I don't -- I mean, I don't know why they would really need them. Our drawings probably have a lot more information, if they had them. But they may not even have had our drawings. I think the Italians, I think, didn't start building their -- doing their millwork until after we were terminated. And I think the -- they were pushing -- the Italians were really pushing Michaela, I think, right towards the end of the job when it was kind of just before we were terminated, to get as much information from us as they could.

And a lot of, you know, I think maybe that was part of the ordinary course of everybody allegedly being in a rush, I don't know.

Q. In that period of time before you were terminated, was Ms. Deiss forwarding sections or portions of the project work which just dealt with, say, specific elevations of the library or some other area where there was millwork being

Corelli

done?

A. Was she forwarding that to them?

Q. Yes.

A. At that time, I'm not a hundred -- I can't say with certainty exactly what she was sending and when she was sending it. But I'm sure she could tell you that.

MR. McKEE: I have no further questions.

MR. ISRAEL: Nothing further.

THE WITNESS: All right, that's great, thanks.

(Time noted: 4:42 p.m.)

____________________

STEPHEN CORELLI

Subscribed and sworn to before me this ____ day of ____________, 20___.

______________________________

*** ERRATA SHEET ***

NAME OF CASE: TRIARCH v. MEDALLION, etc.
DATE OF DEPOSITION: MAY 14, 2012
WITNESS: STEPHEN CORELLI

| PAGE | LINE | FROM | TO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

____________________

STEPHEN CORELLI

Subscribed and sworn to before me this ____ day of ____________, 20____.

________________ ________________

(Notary Public) My Commission Expires:

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, DAVID LEVY, CSR, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That STEPHEN CORELLI, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of May 2012.

____________________

DAVID LEVY, CSR, RPR

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| STEPHEN CORELLI | MR. McKEE | 4 |
| | MR. ISRAEL | 172 |
| | MR. McKEE | 242 |

| REQUESTS (RQ) | PAGE |
|---|---|
| RQ | 172 |

| MOTIONS (MO) | PAGE |
|---|---|
| MO | 174 |
| MO | 202 |

| DEFENDANT EXHIBITS | FOR IDENT. |
|---|---|
| Exhibit 35 Three Triarch invoices | 13 |
| Exhibit 36 Printout of e-mail document | 27 |
| Exhibit 37 E-Mail chain involving Garry Braverman | 57 |
| Exhibit 38 E-Mail document, not otherwise identified | 65 |
| Exhibit 5B - 5C Two quarter-sized sheets, miniature excerpts from Exhibit 5 | 67 |

(Continued on following page.)

I N D E X (Cont'd.)

| DEFENDANT EXHIBITS | FOR IDENT. |
|---|---|
| Exhibit 39 E-Mail dated 10/2/09, Corelli to Braverman | 76 |
| Exhibit 40 E-Mail document, not otherwise identified | 76 |
| Exhibit 41 E-Mail chain | 77 |
| Exhibit 42 E-Mail dated 12/10/08, Braverman to Corelli | 77 |
| Exhibit 43 E-Mail exchange dated 12/10/08 between Philip at Libracon and Ms. Deiss | 94 |
| Exhibit 44 E-Mail exchange between Philip at Libracon and Michaela Deiss, et al | 95 |
| Exhibit 45 E-Mail chain starting 1/5/09 | 98 |
| Exhibit 46 E-Mail dated 1/12/09 re invoice, not otherwise described | 115 |
| Exhibit 47 Construction cost estimate prepared by M. Deiss | 122 |
| Exhibit 49 Collection of documents with cover sheet headed, "Presentation October 26, 2008" | 136 |

(Continued on following page.)

I N D E X (Cont'd.)

| DEFENDANT EXHIBITS | FOR IDENT. |
|---|---|
| Exhibit 50 Set of presentation documents with cover sheet headed, "Presentation, November 30, 2008" | 138 |
| Exhibit 51 Set of documents with cover sheet headed, "Presentation Files," 1/14/09 | 139 |
| Exhibit 52 Shop drawings, three sheets | 170 |
| Exhibit 53 E-Mail chain produced by Medallion, not Bates stamped | 213 |

## A

**Aaron** 92:18 113:20 189:16 234:5,9
**abandoning** 36:14
**ability** 4:16
**able** 18:12,19 36:20 85:16 132:22 145:14 150:3 172:25 201:22 203:15 219:8 220:13 222:24 236:3
**aborted** 102:9
**above** 88:10
**absolutely** 188:5,13 188:14,15 197:18
**abstracted** 187:22
**acceptable** 72:14 73:3 211:4
**accepted** 150:14
**access** 58:13 71:23 74:11 144:15
**accessibility** 75:11
**accommodate** 184:8
**accommodating** 184:9
**accomplish** 80:14
**accordance** 174:10
**according** 151:4 152:23 153:3 177:5 237:21
**account** 121:4
**accurate** 43:7,13 120:7 135:21
**achieve** 54:19 115:9 187:12
**act** 12:15
**action** 228:22 249:16
**activity** 13:13
**actual** 25:9 81:25 115:7 132:24 229:6
**actually** 15:11 21:5 26:18 30:4 40:8 50:12,21 57:18 58:5,9 61:24 79:12 100:12 126:12 127:12 132:7 135:25 137:25 142:15 150:20 156:3 160:7 171:7 200:20 210:10 212:20 214:21,23 217:5,9,18 218:3 219:13 222:4 225:4 229:11 244:10
**add** 202:15,25 204:11 205:22 216:6 244:24
**added** 58:25 74:14 159:14,21 161:6 161:22 162:10 232:15
**addition** 224:13
**additional** 31:14,17 85:11 104:18,20 104:21 117:14 221:23,24 224:14
**additions** 132:25
**addressed** 83:9 194:5,8
**adds** 73:20
**adept** 123:18
**adjacent** 197:12
**adjusted** 133:2
**adjustment** 239:10 239:15
**adjustments** 105:16
**administration** 51:18,24 117:17
**advised** 34:9 62:22
**advising** 91:5
**affiliated** 27:23
**affiliates** 13:2
**after** 35:12 69:21 75:23 81:20 100:4 109:10 119:3,4 129:25 131:23 143:10 163:15 164:5 176:17 177:3 191:9 195:24 202:5 235:3,5 246:11
**afternoon** 78:19 172:11
**again** 22:6 29:12,25 45:14 49:7 51:4 51:24 64:11 72:7 73:13 88:21 95:13 96:13 103:5 150:9 150:14 161:12 176:24 185:2 192:25 195:22 210:16 212:13,13
**against** 1:8 4:10 157:8 227:18,18
**agency** 15:18
**aggressively** 101:10
**ago** 25:12 94:24 129:4,20 132:6 165:17
**agree** 44:4,9,21 45:2 48:23 54:4,5 55:22 57:5 72:21 73:15,23 83:19 84:16 88:13 114:8 116:8 131:21 153:12,17 189:25
**agreement** 34:20 36:10 44:11,12,23 44:24 46:7,10 47:12,21 48:11 62:22,24 145:7,8 145:10 169:5 173:5,6 180:3 199:17
**agreements** 47:3
**Ah** 33:13
**ahead** 103:21 154:7 218:7
**AIA** 23:17 52:13
**aided** 222:17
**air** 202:8
**AKH** 1:8
**al** 95:10 251:14
**alabaster** 131:11
**ALBERT** 3:9
**allegation** 154:25 227:23 242:15
**allege** 160:17 162:23 165:2
**alleged** 154:14,18 165:2 166:18 167:16
**allegedly** 246:20
**allow** 5:16 31:2 86:20
**allowed** 176:8
**all-around** 28:3
**almost** 25:11 143:3 162:2
**along** 74:14 117:13 117:19 136:8 140:9 208:19 216:10,15 218:20 219:7
**already** 20:25 35:3 39:20 42:6 47:23 53:23 62:23 64:14 97:21 105:11 106:2 117:2 150:9 157:21 160:19 209:25 212:11 235:14
**alteration** 34:20 39:11 62:22,23 64:8,17 145:7,8 145:10
**alternative** 97:18 236:23
**although** 20:23 32:14 220:23
**always** 15:7 31:7 89:17 98:3 148:20 163:23
**amateurish** 35:18
**ambience** 187:12
**ambitious** 62:10 63:15,24 75:23 210:21 216:8
**amend** 105:13 244:25
**amended** 72:13 150:13 166:23 167:19 225:10,24
**amending** 145:15
**amendment** 105:14 105:17 160:16 166:12 232:5
**amicable** 128:11
**amount** 20:18 21:18 22:24 25:8 82:14 86:4 155:14 174:13,14 218:23
**analysis** 232:4
**analyze** 151:14
**and/or** 92:6
**Anne** 55:16,20 56:6 56:11,20
**another** 24:25 40:6 41:20 47:22 53:18 83:5 92:21 100:10 106:10 120:24 139:10 177:6 189:15,18 214:24 221:18 239:15
**answer** 10:16,25 31:4,11 50:11,24 54:9 87:22 121:16 125:4 134:8 139:8 142:24 154:7 155:8 156:6,22 157:15 165:23 167:6,13,25 168:12 173:24 175:11,24 176:21 177:24 178:9,10 178:11,12,16 179:18,19 181:21 182:4,12 184:17 184:25 188:11 190:22 192:3 193:23 194:12 196:15 198:21,22 198:23 201:4,5 202:13,15,17 203:3,23,25 204:6 205:23 207:6 211:7 212:16 224:3 230:9 235:21 236:22 244:20 245:12
**answered** 173:23 175:10 179:3,14 181:18 183:24 184:16 193:22 194:12 197:20 198:5 202:11,19 202:24 203:14,17 211:6 212:4,11 228:11 236:21 237:18
**answering** 228:14
**answers** 4:17 185:21 212:12
**anticipated** 17:25 21:14 31:6 79:8 79:18
**anticipating** 215:18
**anticipation** 51:16
**anxious** 195:2
**anybody** 8:14 35:19 62:17 76:9 81:25 95:24 107:19 123:17 149:4 164:16 171:4,8
**anybody's** 160:12
**anyone** 164:24 181:24 182:18 191:20
**anything** 6:3,10 19:25 21:2 31:19 53:20 64:22 86:24 89:9 91:19 103:7 108:3 112:9 128:14 131:4 136:4 142:21 163:18 169:21 172:20 183:16 186:2,5 197:25 198:6 202:14 203:11,15 204:11 205:2 211:12 234:8 244:22
**anyway** 215:6,7
**anywhere** 46:9 53:16
**apartment** 17:12,19 17:23 20:11 22:20 26:3,6,8,11,14,17 26:24 28:13,14,22 30:20 35:5,7,15 36:20 37:21,24 38:3,5,7,9,25 53:17,18 58:9,10 66:12 68:19 80:14 98:25 99:17

128:17 137:12 163:5 166:5 169:24 171:2 195:10 199:10,18 200:2 207:23 208:3 227:5 228:20 229:7,10 230:11 237:7 240:17
**apologies** 31:10 170:11
**apologize** 172:16 193:7 215:5,9 239:24 243:16
**apparent** 103:24,25
**apparently** 51:8 97:21 130:21 163:14 219:9 229:10
**appear** 29:25 58:8 99:24 112:6 133:25 141:6 156:8,10,16 159:17,19 229:13 229:18
**appeared** 35:9 79:18 81:8 99:23
**appears** 47:7 56:18 71:25 72:5 82:13 93:3 121:7 163:20 214:2,22
**apples** 160:8,8
**applicable** 38:22 142:11 143:13 144:18
**application** 105:18 219:23 220:3,5,6 221:4,12,14 228:16
**applications** 154:19
**approach** 35:15 54:11
**approaching** 81:8
**appropriate** 18:14 50:17 144:23
**approval** 20:25 39:11 49:18 50:6 50:22 64:7 75:22 163:6 166:7 191:11 197:3 209:19 210:18
**approvals** 39:20 40:21 47:16 149:25 150:4
**approve** 59:21
**approved** 27:4 60:6 61:25 64:3,14,18 66:10 69:15 70:9 70:13 73:10 105:17 145:16,19 150:10 209:24 210:24
**approximately** 193:3 215:13
**arbitrary** 134:9
**Arc** 84:4
**architect** 1:11 3:6 4:11 7:18,23 8:3 11:6,7,13,15 38:14,18 39:8,16 39:19 40:3,5,19 40:20 42:6,6 44:8 44:13,20,25 45:5 45:21,22,23 46:5 46:6,11,11 47:22 47:23 49:17 50:3 50:5,8,13,15,20 51:25 66:4 75:15 75:16 95:6 142:8 144:21 149:19,22 155:12,17,23 164:17 166:3,9,10 168:18 169:16 188:23 190:9 200:18,25,25 203:9 205:4,7,12 205:24
**architects** 8:17,20 8:24 35:22 36:11 204:15
**architectural** 1:5 6:25 7:12,16,17 7:19,20 8:17,21 9:8 10:3,22 11:11 11:14,21 14:8,14 45:6,12,16,17,17 47:18 78:4 83:25 84:5 85:4 115:16 153:8,17 154:19 155:18 165:10 166:23 167:18 180:3
**architecture** 12:4 14:6,8,11
**architect's** 52:11,17 119:6 202:21 204:3
**area** 63:25 72:4 89:8 158:5 161:14 246:25
**areas** 71:2 137:12 170:25
**argue** 205:20
**arguing** 203:5
**argumentative** 173:21 179:13 183:23 184:16 188:8
**arise** 54:25
**around** 24:15 32:16 70:14 103:15 109:21 127:16 129:6 146:24 159:8 193:8 195:22 208:8 210:14 239:3
**arranged** 48:9
**art** 18:16
**article** 33:2 48:13 49:8,15 50:2 51:3 52:3,4 53:22 168:25
**articulate** 18:12
**articulation** 163:11
**arts** 187:20
**artwork** 22:18,18
**aside** 55:10 92:14 113:15 136:9 191:2 195:23 240:18
**asked** 6:2 37:2 75:24 94:23 99:3 100:24 102:4 168:21 173:22 175:9 179:3,14 181:17 183:24 184:16 186:9 193:21 194:11 197:19 198:4,12 198:13 199:3 202:10,19,23 203:13,17 211:5 212:3 228:11 236:21 237:17 240:5 242:15
**asking** 63:11,11 72:25 100:19 112:25 156:8 172:13,21 173:18 175:4 178:23,25 179:11 181:2 185:2 192:18,25 197:21 198:14 204:4 208:14 212:12 220:14 226:20 230:19,25 231:3 235:13
**asks** 96:5
**aspect** 13:9 114:16 191:12,13
**aspects** 115:12 145:10
**aspirations** 35:16
**assemble** 219:17
**assembled** 219:15
**assist** 49:17 50:5
**assistant** 28:4
**associated** 30:16 145:2
**Association** 14:9
**assortment** 37:5,6
**assume** 57:2,3 95:2 109:22 138:13 145:17 165:14 167:7 196:10 245:6,6
**assumed** 28:21 103:24
**assuming** 215:11
**assumption** 216:3
**as-built** 199:19
**attached** 55:21 88:17,20 97:7
**attempt** 172:21
**attempting** 39:7
**attend** 110:20
**attendance** 98:3,6 107:13
**attended** 14:6,10 110:19
**attention** 56:7 94:15 191:6 193:7 212:20 213:25
**attorney** 2:12 4:8 5:14 125:15,25 131:24 152:7 154:8,11 164:6,11 180:25 214:16 219:6
**attorneys** 2:5 3:5 5:16
**attorney-at-law** 125:20
**attorney-client** 19:24 178:14
**August** 16:14 27:20 29:11 35:4 42:3 150:14 242:17
**author** 221:10
**authorities** 49:19 50:7
**authority** 142:11
**authorization** 228:16
**AutoCAD** 33:23 34:10,13,16,19,24 42:25 137:20 199:12
**available** 115:10
**Avenue** 67:22 171:3 206:16 207:17
**avoid** 239:23
**awarded** 132:22 239:8
**awarding** 49:20
**aware** 8:15 15:20 46:4 92:4,5,10 104:19 148:18,19 148:20 164:23 165:18 169:10 180:21,24 181:2,3 181:7,11,15 190:7 190:14,17 191:24 231:3,4,12,13,16 231:17
**away** 16:21 98:24
**awkward** 89:17 101:2,7 102:15 232:16
**A-1** 150:17 158:8 158:11,16
**A-2** 73:24 147:21 148:5 158:22 160:3
**A-3** 74:23 75:4
**A-4** 162:13,14,16,25 168:8
**A-5** 150:18 162:14 162:16 163:2 168:8
**a.m** 1:15

**B**

**back** 16:5 22:6 24:11 33:20 43:18 49:15 57:3 58:15 74:25 85:22 90:20 98:17 100:21 101:6 103:19 107:9 109:5 110:3 110:22 116:4 118:17 141:11 146:8 159:25 169:20 186:8 210:6 216:25 218:6 244:13
**background** 14:5 101:6
**back-and-forth** 35:13 201:8
**bad** 103:8 163:18 169:21
**ball** 36:21
**bar** 73:19 150:15
**Barack** 103:20
**bare-bones** 197:7
**bargain** 177:20
**base** 12:3,7 43:13 134:15 139:2 232:2,3 240:17

245:7
**based** 22:3 35:16 49:11 82:4 119:8 123:4 133:2,25 134:2 158:12 160:16 162:12 165:4,8 171:17 195:8 197:23,23 224:11 230:2 232:20 236:11,16 242:17 245:5,16 245:21
**basic** 61:25 147:15 211:22
**basically** 17:12 18:23 66:8 99:4 143:11 151:14 161:2 162:4 201:10 204:18 230:16 232:8,11
**basis** 134:5 161:4 166:3 174:8 182:5 224:16,19 225:2 225:25 227:20,22 229:2,22,23 239:11
**Bates** 213:6,18 252:12
**bath** 70:25 71:24 74:20 159:17
**bathroom** 74:18 112:8 113:3,4,5 113:11 114:6 139:23,23 140:4 161:19 163:10 184:2,5
**bay** 201:11
**bear** 108:8 118:15 141:6 154:16
**bearing** 148:4
**beautiful** 107:23 127:18 141:14 142:18 233:9
**became** 74:2
**become** 15:20 139:2 149:18
**becoming** 149:22
**bed** 109:21
**bedroom** 70:25 71:15,23 72:4 73:25 74:11,14 86:25 87:6 89:14 89:25 97:15 104:19,22 109:20 111:25 112:5 159:16,19 161:12 161:13 163:10 197:12 241:13
**before** 1:20 4:13 5:6 5:17 24:18,18 42:18,21,24 46:19 51:11 58:14 63:16 65:15,17 66:24 67:23 68:3 70:4 70:13 91:2,3 97:5 128:4,6,7 140:4 146:2 147:10 157:25 159:24 160:8 162:11,20 172:24 173:16 179:9 188:10 191:12 195:5,24 195:25 199:8 200:9 211:8,25 233:23 235:7,14 239:20 240:25 246:15,21 247:19 248:21
**beg** 194:7
**began** 51:11 75:18
**begin** 14:18 29:11 86:20 120:22 200:16
**beginning** 158:8
**begins** 88:4 96:12
**begun** 105:4,6
**behalf** 23:23
**behavior** 230:15
**behind** 227:9
**being** 4:25 10:21 24:3 33:3 38:6 39:16 43:22 44:12 45:10 76:3 78:9 94:25 111:2 121:14 125:21 134:5 146:11 165:19 184:21 185:16 201:22 205:24 219:15 243:17 246:20,25
**belief** 126:14,20 166:19
**believe** 19:15 20:23 24:6 26:5,21 31:16 32:12 42:8 42:23 43:3 46:13 56:4 62:7 69:13 70:5,13 72:18 79:4,7,13,23 81:22 83:17 85:15 87:7 91:3 99:9 116:23 118:23 119:15 130:25 140:13 164:10 170:23 171:18 173:7 185:22
193:5 194:13 207:15 219:5,13 219:18 220:20 227:3 241:17
**believed** 22:23 41:6 241:8
**belligerent** 185:12 185:13
**below** 56:18,19 91:9 112:7 146:22
**beneath** 48:19 189:16,18
**benefit** 14:4
**best** 4:16 18:7 26:5 37:18 184:8
**better** 43:17 77:22 87:16 141:23 150:7 157:25 241:23
**between** 23:3 25:7 25:14 38:14 43:22 44:17,24 46:24 71:15 73:25 81:6 81:16 94:4,11 95:9,14 97:10 108:17 121:13 144:4 148:9 153:21 168:7 173:7 251:11,13
**beyond** 17:14
**BHANDARI** 2:4
**bid** 60:20 61:5,9 218:22 239:4,8
**bidding** 54:24 60:9 60:11 117:16 204:21
**bigger** 63:16 64:9
**bill** 85:17 117:8 119:11 133:18 134:23 164:12 173:18,19 175:17 176:16 177:3 192:8 214:19 218:17 237:13,15 237:20,21,23 238:14
**billed** 20:19 120:17 121:5,14 133:6 135:25 218:18
**billing** 51:4 119:7 120:2,9,24 121:20 121:25 133:14 239:11
**bills** 11:9 120:4
**bit** 33:19 82:23 103:18 105:15 112:13 131:15 135:24 136:8
151:20 187:18,21 201:18 206:11 212:21 217:15,21 232:9 240:5 243:3 243:4,21
**blood** 249:17
**blow** 63:23 64:16 197:10
**board** 39:11 50:18 50:22 64:3,7,15 64:18,23 144:25 145:16 147:17,18 147:19 152:14 163:6 197:4 209:19,22,25 210:16 211:4
**body** 29:10 45:5
**book** 98:24 99:19 100:4 107:10 111:8 127:17 129:6 140:10,13 140:15
**border** 208:8
**borrow** 197:11
**both** 65:24 67:19 145:16
**bottom** 44:6 45:4 72:22 85:20 189:24
**Boucher** 92:18 113:21 189:16
**bought** 17:18,20 130:17,25 234:20
**brands** 19:6
**Braverman** 15:22 27:18,22 28:25 29:11,15,22,24 30:16 34:18,23 38:3 43:9 46:16 55:15,20 57:10,14 59:5,6 65:24 76:22 77:6,15 78:18 79:17 81:7 81:10,13,19 82:8 82:12 83:8 85:22 86:23 95:25 97:10 104:17 110:25 126:8,22 145:6 149:18 189:17,19 189:25 193:14 199:11 214:3,14 241:3 250:18 251:4,9
**Braverman's** 29:20 58:22 62:25 79:9 87:8 88:15
**break** 69:22,22,23 76:19 106:11
170:7,9 239:21,23
**brief** 23:9
**briefly** 5:23 11:25
**bring** 6:2
**broad** 12:8
**Broadway** 1:20 2:6 3:7
**broken** 51:4
**brought** 4:10 15:16 170:20 204:17 226:20 227:17
**budget** 17:24 18:8 80:8,10,17 81:13 81:25 82:2 123:7 132:4,10 134:2 175:4 215:7,11 238:22 239:2
**build** 53:15 169:24 198:7 222:10,17 227:5 228:20
**building** 20:21 39:17 43:5 45:19 45:24 53:15,19 54:25 92:24 93:5 127:12 196:2 230:10,11 240:17 246:10
**buildings** 38:20 39:9 139:6 145:17 152:10,13 166:25 196:21 197:5 225:17 226:13,16 226:23 227:25 228:7 229:6,25 231:22 242:16
**built** 51:9 229:12
**bullet** 33:19
**bunch** 68:24 201:7 205:8,10
**business** 6:20 7:4,11 9:22 10:8,10 14:18 18:25 39:18 101:11 103:14
**businesses** 19:2
**businesslike** 103:23
**businessman** 33:18 54:22
**businessmen** 18:21
**butler** 27:25
**buying** 131:14
**byrne** 1:19 3:4 4:8
**B105-2007** 23:18

C

**C** 2:2 3:2 4:2 107:4 249:2,2
**cabinetmaker** 59:8 60:16,18,19 61:7

95:3 219:9 222:16 229:13
**cabinetmakers** 90:9 90:12 193:25
**cabinetry** 39:2 62:18 92:25 159:12,13 194:22
**cabinets** 59:17
**calcs** 143:7
**call** 23:9 47:15 67:7 102:9 106:9 200:5
**called** 7:6 10:2,22 10:23 71:21 75:15 161:15,18 176:7 189:19,20 190:5 190:15
**calls** 71:15 173:13 173:22 175:21,22 177:9 179:14 188:8 224:21 235:11 236:20
**came** 18:4 26:6 28:15 51:11 66:15 79:10 136:20 152:12 175:17 208:9
**cap** 80:22
**caption** 153:16
**captures** 89:20
**care** 143:11
**careful** 232:4
**Carol** 164:15
**carpentry** 93:6,7,9 93:13
**carried** 49:7
**carries** 13:13
**case** 60:16 112:6 191:21 200:14 207:21 211:2 215:4 216:3 241:6 245:24 248:3
**cases** 59:9
**caught** 169:17
**cause** 119:25 135:25 154:10
**caution** 80:5
**CDs** 60:10 117:13 135:25 136:2,3 139:3 216:23 217:10
**cease** 169:6
**ceiling** 143:18 208:8
**centimeters** 209:12
**Ceranic** 90:3 94:20 94:24 95:5,19,22
**certain** 20:17 26:4 26:15 39:20 137:18 170:25
188:2,2 197:13 217:10 236:9 239:2 244:15
**certainly** 71:10 80:23 134:12 244:15
**certainty** 24:21 30:6 66:22 67:25 247:6
**certified** 126:5
**certify** 249:9,15
**chagrined** 82:24
**chain** 55:13 57:9,13 77:3 88:3 98:10 98:16 189:22 213:5 215:2 241:3 250:18 251:8,15 252:12
**challenging** 101:7
**chance** 241:24
**change** 89:15 132:24 151:20 197:12 212:14 215:14,21 217:12
**changed** 47:3 105:15 241:10,10 241:15
**changes** 47:3 92:7 92:11 114:4,10 161:13 245:2
**changing** 183:10 198:18
**character** 26:15 187:12
**characterized** 36:16
**charge** 133:23
**charged** 38:19
**charming** 18:6
**chemistry** 127:8
**Cheryl** 208:19,22
**child** 30:9
**choices** 106:9
**chunk** 54:13
**circles** 18:18
**circumstances** 183:25
**circumstantially** 231:17
**City** 166:24
**claim** 227:20 228:2
**claiming** 81:7 225:14 226:24
**clarification** 19:18
**clarified** 79:14
**clarify** 214:18 215:11
**clarity** 194:18
**clean** 137:23
**clear** 21:3 31:8 36:22 48:6 75:18 162:21 192:6 213:16 227:21 230:25 232:19 242:14 243:17
**clearly** 161:11
**client** 20:4 53:4 65:21,23 101:25 102:22 103:6 104:21 105:12 127:10 137:22 146:6 163:16 165:13 167:11,15 168:17 169:10 183:4 185:20 200:16 201:9 208:3 209:8 215:24 216:8,25 227:18 228:18 230:16
**clients** 54:13 98:2,6 127:9 138:11
**clients's** 183:9
**close** 80:2 117:12
**closed** 28:19
**closely** 54:16 224:11
**closet** 72:3 148:12 159:20 161:13
**closets** 74:13,17 97:17,22 159:13 159:15,15,18 161:16,19
**clouded** 89:11
**clouding** 89:18
**code** 143:13
**codes** 73:19 150:15
**coffee** 69:22 124:24
**Cohen** 156:12
**colleague** 180:9 187:24 241:23
**colleague's** 172:15
**collect** 134:20 135:2
**collection** 18:15 66:15 67:8 108:15 109:3 111:4 136:13,24 147:6 251:21
**color** 5:24 187:14
**colored** 37:11
**colors** 188:2
**come** 53:2 54:13 62:19 67:8 80:2 82:9 97:18 109:19 111:24 134:4 186:11 187:5 216:25
**comes** 136:24 177:3 241:14
**comfortable** 19:8
**coming** 6:5,11 85:22 160:6 184:20
**commenced** 195:6 200:24
**comment** 154:9
**comments** 32:19 145:7
**Commercial** 44:25
**Commission** 248:24
**common** 15:12 46:3
**company** 39:6 171:5 189:20 190:5,14
**compare** 152:17 157:9
**comparing** 147:21
**comparison** 146:12
**comparisons** 157:19
**compatible** 35:16
**compendium** 212:24
**compensation** 49:9
**competitive** 54:24
**complaint** 154:14 165:3 166:17 224:25 225:4,10 227:11 228:25
**complete** 31:2 79:6 87:4 113:7 114:21 117:11 118:8,9 120:14 122:10,15 141:21 175:23 218:22 219:2
**completed** 84:10,19 84:25 87:5 120:16 134:24 135:7,10 135:15 174:14 216:11 218:11,25 219:4,24 221:18 221:20,22
**completely** 134:9 184:19,22 214:22 238:17 242:3
**completion** 49:12 60:4 119:9 135:22 169:4
**complex** 19:7
**compliance** 143:13
**complicated** 102:16 195:14
**compliment** 107:25
**component** 39:22
**comport** 209:24
**comprise** 226:24
**compromise** 150:2
**conceivable** 246:4
**concentrate** 63:3
**concentrating** 194:19
**concern** 79:18 82:13 104:13 194:5,9 209:19 234:16
**concerned** 19:23 78:3 145:12 210:20
**concerns** 51:3 64:15 145:9
**conclude** 189:23 197:15
**conclusion** 167:8 173:14,22 175:22 177:10 179:15 224:22 232:20 235:12 236:21
**condensed** 193:4
**conditions** 43:2 71:14 158:19 199:20
**condo** 20:25 50:22 64:3,7,15 144:25 145:16 147:18,19 152:13 209:19,22 210:16 211:4
**condominium** 39:11 50:18 66:11 197:4
**conference** 140:18
**confers** 100:18 200:4
**configuration** 88:22 159:11 194:20
**configured** 73:25
**confines** 211:24 212:2
**confirm** 129:25
**conforms** 38:22
**confronted** 130:5
**confused** 104:18
**confusing** 11:19
**confusion** 225:11
**conjunction** 11:14 75:25
**connection** 7:17 14:2 47:19 170:24 226:11
**consider** 21:24 112:22,23,23 135:21 137:6 157:3 184:5 207:2 208:4,23
**considerations**

22:15
**considered** 123:17
184:7 208:20
**consist** 30:20
**consistent** 243:25
**constitutes** 155:10
**constraints** 150:11
**construct** 80:3
**constructing** 143:17
**construction** 10:14
10:14 12:4,9,9,12
13:9,12 19:7
32:14 33:3 49:2
49:20 50:14 51:3
51:7,11,13,17,20
53:23 54:3,7 61:5
61:6,18 62:3
65:12 79:21 80:16
81:14 84:23 85:2
86:19 105:8
117:15,16 118:2,5
118:8 122:7,9,15
122:19 123:2
132:4,18,21,23,24
134:2,14 135:11
135:16 136:5
138:25 139:4
142:2 188:19
191:12 195:6,9,11
201:12,16,21
204:20 216:5
217:14 219:8
222:2 239:7,12,17
251:19
**consult** 123:12
**consultant** 201:16
**consultants** 182:23
**contact** 90:3
**contacted** 164:11
**contemplated** 38:21
46:7 63:24
**contemplating**
20:13
**contention** 76:8
**continue** 198:19
222:24 236:3
237:2
**continued** 105:19
239:11 250:25
251:24
**continues** 185:4
191:9
**contract** 24:4,14,19
25:15,25 32:6,6,9
32:12,19,20,24
36:9 38:2 41:13
41:23 42:4,18,21
42:24 43:19,21

46:14,15,23 51:17
51:23 52:4 53:22
54:2 55:21,25
56:2,8,15,21
71:11 80:18 85:6
85:17 118:18
132:21 133:3
135:19 153:20
160:5 174:9,11
177:20 178:22
179:4,5,21 239:8
**contractor** 12:16
61:7 222:16
**contracts** 49:20
52:13 105:9
**contractual** 130:3
**contributing** 183:16
**contribution** 181:25
183:7 196:22,25
**contributions**
182:19,25
**control** 167:15
**Cont'd** 3:2 77:8
107:7 170:13
200:10 218:9
233:16 241:20
251:2 252:2
**convenient** 213:22
**conversation** 24:25
47:9 81:24 97:16
101:17 140:3
171:19 233:6
237:4 245:11
**conversations** 27:3
101:13 148:23
**conveyed** 80:19
**coordinating** 28:6
30:2
**copied** 151:16
225:15 231:20
**copies** 231:10
**copy** 34:20,24 46:22
56:8 70:14 73:10
73:16 108:11
125:18 212:5
213:18 220:3,18
220:21 221:2
225:23 229:7
231:5 240:12,19
**copying** 157:11
162:24,25 226:2,8
226:10 227:24
229:4 231:14,19
232:23
**copyright** 154:20
154:23 155:5,10
196:10 218:25
219:23 220:6

221:4 226:25
227:20 228:22
**copyrighted** 180:16
180:22 181:3,8
219:6
**copyrights** 180:11
**cordial** 124:20
125:2
**corporate** 28:12
**corporation** 6:19
7:10 10:7 11:4
**correction** 190:10
**corrections** 92:7
190:15
**correctly** 14:24
40:8 92:19 145:25
178:19,24,25
179:11,12 180:6
190:12 191:16
225:20 244:15
**correspond** 129:10
**correspondence**
80:20 148:17
**corresponding**
125:10 145:6
**corridor** 89:8 159:4
209:12
**cost** 17:25 32:14
33:3 53:23 54:3,6
54:21 55:5 79:19
79:21 81:9,14
122:20 123:2
132:14,18,23
134:11,13 174:22
174:22 175:2,7,16
238:9,24 239:17
251:19
**costing** 201:24
**costs** 81:19 134:15
175:7 216:5
**counsel** 66:16
100:18 200:4
220:17 221:2
**counseling** 128:8
**counsel's** 108:21
**COUNTY** 249:5
**couple** 61:12 75:4
77:16 143:6
199:22 232:11
**course** 5:9 67:3
143:20 164:21
228:2 246:19
**court** 1:2 5:6
**cousin** 129:12
**cover** 136:14,24
138:15,18 139:11
139:14 251:21
252:4,7

**covered** 47:20
168:13 203:18
214:15
**covers** 53:14 231:15
**co-op** 147:16
**crazy** 150:3
**create** 17:17 26:10
39:7
**creative** 115:8
**Cristina** 9:4
**criteria** 21:6
**critic** 112:25
**CSR** 1:21 249:7,24
**current** 116:25
194:20
**currently** 105:17
**cut** 185:3
**Cyrillic** 88:24

**D**

**D** 250:2 251:2 252:2
**damage** 229:3
**date** 13:19,21 18:3
23:17 25:15 27:8
42:4,5 57:4,6,11
57:13 65:4,6
67:13,16,17 72:22
73:6,11 76:23
77:2,4,7,11 78:21
79:6 81:2 83:6,21
84:12 94:6 95:11
95:13 98:12,14
111:6 114:5,5
115:20,23 120:7
122:21 125:19
136:16,18 138:20
139:16 141:6
170:16,19 213:7
248:3
**dated** 55:14,16
58:23 76:21 77:5
94:4 96:4 110:23
111:23 115:21
116:13 120:19
122:13 125:20
141:19 193:15
251:4,9,11,17
**dates** 16:12 108:16
**david** 1:21 249:7,24
**day** 59:20 60:5,5
169:18 180:10
187:24 247:20
248:22 249:21
**days** 77:16 179:22
179:23
**DDs** 117:12
**de** 218:23
**deal** 21:15 102:2

204:20 210:15
**dealing** 216:24
**dealings** 125:24
126:3
**dealt** 246:23
**December** 55:14
56:8,16,19,20,22
56:25 81:9 83:6
83:21 86:5 88:3,4
88:8 90:21 92:17
94:10 96:4 97:15
120:19 122:8
128:9 141:6,19
193:5 214:15
233:24 242:18
**decide** 147:3
**decided** 176:16
210:14 235:25
**decision** 208:25
**decisionmaker**
85:23
**decisionmaking**
127:3
**decorative** 131:8
187:20
**default** 180:4
**defective** 215:2
**defend** 185:20
**defendant** 3:5 13:17
27:6 57:9 65:2
67:10 76:21,24
77:3,5 94:3 95:8
98:10 115:21
122:19 136:13
138:17 139:13
166:19 170:17
213:5 250:15
251:3 252:3
**defendants** 1:12,18
2:12 5:15 12:2,18
13:21 28:9 65:6
69:20 94:8 99:19
**Defendant's** 77:11
**deficient** 228:13
**define** 197:2
**definitely** 145:12
192:15
**definition** 52:23
**degree** 20:13 33:11
**Deiss** 9:19,20 13:8
15:4,6 33:9 56:7
77:25 88:5,6 91:5
92:2,18 93:3 94:5
94:11,14 95:10,16
95:25 97:10 98:2
108:15 122:20
123:21 124:20
125:11,22 149:2

152:19 189:14 245:10 246:22 251:12,14,19
**Dejan** 95:18,22
**delayed** 210:21
**delivery** 18:4
**demo** 71:14
**demolition** 71:15 105:4 158:20 165:11
**demonstrate** 157:24
**demonstrates** 143:12
**denied** 130:9
**department** 20:22 38:20 39:10,17 45:25 139:5 145:17 152:10,13 166:24 196:2,21 197:4 225:16 226:12,16,23 227:25 228:6 229:6,25 231:21 242:16
**depends** 12:14 144:5 183:25 215:21 216:7
**depicted** 112:21
**depiction** 68:14 139:23
**depictions** 86:14
**deposed** 187:24
**deposition** 1:17 4:12,15 5:20 30:25 114:17 207:4 214:16 228:3 248:3 249:11,13
**describe** 37:18 230:7
**described** 18:15 21:12 31:18 63:16 66:9 80:13 85:8 115:22 169:11 232:19 243:11 251:18
**describes** 44:20 215:17
**describing** 47:18 99:20
**description** 18:9
**designated** 83:18 131:20
**designed** 62:19 130:2 159:6,7,9 171:2 222:17,22 229:20 231:9 232:7,17
**designer** 8:12 38:14 38:23 41:19 92:6 92:11 166:10 244:17
**designers** 8:8 35:4 35:23 36:10,23 38:11 204:16
**designing** 45:15 199:19 208:2
**designs** 53:14 188:24 191:11 218:12 219:17 234:25 236:9,17 241:9
**desire** 17:16 20:10 193:18
**desires** 80:7
**desk** 15:11
**detail** 21:15,18 25:21 62:18 98:8 102:3 143:9 151:7 153:5 222:9 223:17,23 224:2,7
**detailed** 99:15 138:24 217:4,6 223:14 244:4
**detailing** 162:7
**details** 38:24 39:3 137:24 140:6 162:17 163:13 222:14
**determine** 115:3 224:25
**develop** 20:14 21:11 39:6 61:15 66:11 66:12 194:21
**developed** 66:4 92:12 200:18 203:8
**developing** 70:19 105:12 163:11 184:6
**development** 13:2 49:2 84:15,20 100:11 101:14 117:14,23 118:2,4 118:7 120:13 122:2,4,14 135:3 135:8 137:14,16 188:19 216:12,14 216:23 217:13
**developments** 91:6
**devoted** 47:13
**diagram** 143:3
**diagrammatic** 37:11 158:2 160:23 162:2,5
**diagrammatically** 144:2
**DiChiara** 164:14
**difference** 11:15 45:20 121:12 162:3 223:12
**different** 10:21 13:4 14:14 35:8,9,11 35:14,22 37:12 43:15 46:4 48:20 54:17 61:11 88:22 103:7 109:21 127:10 137:11 149:9 159:3 161:14,21 172:18 201:7 204:15 205:9 212:21 223:2,18,20,21,22 224:7 232:7,9 240:15 243:3,5,21
**differently** 142:18
**difficult** 61:23 126:24 229:11
**difficulty** 21:10 64:6 86:17 192:21 199:6
**digitally** 56:8
**dimensions** 137:20 138:6
**dining** 70:25 131:9 148:10 159:6,7 160:6,10,21 163:9
**dinner** 25:5 29:3,5 29:18 32:3,5 127:16 129:6,19
**dinners** 29:19
**diplomatic** 62:5
**direct** 69:19 116:4 118:17 148:16 150:12 162:24 165:8 167:10 191:6 193:6 212:19 213:25 231:13 232:22
**directed** 80:15 186:24 230:17
**directing** 63:9,10 146:14
**direction** 114:11 169:24
**directive** 72:15 73:3 106:4 166:12
**directly** 68:8 129:13 129:16
**disappointed** 36:18 127:22 192:9
**disciplinary** 15:17
**disclose** 154:4
**discount** 33:10,10
**discuss** 5:16 16:16 16:20 19:13,25 25:16 30:18 175:6
**discussed** 22:13 23:5,6 24:16 25:20 32:17 206:10
**discussing** 25:2 89:6
**discussion** 22:16 58:4 106:14 128:23 174:25 188:22 189:8 214:6 225:7
**discussions** 81:13 81:18
**display** 59:9
**disposal** 231:18
**dispose** 236:18 241:24
**disposed** 235:10,18
**dissatisfied** 97:21
**distinct** 7:15
**distinction** 38:13,17 46:24
**DISTRICT** 1:2,3
**diverse** 108:16
**divide** 153:3
**divorce** 100:24 102:16 128:5
**DOB** 50:17,22 71:6 72:8 73:17,20 105:13 142:22 143:3,5,10,19,22 143:24 144:3,22 145:19 157:7 160:16 163:6 166:6 167:22 224:15 225:23 226:2 228:16 229:19 232:5 244:11,23,24
**DOB's** 144:24
**document** 12:18 23:14,19,20 27:7 27:11 32:11 46:12 47:7 49:3 55:12 65:3,8 66:17 76:25 78:7,13 81:3 83:4 88:2 90:16 91:23 92:16 94:9 97:2 98:15 99:21 104:14 110:9 113:17 115:24 124:5,8,10 129:2 130:13 131:18,20 136:20 136:21 137:23 139:17 141:4 160:25 167:10 182:14 188:18 189:3 200:9,13 213:9,12,16,24 226:20 233:23 238:8 239:20 240:4,25 250:17 250:20 251:6
**documents** 5:20 6:23 13:24 36:6 38:20 49:18 50:6 50:14,14,20 52:5 52:10 53:20 61:5 61:18,21 66:16 67:9,20 83:13 84:23 85:2 86:19 91:24 108:19 117:15 118:2,5,8 122:7,9,15,22 135:11,16 136:5 136:14,19,24 138:18 139:2,4,14 139:20 141:15 154:12 171:11 179:10 188:19 195:12,25 196:20 199:18 204:22 217:14 219:8 237:22 239:7 251:21 252:4,7
**Doe** 93:6
**doing** 19:10 26:23 38:23 39:16 48:5 53:18 60:14 61:10 61:14,24 62:2 70:23 75:23 93:12 93:18 101:24 105:2 106:8 113:22 123:18 153:7 157:18 186:2 195:6,8,18 199:21 200:3 201:24 202:2 210:25 216:22,23 219:21 227:13,17 232:22 234:18 235:8 236:11,16 239:23 244:16 246:11
**dollars** 54:15 80:3 174:8,13 175:8 238:4
**domestic** 29:9
**done** 35:3 43:11 52:21 60:7,10 62:23 71:4 91:6 99:14 103:22 120:7 121:22

122:4 123:24 133:7,8 134:14 135:24 136:2,3,11 160:15 164:24 174:7 194:22 196:13,16 202:6 204:10 205:9 218:16 219:3 221:25 230:2,21 235:16 239:10 247:2
**door** 75:10 76:10 109:12 138:8 143:14 159:15 187:10
**doors** 74:5 143:21 144:4,7,8,13,23 148:8,9 159:5 160:5,18 161:6,7 161:8 162:8
**double** 160:5
**doubt** 222:20
**down** 33:7 52:3,20 55:7 71:6 84:13 100:6 102:13 103:12 104:8 119:21 120:12,14 127:25 146:22 185:5 241:14
**dozen** 101:15
**draft** 196:5
**drafted** 156:15 228:25
**drafts** 47:6
**draw** 38:13
**drawing** 42:25 43:10 68:12 69:8 69:10,13,16,17 88:17,21,25 89:3 89:12 97:8 137:19 138:2 148:5 161:3 161:4 163:22 183:13,20 229:7 232:20 243:18
**drawn** 157:8 243:12
**drew** 210:10
**drive** 242:4
**duck** 233:2,3
**due** 78:2 118:23 119:5 180:3 238:5
**duly** 4:2 249:12
**duplicative** 231:5
**during** 5:9 17:11 18:9 51:16 67:3 69:11 91:17 148:15 150:25 151:3 228:2
**dynamic** 101:2
103:7
**D-19** 55:11
**D-2** 43:18 46:19
**D-27** 96:25
**D-44** 95:12
**D-45** 98:14

**E**

**E** 2:2,2 3:2,2 4:2,2,2 107:2,2,4,4,4 249:2,2 250:2 251:2 252:2
**each** 49:12 118:22 128:13 156:17 158:8 191:11
**earlier** 78:25 87:13 92:23 111:14 113:20 114:17 117:21 132:15,16 133:4 134:23 140:10 146:16 162:22 168:14,22 185:10 188:21 191:5 192:25 199:6,25 206:11 212:22,25 214:15 214:25 240:6 244:9,13
**earliest** 98:19
**early** 26:21 27:2 145:4 185:4 195:20
**easily** 239:13
**edge** 242:5
**educational** 14:5
**effect** 5:6 245:17,18
**effort** 52:22 114:20 115:2 209:23 210:5
**egregious** 180:4
**egress** 144:8,9,12
**either** 8:11 13:9 15:21 47:6 67:18 91:25 126:3,8 128:15 131:14 144:18 174:9 221:11
**elaborate** 59:9
**electrical** 165:11
**electrician** 61:8
**elegant** 232:10 243:7,18
**elements** 22:16 41:9 230:13 244:15
**elevation** 160:25
**elevations** 74:24 75:5 137:8,10 162:21 163:11
222:12 224:10 232:6 246:24
**elevator** 68:9 159:23
**elimination** 159:22
**elsewhere** 90:9
**else's** 103:4
**emphatic** 185:16,17 185:18,18
**employed** 6:14 182:13,15
**employee** 29:9,9
**employees** 92:21
**employment** 15:9
**enclosing** 116:25
**encompass** 206:19
**encounter** 31:23
**end** 51:11 90:2 96:19,20 110:18 111:10 130:3,4 132:20 246:14
**engage** 7:14 10:13 59:12
**engaged** 168:3 199:8
**engagement** 29:15 32:5 168:15
**England** 14:9
**enough** 47:11 112:11 123:16 177:15,21 219:7
**entered** 21:23 24:14 24:18 36:9 44:11 48:10 53:21
**enterprises** 13:11
**entertains** 88:16
**enthusiastic** 102:25
**entire** 44:23 180:2
**entirely** 121:17 230:16
**entities** 10:13,18,19 10:21 11:22 13:14
**entitled** 141:8 153:16 173:10,17 173:20 175:19 176:19 177:7,14 177:18 227:19
**entity** 9:22,23 10:2 11:12 28:13 41:15 42:14 189:19
**entrance** 158:18
**entry** 71:22 161:19 207:18
**envisioned** 39:5 211:9
**episodically** 28:8
**equal** 152:25
**equating** 40:14
**ERRATA** 248:2
**ESQ** 2:8,16 3:9
**establish** 23:12 134:15
**established** 47:10 175:5
**establishments** 59:10
**estate** 12:4,19 13:2 13:10,14 100:10 101:14
**estimate** 16:7 23:4 35:23 79:20 122:20 123:2 214:6,7,10 215:14 251:19
**estimated** 54:3,6 132:10
**estimates** 123:19 133:5
**et** 95:10 251:14
**etc** 130:10,11 248:3
**Europe** 90:10
**EVAN** 2:8
**even** 36:7 43:4 62:4 62:6 80:20 86:25 100:12 104:24 111:13 132:23 134:13 149:25 162:17 163:17 164:2 165:18,18 169:15 171:7,8 199:23,24 216:17 216:22,23 228:24 233:7 238:24 246:9
**evening** 29:17 30:4
**event** 22:22 32:4 179:23
**eventually** 44:11
**ever** 4:12 12:15 15:14,16 18:24 65:14,17 66:20 70:4 79:24 80:5 82:8 86:6 87:19 91:16 95:21,24 97:4,9 125:24 129:23,25 130:2 146:2 148:25 149:2,3,4,5,21 150:16 151:6 152:16 164:17 171:8 175:6 184:10 185:10 186:11 187:8,14 245:11,14,19
**every** 103:6 215:22
**everybody** 48:2,4
127:17 129:7 246:19
**everybody's** 234:14
**everything** 4:24 29:7 43:12 52:25 62:19 93:12 99:11 126:21,22 130:9 140:17 168:4 215:17
**evidence** 154:12 169:9
**evolved** 128:12 134:16
**evolving** 114:15
**exact** 43:14 203:20
**exactly** 20:5 21:8 29:9 38:4 64:24 78:8 93:16 101:18 115:4 121:6 132:22 135:20 146:7 174:16 178:17 209:9 222:4 228:8 237:15 239:5 247:6
**EXAMINATION** 4:5 77:8 107:7 170:13 172:9 200:10 218:9 233:16 241:20 242:12 250:3
**examine** 176:9
**examined** 4:3
**examiner** 75:3
**example** 76:5 133:9 137:19 138:5 144:4 162:6 184:3 187:17 208:24 232:13
**exceed** 80:8
**except** 93:5,12 159:22
**excerpts** 67:11 250:23
**exchange** 65:9 81:4 94:3,10 95:8,13 97:5,10 173:11 251:11,13
**excited** 33:14,17 86:11 210:8
**exclusive** 17:25
**excursions** 90:12
**Excuse** 185:18 192:15
**executed** 41:14,23 42:18,21,24 46:20 46:25
**executive** 39:8 40:2

40:19 42:6 45:23 46:6,10 50:8,15 75:15 144:21 168:18
**EXH** 13:17 27:6 57:9 65:2 67:10 76:21,24 77:3,5 94:3 95:8 98:10 115:21 122:19 136:13 138:17 139:13 170:17 213:5
**exhibits** 99:5 250:15 251:3 252:3
**exist** 151:5 160:22 162:11
**existed** 123:8 161:3 198:2
**existing** 26:20,24 33:23 34:10,16 43:2 71:14 158:19 199:13
**exists** 205:15
**exit** 144:11
**expand** 62:8
**expanded** 69:16 228:2,4
**expansive** 18:5,6
**expect** 20:6 216:2
**expectation** 99:11 244:14
**expectations** 80:2 126:25
**expected** 21:19 81:14,19 127:12
**expediter** 20:22
**expended** 81:11
**expense** 119:3
**expenses** 20:21 85:19
**expensive** 17:18,20
**experience** 60:14 115:14 172:18
**Expires** 248:24
**explain** 53:4 62:21 121:12 191:21 194:14 195:21 245:11
**explained** 17:2 20:11,19 21:9 39:14 54:23 61:13 154:11
**explaining** 20:18 81:10
**exploring** 26:17
**exposure** 22:9
**expressed** 20:10,10
**expressing** 82:13
**expression** 18:13
**extended** 35:10
**extensive** 18:15 210:12
**extensively** 203:18
**extent** 7:22 64:13 154:2 157:15 165:7 168:2 242:23 244:22
**extremely** 127:22
**ex-wife** 16:4 103:16 129:12,24 192:22
**e-mails** 95:20 104:17 189:23 212:24 241:25

F

**F** 17:8 107:2 249:2
**fabric** 207:22
**fabricate** 53:5 229:15 236:4
**fabricated** 219:10
**fabrication** 59:25 60:4 86:20 170:25
**fabricator** 171:9,12 171:16
**fabrics** 131:3
**fact** 26:18 39:19 41:14 47:15 55:25 78:3 89:19 101:21 104:5 129:25 191:21 199:5 219:11 225:14
**factor** 211:10
**facts** 176:9 231:18
**fair** 41:10,11 47:11 58:21 123:16 144:11 197:15 221:23 229:21
**fairly** 35:9 112:16 138:6 144:2 218:23
**fall** 38:5 50:8
**familial** 125:12
**familiar** 19:7 67:25 97:12,12 171:20 190:4 208:21
**familiarity** 33:11
**family** 15:25 16:25 33:9
**far** 52:15 117:13,19 127:25 128:4 136:7 172:18 216:10,15 218:19 219:7 223:14
**fashion** 119:11
**fashioned** 43:22
**father-in-law** 16:6 17:5 100:23
**favorably** 103:2
**faxes** 148:17
**fee** 19:13,14 32:13 32:16 33:3 39:14 47:10 79:8 117:8 133:22 134:20 135:3,16,17 180:3 239:10
**feedback** 101:24 102:22 131:7
**feeding** 201:17
**feel** 18:10 102:21 158:11 165:7 186:3,4 212:9
**feeling** 100:5 102:12 103:11
**fees** 18:2 20:4,8,19 32:15 133:2 215:15,18
**feet** 197:11
**fellow** 18:20
**felt** 120:15 145:13 241:16
**Ferrari** 18:5
**festivities** 29:25
**few** 74:24 94:24 132:5 165:17 207:16
**fifteen** 81:10
**fifth** 204:5
**fifty** 84:14,19 122:2 122:3 174:7 238:13
**fighting** 128:13
**file** 33:23 34:10,13 34:16,19,24 137:20 142:12 146:20 157:7 166:6 168:19 199:12 234:15
**filed** 139:5 142:21 143:3 169:23 219:23 220:4 224:25 227:25 229:5,18,24
**files** 139:12,15 252:8
**filing** 38:20 39:9,17 45:24 49:18 50:5 50:17 142:5,6 166:2 232:5 244:7 244:11,24,24
**filings** 40:21 47:16 144:22
**final** 50:22 59:21 60:6,23 61:16,17 82:4 96:13 132:17 133:18 142:2 192:8 237:23 238:24
**finalize** 22:25
**finally** 189:17 196:6
**finals** 96:6
**financial** 13:4
**find** 21:5 35:14,18 55:21 168:7 208:24 220:24 227:21 233:13
**fine** 25:13 108:14 163:24 179:17 185:24 186:6 202:20 245:3
**finer** 22:9
**fingerprint** 70:8
**finish** 31:8 39:2 60:21 106:10 172:25 188:10,14 217:13 218:20 223:4,7 230:5
**finished** 60:10 239:6,13
**finishes** 22:11
**fire** 144:11 235:25
**fired** 149:11,12 163:24 164:2 166:2 236:19
**firm** 6:21 7:15 152:22
**firms** 14:15
**first** 9:17 12:3 15:2 15:20 17:11 18:10 19:12 22:7,23 24:12 25:14 26:22 27:24 28:17,24 29:2,2 31:3 38:9 58:8,12,14 66:20 68:11 71:13 83:24 109:2,15 110:23 111:22 114:18 119:16,20,20 134:4 145:5 150:4 151:6 159:25 164:11 173:3 191:7 192:10,18 199:9 207:18 210:9 214:12 215:8 225:10 241:12
**first-class** 17:17,22 127:13
**fit** 45:11
**fits** 195:13
**five** 155:4 167:4 209:12 211:21
**fixtures** 22:11
**flanking** 74:17
**flash** 112:13
**flashier** 112:19
**flashy** 112:22,23,24
**flat-screen** 186:21
**flip** 69:24 207:9
**floor** 2:14 26:13,20 37:7,8,13 39:2 75:7 86:17 92:12 99:7 137:11
**focus** 39:22 41:9 54:18 64:17 72:19 149:14
**focused** 60:15 63:20 70:18 163:9
**focusing** 72:12
**folks** 56:22
**follow** 109:23 110:16
**followed** 130:7
**following** 22:23 31:17 105:19 172:14 250:25 251:24
**follows** 4:4 44:9 107:6 176:12
**follow-up** 169:3 242:11
**force** 209:6
**forget** 103:17 192:22
**forgive** 228:13
**form** 15:17 23:18 32:5,6,9 44:24 50:16 146:7 162:24 182:9,10 184:23 194:14
**formal** 23:8 98:5 220:24
**formally** 24:8
**format** 99:6 151:25 215:9
**former** 124:14,15
**forth** 99:8 101:25 202:7 217:8 249:11
**forward** 34:19
**forwarded** 32:5 38:2 88:11 91:25 92:3 94:14 95:15 95:21
**forwarding** 55:15 56:7 234:13 246:22 247:3
**four** 25:11 29:4 69:25 199:3 239:9 239:13

**fourth** 198:15 203:21
**four-and-a-half** 169:25 211:21
**foyer** 63:25 68:6 69:17 70:15,16,21 74:8 75:7 88:22 89:6,10,19 105:15 131:11 158:18 159:2,3,4 163:9
**frame** 109:6
**framing** 138:8
**frankly** 126:24
**free** 212:9
**freely** 179:9
**friendly** 16:3,4
**friends** 125:2
**front** 5:24 29:6 44:16 111:6 159:18 174:23
**frustrated** 36:18 100:14
**frustrating** 83:2 101:23 126:23 127:3,5
**full** 45:6,11 49:16 49:25 141:18 217:9 218:22
**full-sized** 147:24 151:22
**functionality** 26:15
**furniture** 131:14
**further** 4:23 41:6 74:24 107:6 136:8 170:4 172:8 191:9 208:19 242:10,12 247:9,11 249:15
**future** 36:14

**G**

**G** 125:19
**Garry** 27:17,18 29:6,11 37:20 43:9 55:20 57:3 57:10,14 58:23 60:13 65:13 88:5 88:5,8,9 91:4 95:25 97:10 98:21 101:9 102:19 107:18 109:18 110:24 145:6 189:17,18 193:14 195:18 204:19 219:18 241:3 250:18
**Garry's** 88:9 90:2 214:18 217:24
**garth** 1:11 3:5 4:9 4:11 42:17,20 69:7,14 70:8 71:3 76:3 147:15,24 148:18 150:17 152:16 153:9 157:12 158:23 159:25 165:4 166:20 169:22 196:5,7,13,20 197:2,16 198:3 211:3,11 221:22 222:25 225:16,22 226:7,15 231:9 242:16 245:20,21
**gather** 221:9
**gave** 18:17 19:8 31:16 80:11 102:2 144:20 154:12 163:21 165:14 184:4,10 199:22 235:23
**general** 12:15 53:8 55:24 61:6 123:7 129:10
**generalized** 133:5
**generally** 127:7
**generated** 26:14
**generating** 217:9
**generic** 11:3 204:23
**gentle** 242:2
**getting** 56:15 60:17 64:7 89:2 97:4 101:13,24 102:21 104:3 184:25 194:10 202:4 225:20 236:6
**GHA** 166:19 167:16
**GHA's** 167:18
**give** 14:4 17:15,24 18:9 22:10,17 31:15 60:21 62:17 79:20,24 80:10 82:8 99:8,9 123:7 147:3,4,5 157:19 168:18 179:22 184:2 189:5 191:10 200:7 201:12 215:24 217:5 219:9
**given** 28:5 33:10 34:12 43:3,6 80:8 103:24,24 138:11 147:13,24 163:16 167:11,14 215:23 219:19 230:15 249:14
**give-and-take** 131:15
**giving** 22:7 57:12 65:5
**global** 155:3
**go** 19:16 25:21 32:22 43:12 44:6 48:13 55:6 58:15 61:7 64:18 71:19 74:25 76:14 88:20 90:11 98:8,9 106:9,12 110:2,5 127:25 146:8 150:8 151:8 152:16 154:7 158:8 159:24 168:19 217:14 218:7 237:3 238:5
**goes** 28:10 53:10 60:9,10 89:18,19 100:9 233:5
**gogick** 1:19 3:4 4:8
**going** 13:20 16:5,22 18:21 21:8 22:4,6 24:11 27:9 31:5 31:12 33:20 40:19 43:18 47:15,23 49:15 51:21 54:21 55:4,5,6 57:18 58:11 62:8,9 63:3 63:22,22 64:22 67:14 69:19 71:18 78:11,24 80:8 82:2,3 90:11,20 93:16,17 97:13,14 99:18 103:17 104:8 105:13 108:11 110:22 116:4 124:3 125:17 127:13,21 127:24,25 132:18 134:11,13,17 136:17 149:13,18 150:12 160:13 162:3 166:8,11,11 168:4 170:15 172:13,23 175:7 185:3 191:4,6 192:11,14,23 194:19 195:10,12 198:19 209:6 210:11,15 212:19 212:23 216:4 221:18 222:22 225:8 233:9,14 238:25 239:5 244:13
**gold** 208:8
**gone** 64:5 68:24 151:13
**good** 16:12 52:23 76:19 86:8 124:2 126:22 172:11 222:23 237:6,10
**gotten** 219:16
**governmental** 49:19 50:6
**governs** 169:8
**go-to** 123:25
**grade** 21:14
**graduate** 8:20,24 14:10,10
**graduating** 14:12
**granted** 163:6
**graphic** 243:18
**graphically** 243:9
**graphics** 232:8 243:2,4
**great** 18:23 31:11 33:14,16 34:9 102:2 103:25 127:21 223:12 247:12
**greater** 20:13
**greatly** 223:22
**group** 13:16 15:12 104:8 110:2 188:22
**grouping** 83:24 139:18
**guess** 18:20 33:13 53:13 88:4 104:23 109:19 114:15 123:6 133:17 146:22 216:3 221:6 232:18,18 234:19 236:24 238:7
**guidance** 215:25
**gun-shy** 209:22
**guy** 28:5 91:5 148:24 149:5,11 163:17 195:18 233:7 242:7
**guys** 220:22

**H**

**H** 4:2 107:4
**half** 54:14
**hall** 96:13
**hallway** 71:22 74:11 88:17 89:15 89:21,24,25 159:22
**hand** 6:7 13:20 27:9 31:25 45:22 67:14 78:11,24 80:25 83:3 87:24 99:18 108:11,12 113:15 124:3 125:17 136:17 141:2 170:15 206:6 207:10 224:24 225:3,8 233:20 240:23 249:21
**handed** 77:10 95:12 98:13
**handicap** 144:15
**handicapped** 75:11
**handing** 13:24 23:19 27:11 55:12 65:8 66:17 78:13 81:3 83:4 88:2 90:16 92:16 94:7 94:9 96:24 98:15 113:17 124:5 130:13 131:18 136:21 141:4
**handle** 43:17
**handled** 180:25
**hands** 99:9
**handwriting** 147:5
**happen** 145:11 163:23
**happened** 163:14 186:19 190:20 192:4 219:12 231:2 235:9
**happening** 154:12
**happens** 132:20
**happy** 54:20 59:11 127:19 128:15
**harassing** 198:16
**hard** 25:6 82:25
**harder** 222:19
**hardware** 39:2 163:12 208:20
**having** 4:2 25:5 64:10 74:14 90:25 91:23 107:4 164:24 206:21 209:21 213:3 221:3 223:22
**hayden** 1:11 3:5 4:9 4:11 42:17,20 69:7,14 71:3 73:24 147:15,25 148:18 150:17 153:10 158:23 162:24 166:20 167:8 169:22 196:5,7,13,20 197:2 199:7 211:3 211:11 221:22 224:9,14 225:16 225:22 226:8,15

227:18 229:24 230:17 231:9,19
**Hayden's** 70:8 71:6 72:6 76:3 148:5 152:17 157:12 159:25 160:4 161:15 165:4 197:16 211:9 214:16 222:11,25 229:17 232:25 242:16 243:6 245:20,22 246:5
**headed** 136:14 138:19 139:14 251:21 252:5,7
**heading** 45:11 48:17
**heard** 14:24 65:17 91:16
**hearing** 15:17
**held** 28:13 107:11 140:20
**help** 119:21 128:16 208:18
**helpful** 33:22 58:5
**her** 9:17,22 15:8,24 16:4 88:13 90:12 109:19 124:17 130:5 152:23 157:22 189:14 201:11 207:4,7 241:24,25 242:4 245:15,20
**hereinbefore** 249:11
**hereunto** 249:20
**he'll** 61:9
**hierarchy** 243:23
**highlighted** 151:21
**highlights** 108:22
**highly** 217:4
**high-end** 19:7,11
**him** 16:24 18:4,19 19:12,13 20:7,8 20:11,15,18,19 24:16 25:7,17,21 26:13 27:24 29:3 29:17,17 35:23 38:5,6 61:12,13 62:13,21 86:9 101:13 103:5 126:3 127:22 129:16,16 131:6,8 131:12 141:12 149:2,12,12 163:18,19,21 164:3,11,18 169:21 179:5 184:9 186:8,22 188:9 189:5 191:21 195:21 198:20 199:14 200:7 201:9 202:4 203:23 204:6 205:20 206:6 209:6 210:7,17 223:10 225:3 230:5 233:20 240:23
**himself** 95:5
**hire** 201:16
**hired** 235:22
**historical** 187:19
**hold** 168:21 198:10
**Honestly** 185:11
**hope** 190:9
**hopefully** 202:5
**hopes** 212:13
**hour** 106:10 170:9
**hours** 61:12
**house** 15:25 16:2,24 17:20 24:24 29:4 29:19,20,21
**housed** 13:6
**Hum** 57:25
**hundred** 16:2 84:7 84:10 87:4 119:8 120:23 121:21,22 133:14 134:20 218:11 238:3 247:5
**hypothetical** 176:7 176:8,12,25 221:19 236:14

**I**

**idea** 17:15 22:7 54:19 56:10,17 66:23 88:16 95:4 95:7 96:20,21 105:2,11 169:13 171:6 173:15,25 174:2 177:12 207:2 224:23
**ideas** 45:17 109:20 109:21 111:24 112:4 184:10
**IDENT** 250:15 251:3 252:3
**identical** 47:8
**identification** 13:18 27:7 57:11 65:4 67:12 76:23 77:2 77:4,7 94:5 95:10 98:11 115:23 122:21 136:16 138:20 139:16 170:18 213:7
**identified** 65:3 76:25 108:16 117:2 141:13 241:7 250:20 251:6
**identify** 21:4 132:22 180:12,13 241:7
**identifying** 199:6
**III** 3:9
**imagine** 87:11 111:11
**imagined** 163:23
**immediately** 37:25
**implement** 184:11
**implemented** 206:21
**importance** 22:14 54:23
**important** 18:19
**imported** 151:15
**impression** 18:20 35:12 86:3 114:25
**improved** 150:6
**inappropriate** 184:22
**inasmuch** 159:3
**inc** 1:10 2:12 4:10 7:7,9,12,14,15 8:2 8:23 9:13,14,15 10:3,11,23 11:3,8 11:21 12:10,10 13:10 23:23 28:10 28:11,15 41:14 43:22 44:2,12,18 44:21 153:21,21 153:24 155:3 172:13
**incidental** 71:4
**include** 37:7 132:14 242:23 244:5
**included** 48:25 54:7 68:13 99:6 166:22 196:12 212:25 244:6,23
**including** 82:2 132:10 215:12
**incorporate** 50:21 131:8 186:25 224:15 230:17 232:14 234:21
**incorporated** 130:24 131:2,5 142:20 155:14 159:4 165:20 167:9,22 186:15 224:10 244:17,21
**incorporating** 228:15
**incorrectly** 228:24
**indicate** 18:25 34:23 65:20 93:4 149:18
**indicated** 41:6 92:23 98:23 100:23 155:21 159:13 244:2,9
**indicates** 87:3
**indicating** 89:16 121:20 129:4 217:19,20
**indication** 22:10 34:12 79:25 118:20 219:22
**individual** 9:16 18:6
**inelegant** 232:15
**inform** 164:18
**information** 31:14 31:17 43:7,15 143:12 166:19 189:15 207:14 212:10 217:6 222:15 231:25 246:8,16
**infringement** 155:10 226:25 227:20
**infringes** 155:5
**initial** 22:12,13 26:19 28:23 32:12 63:4,13 114:25 134:5 210:7
**initially** 54:12 70:18 196:4 215:25
**initials** 156:10,16
**initiation** 60:3
**inkling** 192:10,14 192:17,19,20
**innocent** 169:16
**input** 20:15 30:22 115:3 123:9 183:9 184:7 188:23 197:24
**inquire** 95:21,24
**inspection** 106:5
**installation** 93:18
**installed** 222:21
**instance** 180:12,14 180:15 181:4,7 187:9 208:7
**instances** 157:10 158:11 180:10,22 186:18
**instruct** 178:11,12
**instructing** 198:20 203:23
**instruments** 52:10 52:17 168:14,22 169:6
**intended** 22:19 40:7 52:20 99:8 142:20
**intense** 170:2
**intensive** 211:22
**intent** 137:23 138:8
**intention** 40:9,12
**interaction** 25:3
**interceded** 130:2
**interchangeably** 40:15
**interest** 152:24
**interested** 26:8,9,17 206:21 249:18
**interests** 7:4
**interfered** 126:17
**interior** 7:24 8:8,12 10:9,11 11:4 12:11 36:23 38:11 38:14,23 39:6 41:3,9,15,19 45:6 45:12,15,18,19 47:14,18 48:17 66:11 78:4 85:9 92:6,11 99:16 106:7 115:15 137:8,10 166:10 169:11 204:15 232:6 244:17
**intermediaries** 164:7
**intermediate** 88:15
**internal** 144:13
**interpret** 64:20 115:9
**interpreted** 40:13
**interrupt** 102:6 204:8 223:9 230:20,22
**interrupting** 216:19
**interruption** 60:12 94:18 190:24 241:18
**intervention** 210:12
**intimately** 153:6
**intimidate** 198:17
**intimidated** 242:3
**introduced** 15:23 16:6
**investigation** 15:18
**invoice** 78:19 79:2,2 79:6,11 83:10,12 83:14,18,19 87:3 115:22 116:10,11

116:11,13,17,19 116:22,25 117:5 117:21 119:6,13 119:20,20 120:6 120:11,18,19,22 121:13,13,19 122:12 131:21 132:3,11 133:10 133:13,13 134:18 134:19 135:6,23 215:9 251:17
**invoices** 5:25 13:18 13:25 83:15 116:6 117:25 118:21 132:15 133:4 134:6,23 250:16
**involve** 22:24 210:5 241:25
**involved** 13:8,12,14 19:10 21:15 22:2 36:24 42:7 68:11 94:25 96:2 100:15 101:13 153:6 166:9 188:17 199:8 204:16 210:6
**involvement** 51:6 69:11 70:9 91:17 125:12 148:15 151:3 202:7
**involves** 153:5
**involving** 57:10,13 250:18
**israel** 2:11,16 5:14 136:11 170:6 172:10,12 179:7 182:5,8 184:24 186:8 189:5 192:15 197:21 198:20 200:7,11 202:12,16,20 203:19,22 204:6 206:6 212:15,23 213:14,20 216:20 218:7,10 220:12 220:19 225:5,8 233:12,17,20 234:2 240:23 241:21 242:6,10 242:15 247:11 250:5
**issue** 55:4 61:2 118:21 119:19 141:8 144:15,16 144:17 154:6 161:25,25
**issued** 46:15 79:6 119:20 120:5
131:23 134:22 135:6,23 141:19
**issues** 54:25 136:6 142:3 202:6
**issuing** 218:22
**Italian** 59:7 92:24 93:4,11 171:9,12 171:16 193:24 195:3 233:7
**Italians** 58:25 59:16 62:14 63:3 86:18 90:8 170:24 171:5 193:18 194:10 201:19 234:23 235:17 236:10 245:4,12,15,19 246:10,13
**Italy** 90:3 92:6 94:20 219:14 229:13 230:2,11 233:5
**item** 84:22 86:23
**items** 119:4
**iteration** 26:22

J

**January** 14:21 98:17,20 100:3 104:17 105:3 108:17 111:12 112:3 116:13,20 122:13 123:3 125:20 126:6 139:12
**job** 25:9 33:14,16 41:13 109:18 110:24 117:18 125:11 157:25 176:5 206:13 207:11 246:15
**jog** 58:7
**jogging** 58:6
**judge** 5:7
**Julie** 101:20 104:4 124:13 125:9 126:12,14 127:15 127:19 128:14
**July** 16:14
**jumping** 195:22
**June** 71:7 72:7,10 72:16 73:6,14 145:19
**jurisdiction** 15:14
**jury** 5:7

K

**keep** 90:17 109:8 201:10
**keeping** 244:2,12
**keys** 28:22
**kid** 102:17
**kill** 103:18 192:23
**kind** 11:2,17 20:12 20:16 26:23 29:6 35:13 36:9,21,24 37:16,17 48:4 60:14,22 62:18 64:2 68:22 71:4 73:13 74:5 80:11 82:8 86:19 99:5 99:10,14 100:21 100:25 101:5,23 102:2,24 109:9 112:13,16 123:7 126:10 131:16 133:5 134:14 136:6 140:16,19 153:2 166:4 171:14,15 174:17 188:4 195:12 201:8,23 204:23 215:17 219:21 232:3 246:15
**kinds** 35:10 46:5 127:5
**kitchen** 26:6 29:5 37:16 62:9 63:17 197:10
**knew** 22:3 47:21 48:2,4 81:25 103:20 126:11 166:2 215:20
**knock** 160:12
**knowing** 169:14
**knowledge** 95:5 165:9,12 180:19 190:19 191:23 231:14 232:22
**knowledgeable** 195:19
**knows** 171:6 172:25 234:15
**Kofman** 17:6 125:10 126:14,17 128:5
**K-o-f-f-m-a-n** 17:7
**K-o-f-m-a-n** 17:9

L

**L** 4:2,2 107:4,4
**label** 11:3
**labeled** 116:10
**lack** 126:25
**LaLique** 130:20 232:13 234:4,18
**language** 53:14
191:7 203:6,9 205:16
**lapse** 14:22
**large** 68:5,5 130:25 147:6 186:20
**largely** 233:4
**larger** 99:6 104:7 209:12 244:8
**last** 9:21 23:22 29:16 49:16,23 55:13 81:6 100:5 102:12 103:11 134:19 158:5 186:9 202:12 238:8 240:4,9
**lastly** 122:6
**later** 6:22 61:12 72:13 83:5 207:16
**latest** 190:8
**law** 38:22 144:15,24 212:18
**lawsuit** 28:9 172:14 224:17,20 227:18 229:23,23
**lawyer** 154:4,7 164:13 180:8 220:9 228:12,23 229:2
**lawyers** 192:6 200:14
**lay** 108:12
**layers** 137:18
**layout** 33:24 34:10 34:16 68:4 89:6 147:16 199:13 211:12,16,20,22 211:25 229:6
**layperson** 99:24
**lead** 59:25 77:23 109:11
**leading** 19:5
**least** 35:24 38:10 54:11 59:16 78:2 79:8,16 112:3 134:11 136:7 155:25 173:19 237:11,21 242:17
**leather** 207:19,23
**leave** 18:19 98:9 152:19 159:24 172:23
**left** 5:4 37:17,19
**legal** 13:4 40:10 173:14,22 175:22 177:10 179:14 224:22 235:12 236:21
**legally** 12:24
**length** 82:14
**Leslie** 65:11,19
**less** 39:21 87:17 120:16 134:13 210:23 223:14 238:4 243:7 244:4
**let** 5:11 23:14 30:15 31:8 57:20 66:14 87:24 131:17 138:14 139:10 146:8 175:13 188:9 189:2 204:6 204:25 208:18 223:4,7 230:5 245:9
**letter** 5:25 6:24 125:15,17,21 126:4 128:4,7 131:23 164:6 192:17
**letters** 148:17
**let's** 27:5 57:8 64:13 64:17,25 72:25 94:2 115:19 119:19 146:22 158:17 159:24 160:10 170:6 175:14 176:4,13 235:14,15 239:8
**level** 153:5 161:25
**levy** 1:21 249:7,24
**liability** 39:15 45:25
**liaison** 60:15
**Liberty** 2:14
**Libracon** 91:10,12 91:14,16,20,25 94:4,11,19 95:9 95:14 189:20 190:5,15 251:12 251:13
**library** 26:9 62:10 62:11,12 63:17 64:16 70:24 71:18 74:2 76:6,7 96:14 114:6 159:11 170:25 197:12 208:7 229:15 230:12 232:13,16 232:17 233:8 234:21 246:24
**license** 14:19 15:13
**licensed** 8:9,11 11:6 11:15 142:12 155:23
**licensing** 15:18
**licensure** 7:18 14:15,17
**life** 22:9

**lighting** 22:14 39:3 89:15 93:13 115:12
**lights** 208:8
**likely** 20:7 21:24 38:12
**limit** 80:21 210:23
**limitation** 80:12 82:8 172:22
**limited** 64:8,17 69:15 70:21 75:25 75:25 76:3 106:7 145:14 162:4 182:8 197:8 211:15
**limiting** 211:10
**line** 53:18 74:13 128:2 142:13 243:5,10,19 248:4
**lion's** 117:8
**Lisa** 30:7,8,9,14,15 30:19 102:17
**list** 110:10 117:22 187:5 206:19
**listed** 90:25 95:19 221:10
**lists** 114:4
**literal** 194:24 231:19
**literally** 187:19,20 231:20
**litigation** 4:9
**little** 61:23 62:5 82:23 83:2 101:6 101:7 103:18 104:4,11 105:15 112:13,17 126:23 126:24 127:3 131:15 132:8 135:24 136:8 142:18 151:20 185:12,23 187:18 187:21 194:24 195:13 201:18 206:10 208:19 212:21 215:10 217:21 232:9,10 238:13 240:5 243:3,4,21
**live** 26:7 177:19
**living** 17:2 26:7 70:24 71:16 74:2 131:2 148:9 159:10 161:2 163:9 186:21 207:24
**LLP** 1:19 2:4 3:4
**Lobby** 207:18
**Local** 144:14,24
**location** 143:21
**loft** 26:7
**lofty** 112:8
**loft-like** 139:25 184:3
**logistics** 119:4
**London** 14:9
**long** 36:19 57:22 128:7
**longer** 21:25 117:22
**look** 27:12 37:2 44:16 52:3 55:6 56:13 57:14 65:7 72:6,25 78:14 97:7 104:24 108:21 111:5,22 112:15 115:19 119:2 124:6 133:12 134:18 140:18 157:6 159:13 160:3 172:6 179:3 189:3 189:10 190:25 191:2 193:11 199:16 200:12 205:2 206:4,11 207:16 209:9 211:18 213:8 222:11 225:19 229:17 233:9,18 234:10 239:18 241:2 243:21,22 243:23
**looked** 35:21 62:21 75:23 81:7 134:10 220:21 238:8
**looking** 22:11 26:2 36:22 39:18 60:19 62:7 68:5 69:8 71:5 72:14 78:7 81:17 83:11 96:10 101:10 104:21 109:13 110:15,23 111:4 112:4,17 120:18 133:15,16 133:18,22 134:19 135:2,14 140:8,10 142:20 143:12,16 147:22 151:23 156:21 167:4 179:10 212:22 217:17 234:7 238:7 240:2
**looks** 73:14 74:4 88:25 148:6,7 159:10,11,14,17
**loop** 234:13
**lot** 22:5 25:2 26:13 26:23 64:5 92:25 114:20 115:2,3 131:11 137:24 140:24 217:3 219:20 222:18 244:9,9 246:8,18
**loved** 107:24 210:13
**lovely** 29:17
**lunch** 124:25
**Luncheon** 106:15
**luxury** 19:6

**M**

**M** 122:20 251:19
**made** 32:19 39:21 52:22 98:6 105:15 114:10 143:15 145:6 171:23 182:19 190:9,15 196:11,22,25 197:17
**mahogany** 143:15
**mail** 126:5
**main** 68:8 227:5
**maintain** 109:6
**make** 104:5 109:24 172:5 181:24 182:24 185:19 197:11 198:7 200:5 209:11,23 210:5 240:6
**makes** 218:3
**making** 29:7 38:21 59:17 92:7,11 182:8 183:7 204:10 205:14 233:5
**man** 18:23
**manage** 13:2
**management** 10:14 11:9 12:12 13:9 13:13 51:20 54:25 204:21
**manager** 56:11 61:6 65:12 201:12,16 201:22
**managing** 61:11
**Manhattan** 17:19 22:19 26:3
**manner** 242:4,6
**manufacturer** 92:24 93:4,12 171:9
**many** 23:4 24:15 35:22 82:25 149:9 152:4
**mark** 6:22 13:15 27:5 57:8 64:25 67:6 94:2 212:23
**marked** 12:2 13:18 13:21 23:16 27:7 27:10 32:10 55:11 57:10 65:3 66:15 67:12,15,16 69:20 76:22,25 77:4,6 77:11 78:12,24 80:25 87:25 90:14 94:5 95:10 96:24 98:11,13 99:18 111:8 113:16 115:23 116:16 122:17,20 124:4 125:18 136:15,18 138:14,20 139:11 139:15 141:2 155:4 170:16,18 212:21 213:3,7 225:9 242:18
**marketing** 43:5 199:24
**marking** 225:12
**marriage** 249:17
**married** 30:11
**master** 70:25 71:23 71:24 72:4 74:20 86:24 87:5 89:14 89:25 97:15 104:19,22 109:20 111:24 112:5,7 113:10 114:6 139:23 159:16,18 161:12,13 163:10 163:10 241:13
**match** 146:24,25
**material** 5:23 37:14 43:9 59:24 60:21 99:7 104:12 131:9 162:9 163:15 187:9 199:7 243:20 244:6,9
**materially** 150:5
**materials** 6:6 38:25 42:19 43:5 115:11 130:23,23 131:4 140:8 144:3 162:8 162:18 163:12 188:3 199:24 217:8
**math** 133:24
**matter** 100:10 143:18,21,24 144:3 153:2,20 249:19
**may** 1:14 10:16,25 20:24 25:20 30:10 30:10,10 31:3 37:13 46:18,21 47:9 50:11,24 54:9 66:23 68:13 69:17 80:8 87:22 90:8,10,11 91:24 92:11 99:5 100:12 100:12,13 101:16 102:19 103:15 113:9,12 121:4,16 134:8,13 139:8 150:19 155:8 156:6 157:8 165:23 167:6,13 167:25 168:12,24 169:16,17 172:17 172:25 175:11 182:4 187:2 188:23 192:2,24 193:23 194:12 199:23 204:11,13 212:25 221:5 228:23,24 230:9 231:2,2 243:15 244:20 246:4,9 248:3 249:21
**maybe** 15:25 16:23 29:4,19 55:8 58:13 65:13 107:18 113:4 118:12 136:8 143:6 152:7 163:16 164:20 173:2 190:3 199:24 217:24 230:12 246:18
**mckee** 3:9 4:6,7 13:15 19:19 27:5 39:23 46:22 57:8 58:3 63:9 64:25 67:6 76:18 77:9 94:2 102:9 106:8 107:8 108:8 118:15 128:22 136:12 141:12 154:16 170:4,11 170:14 172:3,7 189:7,9 200:5 233:22,24 240:24 242:11,13 247:9 250:4,6
**McKee's** 203:18
**meaning** 24:4 40:14 245:16
**means** 84:19,25 144:11 165:9 214:10
**meant** 59:22 61:16

63:6,11 86:2 93:7 117:10 165:25,25 243:9,11,17 244:5
**measure** 43:12 58:12 199:9
**measured** 43:10 68:19 200:2
**mechanics** 174:18 180:24
**medallion** 1:10 2:12 4:10 24:5 28:10 28:11,15,20 43:22 44:18 126:22 153:9,21 172:13 173:4,17 174:21 175:14,19 176:4 176:13,18,24,25 177:6,7,14 191:10 213:6,13,17 221:21 235:15 236:7,17,18 241:10 248:3 252:12
**meet** 15:8,21 18:4 18:22 20:3,15 21:6 37:23 79:25 80:7 109:10
**meeting** 17:11 18:10 22:7,23 24:24 25:14,24 29:14 31:13,17 32:5 65:21 100:5 102:12 103:12 107:11,14 108:5 108:16 109:17,23 110:9,11,16 111:2 111:5,23 118:11 140:20 200:15 206:13,24 207:17 210:7
**meetings** 23:8 25:25 28:23 86:9 109:7 111:5,10
**member** 155:17,19 155:20
**memory** 58:6,7 179:6
**mentioned** 20:24 21:8 33:22 68:23 145:5
**mercurial** 127:4
**merely** 168:6
**merry** 168:20
**MEs** 192:6
**mess** 169:17
**message** 55:19
**met** 9:21 16:15 19:12 24:12 25:7 27:24 28:18,24 29:3 35:6 37:23 38:3,5 65:13 98:2 100:22 114:18 154:10 163:19 164:3 169:18 174:12
**metal** 131:10
**method** 143:17
**methodically** 193:9
**methodology** 121:18
**Michael** 17:6
**Michaela** 9:18,19 16:13 43:16 58:11 58:15 77:21,25 88:4,5,8 95:9,14 96:5 107:17 109:8 110:12 123:3 124:12 125:11,14 127:15 130:8 138:12 141:22 151:13 157:17 171:6,18 188:17 189:12,17,23 190:18 230:13 233:5 234:5,6,8 234:11 241:4 246:14 251:14
**Michaela's** 123:6 206:24 229:12
**mid** 123:3
**middle** 100:24 119:2 166:15 186:21 191:7 195:24 196:11 209:11 241:2
**might** 20:21 21:20 22:13 24:24 25:4 27:4 31:7 43:4 57:21 101:7 104:6 111:13,13 113:7 114:20 124:24 172:15 194:22,22 208:5,6
**mill** 236:10
**Miller** 65:15
**million** 54:14 79:19 79:22 80:3 81:8 132:4,10 134:2 166:5 175:17,17 239:3,9,13,14
**millwork** 194:2 215:12 230:10,12 231:5 234:24 235:14 236:4 246:11,25
**millworker** 93:24
**millworkers** 195:3
**millworking** 219:14
**mind** 42:13 103:19 104:6 181:6 217:12
**mine** 108:22
**Ming** 113:21
**miniature** 67:11 250:22
**minimal** 106:4
**minimis** 218:23
**minimum** 216:4 221:24 237:12
**minor** 46:18 210:19
**minute** 69:24 82:21 233:13
**minutes** 109:6,23 110:16 111:5,23
**miscellaneous** 68:24
**mischaracterizes** 180:18 188:7 197:20 208:12 223:25 238:17
**mischaracterizing** 208:14
**misquote** 243:14,15
**misspeak** 70:12
**misstates** 165:22 237:24
**misunderstanding** 79:14 214:19
**misunderstood** 243:16
**MO** 174:19 202:12 250:11,12,13
**models** 92:8 190:10 190:15
**modest** 63:21
**modifications** 46:19
**modified** 114:14
**moment** 27:12 39:23 57:14 75:2 78:14 129:4 130:6 146:9 192:17 195:23 213:8
**moments** 94:24 132:6 165:17
**money** 54:13 82:14 173:4,5 177:16,22
**monthly** 118:24 119:6
**months** 59:20 60:2 82:25 169:25 210:18 211:21
**more** 21:19 25:19 25:21 26:21,23 31:18,24 35:25 43:6,25 47:13 54:18 62:10 63:15 63:20,21,23,24 70:18,20 75:23,25 76:3 98:8 112:8 112:10,13,17 113:7,7 120:2,15 132:8 135:24 138:24 139:3 149:14 157:19 170:12 179:23 187:11,16,21,22 188:3,17 190:19 195:13 205:3,14 205:23 209:12 210:12,23 213:4 217:21 218:16 232:10 238:13 241:22 243:9 246:8
**more-or-less** 194:20
**morning** 6:2
**Moscow** 19:6 59:10 91:6 129:13
**most** 20:7 35:17 38:12 55:14 83:9 158:3 163:3 213:22 241:24
**mostly** 59:6
**mother** 30:9
**MOTIONS** 250:11
**move** 128:16 174:19 202:12,16
**moving** 102:24
**much** 37:9 54:21 55:4 66:3 114:2 136:2 150:7,7 151:14,15 157:19 162:3 172:24 173:4,5 188:17 196:12 200:17 203:7 205:14 208:24 210:12 215:21 218:16 222:9,16 223:22 237:15 246:16
**must** 165:16
**myself** 204:14

**N**

**N** 2:2 3:2 4:2 107:2 107:2,2,4 250:2 251:2 252:2
**name** 4:7 7:3 9:17 15:3 17:4 28:10 44:18 69:7,8 91:16 95:3 154:22 155:25 156:3,8 167:10 171:5 172:11 248:3
**namely** 194:9 231:19
**names** 36:2,5
**narrowed** 41:8
**nature** 23:11 45:19 131:4
**nearly** 16:12 222:23 237:8
**necessarily** 42:5 165:25
**necessary** 244:11
**need** 50:15,15 59:20 62:14 63:3 104:24 106:5 110:10 128:16 149:15 161:10 197:25 198:8 199:16,19 203:22 239:21 246:7
**needed** 104:19 123:23 194:15 234:17 244:23
**negotiated** 33:6
**negotiating** 39:13
**negotiation** 32:16 117:16
**never** 15:15 51:7 80:11,19 130:7,10 148:24 151:2 156:3 163:19 164:2 172:4 184:14 192:13 232:14
**new** 1:3,20,20,22 2:7,7,15,15 3:8,8 8:4,12 14:13 17:22 18:5,22 28:7,8 32:20 62:12 109:20 111:24 112:4 166:24 172:17 212:9,10 249:3,5 249:9
**newer** 162:10
**newly** 73:25
**next** 14:21 51:2 110:17 166:14 204:9 209:9
**nice** 242:7
**nicer** 208:24
**none** 30:24 109:24 196:16,17,18,22
**normal** 60:22
**normally** 217:13 239:6
**Notary** 1:21 4:3 248:24 249:8

**note** 29:17 90:24 117:7 172:3 215:10
**noted** 247:14
**notes** 52:19 75:12 108:16 109:8 118:11 137:21 138:5 143:4 144:23,24 206:24 209:10
**nothing** 197:16,18 202:25 205:22 247:11
**notice** 1:18 79:16 164:6 179:22
**noticed** 232:12
**not-to-exceed** 82:11
**November** 78:21,22 79:9 119:22 120:6 138:16,19 193:5 252:5
**November-Dece...** 128:9,21
**nowhere** 81:12 83:2
**number** 14:14 35:13 58:24 59:8 72:15 73:3 79:3 83:14,19 86:23 114:4 116:22 117:5 120:6,18,19 120:22 121:19 122:12 131:21 133:10,13,13 134:18 135:6 175:7 189:4 190:25 200:8 204:15 206:5,7 214:5 215:13 216:6 233:18
**numbers** 238:6

**O**

**O** 4:2 107:2,2,2,4
**oath** 4:21
**Obama** 103:20
**object** 185:3 198:10
**objecting** 178:15
**objections** 174:6 177:11 182:9
**objects** 18:16
**obscure** 215:10
**obtain** 18:11 34:19 34:24 221:2
**obtained** 14:15,17 39:10,20 43:15 152:9 154:6
**obtaining** 49:19
**obvious** 165:6,15 198:16
**obviously** 19:24 33:18 36:20 48:3 53:16 83:2 151:2 192:9 215:14,20
**occasion** 16:23 22:21 31:7,19
**occasions** 25:20
**occur** 210:4
**occurred** 108:6 111:7
**occurs** 162:25
**October** 14:20 77:12,20 108:17 136:15,25 138:11 251:22
**off** 19:16 43:13 58:3 58:4 106:12,14 128:22,23 133:5 137:18 151:25 159:23 185:4 189:7,8 219:19 225:5,7
**office** 6:2 11:3,9,17 11:18 13:3,7 14:20 15:2,10 46:15 53:15 56:11 77:23 104:2 107:19 140:22 150:20 151:12 154:20 182:14 196:10 232:6,25
**offices** 1:19 114:11
**often** 7:25 46:4 132:24
**oh** 12:6 21:17 44:19 49:24 58:19 75:2 88:12 91:14 120:10 200:19 201:11 217:17 234:12
**Okays** 93:25
**old** 88:25 212:10
**once** 14:17 41:13,22 60:6 64:8 194:17 235:18 236:19
**one** 10:21,22,23 17:8 19:17 21:7 25:19 28:9 45:22 47:6 55:14 57:16 57:17 58:24 67:7 67:15 82:22 84:7 84:13 87:15,17,17 87:18 90:12 92:21 95:19 98:19 102:7 104:4,16 109:13 110:5,17,23 113:5 117:21 127:24 135:14 139:24 141:12 143:6 145:5 146:14,25 147:2,3 161:22 170:12 180:12 181:16 196:6 199:9,23,25 205:4 205:7,24 212:20 214:17,24 215:8 217:19,19,25 220:8,9
**ones** 72:13 117:3 160:15 196:4
**only** 28:8 119:23 125:9 129:20 142:8 147:4 155:22,23 170:9 178:11 181:6 186:23 188:15 218:18 229:5
**open** 14:20 26:7 62:9 63:17 197:10
**opened** 15:2
**opening** 15:5,9 68:8
**openings** 75:10
**operate** 11:22 15:3
**operates** 7:4
**opinion** 103:4 154:5
**opportunity** 33:17 39:18 101:14 232:14
**opposed** 7:12 10:2,3 45:12 51:20 78:4 103:14 115:15
**opposite** 222:5
**option** 97:18
**options** 97:19 115:10
**Orchid** 113:21,21
**order** 22:25 43:16 53:5 59:23 60:19 63:2 68:21 80:6 155:9 179:20 197:6 214:22 217:10 218:20 229:14
**orders** 132:24
**ordinary** 246:19
**organization** 26:14 92:2 182:19
**organized** 37:15 101:15
**original** 43:4 46:14 55:19 95:18 160:4 160:14 161:15 210:7 240:17
**originally** 167:21 198:2
**originated** 27:2
**other** 5:15 8:6,16,20 9:10,22,23 11:22 13:10 20:20 22:7 24:25 31:21 35:4 36:14 38:11 47:6 47:25 67:6,7,16 70:10 85:19 87:19 103:14 109:23 115:6 117:3,4 127:10 128:13 129:23 130:22 137:10,24 161:23 167:8 170:25 171:11 177:10 180:10,14,15,21 181:16 182:22 187:24 197:13 199:3 204:24 216:15 222:15 224:17,19 226:21 229:16 230:12 231:14,16 232:16 238:11 246:25
**others** 9:5 95:15 127:8 156:15 181:11,16 187:2
**otherwise** 15:21 65:3 76:25 93:11 115:22 244:7 250:20 251:6,17
**out** 13:3,13 31:3 47:15 49:7 51:4 60:9 63:23 64:16 66:15 67:8 77:23 85:6 89:19 103:21 103:23 109:11 113:25 118:25 119:21 120:4 126:8 127:23 128:15 143:15 144:10 146:20 147:6 159:8 160:21 164:17 175:15 177:4 179:4 186:22 187:17 195:24 205:14 214:22 215:3 220:25 227:21 233:13 237:9 245:24
**outcome** 249:18
**outfitting** 17:22 38:25
**outrageous** 178:13 184:19
**outset** 55:3 100:23
**outside** 11:20 182:18
**over** 16:24 18:4 29:12 35:9 36:25 89:20 98:8,9 101:15 103:8 104:13 160:12,14 167:15 192:5 226:11,21,22 238:3 242:4
**overall** 61:3 117:8 117:18
**overlap** 172:16 217:15
**overview** 99:10
**owe** 236:25
**owes** 177:5,6
**own** 14:18 15:9 26:11,17 38:16 42:12 152:17 214:9 237:6,10 243:7
**owned** 36:19 131:14
**owner** 9:15 44:8,17 44:17,24 45:7 49:18 50:5 79:20 79:24 80:6 112:4 114:11 115:3 199:17 241:8
**owners** 9:14
**ownership** 28:15 152:24
**owner's** 53:11 80:2 169:5
**o'clock** 102:7 106:8 172:23
**o'neill** 1:19 3:4 4:8

**P**

**P** 2:2,2,11,16 3:2,2 4:2 107:4
**package** 111:23 113:9,12
**page** 23:23 32:22 44:6,16 45:4 48:14 57:19 105:19 109:15 110:3 119:3 139:22 143:10,10 191:7 193:12 200:12,14 206:12 206:15 209:10,11 214:2 217:23,23 240:4,9 248:4 250:3,8,11,25 251:24
**pages** 110:5 207:16 217:22
**paid** 164:12 168:4

170:3 173:18,19
174:13 175:14
176:4,13,18 236:6
237:13,16,19
238:2,4,13
**paint** 93:16
**pair** 159:5 160:18
**paneling** 61:14,24
62:2,15 77:17,19
78:9 109:11
187:18 194:16,22
194:24 195:8
**panels** 130:17,20
232:13 234:4
**paper** 52:20
**paragraph** 48:20
49:16,17,25 51:2
166:18 167:16
225:20
**parameters** 64:4
**paraphrasing** 40:25
114:19
**pardon** 194:7
**parenthetically**
214:13
**parents** 16:4
**Park** 27:3 67:22
171:2 206:16
207:17
**part** 12:11 26:19,25
45:19 66:23 78:2
83:16 89:20 104:7
114:13 115:5,17
119:24 143:16
155:25 168:15
173:9 177:25
188:14 194:25
195:20 242:17
246:19
**participant** 29:24
**particular** 5:11
12:14 21:15 31:23
39:4 53:7 56:14
68:2 69:10 79:11
87:20 89:2,6
93:11 97:6,9
110:9 111:2
117:21 118:22
119:9 123:24
125:11 143:18
187:9
**particularities**
171:20
**particularly** 22:10
86:11 123:18
**parties** 47:21
249:16
**partition** 143:24

**partner** 9:23 15:5
30:13,13 125:10
148:25 152:21
219:13 245:10
**partners** 9:7,10,12
153:4
**parts** 93:5 115:6
216:24 217:10
**party** 41:20 129:6
129:19
**pass** 26:19 241:12
**past** 68:25 77:16
81:16 117:24
200:16
**Patterson** 164:15
**pause** 27:14 39:24
57:15,24 58:2
70:2 78:15 108:10
118:16 154:17
193:10 206:8
213:11 221:16
**pay** 149:12 168:19
169:25 173:4
177:15,21 228:19
236:2 237:14
**payable** 118:24
119:5
**paying** 180:2
235:16,16 236:18
**payment** 119:7
121:4
**payments** 49:9,11
118:18,23 119:5
**pays** 11:9 176:24,25
**people** 18:21 29:4
31:21 35:9,14
36:25 53:4 61:2
100:22 149:9
205:9
**per** 88:17 177:20
**percent** 31:4 32:13
32:15,19 33:3
53:22 84:7,11,14
84:20,23 85:2
87:4 117:12,13,18
118:3,5,8,9 119:8
120:23 121:21,22
122:2,3,6,9,14,14
133:14,21 134:20
135:3,7,10,13,13
135:15,16,17
215:16 218:12,19
**percentage** 117:11
120:12,14 239:16
**perforation** 73:10
73:16
**perforations** 73:9
150:15

**performed** 10:11
**perhaps** 21:19
**period** 21:11 35:10
42:2 246:21
**periodic** 90:12
**periodically** 12:11
**permission** 167:17
**permit** 72:15 73:3
105:9,10,11 106:3
106:3,4 150:14
**permits** 157:8
**permitted** 209:13
**person** 22:8 32:18
189:16 201:6
204:21 207:13
**personally** 91:21
148:24 220:8
231:13
**perspective** 231:8
**perspectives** 37:12
114:14
**perusing** 32:11
46:12 67:20 83:13
97:2 99:21 115:24
122:22 139:17
213:24
**per-square-foot**
134:14
**phase** 49:3 51:3,7
51:14,17 79:5
84:11,20 85:2
118:7,9,22 119:9
217:24,25
**phases** 48:20,25
49:12 117:17
**Philadelphia**
113:25
**Philip** 91:5,10,20,25
94:4,11,19 95:9
95:14,25 96:5
251:11,13
**Philip's** 94:17
**phone** 148:22
**photographs** 22:18
**phrase** 40:6,15 52:9
243:13
**phrasing** 228:23
**physically** 183:12
186:3
**picked** 41:24
**pictures** 99:24
232:21 234:4,17
**pile** 90:18 118:13
**piles** 37:16
**pin** 99:12
**pinned** 140:17
**place** 15:9 28:25
36:25 47:24 103:9

105:11 149:25
193:2 219:14
226:2,11 227:24
231:14,19 232:23
235:2
**placed** 4:20 200:9
233:23 239:20
240:25 241:23
**Plaintiff** 1:6 2:5
**Plaintiff's** 166:22
**plan** 26:13,20,23
43:3 59:18 61:25
70:19 71:6,14
72:7 73:24 75:3,7
105:16 137:11
144:2 150:13
160:24 162:22
163:4 210:9,10,11
210:13 211:23
240:17
**plans** 37:7,9,13
67:22 69:20 72:12
75:13 86:17 92:12
97:24 99:7 145:2
145:18 146:6
152:17 155:4
156:2,11,24 157:3
157:7,9,10 158:2
158:11 159:25
160:4 165:10
166:23 167:4,9,19
199:22,25 217:7
**Plaza** 2:14
**please** 5:11,16 14:5
55:21 96:5 124:6
151:10 178:18
186:9 189:6 191:3
200:8 204:2,8
206:5,6 223:9
233:21 239:19
240:22
**pleased** 129:7
**pleasure** 29:12
**plug** 85:24 86:7
**plumber** 61:8
**plumbing** 93:5,13
**plus** 165:11,11
**pocket** 74:5 76:10
161:6,7,8
**point** 24:7 26:18
54:20 62:6 79:13
79:20 82:7 86:5
86:20 87:6 95:20
99:15 100:7
102:13 103:13
105:3 111:15
117:3 118:25
120:4 122:7

126:11,21 127:11
133:8 149:17
160:21 166:8
169:10 174:25
177:7 184:24
192:16 215:2
236:9 238:24
239:2,3
**portion** 173:19,20
231:6 237:14
**portions** 142:19
166:22 171:19
219:15 246:23
**position** 62:17
135:6,9
**positive** 20:24 86:10
121:3
**possession** 47:2
50:13
**possible** 66:3
200:17 230:16
**possibly** 183:21,22
209:20
**postdate** 150:22
**post-approval**
105:14,17 166:12
232:4
**potential** 17:10
24:17 25:16
**practical** 153:2
**practically** 12:25
**practice** 15:12
109:5
**practicing** 212:18
**preceded** 36:11
**precedes** 71:10
**preceding** 38:2
80:21
**precise** 138:7
**predate** 160:5
**predecessor** 36:23
**preexisting** 34:16
**prefabricated** 93:15
**preliminary** 141:8
238:22
**prep** 93:10
**preparation** 5:19
123:10,19
**prepare** 20:14
50:19 75:24 99:4
197:6
**prepared** 14:2
34:13 35:8 42:19
96:15,19 107:10
110:10 113:12
122:20 123:3
138:12 161:4
170:24 175:20

176:19 191:13 198:9 199:7 207:15 211:3,25 221:22 224:14 227:7,8 231:20 232:6 236:17 251:19
**preparing** 38:19
**present** 36:5 86:9
**presentation** 99:6 99:16 107:10,22 111:7 136:15,25 137:17,22 138:10 138:16,18,19 139:12,15 140:15 140:21 210:10 251:22 252:4,5,8
**presentations** 85:12 98:5
**presented** 68:12 97:25 107:15 111:7 140:9
**preserve** 149:24
**presume** 114:12,13 155:11 174:14 220:10 235:3
**pretty** 35:17 117:13 117:19 136:2 165:6 197:7,7 216:10 243:25
**previous** 66:4 200:18,25 202:15 203:8 205:12 210:17
**previously** 12:2 23:16 55:11 66:9 66:14 69:20 87:25 90:14 96:24 99:19 107:5 113:16 124:4 141:2 145:16 198:9 225:9
**price** 82:9 201:12
**pricing** 201:18 202:6
**primarily** 78:3 85:9 169:11
**primary** 18:25
**Princeton** 14:11
**principal** 155:2
**print** 137:18 142:13 142:15
**printer** 142:17
**printing** 142:16
**printout** 27:6 250:17
**prior** 6:5,11 15:8,9 24:7 56:22,24 65:21 70:9 86:5 117:2,25 124:19 125:24 126:20 163:6 165:22 180:18 188:7 194:15 197:20 198:12 208:12 221:2 223:25 237:25
**priority** 58:24 193:19
**privilege** 19:24 178:14
**probably** 16:22 19:15 20:5 29:18 29:18 43:16 53:14 58:11,12 77:21 82:23 90:20 97:23 103:18 104:3,3,12 104:24 112:12,12 112:17 120:2 135:24 137:15 140:17 141:25 143:4,5 158:3,5 163:25 166:13 169:18 237:5,9 246:7
**problem** 136:4
**problems** 241:7,8
**proceeding** 5:17 229:3
**proceedings** 27:14 39:24 57:15,24 58:2 70:2 78:15 108:10 118:16 154:17 193:10 206:8 213:11 221:16
**process** 19:10 20:16 60:22 61:3,10 64:11 66:2 76:13 100:14 101:21 115:7,18 126:24 127:2 150:9 187:4 187:7 194:14 195:2,19,21 200:16 201:20 216:22 217:16 220:25 222:24 242:4
**procured** 152:6 154:23
**produce** 59:25
**produced** 59:8 66:16 67:9 172:4 172:5 200:13 213:6,13,17,21 252:12
**product** 36:22 82:5 157:3,4,5 211:20
**production** 47:4 58:25 79:16 98:24 136:20 182:14 188:18 193:18 194:10
**products** 208:22
**profession** 46:3
**professional** 14:15 29:8 40:24 41:2 182:13
**professionalism** 127:9
**professionally** 13:6 133:2
**profiles** 217:7
**program** 14:11
**progress** 49:11
**projected** 132:14
**projection** 238:8,9 238:12
**projects** 21:25 35:8 46:5 106:6 127:6 127:7 132:19
**pronounce** 9:17 92:18
**properly** 43:25 178:4,6
**property** 28:19
**proportion** 115:11
**proportioned** 243:23
**proportions** 217:8
**proposal** 32:13
**proposals** 49:19 194:21
**proposed** 32:6 38:2 44:10 46:14 210:9 225:10
**prospective** 113:10
**prospectives** 219:20
**protected** 19:23
**protection** 104:6 218:25 220:7
**protocols** 127:2
**provide** 4:17 12:9 12:12 24:9 30:22 41:15 45:6 51:13 51:17,21 131:3 212:9
**provided** 6:23 7:20 7:25 24:5 35:23 42:25 45:10 51:24 85:13 86:18 97:20 125:18 135:18 145:8 174:9 177:2 190:16 226:15 236:10
**providers** 36:15
**provides** 7:16 11:4 199:17
**providing** 7:24 11:13 38:24 92:8 93:21 214:11 234:4
**provision** 179:6
**provisions** 174:11
**Public** 1:21 4:3 248:24 249:8
**pull** 85:24
**pulled** 105:9 146:20 147:6
**pulling** 86:7
**purchase** 130:22
**purports** 241:6
**purpose** 228:22 234:3
**purposes** 30:25 137:22
**pursuant** 1:18 179:21
**pushing** 246:13,13
**put** 50:16 52:20 53:3 55:7 61:9 99:12 120:11,14 136:9 140:16 142:16,17 144:22 146:22 156:3 163:21 164:3 166:14 186:13 187:5,6,6 191:2 192:23 195:23 212:7 218:20 240:18 245:9
**putting** 118:12 157:18 229:22
**P.C** 1:5 2:11 6:25 7:13,21 8:18,21 9:8 10:4,22 11:11 11:21 153:9,17 155:18,18
**p.m** 58:23 106:15 107:3 247:14

**Q**

**quality** 59:12 150:2 150:6 243:18
**quantity** 201:23
**quarter** 152:2 238:4
**quarter-inch** 211:20
**quarter-sized** 67:11 67:15 147:7 250:22
**question** 5:11 10:17 19:21,22 23:7,11 31:2,4,6,9 44:15 63:8 72:19 125:5 128:18,20 141:10 156:23 168:6 169:3 173:3 176:2 176:3,8,23 182:10 182:12 183:14,15 185:2 186:9 188:10 198:14,23 198:24,25 199:2 202:17 203:3,20 203:25 204:5,7,9 205:25 211:7 212:9,10,13 221:19 223:5,8 224:3,5,6 225:4 225:13,22,25 226:6,7,19 228:14 232:19 236:2,5,6 239:25 246:2
**questioning** 5:10 184:23 203:19
**questions** 4:16,17 4:24 104:14 113:2 127:25 158:5 170:5,12 172:8,14 172:15,17 178:13 184:19,21 185:20 198:11,13 212:16 227:19 241:22 242:10 247:10
**quick** 19:17
**quickly** 20:11 66:2 200:17
**quite** 215:6

**R**

**R** 2:2 3:2 4:2 107:2 107:4 249:2
**raised** 194:5,9
**raises** 5:15
**rambling** 230:22
**random** 22:14 37:5 37:6
**rapidly** 104:8
**rarified** 18:18
**ratchet** 185:5
**rated** 144:7,11
**raving** 127:18
**re** 115:22 251:17
**reach** 79:21 126:8 164:17
**reaching** 220:25
**react** 187:16
**reaction** 107:21
**read** 57:16,21 72:16 73:4 141:11

161:10 168:24
186:8,10 190:12
191:4,5,16 199:4
**reading** 86:17 203:6
205:16
**reads** 55:21
**ready** 201:21
204:22 218:22
222:2
**real** 12:4,19 13:2,10
13:14 100:10
101:14 162:25
**realize** 52:22 53:6
**realized** 114:19
126:12
**really** 28:4 33:14,16
39:22 53:19 54:18
55:4,5 60:13
68:17,20,25 70:12
104:12 105:2
110:12 121:11
127:22 136:3
142:25 154:9,10
157:18 162:2
170:2,2 174:2
175:12,25 176:22
185:5 197:14
211:12 241:14
246:7,13
**reapplication** 64:23
**reason** 47:12 54:6
56:6,14 114:23,24
114:24 120:13
125:9 132:9,13
142:10 153:24
187:23 213:18
**reasonable** 214:6
215:14
**reasonably** 216:2
**reasoning** 154:3
**rec** 67:21
**recall** 25:9 26:5
30:3,4 34:17 36:7
38:4 42:11 43:8
43:14 68:16 69:4
75:19,21 78:8,10
80:4 81:23 82:19
82:20,22 87:11,23
89:2,4,5 90:25
91:19,23 93:19
94:24 97:4 101:18
107:20 108:4,5
113:10 123:14,15
145:4,8,20,22,25
146:2,17 147:10
147:12 168:23
186:24 187:3
188:24 206:3

221:3,5,8,11
**receipt** 119:6
**receive** 126:5 173:6
**received** 56:2 95:20
121:4 171:11,14
173:12 189:24
**receiving** 75:19
78:18 91:19
**recent** 55:14 83:9
**recently** 17:20
**recess** 76:20 106:15
170:10 200:6
218:8 233:15
241:19
**recipient** 90:25
**recipients** 95:19
**recognize** 23:20
24:3 27:16 36:2
55:17 65:9 66:18
67:18 77:12 78:16
81:4 83:6 90:22
108:19 113:18
116:2 122:23
124:8 129:2
130:14 136:23
137:4 138:21
139:18 141:16
148:3 169:21
**recollection** 33:7
55:24 69:9 80:23
82:10 87:16,17
97:8 110:25
129:10 141:20
147:23
**reconfiguration**
26:24 71:22 72:3
74:7,10,17
**reconfigure** 64:16
**reconfiguring**
161:19 163:4
**reconsidered**
209:21
**record** 7:23 11:6,13
19:17 31:3,8
38:18 39:16,19
40:6,20 42:6
45:21,23 46:11
47:23 50:9,13,20
51:25 58:3,4,16
58:20 75:16
106:12,14 128:22
128:23 142:8
149:19,22 161:10
164:17 178:16
184:20 186:10
189:7,8 199:4
207:9 213:16
220:18 225:6,7

238:17 249:13
**recorded** 4:25
171:16,19 183:20
**recording** 171:23
172:4
**redesign** 63:25
**redo** 89:16
**redoing** 88:17
194:19
**redrafting** 63:4,13
**refer** 10:18 30:5
133:9 178:21
205:3,7,10,11
217:22
**reference** 12:20,23
30:7 33:25 50:4
54:3 59:19 63:5
66:5 88:18 96:7
101:8 103:10
110:19 116:19
129:19 130:16
166:25 193:17,20
193:24 206:12
209:16,18
**referenced** 13:11
31:13 51:25 79:9
125:22
**references** 12:19
33:2 52:4 53:22
83:9 109:24
116:17 125:14
129:15
**referencing** 59:2
94:20 96:16 100:4
187:19
**referred** 10:20 33:9
44:13 78:9 90:9
101:19 149:10
205:24 214:25
242:21
**referring** 12:5
41:19,22 77:19
79:2 89:7,24
107:9 116:21
162:13
**refers** 46:10 78:18
227:23
**refiling** 145:2
**reflect** 114:15
244:25
**reflected** 79:10
132:5 183:17
197:17 211:3
**reflection** 120:7
**refresh** 69:9 97:8
147:23
**refuse** 203:3
**regarding** 49:8

125:11 164:8
**register** 154:19
218:24 219:2,3
**registered** 8:3,9,11
8:16 180:11 219:5
**registration** 15:13
**rehabilitation** 30:19
**reimagine** 26:20
**reimbursable** 119:3
**relate** 83:12 103:13
**related** 13:5 31:24
35:4 70:8 86:24
97:14 119:4
128:19 249:16
**relates** 85:5 91:13
97:22 118:21
121:13
**relationship** 30:13
51:10 59:11 60:18
124:21 128:12
130:3,3 131:24
193:25
**relevant** 185:21
**remained** 218:16
**remember** 20:5
32:17,21 37:8
38:6,7 65:25
111:19,21 140:3
146:5,5,7 152:5
188:21 221:7,7
**render** 243:20
**rendered** 173:10
177:8,15 182:2,20
**renderer** 217:5
**rendering** 97:24
**renderings** 37:9,10
86:12,13 99:7,25
104:18,22 113:10
113:23 198:8
217:5,11 229:25
230:3,4
**renovate** 17:13,15
**renovating** 166:4
**renovation** 17:18
17:22 19:11 53:17
**renovation/decor...**
47:20
**renting** 15:11
**reorganizing** 163:4
**repeat** 212:8
**repeating** 203:19
204:14
**repetitive** 198:11
**rephrase** 5:12 9:13
172:21
**reporter** 58:17
249:8
**represent** 4:9 52:21

52:24 156:17
172:12 180:13
**representative**
155:2
**representing**
121:22 122:3,8,13
**represents** 5:15
133:21
**request** 172:5
220:24
**REQUESTS** 250:8
**require** 64:23
114:25 115:3
166:11
**required** 8:8 20:13
49:18 50:6 53:5
93:22 145:2
**residential** 19:11
44:25 127:5
**resigned** 174:10
**respect** 53:12
185:22
**respects** 148:7
**respond** 82:17,20
87:8 103:2 203:5
**responded** 61:12,22
79:13 81:22 87:15
87:19 194:13,23
**responding** 215:7
**response** 34:18,21
65:19 82:22 88:9
214:14,17,17,23
214:24 217:18
218:2 241:15
**responses** 4:25
**responsibility** 39:15
**responsible** 39:9
40:20 41:2 45:24
47:16 180:2
**rest** 46:2 63:17
178:2 222:13
244:6
**restart** 64:10
**restate** 21:8
**restroom** 69:22
76:19
**result** 81:15 113:13
180:4 187:13
**resumed** 107:5
**retail** 59:9 91:6
**retailer** 19:6
**retained** 24:8 41:15
59:14 119:16
191:8
**retrospect** 48:3
**revealed** 154:3
**review** 5:20,22 6:3
6:10 42:19 144:24

150:20 153:7 222:7
**reviewed** 5:23 46:23 151:7 156:11,16
**reviewing** 6:6 218:6
**revisions** 114:5
**revisit** 136:6
**revoked** 15:14,15
**rework** 63:25
**reworked** 200:24
**reworking** 66:3 77:17 200:17,24 201:2 202:9,22 203:7 204:3
**re-look** 89:8
**right** 5:4 9:25 13:20 15:6 16:21 22:22 24:11 25:19 31:5 32:3 33:6 40:21 41:12 53:24 54:19 56:18 58:15 67:14 68:7 72:13,19 73:10,18 75:3 76:13 77:18 79:3 85:16 93:15 100:23 110:15,22 112:20 122:4 140:25 146:17 150:25 158:15 169:5 171:22 173:3 177:16 179:24 181:4 186:2,21 189:2 190:4 192:5 193:6 198:3 200:21 206:10,17 207:6,7 208:10 210:25 211:24 212:19 213:20 214:20 215:6 218:4,6 221:15 225:5,13 229:21 234:2 237:15 238:15 245:14 246:14 247:12
**Rinehardt** 65:11,14 65:19
**Rizvi** 56:20
**Robert** 125:19
**rolling** 36:21
**room** 6:5,11 17:2 26:7 45:15 70:24 70:25 71:16 74:2 76:10 131:2,9 140:18 143:18 148:10 159:6,7,10 160:6,11,21 161:2 162:7,7 163:9,10 169:20 186:22 207:24
**rooms** 64:2 137:11 144:4 194:20 195:11 232:7
**rotate** 146:25
**rough** 93:9,13
**row** 198:15
**RPR** 1:21 249:24
**RQ** 172:3 250:8,9
**rudimentary** 101:12
**ruing** 169:18
**running** 71:23
**rush** 246:20
**Russia** 92:6 188:23
**Russian** 16:4 104:8

**S**

**s** 2:2 3:2 4:2 107:2,2 107:2,4 165:25
**sake** 213:2
**sam** 2:11,16 172:11
**same** 5:6 12:18 13:6 40:5 53:10,18,19 67:8 83:6 96:12 100:3 151:11 158:14 159:10,11 159:12,14,16,17 159:18,19,21 160:7 161:6,7,9 172:14 174:5 176:20 177:9 199:2 203:20 224:8 226:4 232:11,17 233:3,4 233:4 235:20 243:11
**samples** 60:22 99:7 130:23 131:6,10 131:10,13
**sat** 17:2
**satisfy** 80:6 156:20
**saw** 24:22 29:15 35:17 36:6 38:10 58:9,13,13,14 66:21 69:10,13,14 69:14 87:14 97:9 132:5 151:6,12 199:25 219:14 229:15 230:13 237:22
**saying** 29:11 44:19 60:25 62:14 64:12 82:10 96:12 104:5 146:4 162:25 169:15 200:23 201:11 226:21 228:5 229:4 230:21 242:8
**says** 6:24 12:3 29:16 44:8,17 45:5 48:17 55:22 72:14,22 73:2,10 83:25 84:4,14,16 84:17,22 90:3 110:8 112:7 119:5 120:12,23 135:15 136:25 138:16 139:12 189:15 190:8 191:8 200:15 203:7 206:16 207:17,18 207:18,23,24 208:7,19 209:10 209:10,11 214:5 216:11,17 217:23 221:15
**SC** 156:13,17
**scaling** 210:6
**schematic** 49:2 64:2 79:5 84:7,11 87:4 87:5 117:22,22,23 120:12,16,23,24 121:14,21 133:14 134:20,24 137:13 191:11 197:7 202:2 216:12,14
**scheme** 63:24 197:22
**schemes** 35:11,22 37:3 38:10 205:8 205:11
**School** 14:6
**scope** 20:25 22:3 38:21,24 39:12,21 41:8,23 45:6,11 47:13 54:20 60:2 60:20 62:6,8 63:15,21 64:2,8 64:15 66:10 69:15 70:21 75:19,22 76:2,4 85:5 106:7 123:7 132:25 133:7 142:3 145:14 162:5,22 163:7 194:18 197:2,3,8 210:19 211:8,13,15 215:22,24
**scratch** 204:18
**scuttle** 129:24 130:10
**seal** 142:4,10
**seals** 142:9
**seated** 5:4
**sec** 19:17
**second** 16:23 49:16 49:25 57:19 83:15 84:13 102:7 106:13 108:8 110:2 118:15 154:16 193:12 206:11 214:2
**section** 48:17 49:8 84:14 196:11
**sections** 246:22
**see** 8:3 12:5,19 13:8 15:8 29:12,22 33:25 34:21 44:19 45:8 46:19,24 47:4 48:16 49:8 49:21 50:3 52:5 52:11 59:2 63:5 66:5 67:3 71:8,13 78:19 82:15 84:2 86:12,25 88:12,18 88:21 90:11 91:7 91:9,10 94:12,20 95:16 96:7 97:11 98:17 104:25 109:20 111:25 112:16 113:4,11 117:4 119:19 130:17 134:16 143:2 146:23 148:4 151:8 152:4 156:10 160:24,24 161:5 162:3 166:25 187:23 189:10,20,25 190:10 191:14 200:19 203:9 206:14 207:19 208:6 209:14 217:3,6 221:14 222:9,20 225:20 229:11 230:14 234:8,20 237:7
**seeing** 37:8 97:5 108:25 113:10 145:20 146:2
**seek** 164:13
**seem** 58:21 227:25
**seemed** 33:15 37:17 86:10 129:7
**seems** 10:20 21:9 55:15 56:4,19 98:16 213:4
**seen** 47:5 66:24 67:23 68:2 70:4 79:15 86:24 91:2 91:3,24 108:20 147:10 150:16 220:12 229:10
**sees** 233:5
**self-certifies** 106:6
**send** 96:5 120:4 164:5,6
**sending** 96:13 190:8 247:7,7
**sends** 177:3
**senior** 152:21
**sense** 45:16 63:22 155:3 218:4 222:11
**sensed** 220:22
**sent** 27:17 29:16 32:9,13,18,18,20 46:15 56:15 57:3 126:4 131:13 164:11 189:15,24 192:8 196:10 219:18 246:5
**sentence** 49:16,23 53:10 203:11 205:3
**separate** 10:2 48:19 140:15 154:6
**separated** 124:16
**separately** 41:3 85:17 213:3
**September** 16:11 23:17 24:8,15 42:3 55:16,20 56:3 58:9,23 59:16 63:2 119:17 119:24 193:15
**sequence** 43:14 158:18
**series** 35:7,21 47:2 141:5
**serve** 47:23 84:4
**service** 52:11,17 89:20 168:14,22 169:6
**services** 1:5 6:25 7:12,16,17,19,21 7:24 8:18,21 9:8 10:4,22 11:5,11 11:14,21 12:12,13 24:4,9 41:16 45:7 45:10,12,13 47:13 51:14 83:25 84:5 85:5,5,9,12 119:8 153:8,17 155:18 169:10 177:2
**serving** 29:5
**set** 19:14 27:3 55:10 68:13 69:19 72:14 75:20 85:6 92:14

113:15 138:17
139:10,13 141:8
141:14,18,19,21
142:2,18,21
145:18 150:16
152:17 155:4
156:2 157:6
158:23 159:25
224:15 242:16,17
242:18,18 244:24
244:25 245:5
249:11,21 252:4,7
**sets** 218:22
**setting** 18:14
**seven** 179:22
**several** 198:5 211:6
212:4
**share** 117:8
**sheet** 12:3 71:5,13
72:6 73:24,24
74:23 75:2,4
136:14,25 138:15
138:18 139:14
146:11,14 147:21
147:24 156:17
158:8,8,11,16,22
159:24 160:3
162:13,16 248:2
251:21 252:4,7
**sheets** 67:7,11,15,19
69:25 143:6
146:20 147:7,24
150:17 151:22
152:4,6 155:4
162:20,22,23,25
165:11 167:4
168:7 170:15,18
218:21 222:8
242:24 244:7
250:22 252:10
**she'd** 123:24
**she'll** 157:25
**shifted** 158:22
**shit** 166:15
**shop** 59:23 60:3,21
170:17,23 219:21
245:4,17,21
252:10
**short** 69:22 106:11
**shorthand** 11:17
249:7
**shouted** 184:21
**shouting** 185:7,10
185:15
**show** 11:25 22:17
22:18 23:14 55:10
58:10 66:14 76:9
79:18 90:14 92:14

103:3 122:17
128:24 130:12
131:12,17 138:14
139:10 160:5
189:2 231:18
**showcase** 22:19
**showed** 35:7 36:17
131:6,8 145:18
146:16,19 210:11
227:23
**showing** 75:2
127:17 129:6
136:19 145:22
147:15 153:12,13
**shown** 70:6 144:2
201:7
**shows** 68:4 69:16
72:2 73:25 74:4,7
74:10,13,16,24
75:4,10 76:5
137:23
**side** 127:10 160:14
177:20
**Sidney** 156:12
**sign** 142:4
**signature** 23:22,25
57:4,5,6
**signed** 25:8 42:5
54:2 55:21,25
56:2,8,21,23,24
57:3 171:15 221:3
**significant** 22:24
168:7
**similar** 26:10 148:7
148:14
**similarities** 148:4
168:7,9
**similarity** 232:21
**similarly** 121:25
135:9
**simplified** 229:19
242:22
**simply** 185:2
**sin** 208:23
**since** 58:17 173:19
229:9
**singular** 205:12
**sir** 6:18 13:20 24:20
27:9 42:22 43:21
67:14 77:10 87:10
94:7 95:12 98:13
136:17
**sit** 42:12 69:3 100:6
102:13 103:12
111:19
**site** 109:18 110:24
206:13
**situation** 12:14 39:5

101:2,20 102:17
126:11 201:19
237:11
**situations** 11:5
**six** 239:14
**six-week** 14:22
**size** 152:2
**sketch** 86:25
**skipping** 193:8
**skis** 103:21
**slight** 74:16
**slightly** 88:21
**small** 44:25 104:2
**smaller** 151:24,25
**smoother** 127:8
**social** 23:9 25:3
31:18,24
**socialize** 124:23
**socially** 16:15
**soffit** 159:7,11
160:17,22 161:5
161:12 233:8
**soffits** 159:16
162:18
**sold** 101:11
**sole** 155:17,19,20
**solely** 53:11
**some** 6:23 9:23
12:25 16:5 19:17
20:20 21:10,10
22:9,14 24:24
27:2 29:14 32:16
33:11 37:12,13
46:18 54:13 59:9
59:13 60:18 63:23
70:7,14 71:21
72:2,3 74:5,16
75:10 79:13,18
82:13 85:11,19
86:16 88:24 100:6
100:10 101:5,12
101:13,16,16
102:13 103:13,14
105:15 108:22
117:14,15 120:3
125:12 127:7
131:10,13,13
136:6 137:25,25
138:3 139:9,9
142:12 145:9,10
148:4,7,11,12,13
151:12 154:5
162:23 166:8
168:8 172:15,17
188:22,23 192:16
192:21 194:17,21
199:5 201:23
212:24 215:25

216:24 225:11
229:16 230:12
242:11,14 246:25
**somebody** 21:5 29:5
33:15 53:14 65:13
92:2 103:3,4
121:7 151:13
165:14 189:19
204:20 208:3
235:24
**somehow** 126:17
129:24
**someplace** 96:20
**something** 7:6
18:14 19:23 21:24
25:4 26:10,16
43:6 50:7 55:7
69:14 70:10 73:20
85:13 88:7 90:18
99:3 101:12
102:14,18,25
103:3 112:17,19
130:8 140:14
144:16 146:6
147:13 150:9
153:5 168:24
183:6,19 186:13
186:14 190:18
194:25 205:21
208:9,15,24 209:5
210:18 214:21
221:23,24 222:10
227:24 228:7,17
234:19 235:6
239:3 245:17,18
**sometime** 24:15
**sometimes** 119:11
127:8
**somewhat** 127:4
158:2 187:22
**somewhere** 173:7
**soon** 204:25
**soon-to-be** 192:21
**sophisticated**
112:10
**sorry** 6:7 11:18
16:11 27:15 34:8
44:14 49:6 58:19
74:25 75:3 88:14
91:14 94:23
108:24 109:14
125:6 178:18
188:12 189:14
200:19 216:20
226:5 234:12
236:13 239:24
**sort** 15:12 18:20
19:9 29:6,14

33:19 47:20 61:15
99:6,12 103:24
104:6,8 195:20
**sorts** 222:14
**Southampton** 15:24
16:3 17:21 25:5
29:19
**SOUTHERN** 1:3
**space** 72:3 144:10
**speak** 149:21 171:4
171:8
**speaking** 127:7
**specific** 18:8,13
22:15 23:8 30:4
67:24 81:23 108:3
110:25 128:18
146:5 174:11
186:23 215:24
217:6 224:11
246:24
**specifically** 47:14
69:4 80:15,15
87:14 103:13
128:19 186:23
191:6
**specifications**
163:12
**specify** 74:20
**spectacular** 112:11
**speculate** 111:17
231:2
**speculating** 111:15
**speculation** 175:22
188:8
**speculative** 53:15
176:6
**spend** 54:15 80:22
216:2,4
**spent** 77:16 82:14
**spirit** 153:4
**spoke** 24:12 25:8
148:24 149:2,3,5
214:25
**spoken** 16:24
**ss** 249:4
**staff** 8:14,17,21,23
8:24 29:5 123:17
149:5 182:13
**stamp** 71:6 72:7,21
73:2 142:4
**stamped** 150:13
213:6 252:12
**stamping** 142:6
**stamps** 142:8
213:19
**stand** 107:5
**standard** 44:24
52:9 75:12 199:17

**stand-alone** 48:16
**start** 15:6 16:10 43:16 58:25 60:19 60:23 61:14,24 80:16 98:17 129:9 158:17 160:10,13 188:10 193:18 199:19,20,20 201:17,22 204:21 216:23 234:24 235:24 246:10
**started** 14:13 20:6 26:19 54:10 55:8 55:9 64:8 86:12 146:2 147:25 149:7 187:17 188:13 194:10,21 195:15 199:13 200:3 201:14,15 202:4 234:25 235:8,14 236:11 236:16
**starting** 58:22 62:16 98:11 109:14 138:25 194:16 201:20,25 204:18 251:15
**state** 1:22 8:4,12 15:18 249:3,9
**stated** 77:16 165:3
**statement** 40:13 86:2 135:22 171:15,16
**states** 1:2 8:6
**status** 135:22
**staying** 16:25 233:13
**stenographer** 5:2
**STEPHEN** 1:17 247:17 248:4,20 249:10 250:4
**stick** 150:10,11
**still** 62:7 81:12 97:11 100:4 102:11 103:11 112:4 168:2 175:18 176:18,22 177:5,6 202:7
**stone** 93:21,22 131:9 208:20
**stop** 171:17
**storm** 166:16
**story** 100:21
**stress** 86:4
**strike** 174:20 202:12,16
**strong** 148:4
**structure** 19:14
**structured** 40:18,24 41:7,13
**structures** 13:5
**stuck** 163:5
**studied** 14:8
**stuff** 16:12 36:17 37:5,6 68:24 93:15 109:21 128:13 131:12,16 142:25 143:2,10 149:14 150:5 151:18 157:18 163:21 164:3,3 166:11,14 201:17 204:24 229:16 243:24 244:10
**stylistic** 18:13
**subcontractor** 60:16 202:7
**subject** 100:10 217:24
**submission** 167:23
**submit** 59:24
**submittals** 59:24
**submitted** 75:14 145:19 147:16 166:24 196:2,5,7 196:20,21 225:16 226:12,23 228:6 231:21
**Subscribed** 247:19 248:21
**subsequent** 25:24 32:4 80:20 81:24 104:16 113:13 126:3 141:20 164:8
**subsequently** 95:15 160:24
**substantial** 155:13
**substantially** 244:8
**sue** 153:25
**sued** 153:9
**suede** 207:24
**suffered** 229:3
**suggest** 187:14 208:6
**suggested** 206:25 208:16
**suggesting** 207:22
**suggestion** 186:15
**suggestions** 184:4
**suing** 226:7,11,21 226:22 227:4
**suit** 226:2
**Suite** 2:6 3:7
**summaries** 222:12
**summary** 99:14 111:6
**summer** 16:9,13,21 23:3,3 24:13,23 25:15 28:18
**Sunday** 33:22
**superseded** 72:11 72:18,22
**suppose** 18:21 174:7 246:4
**supposed** 46:8 156:7 163:25 168:5 178:9 218:12 228:17,18
**sure** 29:7 30:11 38:21 46:4 77:22 86:22 87:18 100:9 101:25 102:3,20 108:2,9 110:13,14 115:5 119:2 121:6 121:8,17 146:10 147:9 152:7 156:25 157:23,24 160:9 168:5 201:6 213:10 214:12 216:10 218:18 220:23 237:7 240:6 247:7
**surprised** 245:25
**survey** 199:18
**suspended** 179:23
**swing** 144:23
**sworn** 4:3 107:5 247:19 248:21 249:12

**T**

**T** 4:2 107:2,4 249:2 249:2
**take** 20:17 21:10,19 21:20,25 26:20 27:12 37:2 50:16 57:14 63:13 65:7 69:22,24 76:19 78:14 106:10 109:11 114:20 124:6 137:18 158:4,7 162:4 168:17 170:6,8 179:4 191:2 213:8 219:8 228:18 233:12 234:25 239:21
**taken** 1:17 4:13 76:20 170:10 200:6 218:8 233:15 241:19
**takeoffs** 123:18 201:23
**take-away** 140:14
**taking** 18:4 195:23 228:15 239:23
**talk** 18:8 58:20 102:19 103:5 163:17 186:22 237:5,9
**talked** 26:12 53:23 113:11 206:25
**talking** 11:16 23:7,9 25:4 30:14 37:25 58:18 59:5 62:2 64:9 66:7 86:14 89:13,14 100:11 128:10 134:12 138:4 144:9 161:24 162:9 182:15 232:25
**talks** 233:2
**tape** 171:23 172:4
**target** 102:24
**taste** 18:23
**tasteful** 112:8
**technicality** 40:10
**technically** 228:13
**telephone** 23:9 60:12 94:18 190:24 209:10 241:18
**tell** 13:22 16:19 17:10 19:4 20:4 25:6 26:2 35:2 70:17 78:8 83:11 104:3 111:6,9 124:10 128:5 138:23 149:8 155:12 157:10 158:10 174:21 192:24 193:2 207:11 214:9 223:13 230:6 234:3 245:14 247:8
**telling** 22:4 183:19
**ten** 210:18
**tend** 185:17
**tendered** 154:18 239:7
**ten-minute** 170:6,8
**term** 12:8
**terminate** 178:3,5 179:21,25 192:7
**terminated** 133:6 163:15 164:19 168:3,9,16 169:12 174:10 178:19,24 178:24 179:11,12 180:5 192:11,19 218:13,14 235:4,6 235:7,15,19 238:25 246:12,16 246:22
**terminating** 131:24 236:25
**termination** 5:25 150:22 164:8 169:4 174:12 179:5
**terms** 36:25 58:6 61:3 101:22,23 115:11 117:11 126:25 138:7 145:10 174:16 187:12 215:25 223:22 224:7 228:13
**terribly** 37:15
**test** 179:6
**testified** 4:4 107:6 173:16 180:9
**testify** 187:25
**testimony** 5:5 32:2 165:22 180:18 188:7 196:19 197:20 198:18 208:12 212:14 223:25 237:25 244:13 249:13
**text** 45:5 214:2
**thank** 6:13 29:17 40:17 102:10 167:20 172:7,8
**thanks** 247:13
**their** 59:12,25 60:2 60:20,20,21 96:19 103:24 126:25 155:15 177:20 180:4 190:10 194:20 236:18,19 236:23 237:6,10 237:13,14,19,21 245:21 246:10,11
**thereto** 119:5
**they'd** 98:8 180:2
**thing** 21:21 23:10 29:16 47:25 60:14 70:12 140:24 142:16 160:7 161:23 166:15 183:10 186:13,24 188:4 191:5 195:20 210:22 216:15 217:18 238:11
**things** 11:10 21:7 22:9 52:19 76:6

91:22 98:8 100:11
101:5,10 109:9
110:10 131:7
137:21,25 138:3
143:7,25 144:18
145:5 148:12,13
148:13 151:17,21
151:25 153:3
160:23 163:13
166:5 184:4
187:17 197:13
199:9 206:20,25
207:3 208:4,4,5
217:7 232:12
241:9 242:14
243:5,10
**thinking** 52:25 86:7
246:3
**third** 16:23 41:20
84:22 119:13
139:22 198:15
203:20 217:23
238:2,14
**third-party** 85:14
113:22
**thoroughness** 213:2
**though** 45:20 61:23
211:11 218:20
224:17
**thought** 27:24
47:17 106:2
107:23 127:21
150:2 183:14
187:18 207:2
237:12
**thoughts** 229:22
**thousand** 174:8
238:3
**threat** 129:23
**threatened** 186:3
**three** 5:25 10:13,18
10:19,21 13:17,25
35:24 38:10 59:20
60:2 69:4 83:15
116:5 143:6
146:19 160:11
170:15,18 199:3
250:16 252:10
**three-dimensional**
85:12 86:14 92:8
99:25 217:4,11
**through** 7:20,25
24:13 33:12 35:3
42:3 60:4 64:5
69:21,24 76:14
100:22 103:5
114:11 117:20
130:8 132:23

150:8,17 151:9,13
152:16 157:22
158:8 184:20
210:15 213:9
222:24 238:5
**throw** 90:19
**throwing** 128:13
**throws** 159:8
**tied** 25:3
**tiler** 61:8
**time** 12:13 15:24
19:12 20:9,13,18
21:11,19 22:25
23:12 24:7,14
25:7,25 29:2
34:14 35:6,10
38:9,9 42:2,10
48:4 56:12 58:9
58:12,14 59:25
66:20 76:19 82:14
82:21 86:5,21
87:6 103:16 105:3
109:2,6 111:18
114:20 115:2
117:4 122:8 123:8
124:16 126:13,21
127:16 128:19
133:16 135:5,11
135:23 151:6
158:7 172:22
175:2,23 186:11
198:15 203:21
204:12 215:20
218:14 219:6
235:8 246:21
247:5,14
**times** 23:4 24:15
25:8 26:5 31:4
98:8 198:5 199:3
211:6 212:4
215:16
**title** 28:13
**titled** 44:23
**today** 5:5,10 42:12
69:3 78:25 125:18
136:20 145:5
170:20 172:14,19
172:23 185:11
199:6 213:23
230:20,25
**today's** 5:19 13:21
57:13 65:6 67:16
67:17 77:11 81:2
95:13 98:14
115:20 125:19
136:18 170:16
**together** 15:7 25:3
34:20 61:9 140:16

140:19 147:22
157:18 229:22
**toilet** 104:9
**told** 16:15 19:5 20:7
20:7 28:22 34:15
39:20 59:7 86:6
101:9 103:16
127:15,20 148:25
149:4 186:12
202:3 210:17
211:14 216:2
245:15,20
**Toma** 9:4
**tone** 184:18 185:6
**top** 48:14 65:20
79:3 189:11
200:12,14 206:15
234:10
**Toronto** 14:7
**Torpedoed** 126:16
**total** 133:22 152:4
175:23 238:14
**totally** 23:10 172:17
**towards** 111:10
246:14
**transmittals** 148:17
**transmitted** 165:13
189:11
**traveled** 18:18
**traveling** 28:7
90:10
**tremendous** 86:4
**Triarch's** 136:20
146:20 157:4,5
167:17 245:16
**tried** 62:20 184:7
186:22 194:14
214:18 237:5
**true** 127:20 249:13
**truing** 198:17
**truth** 70:17 149:8
**truthful** 191:18
**try** 5:12 23:12 64:4
64:13 130:9
157:17 172:24
176:24 194:25
195:20 208:18
210:23 220:21
221:2 237:9
**trying** 21:4,5 35:14
43:6 62:4 66:8,9
114:14 115:9
128:10,20 146:12
147:3 156:22
170:3 181:19
187:11 193:8
201:10 202:3
204:19 212:15

222:10,17 223:11
228:3,8 230:24
239:22,22
**tune** 244:12
**turn** 146:24 240:21
**turned** 158:15
245:24
**turning** 103:23
**turns** 175:15
**TV** 130:25 186:21
**tweaked** 232:12
**twenty** 122:6,9
**two** 15:25 40:14
67:6,10,15 80:2
81:8 110:5,6
112:7 117:2
127:24 129:20
134:3 144:18
147:22 159:18
162:20 170:12
180:10 197:11
229:22 238:3
250:22
**type** 22:8 75:13
**typical** 20:16 21:20
21:21 115:14
132:18 215:22
**typically** 32:15
43:10 61:4 73:21
75:14 93:23 98:7
131:12 208:2
**typo** 135:13

**U**

**ugly** 208:22
**uh** 37:23 77:20
129:3
**ultimate** 221:21
**ultimately** 139:5
189:22 208:25
**um** 24:21 25:6
31:16 37:8 52:23
53:13 55:18 62:15
66:19 67:5 68:15
70:16 79:12 101:6
112:12 123:14
124:24 126:19,23
148:13 161:21
186:23
**umbrella** 11:23
12:8
**Um-hum** 25:10 34:2
34:4 48:18 49:4,6
51:5 52:6 114:22
118:19 147:8
**Um-um** 149:20
**unable** 35:18,18
**uncomfortable**

185:19,23,25
186:4
**uncommon** 127:6
**under** 4:21 7:3
11:22 12:7 15:3
33:2 45:11 48:13
49:7,15,25 51:3,4
52:3 72:15 73:3
85:16 86:4 118:18
119:3 136:24
138:15 139:11
142:3 173:4,6
180:3
**underlying** 67:4
69:11
**underneath** 118:4
129:16
**understand** 4:18,20
4:23 5:5,10 10:17
18:17 19:9,20,22
23:10 27:22 28:5
31:25 42:16 44:10
44:14 76:15 112:9
125:4 129:17
167:3 172:20
175:25 176:22
181:19 190:9
198:24 203:16
216:21 223:11
226:5 227:13,15
228:3,8,14,24
240:6 244:14
245:25
**understanding**
28:11 42:9,13
48:7,8,11 52:16
59:4,15,22 61:17
63:12 85:25 93:6
96:9 113:6 126:25
129:5,21 154:5,23
167:21 169:7
171:23,25 176:9
179:9,20 180:7
191:10 235:13
245:4
**understood** 19:9
28:12 30:12
194:15 228:21
**undertake** 145:14
**undertaking** 127:14
**unexecuted** 46:23
46:25
**unilaterally** 179:25
**UNITED** 1:2
**University** 14:7,11
**unless** 53:17 178:10
215:23
**unrelated** 12:24,25

100:13
**unsettled** 100:5 102:11 103:11
**unsigned** 47:7
**until** 14:21 60:23 61:15,25 62:18 99:15 127:11 133:8 202:5 246:11
**unusual** 148:21 149:7
**upcoming** 110:11
**upset** 130:6
**upside** 119:21
**upside-down** 72:16
**use** 52:4,24 53:11 53:20 164:8 167:17 169:5 184:10 211:2 228:19 237:2
**used** 11:12 39:25 40:2,6,14 52:13 168:15 187:9,15 207:22 209:2,2 221:21 227:4 235:19 243:13
**useful** 68:18
**using** 40:8 45:16 229:14 234:24 235:24 236:3
**usual** 230:23
**usually** 20:3 22:2 61:6 119:12 131:12 132:20

V

**v** 248:3
**Vague** 182:7
**variety** 137:11
**various** 38:10 61:9 115:10 140:7
**vendor** 85:14 113:22
**vendors** 61:9
**venture** 103:14
**verbally** 80:21
**verify** 142:11
**version** 193:4 222:22 229:19 242:22
**versions** 162:15,17
**very** 12:7 17:18,20 18:5,6,6,15,18 19:10 26:8,9,16 27:2 33:16,22 36:17 45:4 46:4 52:23 54:16 59:8 67:25 68:17 82:24 82:24 86:8,8,10 86:11,11 89:17 90:2 101:12 102:16,25 103:2 104:2,8 106:4,6 124:2 127:18,25 128:11 142:13,15 148:20 186:20,20 192:9 209:22 210:8,19 215:21 218:19,19 222:16 222:25 223:18 224:6,11 232:15 239:13 240:15
**vestibule** 159:14
**via** 126:4
**Victor** 4:11
**view** 134:24 175:15 175:18
**views** 104:20,25
**violate** 178:14
**VIP** 234:8
**virtually** 215:22
**vision** 17:16
**visit** 229:12
**visited** 26:12
**visualize** 86:16
**vladimir** 1:10 2:13 16:5 24:22 28:6,7 30:7,16,17,18 31:15,24 33:15 39:7 59:6,7 60:17 62:11 65:23 82:2 82:7 86:4,6 88:16 97:17 99:8,10 100:22 101:10 102:15 103:8 104:5 107:17 112:12 127:16 136:6 149:11 169:18 172:12 182:24 193:25 194:23 197:24 201:8 204:19 216:16 234:20 246:4
**Vladimir's** 27:25 28:3 30:13 60:15 127:3 169:23 209:18
**volume** 113:7
**volumes** 113:7
**voronchenko** 1:10 2:13 4:11 14:2 15:21,23 16:17 17:10 18:24 21:12 23:5 24:13 28:18 28:24,24 33:12 35:2 36:8,13,16 37:19,22,24 51:10 80:6 103:17 107:11 109:18 110:24 114:18 124:19 126:9,21 129:5,13,17,21 130:17,22 149:17 153:9 163:21 164:7 172:12 182:24 186:12 187:25 192:22 206:13,20 207:21 208:9,15 219:7
**Voronchenko's** 16:2 29:21 107:21 125:15
**Vukovic** 95:25 96:5 96:10

W

**Wagner** 208:19,22
**Wait** 82:21
**walked** 16:24 210:13
**walks** 233:2
**wall** 71:15 73:25 74:14 159:8 161:16
**walls** 63:23 143:24 243:24
**walnut** 143:15
**want** 18:13 33:16 57:16 58:15 61:2 70:12 90:17 102:8 102:23,25 103:7 137:22 146:24 149:23 150:8 160:11,20 169:21 179:4,7,8 183:5 188:2 192:6 195:5 196:9 204:7 208:4 209:5 215:9 216:7 216:8 221:6 224:24 225:3 240:6
**wanted** 16:16,20 17:3,13,15,17,21 18:10 25:22 26:10 40:11 54:18 59:12 62:11 80:13,22 82:9 89:8,15,16 97:17,18 112:13 115:4 128:5 130:23 131:2,5 149:24 150:4,10 162:21 183:19 184:4 186:12,14 186:20 187:8,15 188:2 192:7 194:2 195:3 204:20,21 207:22 220:23 234:20 241:9,10
**wanting** 18:7 145:13
**wants** 109:19,20
**warm** 185:23
**warn** 80:5
**wash** 174:15
**wasn't** 18:3,12 28:7 31:22 37:15,15,17 54:12 55:4 68:25 70:17 80:14 109:19 119:8 156:12 177:14 179:11,24 183:15 195:19 211:10 232:18 235:5
**waste** 126:13 175:23
**wasting** 111:18
**water** 160:12
**way** 20:7 22:11 25:13 26:2 28:21 40:18,23 41:7 46:7 58:7 59:13 61:11 87:18 89:18 89:20 103:21 110:18 127:23 128:11 130:2 135:12 155:5 159:9 168:4,20 169:13,15 181:16 187:7 195:21 217:17 228:25 232:16 234:23 243:12 245:9 249:18
**wealth** 103:25
**week** 9:21 65:21 200:16 210:14
**weekend** 29:13
**weeks** 81:10 129:20
**weights** 243:5,10,19
**weird** 73:14
**well** 10:20 14:19 20:3 37:15 45:14 47:8,17 48:8 53:8 53:10 57:17,18,21 58:8 61:18 62:4 63:7 76:13 87:13 88:7 93:14 101:17 102:4 104:11 108:20 114:24 115:17 117:10 138:5 142:10,13 142:16 146:8 151:4,8 155:9,16 155:21 157:2 158:4 162:14 164:11 168:21 169:16 173:16 177:10 178:3,21 183:9,12,22 184:9 187:8 190:4 192:20 194:13 195:7,15 204:13 206:23 208:2 210:6 218:24 220:17 222:7 227:3 229:9 230:19 232:3 234:7,19 236:23 237:14 240:16 242:2 244:21 245:9
**went** 37:21 38:8 68:18 117:20 157:22 164:13 171:7 219:14
**weren't** 51:21 63:22 63:22 80:15 124:25 125:2 128:13 142:6 147:9 178:23,24 180:5 201:15,21 204:22 209:6 218:25 221:17,20 221:22
**wesley** 3:9 4:7
**we'll** 6:22 13:15 43:12 67:6,7 69:22 72:13,21 76:16 170:9 191:2 202:5 204:25 215:24
**we're** 7:24 11:5,13 11:16 43:13 45:21 45:21 58:20 68:5 72:12,14 81:17 90:19 109:10 114:14 117:24,24 140:8 142:5,19 151:22 152:25,25 152:25 153:4,4 161:24 162:8 167:4 168:16 172:23 185:3 198:19 204:24 215:23 227:13,16 227:17,19 236:24 240:2
**we've** 13:21 15:7 32:10 52:21,22

53:2 58:17 60:10 60:10 67:15,16 77:11 78:11 80:25 98:13 116:16 122:17 125:18 136:17 204:24 216:11 229:3
**WHEREOF** 249:20
**while** 28:6 218:5 222:21
**whirl** 157:20
**whole** 35:7,21 37:4 54:24 59:25 64:10 64:16 68:19,23 105:2 126:11 191:5 201:7 205:8 205:10 210:16 228:21
**wife** 15:24 30:10 33:12 100:24 124:14,15,20 129:20
**wife's** 16:25
**willing** 150:2 201:15
**window** 159:8
**Wise** 125:19,25 131:24 164:6 191:20
**withdraw** 30:15
**witness** 13:24 19:16 23:19 27:11 32:11 46:12 55:12 58:19 65:8 66:17 67:20 78:13 81:3 83:4 83:13 88:2 90:16 92:16 94:9 97:2 98:15 99:21 100:18 108:9 111:18 113:17 115:24 122:22 124:5 130:13 131:18 136:21 139:17 141:4,14 170:8 178:8,15 179:18 184:22 188:12 198:12,14 198:17,18 200:4,9 201:4 213:24 216:19 218:5 220:13 225:9 233:23 239:20 240:25 242:2,8 247:12 248:4 249:10,14,20 250:3
**Wonderful** 5:19
**woods** 131:4
**word** 40:2 58:25
**wording** 85:4
**words** 38:16 214:9
**worked** 14:14 15:7 65:14 119:23 127:23 129:13,15 145:13 182:14 194:14 195:21
**working** 14:13 16:10 29:4 30:2 33:15 43:13 45:21 46:8 71:2 75:24 82:24 98:24 105:8 120:3 128:15 133:5 149:10 151:25 199:20 204:24 219:19 234:24 238:23
**works** 187:7
**worried** 64:10 104:4,11 209:20 209:20
**worry** 149:15
**worth** 174:8
**wouldn't** 47:12,14 50:7,13 62:17 125:3 142:6 163:18 169:20 183:10,12 209:2
**wound** 165:19 169:22
**write** 191:20 199:11 199:14
**writing** 87:19 88:24 164:18
**written** 171:15 179:22 191:11
**wrong** 31:7 32:14 40:2 70:7 223:13 235:6 238:18,19
**wrote** 33:21 58:23 63:2 77:15 85:23 86:23 88:16 100:4 104:17 116:24 117:7 214:13,14

**X**

**x** 1:4,13 25:8 174:13 174:14 175:7 250:2 251:2 252:2

**Y**

**yadda** 215:16
**yadda-yadda** 215:16
**yards** 16:2
**yeah** 10:12 14:25 15:7 16:22 21:17 27:15,16 29:2,16 32:3,25 47:25 48:12 50:3,25 53:13 54:10 55:18 59:18 60:5 64:24 70:16 71:25 72:5 73:5 76:5 82:6 88:14,14,19 89:13 89:22 93:14 94:16 99:22,22 100:2 104:23 109:8 110:18 112:6 120:10 123:20,22 124:9 129:3,8 136:7 138:12,22 139:3,19 140:6,13 147:11 148:6,11 148:12 149:8 152:3 154:8 155:24 156:12 157:17 158:21 161:21 168:2,13 200:19 217:25 218:14 221:13 234:12 237:19 241:12
**year** 14:21 16:7
**years** 16:5 25:11 101:16
**york** 1:3,20,20,22 2:7,7,15,15 3:8,8 8:4,12 14:13 18:22 28:7,8 62:12 166:24 249:3,5,9

**Z**

**zero** 216:7
**Zetlin** 164:14
**Zoning** 143:6

**$**

**$1.2** 132:4,10
**$136,000** 215:19
**$2** 175:16,17
**$20** 166:4
**$20,000** 120:24
**$20,400** 133:16
**$30,600** 133:19,21
**$300,000** 175:15 176:4,14,18 177:2
**$350,000** 176:17 177:4
**$362,000** 79:10
**$50,000** 177:6
**$52,000** 173:8,11 237:19
**$70,000** 81:11
**$800,000** 133:25 215:13 216:4

**0**

**01/19-01/20** 110:8

**1**

**1** 2:14 44:6 45:4 48:14,14 49:16 50:2 51:3 69:21 71:5 79:3 88:4 102:7 106:8 116:10 120:6 121:13 146:11,14 147:22
**1st** 14:21 88:8
**1/12/09** 115:22 251:17
**1/14/09** 139:15 207:18 252:8
**1/20/09** 109:17 110:24 111:24
**1/5/09** 98:11 251:15
**1:05** 106:15
**1:06** 58:23
**1:31** 107:3
**10** 81:9 83:6 86:6 150:14
**10th** 92:17 94:11 214:15
**10/2/09** 76:22 251:4
**10:25** 1:15
**10:46** 98:20
**10004** 2:7 3:8
**10006** 2:15
**11** 1:20 2:6 3:7 56:20
**11-CV-2708** 1:8
**115** 251:17
**12th** 96:4 116:20
**12/10/08** 77:6 94:4 251:9,11
**122** 251:19
**13** 250:16
**136** 238:12 251:21
**138** 252:4
**139** 252:7
**14** 1:14 106:4 108:17 111:12 139:12 166:12 248:3
**1475** 73:5
**15** 58:23 59:16 133:21
**15th** 63:2 193:15
**1560** 3:7
**16th** 58:10
**160** 237:22
**17** 33:2 53:22 113:16 166:18 215:16 225:20
**170** 252:10
**172** 250:5,9
**174** 250:12
**18** 92:15 167:16
**19** 111:12 165:10 218:21 222:8 242:24 244:7
**1930s** 187:20
**1976** 14:7
**1978** 14:7,9
**1979** 14:9
**1982** 14:12
**1987** 14:16,20

**2**

**2** 16:10 23:16 32:10 72:6 77:12,20 83:14,19 86:23 88:4 116:11 118:17 120:19,19 120:22 121:13,20 133:10,13 146:11 146:14
**2.1** 79:19,22
**20** 32:13,15,19 84:23,25 108:17 111:12 124:4 218:21 247:20 248:22
**20th** 112:3
**2005** 24:8
**2007** 16:14,21 23:3 24:13 25:15 28:18
**2008** 16:11,11 23:4 23:17 24:15 35:4 38:6 42:3,4 55:14 55:16,20 56:3,9 56:16,19,20,22,25 59:16 71:7 72:7 72:10,17 73:7,14 81:9 83:21 86:6 97:15 108:17 120:6 136:15 137:2 138:11,16 138:19 141:6,19 145:19 193:5,15 251:22 252:5
**2008-2009** 109:6
**2009** 77:12,20 98:17 98:20 105:4 108:17 112:4 116:14 122:13 125:20 139:12 150:14 242:17
**2012** 1:14 248:3

249:21
**202** 250:13
**204,000** 133:22
**21** 128:24
**213** 252:12
**23** 130:12 141:6,19
**23rd** 2:14 242:18
**24** 90:15 189:4,9,10
**242** 250:6
**25** 27:20 29:11 233:19,20
**25th** 42:3
**26** 71:7 72:7,10,16 73:6,14 87:25 136:15,25 138:11 239:18 240:2 251:22
**27** 125:20 126:6 240:21,23 250:17
**275** 239:3
**28** 131:17 133:12
**29th** 249:21

**3**

**3** 32:22 52:4,4 71:16 73:25 116:11,13 116:22 117:5 120:6 122:12 168:25
**3D** 113:21,21
**3rd** 119:22
**30** 12:3,19 108:12 138:16,19 206:5,7 252:5
**30,000** 121:5
**35** 13:16,17,22 78:25 83:11 116:5 116:5 153:13,13 153:14 166:17 250:16
**36** 27:6,10 33:20 250:17
**37** 57:9,12 193:7 250:18
**38** 65:2,6 200:8 250:20
**39** 76:21 77:11 251:4

**4**

**4** 78:22 79:9 99:19 107:9 111:8 112:21 131:21 133:13 134:19 135:6 140:10 172:23 191:2 250:4
**4:42** 247:14
**40** 76:24 78:12 81:17,21,22 87:14 135:13,17 173:11 251:6
**40119** 206:16
**41** 77:3 81:2,18 82:12 251:8
**42** 77:5 83:3 85:22 251:9
**43** 94:3,7,8 251:11
**44** 95:8 251:13
**45** 98:10 251:15
**46** 115:19,21 116:17 116:21 251:17
**47** 122:18,19 251:19
**48** 125:19 191:3,3
**49** 136:13,18 251:21

**5**

**5** 23:17 55:16,20 67:12 98:17,20 100:4 250:23
**5A** 66:15 69:7,11
**5B** 67:7,10,16 68:5 147:5,21 148:3 250:22
**5C** 67:7,10,17 250:22
**5th** 42:3 56:2
**50** 138:15,17 252:4
**51** 139:11,13 173:7 252:7
**515** 27:3 67:22 171:2 206:16 207:17
**52** 170:16,17 252:10
**53** 212:24 213:5,16 252:12
**54,000** 120:13
**57** 250:18
**58** 144:15,24

**6**

**6** 33:2 49:8 53:22
**615** 2:6
**65** 250:20
**67** 250:22

**7**

**7** 105:3 141:3
**7th** 104:17
**75** 117:12,13 118:3 118:4,8,9 122:14 122:14
**76** 251:4,6
**77** 251:8,9

**8**

**8** 55:14 56:9,19 83:21 150:13 155:4 233:24
**8th** 120:20 122:8
**8/10/09** 72:23
**80** 218:19
**800,000** 134:5 215:16
**85** 135:10,15
**88** 14:23

**9**

**9** 116:14 122:13
**9th** 90:21
**90** 135:2,7,13,16 179:23 218:19
**94** 251:11
**95** 251:13
**98** 251:15
**99** 31:4