**EXHIBIT M**

# In The Matter Of:

*Triarch Architectural Services, P.C. v.*
*Medallion Inc., et al.*

---

*Vladimir Voronchenko*
*Vol. 1, June 7, 2012*

---

*Greenhouse Reporting, Inc.*
*Computerized Litigation Support*
*875 Sixth Avenue*
*Suite 1716*
*New York, NY 10001*
*(212) 279-5108    FAX: (212) 279-5431*

*Original File VV060712.V1, 310 Pages*
*Min-U-Script® File ID: 4067330045*

**Word Index included with this Min-U-Script®**

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

[1]
[2] UNITED STATES DISTRICT COURT
[3] SOUTHERN DISTRICT OF NEW YORK
[4]
[5] TRIARCH ARCHITECTURAL SERVICES,
[6]          Plaintiff,
[7]     -against-
[8] MEDALLION INC., VLADIMIR VORONCHENKO,
[9] and GARTH HAYDEN ARCHITECT
[10]          Defendants.
[11]
[12]
[13]          June 7, 2012
[14]          9:34 a.m.
[15]
[16]          DEPOSITION of VLADIMIR VORONCHENKO,
[17] taken by the Plaintiff, pursuant to Notice and
[18] Order, at the law offices of MANDEL BHANDARI,
[19] LLP, 11 Broadway, New York, New York, before
[20] Karen Perlman, RPR, a Shorthand Reporter and
[21] Notary Public within and for the State of New
[22] York.
[23]
[24]          GREENHOUSE REPORTING, INC.
          875 Sixth Avenue - Suite 1716
[25]     New York, New York 10001
          (212) 279-5108

Page 2

[1]
[2] APPEARANCES:
[3]
[4] MANDEL BHANDARI, LLP
[5] Attorneys for the Plaintiff
[6]     11 Broadway
[7]     New York, New York 10004
[8] BY:   EVAN MANDEL, ESQ.
[9]       RISHI BHANDARI, ESQ.
[10]
[11] SAM P. ISRAEL, P.C.
[12] Attorney for Defendants Medallion Inc. and
[13] Vladimir Voronchenko
[14]     1 Liberty Plaza
[15]     23rd Floor
[16]     New York, New York 10006
[17] BY:   SAM P. ISRAEL, ESQ.
[18]
[19] GOGICK, BYRNE & O'NEILL, LLP
[20] Attorneys for Defendant Garth Hayden Architect
[21]     11 Broadway, Suite 1560
[22]     New York, New York 10004
[23] BY:   ALBERT WESLEY McKEE, ESQ.
[24]
[25]

Page 3

[1]
[2]          STIPULATIONS
[3]     IT IS HEREBY STIPULATED AND AGREED
[4] by and between the attorneys for the respective
[5] parties hereto, that all objections, except as to
[6] form, shall be reserved to the time of trial.
[7]     IT IS FURTHER STIPULATED AND AGREED
[8] that the sealing and filing of the within
[9] deposition are hereby waived.
[10]     IT IS FURTHER STIPULATED AND AGREED
[11] that the within deposition may be subscribed and
[12] sworn to by the witness being examined before a
[13] Notary Public other than the Notary Public before
[14] whom this deposition was begun.
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 4

[1]          *V. Voronchenko*
[2] VLADIMIR VORONCHENKO, having
[3] been first duly sworn by the Notary
[4] Public, was examined and testified under
[5] oath as follows:
[6]
[7]     (Plaintiff's Exhibit 36, document
[8] dated 6/7/12, marked for identification.)
[9]     (Plaintiff's Exhibit 37, document
[10] entitled, "Summons in a Civil Case", marked
[11] for identification.)
[12]     (Plaintiff's Exhibit 38, document
[13] entitled, "Summons in a Civil Action",
[14] marked for identification.)
[15]          EXAMINATION
[16]          BY MR. MANDEL:
[17]     **Q:** Good morning, Mr. Voronchenko.
[18]     **A:** Morning. Morning.
[19]     **Q:** Have you ever been deposed in the
[20] United States before?
[21]     **A:** No.
[22]     **Q:** There are a few ground rules I'll go
[23] over with you. One is because everything — a
[24] court reporter is taking down all of your
[25] testimony today, it is important that all of your

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 5

**V. Voronchenko**

[1]
[2] answers be spoken.
[3] **MR. ISRAEL:** Evan, slower, though,
[4] okay, slower.
[5] **Q:** The court reporter can't take down
[6] nods of the head, or mm-hmms or um-hmms, the
[7] court reporter can only take down words.
[8]     Second, it's important for you and I
[9] to try not to interrupt each other, it becomes
[10] very difficult for the court reporter to take
[11] down testimony —
[12] **A:** No interrupt.
[13] **Q:** Exactly.
[14] **A:** Okay.
[15] **Q:** Third, I'm going to assume that you
[16] understand all of my questions. As you explained
[17] to me before you started, English is not your
[18] first language.
[19]     If at any point today, you think
[20] maybe possibly you don't understand one of my
[21] questions, even if you're unsure about whether or
[22] not you understand it, please stop me, and I will
[23] clarify the question.
[24] **A:** Okay.
[25] **Q:** And, finally, you're entitled to

Page 6

**V. Voronchenko**

[1]
[2] take a break at any time you would like.
[3] **A:** Okay.
[4] **Q:** Just say so. Would it be all right
[5] if I refer to the apartment on the 21st floor of
[6] 515 Park Avenue as the apartment today?
[7] **A:** You ask — what — sorry. First —
[8] **MR. ISRAEL:** He wants you to know
[9] that when he refers to "the apartment" —
[10] **THE WITNESS:** Yes.
[11] **MR. ISRAEL:** — he's referring to
[12] the apartment on the 21st floor, that is
[13] what he's talking about.
[14] **THE WITNESS:** Yes, yes, yes. We're
[15] talking about this apartment.
[16] **Q:** And you understand that that
[17] apartment is what this case is about?
[18] **A:** Yes.
[19] **Q:** Do you live in that apartment?
[20] **A:** When I'm in New York, yes.
[21] **Q:** And how often are you in New York?
[22] **A:** Three months a year. Between three,
[23] four months a year, it depends on the year. One
[24] year I can live two months, one year I can live
[25] four months, one year three months, so something

Page 7

**V. Voronchenko**

[1]
[2] like that.
[3] **Q:** How about in 2011, approximately how
[4] much time did you spend in New York in 2011?
[5] **MR. ISRAEL:** That is in New York,
[6] not necessarily the apartment, right,
[7] you're just saying how long in New York?
[8] **MR. MANDEL:** Correct.
[9] **A:** Maybe three months.
[10] **Q:** And when you're in New York, do you
[11] ever not stay at the apartment?
[12] **MR. ISRAEL:** You mean now, right?
[13] **MR. MANDEL:** Correct.
[14] **Q:** In 2011, was there anytime you
[15] stayed in New York but didn't stay at the
[16] apartment?
[17] **A:** No, I just — I just occupied this
[18] apartment in October or in November 2011. And
[19] it's very difficult to say about this apartment
[20] in '11, because we just finished to ren — to do
[21] something.
[22] **Q:** When was the renovation on the
[23] apartment complete?
[24] **A:** Finished?
[25] **Q:** Finished.

Page 8

**V. Voronchenko**

[1]
[2] **A:** October, November of 2011.
[3] Something like this. October. I don't remember
[4] exactly.
[5] **Q:** And when was the first time you
[6] stayed in the apartment?
[7] **A:** Me personally?
[8] **Q:** You personally.
[9] **A:** I think in November. Because I was
[10] out from United States.
[11] **MR. ISRAEL:** November of 2011?
[12] **THE WITNESS:** '11, yes. November
[13] 2011. I live in this apartment like total
[14] maybe six, seven — me personally, I live
[15] in this apartment maybe couple of weeks
[16] altogether, during all of this period.
[17] **Q:** And who else lives in the apartment?
[18] **A:** My wife and two kids.
[19] **Q:** And what is your wife's name?
[20] **A:** Sorry?
[21] **Q:** What is your wife's name?
[22] **A:** Lisa Kharlamov, Lisa Kharlamov.
[23] **Q:** How do you spell her last name?
[24] **A:** K-H-A-R-L-A-M-O-V.
[25] **Q:** You have two children?

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 9

[1] *V. Voronchenko*

[2] **A:** Yes.

[3] **Q:** Is it one boy and one girl?

[4] **A:** (Witness nods.)

[5] **Q:** How old is the boy?

[6] **A:** 15.

[7] **Q:** And how old is the girl?

[8] **A:** 21.

[9] **Q:** Who owns the apartment?

[10] **A:** Medallion Company, Medallion.

[11] **Q:** What business is Medallion in?

[12] **A:** Real estate.

[13] **Q:** Do you pay Medallion —

[14] **MR. MANDEL:** Withdrawn.

[15] **Q:** Do you pay Medallion any rent?

[16] **A:** No, not yet.

[17] **Q:** Are you going to pay them rent at

[18] some point?

[19] **A:** I think no.

[20] **Q:** And do you own Medallion?

[21] **A:** No.

[22] **Q:** Who owns Medallion?

[23] **A:** Very long chain, trust, another

[24] trust, Russian — big group, very big group.

[25] **Q:** And when you say a big Russian

Page 10

[1] *V. Voronchenko*

[2] group, do you mean a lot of different people or

[3] do you mean one big Russian entity?

[4] **A:** Oh, it's one big group, and several

[5] people involved in the group, not me included in

[6] this group.

[7] **Q:** So you don't own any part of

[8] Medallion, either directly or indirectly?

[9] **A:** No, no. Not directly, not — not

[10] directly.

[11] **Q:** So Medallion is letting you and your

[12] family live in the apartment for free?

[13] **A:** Yes.

[14] **Q:** And why do they do that?

[15] **A:** Because main owner of this huge

[16] group, he is my friend from — from my birthday,

[17] maybe and we — we were — we lived to

[18] one — when we was — okay. From the beginning,

[19] we live in one small West Ukrainian city. We are

[20] from this city together, you know, we — we are

[21] friends from the very small age. Our families

[22] friend and we studied in one school and we

[23] continue our relation all our life.

[24] **Q:** And what is his name?

[25] **A:** This is not —

Page 11

[1] *V. Voronchenko*

[2] **MR. ISRAEL:** Could I ask you

[3] something? He's concerned about this

[4] person's — the person has concerns about

[5] having his interest be known publicly. So

[6] could we keep this part of the deposition

[7] confidential, just this one area I want to

[8] keep confidential. Do you have a problem

[9] with that? You'll get the information but

[10] can we keep it confidential so it is not

[11] generally available to the public?

[12] **MR. MANDEL:** There is a

[13] confidentiality dispute that the court is

[14] currently ruling on. Unfortunately, my

[15] client has not authorized me to enter into

[16] any confidentiality agreements here today;

[17] however, what we have agreed to is to keep

[18] things confidential unless and until the

[19] court rules on the defendant's motion for a

[20] protective order in the case.

[21] So that protective order is currently

[22] in place pursuant to that agreement. And

[23] we will continue to abide by that

[24] protective order, pending the court's

[25] ruling on the defendant's motion.

Page 12

[1] *V. Voronchenko*

[2] So this — what I understand is you

[3] would like to designate this section of the

[4] transcript addressing the ownership of

[5] Medallion as confidential under the

[6] protective order?

[7] **MR. ISRAEL:** What I would like to do

[8] is have the court reporter put on the top

[9] of the page, "Confidential," and then when

[10] this testimony is over she can remove that

[11] confidential designation, okay? Subject to

[12] what you just said.

[13] **MR. MANDEL:** Subject to what we just

[14] said, that it would be consistent with the

[15] protective order that is in place, pending

[16] the resolution, so I have no problem with

[17] that.

[18] **MR. ISRAEL:** Okay.

[19] (The following portion has been

[20] deemed confidential.)

[21]

[22]

[23]

[24]

[25]

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 13

[1]    Confidential
[2]    **A:** This is not big secret, but I don't
[3] want to distribute his name, you know, he's the
[4] one that is the biggest guy in our company, his
[5] name is Vekselberg.
[6]    **Q:** How do you spell his last name?
[7]    **A:** Vekselberg, V-E-X-S-E-L-B-E-R-G,
[8] Vekselberg. Oh, sorry, not X, Vek, V-E — E-K,
[9] K-S, Vekselberg, Victor.
[10]   **Q:** Again, you know far more English
[11] than I know Cyrillic.
[12]   **A:** It's not very rare name.
[13] Vekselberg.
[14]   **Q:** Why is it important that
[15] Mr. Vekselberg's name remain confidential?
[16]   **A:** It's important, because he is very
[17] famous guy in our country, and I don't want to
[18] involve his — his name in this process, I tell
[19] you this name.
[20]   **Q:** So you're —
[21]   **A:** He was official person. He is big
[22] person. He is very well known. If you open
[23] Internet you will understand why I don't want to
[24] talk too much about his name. It's very easy.
[25]   **Q:** So your concern is that there might

Page 14

[1]    Confidential
[2] be some negative publicity?
[3]    **A:** Yes, of course, that's it.
[4]    **Q:** Would allowing his name to become
[5] public in relation to this case help Medallion's
[6] competitors compete against Medallion?
[7]    **A:** I don't understand. Sorry.
[8]    **Q:** That is fine, if you don't
[9] understand a question just speak up, I'll
[10] rephrase the question.
[11]   **A:** Yes.
[12]   **Q:** I understand that you don't want
[13] Mr. Vekselberg to have any publicity in
[14] connection with this case.
[15]   **A:** No, really — I didn't ask him about
[16] this because it's any publicity for very
[17] well-known people, it's not so great, as I
[18] understood it, this is my feeling, any publicity.
[19] He doesn't like any press, any this any of that.
[20]    When you open the Internet to check
[21] who this person is, you will understand
[22] why — it's not problem, I tell you the name
[23] and — if it's possible, not to — not too many
[24] information out. If it's not possible —
[25]   **Q:** Right. Right. Would — if his name

Page 15

[1] Confidential
[2] became public, would that hurt Medallion as a
[3] company?
[4]    **A:** If it's his name would be public, I
[5] don't understand.
[6]    **Q:** Sure. I understand that
[7] Mr. Vekselberg dislikes publicity, and I don't
[8] want to cause his name to be in the paper.
[9]    **A:** No. All this business is belonging
[10] to his holding and groups. I don't — I don't
[11] know even how it's built inside, you know.
[12]   **Q:** Does Medallion have competitors?
[13]   **A:** Competitors?
[14]   **Q:** Yes.
[15]   **MR. ISRAEL:** Calls for a legal
[16] conclusion.
[17]   **Q:** Medallion is in the real estate
[18] business, you said?
[19]   **A:** Yes, Medallion has some — another
[20] — another things in Russia, I don't know what.
[21]   **Q:** Does —
[22]   **A:** I don't know really how its work,
[23] because this company bought the apartment and how
[24] it was — how it was, I don't know. I don't — I
[25] don't know that.

Page 16

[1]    Confidential
[2]    **Q:** Do you know exactly what Medallion's
[3] business interests are?
[4]    **A:** He bought some real estate in
[5] different places.
[6]    **Q:** And what kind of real estate?
[7]    **A:** Like in investment. Like
[8] investment.
[9]    **Q:** Is it mostly residential real
[10] estate?
[11]   **A:** I don't even know, really. I think
[12] different. The investment, you can make
[13] investment in any kind of real estate. This or
[14] that.
[15]   **Q:** When Medallion invests in real
[16] estate, do the people who are selling him the
[17] real estate or leasing him the real estate, do
[18] they know Mr. Vekselberg owns Medallion?
[19]   **MR. ISRAEL:** Objection, misstates
[20] testimony.
[21]   **A:** Of course not. Mr. Vekselberg has
[22] around — as I know, around 700 to 800 companies,
[23] official companies. Definitely people don't know
[24] about this. I a hundred percent know, it would
[25] be very unusual if they know about this.

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 17

[1] Confidential
[2] **Q:** Did Medallion purchase the apartment
[3] as an investment?
[4] **A:** I think, yes.
[5] **Q:** Did he also purchase it so that you
[6] could live there?
[7] **A:** Yeah. Because he's my friend and he
[8] told me, okay, help to make nice decoration,
[9] design, da-da-da-da-da, and you can live couple
[10] of years or how many years, I don't know. We are
[11] working together where — we are really very
[12] close friends.
[13] **Q:** Do you have a business relationship
[14] as well with Mr. Vekselberg?
[15] **A:** Yes, yes.
[16] **Q:** And you invest together in different
[17] businesses?
[18] **A:** You know, what you want to — to
[19] know about this, about my relations with Victor
[20] Vekselberg, it is very far from the question of
[21] design and decoration of my apartment, you know.
[22] **Q:** Okay.
[23] **MR. MANDEL:** I'll withdraw that
[24] question.
[25] **A:** You can ask me about my girlfriends

Page 18

[1] Confidential
[2] and about this, it's the same question. Sorry
[3] about that, you know, it's really too far from
[4] the question of what we are talking today now.
[5] **Q:** Okay?
[6] **A:** He's my very, very close friend. If
[7] you open the Internet and my, for example, name,
[8] you will see a lot of publication where we are
[9] together, this, this, and this, many, many, many
[10] times, you know. And we're really very close
[11] friends, and this is my answer for your question.
[12] You can check it even by Russian press, you know.
[13] About this.
[14]     (Continued in nonconfidential portion
[15] of transcript.)
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 19

[1]                **V. Voronchenko**
[2] **Q:** When — when Medallion first
[3] considered buying the apartment, was the plan to
[4] buy an apartment that you could live in?
[5] **A:** Me?
[6] **Q:** Yes. What I'm asking is at the
[7] very — you know, at what time, did Medallion buy
[8] the apartment?
[9] **A:** What time?
[10] **Q:** Yes. When, when did Medallion buy
[11] the apartment.
[12] **A:** I don't remember. Four, five years
[13] ago. I don't remember, maybe five years ago,
[14] something like that.
[15] **Q:** And at the time Medallion was
[16] considering whether to buy that apartment, was
[17] Medallion's plan to buy the apartment and then
[18] renovate it and design it and then have you move
[19] in?
[20] **A:** I thought, you know what — what his
[21] company real estate do with apartments, with real
[22] estate. They buy, they doing the nice condition,
[23] always, you know, and after this, they think what
[24] to do, what to keep or to sell or to wait and
[25] different because when they large, big, large

Page 20

[1]                **V. Voronchenko**
[2] group, they invest money into different,
[3] different, different projects, you know, just
[4] to — to make the money more secure and more
[5] stable. It's typical business strategy. You
[6] know, not buy and sell, buy and sell, buy and
[7] keep it for — for some years, maybe 5 years,
[8] maybe 10 years, maybe 20 years, you know, because
[9] it is very good invested money, if it's
[10] right — right property.
[11] **Q:** So when Medallion first considered
[12] buying the apartment, its plan was to buy the
[13] apartment, renovate it, hold it for a period of
[14] time and then sell it, hopefully, for a profit?
[15] **A:** Sell it, who knows when sell it. I
[16] never ask. I never ask them about their future
[17] plans. This is a multi, multi, multibillions
[18] group, you know, multibillions group. And my
[19] friend, he is in Forbes in a very good position
[20] and for his group, this apartment, you know, it's
[21] like — like not big investment. And
[22] they — they do investment in many
[23] different — many different areas, you know.
[24] **Q:** And at the time they were planning
[25] to buy the apartment and then renovate it and

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

[1]                    **V. Voronchenko**
[2] then perhaps sell it at some point in the future,
[3] was the plan for you to live in it before it was
[4] sold?
[5]    **A:** Listen, it was — it's a life, you
[6] know, and before I rent the apartment, sometimes
[7] my friend tell me, listen, I buy a apartment, do
[8] the repair and do the decoration, live it, live
[9] in this apartment. Okay. Thank you very much.
[10]   **Q:** And when did he say that to you?
[11]   **A:** A couple of years ago.
[12]   **Q:** Did you go view the apartment before
[13] it was purchased?
[14]   **A:** Before what?
[15]   **Q:** Before Medallion purchased it,
[16] before Medallion bought the apartment.
[17]   **A:** I don't remember.
[18]   **MR. ISRAEL:** Did you see the
[19] apartment before Medallion actually
[20] acquired it? Did you see it beforehand?
[21]   **THE WITNESS:** Me personally, I think
[22] no.
[23]   **Q:** Before Medallion bought the
[24] apartment, did anyone talk to you and say is this
[25] the kind of apartment you would like to live in?

[1]                    **V. Voronchenko**
[2]   **A:** Not really.
[3]   **Q:** So —
[4]   **A:** Not really, because he wanted to buy
[5] apartment for — I don't remember, for his family
[6] or for somebody from family, but somebody from
[7] his family move to another place, and the result
[8] was like this.
[9]      He wanted — I remember — to buy
[10] this apartment for his daughter. But his
[11] daughter moved to Moscow, you know. The
[12] apartment is like — he doesn't want to sell
[13] because he doesn't need money immediately, you
[14] know, he's looking to make a real estate
[15] grows — growth up, and this is the world. Not
[16] like, you know, a strategy plan, you know.
[17]      If — if his daughter not move to
[18] Moscow, I think I'll not live in this apartment,
[19] you know, it's very easy.
[20]   **Q:** And when Mr. Vekselberg —
[21]   **MR. ISRAEL:** Berg.
[22]   **MR. MANDEL:** Did I get it wrong?
[23]   **A:** Vekselberg.
[24]   **Q:** Vekselberg, I apologize.
[25] When Mr. Vekselberg said to you why

[1]                    **V. Voronchenko**
[2] don't you live in this apartment, was that before
[3] any of the renovations had been done to it?
[4]   **A:** He ask me before, please help me to
[5] make excellent, beautiful decoration, repairing
[6] and da-da-da-da.
[7]   **Q:** So were you then responsible for
[8] overseeing the renovation of the apartment?
[9]   **A:** Sorry, I didn't get the question.
[10]   **Q:** Were you — he told you to help
[11] make —
[12]   **A:** Yes.
[13]   **Q:** — the apartment a beautiful
[14] apartment?
[15]   **A:** Yeah, yeah, yeah.
[16]   **Q:** Were you in charge of doing that?
[17]   **A:** He —
[18]   **Q:** No, you. In other words, were you
[19] in charge of saying I need to make all the
[20] decisions that need to be made in order to make
[21] this —
[22]   **A:** No. Listen, he — he thinks, maybe
[23] wrong or maybe right, I have good taste. I don't
[24] know. Maybe he has some reasons. And he told me
[25] do this for your taste, nice apartment for — for

[1]                    **V. Voronchenko**
[2] your taste. And I tried to do the best
[3] what — what I can — what I can like personally
[4] and we are very similar with them. He's more
[5] concentrate with the business, with the oil,
[6] metals, I am doing a little bit in another
[7] business.
[8]   **Q:** What business are you in?
[9]   **A:** I have different business. I am
[10] involved in art, in luxury business, something
[11] like that. In foundation, in museums.
[12]      I built in Russia now two museums,
[13] big one. First two private museums in Russia.
[14] Because we have with my friend, Victor, has huge
[15] collection, and we started to build, like, a home
[16] for the collection. And it's a beautiful museum.
[17] Because he bought — nine or ten years ago, we
[18] bought with them the Forbes collection of
[19] imperial Faberg eggs, you don't remember the
[20] story, but if you open the Internet you'll see
[21] this, from Forbes family. He paid a lot of
[22] money, around 150 million for this, for this
[23] beautiful Forbes Faberg eggs.
[24]   **Q:** And are those — is that Faberg egg
[25] collection going to go in one of your private

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 25

**V. Voronchenko**

[1]
[2] museums?
[3]    **A:** Yes. And we continue to create the
[4] collection and we spent a lot of time and I
[5] personally spent a lot of time for this.
[6]    **Q:** Do you have any business in New
[7] York?
[8]    **A:** No. Never.
[9]    **Q:** And —
[10]    **A:** I just did one business in New York,
[11] and very funny story. We have very old church,
[12] monastery in Moscow. And after revolution, 1917
[13] revolution, and this Daniel Lovski Church has
[14] bells. You know bells, you know? It was 19
[15] bells. So the weight of the bells is like — the
[16] weight of the bells is like 20 or 30 tons. It's
[17] huge, huge bells, you know.
[18]    And one American businessman bought
[19] these bells from Russian. This is no — this is
[20] — I think you don't need this, to put this.
[21] This is like —
[22]    **Q:** She has to take everything down.
[23]    **A:** Okay. I am not go on about this.
[24]    **Q:** You can tell me about that on a
[25] break.

Page 26

**V. Voronchenko**

[1]
[2]    **A:** Yes.
[3]    **Q:** Have you ever had a business in New
[4] York?
[5]    **A:** No.
[6]    **Q:** Your wife, Lisa?
[7]    **A:** Yes.
[8]    **Q:** Has she always lived in New York?
[9]    **A:** Yes. Sometimes in Moscow, of
[10] course, sometimes in New York.
[11]    **Q:** Is she from New York or from Russia?
[12]    **A:** From Russia. From Ukraine, of
[13] course, yes.
[14]    **Q:** But she's lived most of the time in
[15] New York for many years?
[16]    **A:** She lives in New York more than in
[17] Moscow, I can say like this.
[18]    **Q:** And that has been true for many
[19] years?
[20]    **A:** Yes.
[21]    **Q:** And how long have you and Lisa been
[22] married?
[23]    **A:** 16 years, or 15, or 16. Maybe 16.
[24]    **Q:** It's only important on your
[25] anniversary to get this right.

Page 27

**V. Voronchenko**

[1]
[2]    **A:** Don't tell her about my not —
[3]    **Q:** Did you have any role in deciding
[4] what neighborhood Medallion would purchase an
[5] apartment in?
[6]    **A:** My role in Medallion —
[7]    **Q:** Did you participate in the decision
[8] to buy an apartment on, you know, Park Avenue,
[9] around 60th Street?
[10]    **A:** I don't know. He asked me because I
[11] know New York — I know Manhattan better than he
[12] knows, yeah.
[13]    **Q:** And what do you think of that
[14] neighborhood?
[15]    **MR. ISRAEL:** Objection.
[16] You can answer.
[17]    **A:** Listen, who can tell this is bad?
[18] It's — it's not bad, especially for his
[19] position, it's — it's normal.
[20]    **Q:** How much did the apartment cost?
[21]    **A:** That, 10-something, as I know. 10
[22] million-something.
[23]    **Q:** Between 10 and $11 million?
[24]    **A:** Yeah, something like this.
[25]    **Q:** Do you know what country Medallion

Page 28

**V. Voronchenko**

[1]
[2] is incorporated in?
[3]    **A:** No.
[4]    **Q:** Do you know what year it was formed?
[5]    **A:** Sorry?
[6]    **Q:** Do you know what year Medallion was
[7] created in?
[8]    **A:** I don't know.
[9]    **Q:** Has anybody, other than
[10] Mr. Vekselberg, invested in Medallion?
[11]    **A:** Nobody. Listen, this is his group,
[12] I don't know how it's inside.
[13]    **MR. ISRAEL:** I don't think he
[14] understood your question, because earlier
[15] he said that there was a group and that was
[16] another group that had that group.
[17]    **MR. MANDEL:** Sure.
[18]    **A:** It's like complicated always,
[19] as I know. As I can — as I can imagine. I'm
[20] not sure.
[21]    **Q:** Sure.
[22] Sitting here today, do you know of
[23] any person, other than Mr. Vekselberg, who has
[24] invested in Medallion?
[25]    **A:** No.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 29

**V. Voronchenko**

[2] **Q:** Did you or Medallion ever consider
[3] not renovating the apartment?
[4] **MR. ISRAEL:** Objection. He — you
[5] want to know whether him or
[6] Medallion — it's a compound question,
[7] really, because you want to know whether he
[8] did or Medallion did.
[9] **A:** I didn't understand, sorry, anyway.
[10] Thank you for your advice but I did not
[11] understand.
[12] **Q:** Sure, sure.
[13] Did anyone ever say —
[14] **MR. MANDEL:** Withdrawn.
[15] **Q:** What condition was the apartment in
[16] when it was purchased by Medallion?
[17] **A:** Not good. What do you mean not
[18] good? It's not good, it's okay, because very
[19] nice — I don't know. It's nice, nice floor and
[20] typical doors from the beginning. It was
[21] like — it was like from the — when the building
[22] was — was built, 60 or 70 years ago.
[23] **Q:** Did Medallion ever think about
[24] possibly not renovating the apartment?
[25] **MR. ISRAEL:** Objection. Calls for

Page 30

**V. Voronchenko**

[2] speculation. Also it's a double negative.
[3] **A:** I don't know. He asked me to help
[4] renovate, what they think about it, what they
[5] think about before, I don't know, it's very
[6] difficult for me to say this.
[7] **Q:** Did you ever suggest to Medallion
[8] that the apartment should not be renovated?
[9] **A:** I didn't think about this. People
[10] ask me to do some — to help with some job and to
[11] make some nice project and —
[12] **Q:** What were the goals of the
[13] renovation?
[14] **A:** Goals, what does it mean "goals"?
[15] **Q:** What was the objective? What did
[16] you want to achieve with the renovation?
[17] **A:** Listen, I am very — I had message,
[18] do nice, do beautiful, you know. This was only
[19] one message, how beautiful for your taste, but
[20] beautiful. Okay. My taste is very different,
[21] you know, for New York, for this area. I — a
[22] lot — I work a lot of — in different arts,
[23] arts, I was, you know. And I concentrate very
[24] much with arts. And I understand how — how its
[25] work, you know.

Page 31

**V. Voronchenko**

[2] For this apartment, for my feeling,
[3] the best, the best was art deco, art deco style,
[4] but I wanted to do contemporary art deco, art
[5] deco, but in current time and that's it.
[6] **Q:** And when Mr. Vekselberg asked you to
[7] renovate the apartment, did he give you a budget?
[8] **A:** Not really. Not really. Nice, it's
[9] nice, it means nice, not something unbelievable,
[10] but it has to be nice. This apartment, many
[11] different people worked with — with this
[12] apartment, not only — not only Triarch.
[13] **Q:** Who else worked on the apartment?
[14] **A:** From the beginning, it was — how is
[15] the name of this company? From Moscow.
[16] **MR. ISRAEL:** Do you want me to
[17] suggest to him the name?
[18] **Q:** Did Libracon work?
[19] **A:** Yeah. Libracon. Yes. Libracon.
[20] This company do something for me and do something
[21] for Mr. Vekselberg, the Libracon company, and
[22] they helped me with design, with connection, with
[23] the factory, with the producers.
[24] **Q:** And is that factory Tempora Mobile?
[25] **A:** I don't know, this is not my job, I

Page 32

**V. Voronchenko**

[2] don't know the name of the factory because I
[3] never contact with this factory.
[4] **Q:** Do you know what country the factory
[5] was in?
[6] **A:** I know Italy. Of course I know.
[7] **Q:** Does or did Libracon have any
[8] relationship with the factory?
[9] **A:** Yeah. Libracon — Libracon has a
[10] relationship with this factory.
[11] **Q:** And do you know what the nature of
[12] that relationship was?
[13] **A:** I don't know. I think they used
[14] this factory before, as I understand —
[15] understood.
[16] **Q:** And do you know if Libracon owns any
[17] part of the factory?
[18] **A:** No.
[19] **Q:** Do you know if Libracon gets a
[20] commission when it refers business to the
[21] factory?
[22] **A:** No.
[23] **Q:** Other —
[24] **A:** I think no, because — I have a lot
[25] of businesses in Russia, I was not involved very

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 33

[1]            **V. Voronchenko**
[2] deeply in this project, and I — I never checked
[3] this project everyday but Libracon checked the
[4] situation everyday.
[5]   **MR. ISRAEL:** You shouldn't guess.
[6] If you don't know the answer to something,
[7] just say you don't know and don't guess.
[8]   **A:** Yeah, but I try to — just try to
[9] explain, you know —
[10]   **MR. ISRAEL:** I know.
[11]   **Q:** Yes.
[12]   **A:** — for the future questions.
[13]   **Q:** That is very important, I'm only
[14] trying to get information you have. So if you
[15] don't know something, it's very important for you
[16] to say "I don't know."
[17]   **A:** Okay.
[18]   **Q:** Other than Libracon and the Italian
[19] factory, who else provided services in renovating
[20] the apartment?
[21]   **MR. ISRAEL:** You mean other than
[22] laborers also? You're not talking about
[23] the people who did the actual physical work
[24] in the apartment and installing stuff.
[25]   **MR. MANDEL:** I would like to know

Page 34

[1]            **V. Voronchenko**
[2] everyone he knows who did work on it of any
[3] kind.
[4]   **A:** I don't know. When I understood we
[5] can't continue with the — with Triarch, if you
[6] ask me I'll explain you later why.
[7]   **MR. ISRAEL:** He's asking you now all
[8] the people that you know of who worked on,
[9] who had any involvement in the renovation
[10] of the apartment other than you mentioned
[11] Libracon, anyone other than Libracon.
[12]   **A:** Before — before Triarch it was
[13] architect Garth.
[14]   **MR. McKEE:** Garth.
[15]   **Q:** That is Garth Hayden?
[16]   **A:** I don't know his name.
[17]   **THE WITNESS:** Garth Hayden, yes?
[18]   **MR. McKEE:** It's what you remember.
[19]   **A:** I don't remember because I
[20] didn't —
[21]   **Q:** You remember his first name was
[22] Garth?
[23]   **MR. ISRAEL:** Yes, it's Garth.
[24]   **Q:** And you remember — he's in New
[25] York?

Page 35

[1]            **V. Voronchenko**
[2]   **A:** I know — I know he's like a Garth.
[3]   **MR. ISRAEL:** It's Garth Hayden.
[4]   **Q:** He's like a God, did you say?
[5]   **MR. ISRAEL:** Garth.
[6]   **A:** Garth.
[7]   **Q:** Garth.
[8] And he is in New York, correct?
[9]   **A:** Yes.
[10]   **Q:** And Triarch performed services on
[11] the —
[12]   **A:** He was before Triarch.
[13]   **Q:** So first came Garth. And then who
[14] came next?
[15]   **MR. ISRAEL:** In terms of what?
[16]   **Q:** In terms of people who provided
[17] services in connection to the renovation?
[18]   **A:** First came even not Garth. First
[19] came company who turn — who makes repairing the
[20] same apartment in, as I remember, 31st — 30 —
[21] 31st or 32nd floor in the same building. They
[22] came to me and — or somebody, I don't remember
[23] how it worked, and showed me the apartment
[24] upstairs, you know. And the apartment was very
[25] nice. They gave me the drawings with all things

Page 36

[1]            **V. Voronchenko**
[2] what we have in my apartment, you know,
[3] and — but their — their price and their times
[4] work was not so great for me, you know, but I
[5] keep their proposition of apartment in — in
[6] upper floor. My apartment more or less the same
[7] like upper floor when I came to Triarch, I gave
[8] them this — this drawing, you know. This
[9] drawing, it's like Garth — Garth drawing.
[10] And after Triarch, I find a very
[11] nice designer and decorator, Pepe Calderin,
[12] P-E-P-E, Calderin, C-A-L-D-E-R-O-N.
[13]   **MR. McKEE:** E-R-O-N?
[14]   **A:** Yes. He's very famous apartment in
[15] South America. He has his clothes brand and he's
[16] really what — what I need. And all of his job,
[17] most of his job did.
[18]   **MR. McKEE:** I-N, by the way,
[19] Calderin, I-N.
[20]   **MR. ISRAEL:** Sorry about that.
[21]   **A:** I met her, I met him, I spoke with
[22] him several times, and I wasn't happy with him.
[23]   **Q:** Where did you meet with him?
[24]   **A:** When I — when I stopped to work
[25] with Triarch? Can you — could you refresh my

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 37

**V. Voronchenko**

[1]

[2] memory?

[3] **MR. ISRAEL:** He wants to know where

[4] you met with him, where did the meeting —

[5] **A:** Where —

[6] **MR. ISRAEL:** Where? Where?

[7] **Q:** What city? I mean was it in New

[8] York or Miami or Moscow, if you remember?

[9] **A:** Somebody of my friends, when they

[10] visit Miami, recommended me him. I think our

[11] first meeting was in Miami, as I remember. I am

[12] not sure. Or maybe I spoke with him by phone and

[13] he — he comes to me, he came to New York. I

[14] don't remember about this.

[15] **Q:** And how many times did you meet with

[16] Mr. Calderin?

[17] **A:** A lot. Not too many, but five,

[18] seven, maybe ten. I don't — but I — you know,

[19] okay, it's not — it's just talking, we don't

[20] need to talk about nothing.

[21] **Q:** So far you have identified Garth,

[22] Triarch, Pepe Calderin and Libracon?

[23] **A:** Libracon, and Italian company.

[24] **Q:** And the Italian company, as people

[25] who performed services in connection with the

Page 38

**V. Voronchenko**

[1]

[2] renovation of the apartment.

[3]     Is there anyone else who performed

[4] services in connection with the renovation of the

[5] apartment that you're aware of?

[6] **A:** I don't remember. For me everything

[7] organized Libracon, everything organized

[8] Libracon.

[9] **MR. MANDEL:** Sorry, could you read

[10] that back.

[11]     (The record is read.)

[12] **Q:** So Libracon organized all the

[13] renovation of the apartment?

[14] **A:** Yes.

[15] **Q:** Do you know when Libracon was hired?

[16] **A:** When Libracon —

[17] **Q:** Was first retained or hired to work

[18] on the apartment?

[19] **A:** It was from the beginning, because

[20] they're our friends, they're working for us in

[21] Russia a lot. And —

[22] **Q:** Does Mr. Vekselberg own Libracon?

[23] **A:** No, this is independent company.

[24] **Q:** Do you know who Libracon's owners

[25] are?

Page 39

**V. Voronchenko**

[1]

[2] **A:** It's a group of people, group of

[3] people, it's not only one. I think like four or

[4] five people. It's all of them professional

[5] builders and decorators, something like that,

[6] they build a lot of — a lot of buildings

[7] and — in Moscow.

[8] **Q:** Had you worked with Libracon prior

[9] to the renovation of this apartment?

[10] **A:** Did I work —

[11] **Q:** Was this the first time you worked

[12] with Libracon?

[13] **A:** No, no.

[14] **Q:** Or have you worked with Libracon

[15] before?

[16] **A:** No, I worked with them in Moscow.

[17] **Q:** And why not just hire Libracon to do

[18] the whole job, why not hire Libracon and these

[19] other people?

[20] **A:** Listen, Libracon, they're not

[21] working in the U.S., and they can't help to

[22] organize everything, like they can't work really

[23] every day, and they try to — they just try to

[24] help me. And they were very, very nice with me.

[25] They tried to check about all the details, about

Page 40

**V. Voronchenko**

[1]

[2] this, this, and about all connections and I

[3] am — I was very not so close to details, you

[4] know.

[5]     For me it was important, you know,

[6] to find — to find the concept of design and

[7] concept of how it's — how it can looks, you

[8] know, this is — that's it.

[9] **Q:** Did Libracon have the skill

[10] necessary to come up with the design concept?

[11] **MR. McKEE:** Objection, form.

[12] **MR. ISRAEL:** Objection. Calls for

[13] speculation also.

[14] **A:** I don't understand question anyway.

[15] Again, please.

[16] **Q:** Sure. You said the design concept

[17] was very important to you?

[18] **A:** Yes.

[19] **Q:** Did Libracon have all of the

[20] knowledge and expertise that are necessary to

[21] come up with a design?

[22] **MR. McKEE:** Objection.

[23] **A:** Again, what Libracon — sorry, could

[24] you — sorry, again, I don't understand.

[25] **Q:** Sure, sure.

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 41

**V. Voronchenko**

[1]
[2] MR. ISRAEL: Can I give it a shot?
[3] MR. MANDEL: Sure.
[4] A: Yes.
[5] MR. ISRAEL: Did Libracon, did it
[6] know enough, Libracon, did it have enough
[7] skills to make a design?
[8] A: Yes. Of course. They're very
[9] professional people. They did a lot of designs
[10] and decorations. They build nice offices,
[11] buildings, stores in Moscow. Of course they can.
[12] Very — very clever people. Very professional
[13] people. I never used them if they are not
[14] high — high, top professional people. Of
[15] course, yes.
[16] Q: But you ultimately decided to hire
[17] other people to create the design, correct?
[18] MR. ISRAEL: Objection.
[19] You can answer. I made an objection,
[20] but you can answer his question.
[21] A: Yes, for me, could you repeat the
[22] question? I need to understand everything.
[23] Q: It is very important that you
[24] understand, so don't hesitate to stop me.
[25] I'm just trying to understand,

Page 42

**V. Voronchenko**

[1]
[2] Libracon had the knowledge to design a very nice
[3] apartment, but you decided to hire other people
[4] to come up with the design?
[5] A: Listen, Libracon, they work in
[6] Moscow. I wanted to have like a people who
[7] lives — who lives in United States and who can
[8] take care about every day. Libracon
[9] can't — can't — they are there and the
[10] apartment is here, and of course I try to find
[11] somebody who has seven, eight hour per day, take
[12] care and check and the process all the process,
[13] because this is a process, not only to make
[14] the — some — some pictures. Their obligation
[15] for me was to — Triarch, it was make the nice
[16] picture, how it's like in general, you know,
[17] after this, all blueprints, all drawings, to make
[18] all the drawings, to buy all small things, to buy
[19] all furniture, to buy all carpets and lights and
[20] it's very long story.
[21] To decorate is much more difficult
[22] than to build, you know. It was most important
[23] thing in the apartment, it was decoration of the
[24] apartment, not just to — to show something, you
[25] know. If you — if you will, for example, go to

Page 43

**V. Voronchenko**

[1]
[2] check French — French magazines, decorate
[3] something in France, in French taste it's always
[4] just white walls, and that's it. The main
[5] reason, main game of the taste, this is
[6] furniture, colors of the draperies, colors of the
[7] pillows, colors of the rugs, colors of the
[8] painting.
[9] They — they do this job in another
[10] way, you know, it was most important thing is the
[11] decoration, not just build something. And — and
[12] of course I find somebody who will visit thousand
[13] or hundred stores to find one chair from this
[14] store, one chair from another store, another rug
[15] from third store, it's huge, huge job, you know.
[16] It's impossible to do the job with a company who
[17] located in another side of the ocean.
[18] Q: Did you —
[19] MR. MANDEL: Withdrawn.
[20] Q: Who, at the end of the day, who did
[21] that job of going out and finding all the
[22] furniture and decorating the apartment?
[23] A: Pepe Calderin.
[24] Q: Did Triarch continue in any way to
[25] do the decoration of the apartment?

Page 44

**V. Voronchenko**

[1]
[2] A: They didn't touch or start to do
[3] this.
[4] I know you have a lot of questions
[5] about this situation, if you prefer, I can tell
[6] you the story.
[7] Q: Please do. Please tell me the
[8] story.
[9] A: You know, because question answer,
[10] question answer, question answer.
[11] THE WITNESS: Can I do like this?
[12] MR. ISRAEL: You can go ahead and
[13] tell him the story.
[14] A: You know my English is not so
[15] perfect and I will lose your time for try to
[16] explain — explain me every question, you know.
[17] The story was like this: I have
[18] very close friend, Mr. Michael Kaufman, you know,
[19] I know him 25 years. He lives in New York. And
[20] the owner of Triarch, he's his son-in-law. I
[21] don't know — remember his name, Steve or Steven,
[22] yes?
[23] MR. ISRAEL: Yes.
[24] I'm not supposed to tell you what
[25] the answers to the questions are.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 45

[1]                    **V. Voronchenko**
[2]    **A:** Sorry, sorry.
[3]    **Q:** So Stephen Corelli sound familiar?
[4]    **A:** I don't remember his name, but —
[5]    family name, I remember his first name.
[6]    Steve, yes?
[7]    **Q:** Yes.
[8]    **A:** Steve.
[9]    **MR. ISRAEL:** That is who he's
[10]   referring to.
[11]   **A:** What?
[12]   **MR. ISRAEL:** You're referring to
[13]   Steve Corelli, I think. It doesn't matter,
[14]   that is who he's referring to.
[15]   **A:** Doesn't matter, I met him last time
[16]   three years ago.
[17]   And my friend, the father of my —
[18]   ex-wife of Steve, he knows he — he had
[19]   information about I'm looking to find something.
[20]   And he asked me, Vladimir, please, this is my
[21]   daughter, and he has nice husband, and definitely
[22]   he will work for you 24 hours per day. Take him
[23]   and you'll never — you'll never complain, I
[24]   guarantee you, he's nice, he is good. Believe
[25]   me. He is great, you know. And I grant Jesus

Page 46

[1]                    **V. Voronchenko**
[2]    and a hundred percent guaranty, he will do what
[3]    he can more — more than to anybody in another
[4]    customers. He's really my friend. And — and he
[5]    asked me please do this, and you will help me.
[6]    And anyway, I need to take somebody,
[7]    and we — we go with my friends and with Steve to
[8]    his apartment to take some drink, you know, to
[9]    have some dinner together, you know. And I told
[10]   him okay. He showed me his apartment. It was
[11]   contemporary, not my taste, not my style, but it
[12]   is okay, it looks very good.
[13]   And Steve, he's law — son-in-law of
[14]   my friend and, you know, I thought — I thought
[15]   that he is really work ten times more than to any
[16]   other person, you know.
[17]   And we started to work. We started
[18]   to work with him. I spent a lot of time to
[19]   explain what I need. For him it was not so easy
[20]   because he concentrated in Manhattan with the
[21]   contemporary designer and decoration, you know.
[22]   Because Manhattan is a special city. It's city
[23]   for more — more cold design, more contemporary
[24]   design. You know about this. And if you check
[25]   the Steve website, you will see all his designs

Page 47

[1]                    **V. Voronchenko**
[2]    is contemporary design, more or less.
[3]    And I explained him what I need.
[4]    And I spent a lot of time to — I gave him the
[5]    idea of upper floor in my building, with all
[6]    drawings. I gave him a lot of books. I gave him
[7]    a lot of, you know, magazines what — with the
[8]    exactly what I — what I need, because I know
[9]    some several very good French designers
[10]   who — who does — who does work in my style. I
[11]   showed him, listen, I need exactly you see the
[12]   picture, I need exactly what I need, exactly like
[13]   this. Panel like this, wood like this, you see
[14]   the — the wall like this, I need like this.
[15]   Please do me like this. It's normal. It's
[16]   always — not always, but it's work like this
[17]   very often. It's not problem with this.
[18]   After this one week, two week, three
[19]   weeks, four weeks, one month, two months, three
[20]   months, you know, and it's very, very slowly.
[21]   Very, very slowly, and very difficult, you know.
[22]   In four months, he showed me design
[23]   just not design just — just like a picture, you
[24]   know, like a — like a family room, dining room
[25]   and — and office, you know. Four month

Page 48

[1]                    **V. Voronchenko**
[2]    just — just for this.
[3]    I ask to — send him the letters,
[4]    please do more fast, do more fast, do more fast.
[5]    But for them it was not very — I am not angry
[6]    for them, because it was very difficult for them
[7]    because they never did this design. They showed
[8]    me wrong — wrong furniture was the proposal.
[9]    They showed me wrong lights, what — what they
[10]   proposed, you know, and I started to understand
[11]   it was a mistake.
[12]   And because with speed like this,
[13]   you know, we finish in 10 years. Because after
[14]   four months, we had — we had nothing,
[15]   just — just, you know, this drawings what you
[16]   saw for — for three rooms. There was no
[17]   kitchen, no bedrooms, no bathrooms. It was
[18]   very — and no furniture, no nothing, you know.
[19]   I asked him, please, go ahead, go
[20]   ahead, go ahead. But — and I understood I made
[21]   mistake in one month after when we started, you
[22]   know. But I was very inconvenient situation with
[23]   my friend because I don't want to destroy his
[24]   mood? You understand, when you have old friend,
[25]   when your designer is your father-in-law,

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 49

**V. Voronchenko**

[1]
[2] it's —

[3] THE WITNESS: Father-in-law?

[4] MR. ISRAEL: Son-in-law.

[5] A: Father-in-law, yes.

[6] MR. ISRAEL: Son-in-law.

[7] A: He's my — sorry, my friend is

[8] father-in-law, he was son-in-law.

[9] THE WITNESS: Why you didn't correct

[10] me?

[11] MR. ISRAEL: Because everyone knew

[12] what you meant, everyone understood what

[13] you meant.

[14] THE WITNESS: But anyway, it's — I

[15] feel uncomfortable.

[16] MR. ISRAEL: You're doing fine.

[17] THE WITNESS: Okay.

[18] MR. ISRAEL: Continue your answer.

[19] Q: I think you're being very clear.

[20] A: You're always very nice with me,

[21] thank you. If I make very not nice mistakes,

[22] please, please correct me.

[23] MR. ISRAEL: We're going to have a

[24] chance also to read the transcript

[25] afterwards to make any corrections, okay.

Page 50

**V. Voronchenko**

[1]
[2] A: Okay son-in-law. And I was in very

[3] difficult position. I paid 55 — no, $50,000 for

[4] him, you know, I don't remember how much exactly,

[5] and I understood in one month this money for

[6] nothing. But I was in very difficult condition,

[7] no? And I have three — three — three reasons

[8] why I stopped to work with him.

[9] One reason: I made mistakes, they

[10] are not designers for the art deco style, this is

[11] the first reason.

[12] The second reason — they are not

[13] ready for this style. Second reason extremely

[14] slow, extremely slow. I can't — I can't — we

[15] send them some official letters about please,

[16] please, please, you promise in 1st of October,

[17] but now it's November, you promised 15th of

[18] November, now it's December, something

[19] la-la-la-la-la-la-la. So this is the two main

[20] reasons.

[21] And last reason is this guy started

[22] divorce with daughter of my friend. And this

[23] divorce was not — I don't want to be involved in

[24] this private life. But a happy divorce — it was

[25] not so nice. And for me, even for moral

Page 51

**V. Voronchenko**

[1]
[2] situation, you know, it was — it was not so

[3] comfortable, you know, this situation. Because

[4] he's my — he's my friend, my designer

[5] ex-son-in-law and very difficult relations with

[6] daughter of my friend, you know. But this is

[7] like moral question. But it was the same problem

[8] for me.

[9] When I stopped to work with them I

[10] thought I lost 55,000 and he — he has money much

[11] more than he did for this project, you know. And

[12] I was absolutely disappointed when he sent this

[13] letter to ask me to pay him the full amount

[14] because full amount I have to pay him when the

[15] apartment in this condition, what you say? What

[16] you saw couple of days ago, you know, it's a lot

[17] — a lot — a very hard everyday work, years more

[18] than — more than one year's every — everyday

[19] job, because every piece from the apartment from

[20] different countries, from different — most of

[21] them European furniture. 99 percent of furniture

[22] — all details in apartment, what you saw, this

[23] is from Europe, because American don't produce

[24] this style, and you know about this art deco

[25] style, it's more to European taste than to —

Page 52

**V. Voronchenko**

[1]
[2] more close to European taste than to American

[3] taste.

[4] And — and I was — I don't have big

[5] experience in process like this in United States,

[6] you know, I — I didn't even understand how it's

[7] possible to ask the full money when you make the

[8] job for 10 percent, you know, or 8 percent or 12

[9] percent. Because, okay, he prepared for me

[10] the — the pictures of the — pictures of the

[11] walls, what you saw, as told me, my wife or

[12] somebody, Steve was in the apartment oh, this is

[13] stolen design, stolen design, stolen design.

[14] Okay, the — I spented for him a lot of time to

[15] explain me why the picture of everything that I

[16] need.

[17] Finally when I — when I find

[18] something like more or less good details, you

[19] know, and he prepared for me just like a — like

[20] a picture, you know, like this, like that. After

[21] this, if you want to produce, you need to produce

[22] hundred kilos of blueprints because the factory

[23] he — they doesn't — they don't care about the

[24] design. They need the blueprints, you know, how

[25] thick, how long, how this, how that. It's huge,

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 53

[1]                        **V. Voronchenko**
[2] big, big, big, job for whole apartment, you know,
[3] how is the door, how is the stone, how
[4] is — everything details, you know, they
[5] didn't — they didn't do this, you know, and this
[6] is a very short story how it happened.
[7]      You know, if this is not the
[8] son-in-law of my friend, you know, believe me, I
[9] ask him to give me money back, you know, this
[10] money back, what I paid him, $55,000. I didn't
[11] do this only because, you know, I don't want to
[12] be involved with this family situation. I did
[13] not — I didn't want even to touch this, this
[14] is — you know, believe me, you cannot believe
[15] me, but it is story like this. It is not
[16] question for me. It is a very unpleasant
[17] situation, you know. You understand everything.
[18]      **Q:** Thank you. There was one part which
[19] I may not have understood. The part where you
[20] were saying in order to actually build the
[21] panelling and the various decorations in the
[22] apartment, you need specific blueprints. Are
[23] you —
[24]      **A:** Yes.
[25]      **Q:** Are you saying that Triarch didn't

Page 54

[1]                        **V. Voronchenko**
[2] provide you with the blueprints that you would
[3] need to prepare those kinds of decorations?
[4]      **MR. ISRAEL:** Not decorations, I
[5] don't think he used the word "decorations."
[6] Look, I'm sorry, I don't mean to —
[7]      **A:** Yeah, could you repeat?
[8]      **Q:** Sure.
[9]      **MR. MANDEL:** It seems he doesn't
[10] understands the questions you don't like
[11] anyway.
[12]      **Q:** You said blueprints are necessary to
[13] renovate the apartment, right?
[14]      **A:** Yes, it's a lot of necessary to buy
[15] everything, you know, to find everything, and
[16] to — to fix everything. It's a lot — a lot of
[17] job.
[18]      **Q:** Right. Did Triarch give you the
[19] blueprints that the Italian factory needed?
[20]      **A:** No, no, of course not.
[21]      **Q:** Are you sure about that?
[22]      **A:** As I know, no. As I know, no.
[23]      **Q:** And have you personally ever looked
[24] at blueprints that Triarch did provide you?
[25]      **MR. ISRAEL:** Objection.

Page 55

[1]                        **V. Voronchenko**
[2]      **MR. McKEE:** Objection to form.
[3]      **MR. ISRAEL:** Misstates testimony.
[4]      **A:** I didn't see.
[5]      **Q:** What?
[6]      **A:** You mean personally?
[7]      **Q:** Have you seen them yourself, with
[8] your own eyes?
[9]      **A:** It's not my job. I didn't want to
[10] even see this because it's for what I don't
[11] understand anything in this technical — in this
[12] technical situation.
[13]      **Q:** Sure.
[14]      **A:** Listen, how — how — how they give
[15] some blueprints, we changed a lot after when they
[16] stop, we change architectural situation, you
[17] know, a lot. It's completely changed.
[18] It's — it's absolutely new. We started
[19] with — with the new job, because we canceled —
[20] for year, we cancel the — the wall between
[21] living room and dining room. We canceled
[22] door — door in two dining room. If you showed
[23] me your first blueprints, your first drawing I
[24] saw yesterday or before yesterday, the
[25] architectural plan in website of Triarch —

Page 56

[1]                        **V. Voronchenko**
[2]      **MR. ISRAEL:** Go ahead.
[3]      **A:** — and this is architectural plan,
[4] it's a lot of the — of changing of what we have
[5] now, a lot of changing. It's big changing. Big,
[6] big changes, you know. And for this new
[7] architecture plan anyway we need everything —
[8] everything new one. Because another sizes,
[9] another everything, you know, because when you
[10] cut it, when you — when you take out huge wall,
[11] when you cut out — take out the three parts of
[12] another walls, you know, it's — it's not
[13] working.
[14]      **Q:** Were any of Triarch's drawings given
[15] to anyone else who worked on the apartment?
[16]      **A:** I don't know. I'm talking with them
[17] about design. I'm talking — I spoke with them
[18] about design and decorations, this is what I
[19] am — I — I interested, not about other things.
[20] I had problem with them, not about blueprints. I
[21] had problem with them about design and time.
[22] This is a problem.
[23]      **Q:** When you first — when you first
[24] began this project, did you have an understanding
[25] as to how long the project would take?

Page 57

*V. Voronchenko*

[2] **A:** No. I wanted — supposed to do this
[3] as soon as possible, like everybody, you know.
[4] **Q:** You wanted it done right away?
[5] **A:** As soon as possible. But —
[6] **Q:** But — sorry, I didn't mean to
[7] interrupt.
[8] **A:** No, no. I finished.
[9] **Q:** Did you have an understanding as to
[10] what a realistic amount of time for the
[11] renovation and decoration to take?
[12] **A:** Listen, when I can't move with the
[13] first step, as we started with the Triarch what I
[14] am — what I am looking for the future, you know.
[15] If we spend five months just to see the picture
[16] of the three rooms, what is my future with them?
[17] **Q:** Sure, sure. I'm just trying to
[18] understand when you started the project if you
[19] had any understanding as to what a realistic
[20] amount of time for the project to take would be.
[21] **A:** When I started the project?
[22] **Q:** Yes.
[23] **A:** Not really. Not really. As any
[24] person, I wanted to do this as soon as possible.
[25] But I never think about when.

Page 58

*V. Voronchenko*

[2] **Q:** Now, early on you spoke to the
[3] people who did the apartment upstairs, right?
[4] **A:** Yes.
[5] **Q:** And you didn't like what they told
[6] you about how long it would take, right?
[7] **MR. ISRAEL:** Objection.
[8] **A:** It's no — because they told me we
[9] need to finish first of all apartment upstairs,
[10] you have to wait something, you know, after this,
[11] we will start to do with your apartment.
[12] **Q:** I see.
[13] **A:** This is, you know — they promised
[14] me to finish this apartment in a couple of months
[15] but, you know, like — you know, this story with
[16] builders, it's usually, usual, any country in the
[17] world, they promise to finish you tomorrow, you
[18] see the finish in one year later. You know, this
[19] is — this is — they were like — they were very
[20] professional. They had experience in this
[21] building, and they had layout, nice layout and it
[22] was very good for me. But when they told me
[23] let — let us finish that apartment, after this
[24] we will start with you, with your apartment.
[25] **Q:** You wanted someone who could start

Page 59

*V. Voronchenko*

[2] right away?
[3] **A:** Of course I wanted to start it.
[4] **Q:** Did you and Garth discuss how long
[5] the project would take?
[6] **A:** No.
[7] **Q:** Did you tell Garth that it was very
[8] important that it be done as soon as possible?
[9] **A:** Listen, when you talk to any
[10] builder, everybody understand everybody needs
[11] this immediately, even before yesterday, it's
[12] like part of the game, you know. Of course we
[13] did, we didn't discuss about this because it's
[14] understandable, nobody wants to do
[15] this — continue this for 10 years.
[16] **Q:** When you started working with
[17] Triarch did you have a discussion with Triarch
[18] about how long the project would take?
[19] **A:** I think probably yes. I don't
[20] remember exactly, you know, what is payout, but
[21] this — this, you know, as soon as possible, you
[22] know. The conversation always like this, as soon
[23] as possible.
[24] **Q:** Did Triarch agree that the project
[25] would be done by a certain date?

Page 60

*V. Voronchenko*

[2] **A:** When you start — when you start to
[3] work with builders or designers, they promise you
[4] what you want, what you want to hear, you know,
[5] always like this.
[6] But when you ask him, please, could
[7] you sign the exact date and after that date you
[8] will pay the penalty, they never will sign this
[9] contract, never, never, never, never, you know.
[10] But when you start to work with him,
[11] if you me — if you tell them I want you to
[12] finish tomorrow, they will say, okay, we will
[13] finish tomorrow, but they — as usual, they don't
[14] have any obligations.
[15] **MR. McKEE:** Evan, when you reach a
[16] point when we can take a short break.
[17] **THE WITNESS:** What?
[18] **MR. ISRAEL:** He's not talking to
[19] you, he's talking to him.
[20] **MR. MANDEL:** Sure.
[21] **Q:** I understand —
[22] **MR. MANDEL:** Withdrawn.
[23] **Q:** Sitting here today, do you have any
[24] recollection of having any actual conversation
[25] with Triarch about how long the project would

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C.  v.
Medallion Inc., et al.

Page 61

V. Voronchenko

[1]
[2] take?
[3] A: Did I — did I talk to them how long
[4] this will continue on the project?
[5] Q: Yes.
[6] A: Very unusual question. I think
[7] I — I think yes, of course.
[8] Q: Okay.
[9] A: I think yes, we spoke about this.
[10] Q: Did you say to Triarch I want this
[11] done by a very specific date?
[12] A: Of course, yes.
[13] Q: Okay. And what was that date?
[14] A: I don't remember.
[15] Q: Okay.
[16] A: I don't remember. But of course
[17] yes, we always — you try to push the builder
[18] to — you know, with the strong you have to
[19] finish as soon as possible, if not
[20] la-la-la-la-la-la-la. It is always they tell
[21] you, don't worry, we will do everything in right
[22] time.
[23] Q: What did Triarch say when you
[24] proposed a specific date?
[25] A: We will do everything. Don't worry.

Page 62

V. Voronchenko

[1]
[2] Q: Did they promise?
[3] A: Sleep, sleep well, don't worry,
[4] sleep well.
[5] Q: Did Triarch promise to complete the
[6] job by a certain date?
[7] A: Listen, I had — I think we
[8] had — no, we tried to ask me about situation
[9] like four years ago, it was, I think, really four
[10] years ago when I worked with Triarch and always
[11] you are looking to finish everything in one year,
[12] you know. Always it's like this, as I remember.
[13] You know, I am not sure about my answer, but
[14] always people look to finish one year.
[15] But when I understood in five or six
[16] months I only — have only pictures, you know,
[17] for three rooms, I understood this period is
[18] not — it's like — it's like a joke. I worked
[19] with Triarch like five months, you know. In five
[20] months we didn't have — we didn't have
[21] furniture, we didn't have — we didn't have
[22] nothing, you know, just pictures, that's it,
[23] pictures for three rooms.
[24] MR. MANDEL: If now is an all-right
[25] time, why don't we take a break.

Page 63

V. Voronchenko

[1]
[2] (Time noted: 10:48 a.m.)
[3] (A brief recess is taken.)
[4] (Time noted: 10:57 a.m.)
[5] Q: I know before the break I asked you
[6] a number of times about conversations that you
[7] had with Triarch about how long the project would
[8] take.
[9] Other than what you testified to
[10] before, do you have any recollection of any
[11] conversations that you had with Triarch about how
[12] long the project would take?
[13] A: I told you I think we spoke about
[14] one year, all together.
[15] Q: Do you remember if the project, the
[16] whole project, was going to take one year, how
[17] long would it take to get all the drawings
[18] together?
[19] MR. ISRAEL: Objection.
[20] You can answer, if you understand.
[21] A: Listen, if one year, if one year all
[22] the project, everything has to be ready in one
[23] month. But after five months, we didn't have
[24] even the pictures of all the rooms, just — just
[25] a couple, couple, just several rooms.

Page 64

V. Voronchenko

[1]
[2] Q: Do you think it's possible to
[3] prepare drawings for all of the rooms more
[4] quickly than four months?
[5] A: Listen, I am talking — I am talking
[6] not about the blueprints, I am talking about the
[7] final design of all apartment. Blueprints, this
[8] is a second story, this is a future, you know.
[9] For the beginning we need to have all design for
[10] all apartments. After this when — when the
[11] whole design is accepted, you know, all materials
[12] for all — all apartment is — is fine, not for
[13] one or two or three room, for all apartment,
[14] after this we can talk about the blueprints,
[15] because before the whole design is not accepted,
[16] and nobody — nobody do blueprint, for what
[17] reason. Because, you know, you — you can change
[18] the idea, you can change the design, you know,
[19] you can — you can — very often like this you
[20] start — you have ten rooms, you know, you did
[21] the design of four rooms, when you started to do
[22] something with the — another rooms, you know you
[23] find something — some new idea, very good idea
[24] and you — you did this another five rooms, you
[25] change first five, first four or five rooms, you

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 65

**V. Voronchenko**

[1]
[2] know. It is working like this, because it has to
[3] be like whole design, it's working in any
[4] countries and any companies the only one way,
[5] whole design, the like — album, not album.
[6]    Q: Like a book?
[7]    A: I can — like a book, it has to be
[8] like a book with full design of the apartment, it
[9] has to be final signature on full design of
[10] apartment, and another book with the — all
[11] materials for whole apartment, you know.
[12] It's — it has to be another book. As far as the
[13] kitchen, the kitchen, you have to put in this
[14] book piece of plumber and marble, piece of wood,
[15] piece of drapery, piece of floor, piece of
[16] la-la-la-la-la, you know, and it has to be
[17] something like this. You sign everything, you
[18] sign — you have to sign first book, you have to
[19] sign second book, after this you have to go over
[20] the blueprints. This is it. This is like a
[21] bible, you know. It's not working like this
[22] because people very often change during this
[23] process, the design here, here, and here. And it
[24] was — it was not done. I never saw the time
[25] design of whole — all apartment. If you check

Page 66

**V. Voronchenko**

[1]
[2] all your papers of what they gave you from the
[3] beginning, you will see that definitely they
[4] don't have any design of bedrooms, and bathrooms,
[5] and the kitchen, and we have another design of
[6] even foyer, living room and dining room because
[7] we completely changed the layout in this part of
[8] the apartment.
[9]    Q: When you —
[10]    MR. MANDEL: Withdrawn.
[11]    Q: When Triarch was working for you,
[12] was the kitchen going to be renovated?
[13]    A: Everything.
[14]    MR. ISRAEL: You mean when Triarch
[15] was working for Medallion, you mean?
[16]    MR. MANDEL: Yes, yes.
[17]    Q: When Triarch was working on the
[18] project was —
[19]    A: Everything — everything has to be
[20] changed, no — when you started project like
[21] this, as you saw, how it's possible to — I have
[22] allergy for air conditioning. Everything has to
[23] be changed.
[24]    Q: Did you and Triarch ever talk about
[25] the kitchen?

Page 67

**V. Voronchenko**

[1]
[2]    A: Listen, we — we stuck with them
[3] with these three rooms, you know, we never
[4] continue, we never go to — to ahead, because we
[5] just spoke from the beginning, you know. We know
[6] it's all the process you are talking about, this
[7] room, this room, that room, that room and the
[8] room by room, you know, we — we — we was
[9] divorcing after three rooms.
[10]    Q: Was the plan to start designing some
[11] rooms and then continue designing other rooms,
[12] was that the plan?
[13]    A: No. Listen, it's not — it's not a
[14] plan I order — or as my lawyer tells me
[15] Medallion ordered, it has to be final full plan.
[16] I am not interested, you know, to see like a
[17] small detail this wall or that wall. Of course
[18] I'm interested, but I see it — when I
[19] can — when I can tell you I am happy, when I see
[20] all — all the project, because all the project
[21] has to be in one way, in one feeling, in one
[22] design. Only after this, you understand, you are
[23] happy or you are not happy. This is a successful
[24] project or not successful project. You can say
[25] anything is design of two or three rooms. You

Page 68

**V. Voronchenko**

[1]
[2] have to take the feeling of the final design,
[3] final, final — it's like no — you tell me you
[4] want to make the suit, you know, your question is
[5] you're a professional guy, you did this part and
[6] that part, you know, and you can ask me how it
[7] looks, it was beautiful suit or not, I don't
[8] know. Because he just contracted me this part of
[9] the suit and that is it. And the same — the
[10] same situation with design and decoration. You
[11] know, even when you buy the furniture, you can't
[12] make any decision with one, two or three items.
[13] You can find all items to put it all together,
[14] you know, and make that only after this, you can
[15] make final decision, is it right choice for
[16] furniture or you need to change everything, you
[17] need to change some part of situation.
[18]    Q: Did you ever tell Triarch not to
[19] renovate the kitchen?
[20]    A: Listen, it was — it was — I don't
[21] even understand, they have to make everything,
[22] all the apartment, not the — not this room, yes,
[23] a toilet not or separate.
[24]    You saw the apartment. The
[25] apartment is maybe not the best, you know, but

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 69

**V. Voronchenko**

[1]
[2] it's more or less okay. Do you agree with me?
[3] Everything is changed, even the elevator door.
[4] **Q:** Right.
[5] **A:** But even elevator door changed, how
[6] can I tell them no, no, no, kitchen is
[7] not — old, dirty kitchen, don't touch this.
[8] **Q:** It's possible to redo some rooms but
[9] not others?
[10] **A:** No, not possible. Not possible
[11] because you — when you just paint the walls,
[12] there is one story, but when you invest some
[13] money, you know, you have to change — you have
[14] to repair whole apartment. It's impossible to do
[15] one room and not touch another room. You
[16] understand what happened? How — how it will
[17] look?
[18] **Q:** So what did you tell Triarch that
[19] you wanted to do to the kitchen?
[20] **A:** We never spoke about the kitchen.
[21] We spoke about whole apartment, whole apartment.
[22] They had obligation to do whole apartment. I
[23] don't remember our contract because I saw this
[24] contract four years ago last time. But as I
[25] understand, the contract is impossible to

Page 70

**V. Voronchenko**

[1]
[2] be — you have to do three rooms and not touch
[3] another five rooms. It's impossible, as I feel
[4] it. Maybe it's my mistake. But if you take
[5] the — let's — let's check the contract, maybe
[6] if it's convenient for you right now.
[7] **Q:** And did you and Triarch have any
[8] conversations about the girl's bedroom?
[9] **A:** Again, we spoke about whole
[10] apartment.
[11] **Q:** Right.
[12] **A:** Whole, all apartment has to be in
[13] contemporary art deco style. Whole apartment. I
[14] am not mentally sick person, you know. You tell
[15] me it's — half apartment is contemporary art
[16] deco, another part is no repairing, yes. Did you
[17] see like this in your life? Me, no. Me, never.
[18] I saw no repairing, I saw bad repairing, but it's
[19] always similar, or similar good or similar not so
[20] good or similar bad. But not partitions, you
[21] know.
[22] **Q:** You told Triarch that you wanted the
[23] whole apartment to be contemporary art deco,
[24] correct?
[25] **A:** Absolutely.

Page 71

**V. Voronchenko**

[1]
[2] **Q:** And you had some specific
[3] discussions with Triarch about the library,
[4] correct?
[5] **MR. ISRAEL:** Objection.
[6] You can answer.
[7] **A:** We — we — we — again, again, I
[8] don't even — I understand what you're asking,
[9] what is a specific discussion? I had specific
[10] discussion about the style of the apartment, not
[11] about specific discussion about this wall or that
[12] wall. I want to see the whole apartment, how its
[13] play in the general, you know, how its play my
[14] kids' bedroom with living room, you know. It has
[15] to be one idea. It has to be like one — one
[16] body, you know, one body. It's not can be like a
[17] two or three bodies —
[18] **Q:** Sure.
[19] **A:** — in one apartment.
[20] **Q:** Sure. You made very clear you want
[21] the whole apartment —
[22] **A:** Whole apartment.
[23] **Q:** — to be contemporary art deco. I
[24] totally understand that.
[25] **A:** Yes.

Page 72

**V. Voronchenko**

[1]
[2] **Q:** And in addition to having that
[3] conversation about what you wanted from the whole
[4] apartment, you also could have had conversations
[5] about specific rooms. And that is what I'm
[6] asking about now.
[7] **A:** Specific rooms? I want to tell you,
[8] I showed him I want to make this doors, I gave
[9] him the architecture plan, I — it is our
[10] architecture plan, not their architecture plan.
[11] **Q:** Which plan are you referring to?
[12] **A:** This plan that they put it on his
[13] website, this is not his plan, this is our plan,
[14] with Garth with — with guys who made upstairs,
[15] and — we gave to Triarch this plan and, you
[16] know, I put it — I want to have it here,
[17] here — this is — I want to make the door. You
[18] see the plan. You see the plan. Here I want to
[19] put the biblioth que?
[20] **Q:** The library?
[21] **MR. ISRAEL:** Just write "library."
[22] **A:** And that's it, I know. And I want
[23] to use this wood, why this wood, because
[24] palisander, they didn't even here about this wood
[25] before me. Why palisander? Because palisander,

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 73

**V. Voronchenko**

[1]
[2] I may be the biggest collectioner the Russian
[3] icons in enamel, you know, I have the biggest,
[4] the best in the world of collection of Russian
[5] items. And the palisander, this is a typical
[6] wood for very expensive and rare Russian icons.
[7] They're professional people did the icons like 3,
[8] 400 years ago, 200 years ago from palisander, and
[9] I told him I want to use palisander.
[10]     **Q:** Did you ultimately —
[11]     **MR. MANDEL:** Withdrawn.
[12]     **Q:** Did you use palisander in the
[13] apartment?
[14]     **A:** Very wrong. I change decision after
[15] this. I just — I just on the library, just
[16] part, small part of the library I use palisander
[17] because I didn't line — I didn't like the color
[18] of palisander, you know, because in Russia we
[19] have another material than here. Here — in
[20] Russia, palisander is more dark, natural. Here
[21] it's more light and more red. I don't like this,
[22] you know. Why am I talking you about this —
[23] about this? Because you made some decision, you
[24] know, but when you see the whole thing all
[25] together, you know, you are — you start to

Page 74

**V. Voronchenko**

[1]
[2] understand this is a mistake.
[3]     Why are people always look for
[4] final, final drawings and final project? If
[5] they — if they finished for me 100 percent final
[6] project, you know, with these two books, one
[7] books with all drawings for whole apartment, for
[8] whole material for apartment.
[9]     This case yes, they did some job.
[10] Even in this case not final job, not for 200,000
[11] because they has to — after this prepare two
[12] books they have to prepare all blueprints, they
[13] have to buy — you can't imagine how many hours
[14] and days you have to spend to buy all of these
[15] items what you saw in the apartment. Because
[16] they have to propose this to me, they propose me
[17] 20 piece, I don't like all 20. If they propose
[18] me another 20, I don't like all 20.
[19] Third — third time, oh, I like this. You know,
[20] it's a huge, huge big job.
[21]     As you saw in apartment, we have
[22] clever, clever home. You know everything is
[23] iPad. You can do what you want in the apartment
[24] through iPad, every room iPad.
[25]     They — they must to organize this

Page 75

**V. Voronchenko**

[1]
[2] job, you know, they must organize all
[3] the — where is the some lights, what kind of
[4] lights to find this lights all of these lights
[5] from Europe, not from America, from very exotic,
[6] small companies, you know. It's a huge job.
[7]     This job is for the time, how many
[8] hours you need to spend for this time, it's much
[9] more than even to prepare these two books, full
[10] two books, because this is — two books is only,
[11] you know, this is like part of — part of the
[12] job.
[13]     What — what did the technical thing
[14] another time and Libracon another, they did
[15] another job, their job, you know, their job.
[16]     If they — if they ask me, Vladimir,
[17] you pay us 55 or 50,000, but, you know, we are
[18] looking for another 10,000, maybe — maybe I talk
[19] okay, this question is situation is family, okay
[20] take 10,000 or 15,000 and that's it, you know.
[21] And finish.
[22]     But when the people ask me for the
[23] whole amount of the money, when they — another
[24] people spend it a lot of time to finish this
[25] project, how it's possible to even talk about

Page 76

**V. Voronchenko**

[1]
[2] this? You know, it's not fair. It's not a
[3] question of the money. It's not fair, for me
[4] personally.
[5]     **Q:** Would you feel —
[6]     **A:** I tried to help him, you know.
[7] Because my friends — you know, it's always like
[8] this, don't do anything good for your friends,
[9] and you never have headache. When you started to
[10] try to do this, you have situation like I have
[11] here, and I am talking with you now.
[12]     **Q:** Would you feel differently if, in
[13] fact, Pepe Calderin and Garth and Libracon had
[14] copied Triarch's drawings?
[15]     **MR. ISRAEL:** Objection.
[16]     **MR. McKEE:** Objection.
[17]     **A:** They copied —
[18]     **MR. ISRAEL:** He's saying would
[19] you — would your answer be different if
[20] they copied.
[21]     **THE WITNESS:** I understand.
[22]     **A:** But for what they need to copy?
[23] Tell me. If I have all material, I can send all
[24] of this to factory and they don't need to do
[25] anything, they don't have the job.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

[1]                  **V. Voronchenko**

[2]    **Q:** Yes. I'm just asking, if, in fact,

[3] Libracon and Garth and Pepe Calderin had copied

[4] Triarch and their design included a lot of work

[5] that Triarch had actually done, would you feel

[6] differently about what is fair in this case?

[7]    **MR. McKEE:** Objection.

[8]    **MR. ISRAEL:** Objection.

[9]       If you understand you can answer. It

[10] was a complicated question. If you

[11] understand, you can answer.

[12]    **A:** I try to repeat your question. If

[13] Triarch — if Pepe and Libracon took the — used

[14] Triarch blueprints, I don't know, and I think

[15] it's impossible because we changed the

[16] architectural layout.

[17]       When you change architectural

[18] layout, even if you have the blueprints, you have

[19] to change all blueprints. It was absolutely

[20] another sizes, you know, another sizes. This is

[21] a — this is a problem.

[22]    **Q:** Sure.

[23]    **A:** And —

[24]    **Q:** There were changes made in the

[25] design of the apartment after Triarch stopped

[1]                  **V. Voronchenko**

[2] working on it, right?

[3]    **MR. ISRAEL:** Objection.

[4]    **A:** No, when — when we started to talk

[5] with — when I worked with Triarch we spoke about

[6] new design, you know, we spoke about this, to

[7] change this, but I understood it's impossible

[8] with them, because very slow, because they

[9] did everything very, very slowly.

[10]    **Q:** Okay. You think that Libracon and

[11] Garth Hayden and Pepe Calderin did not copy

[12] Triarch that much, I think you made very clear.

[13]    **A:** I don't know, sorry. I never tell

[14] you.

[15]    **Q:** You don't know one way or another?

[16]    **A:** I don't know about this. I am not

[17] involved to — to keep this materials and to send

[18] to them.

[19]    **Q:** And you've never compared Triarch's

[20] drawings to, say, Garth Hayden's drawings?

[21]    **MR. ISRAEL:** Objection.

[22]    **A:** Sorry, again?

[23]    **Q:** Have you ever held Garth Hayden's

[24] drawings next to Triarch's drawings and said are

[25] these similar in any way? Have you ever —

[1]                  **V. Voronchenko**

[2]    **A:** Listen, I did this, I never do this,

[3] to see the difference between this.

[4]    **Q:** Okay. Understood. So my question

[5] is —

[6]    **A:** I took — I took his first pictures

[7] for this, I used them, but I paid for them, more

[8] than I must, you know. I — I paid for this

[9] picture 55,000, it's not cost like this.

[10]    **Q:** So you used —

[11]    **MR. MANDEL:** Could we get that

[12] book — the book of renderings. Thank you.

[13]    **Q:** I'm going to hand you what has

[14] previously been marked as plaintiff's —

[15]    **MR. MANDEL:** This is not it.

[16]    **A:** I spent a lot of time —

[17]    **MR. ISRAEL:** There is no question,

[18] there is no question. Let him ask a

[19] question first.

[20]    **THE WITNESS:** Okay.

[21]    **Q:** I'm going to hand you what has been

[22] marked as Defendant's Exhibit 4. I'm going to

[23] ask you, are these the pictures that you took and

[24] used?

[25]    **MR. ISRAEL:** Objection.

[1]                  **V. Voronchenko**

[2]    **A:** Okay. What — what I have to say to

[3] you, tell me?

[4]    **Q:** Earlier you testified that you took

[5] and you used some photos or some pictures from

[6] Triarch. And my question is, are these the

[7] pictures that you took and used?

[8]    **MR. ISRAEL:** Objection. Misstates

[9] testimony.

[10]       You can answer if you understand.

[11]    **A:** Again, you showed me three rooms.

[12] Three rooms. Yes? Just all of this — all of

[13] this one is just three rooms from the apartment.

[14] Dining room. And — you understand what I mean?

[15]    **Q:** Maybe four rooms, dining room,

[16] living room, foyer, library and master bedroom,

[17] five rooms?

[18]    **A:** No, no, no, no. Sorry. Bedroom we

[19] changed, and bedroom is completely like upstairs.

[20] And Garth gave them the — the plan before. We

[21] gave to Triarch, they had the plan. The bedroom,

[22] my bedroom, and before we start to work with

[23] them, you know. And if you see the design of

[24] master bedroom, design is completely different.

[25] We — again, we are talking about — about three

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 81

[1]                    **V. Voronchenko**
[2] rooms. What really what I took from them, that's
[3] it, you know, this is it. All their drawing.
[4]     **Q:** So —
[5]     **A:** Some of them —
[6]     **Q:** So the record is clear, those are
[7] pictures of the foyer, right? Those are
[8] renderings of the foyer?
[9]     **A:** This is completely another one,
[10] because we completely changed the architectural
[11] plan, completely changed.
[12]      Better to see the architectural plan
[13] with the — later and with the Triarch, and I can
[14] show you what — what is the difference. Is it
[15] possible?
[16]     **Q:** Sure. We can definitely look at
[17] that.
[18]      How about, you're looking there at
[19] renderings of the library, did you use those
[20] renderings in any way?
[21]     **MR. ISRAEL:** Just note my objection.
[22] You can answer.
[23]     **A:** This is a — not really, you know
[24] why, because we changed — change a lot. Here
[25] the library is like — like a library,

Page 82

[1]                    **V. Voronchenko**
[2] just — just how it's called?
[3]     **MR. ISRAEL:** Bookcases.
[4]     **A:** Yeah. Just bookcases. We put it
[5] here two huge line, beautiful Lalique glass, this
[6] is really design and decoration, here is nothing,
[7] just book — bookcases. And that's it.
[8]     **Q:** How about the ceiling?
[9]     **A:** Ceiling, yeah. Ceiling we have
[10] similar, because I spoke with him, I spend for
[11] them a lot of time showing them a lot of
[12] magazines and pictures, a lot. They did what I
[13] want. You know, this is really my design, not
[14] their design.
[15]     **Q:** Okay. So —
[16]     **A:** My design.
[17]     **Q:** I understand. So plaintiff's —
[18] excuse me, are Defendant's Exhibit 4, and I will
[19] say that is how I'll refer to things today, there
[20] will have a ticker with a number and it will
[21] either be plaintiff's exhibit or defendant's
[22] exhibit.
[23]     **A:** What do you mean, the plaintiff's?
[24] What does it mean?
[25]     **Q:** That is just a way to identify for

Page 83

[1]                    **V. Voronchenko**
[2] the record. That sticker is a way to identify
[3] for the record which document you're talking
[4] about.
[5]     **MR. ISRAEL:** You can verify it with
[6] me, and I'll verify what he's looking at.
[7]     **A:** Can I have — can I have — I want
[8] to show you even here.
[9]     **MR. ISRAEL:** You can't write on it.
[10] Unless you want him to write on it.
[11]     **MR. MANDEL:** No. I don't
[12] think — we can make copies, if that is
[13] necessary of something.
[14]     **Q:** Mr. Voronchenko, I'm sure you have a
[15] lot to say. Let me start with one question.
[16]     **A:** It's — it's — even in this area,
[17] it's completely another architectural plan.
[18] Completely another architectural plan. To show
[19] you by — can I show —
[20]     **MR. ISRAEL:** He doesn't want you to
[21] write.
[22]     **THE WITNESS:** No, I won't.
[23]     **MR. ISRAEL:** Let me put the needle
[24] down.
[25]     **A:** Okay. As you see, for example, you

Page 84

[1]                    **V. Voronchenko**
[2] have elevator, you have elevator lobby, do you
[3] see?
[4]     **Q:** Yes.
[5]     **A:** Like in every apartment. Elevator
[6] lobby, and after this we have hall. Now, no this
[7] wall, no this and no this. We have one full
[8] room. The entrance to the apartment directly
[9] from the — directly from the elevator. Do you
[10] understand? Yes?
[11]     **Q:** Yes.
[12]     **A:** This is no wall here. All of this
[13] area no walls. We — we take out all of these
[14] things, take out this, this wall, take out that
[15] wall, and now it looks like this, boom, boom,
[16] boom, like a big square room. Not all of this
[17] details.
[18]      We cut this door, now it's no doors
[19] here. Just column here.
[20]      Here, we just leave this place where
[21] there is TV, if you remember. Here, no walls.
[22] And completely another design of the master
[23] bathroom, you know.
[24]      And this main idea of the — of the
[25] closets, you know, in the — this is a completely

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 85

[1]　　　　　　　**V. Voronchenko**
[2] different design. Design here is completely
[3] different than design of Garth. This is — I
[4] gave him —
[5]　　**MR. ISRAEL:** You mean Triarch?
[6]　　**A:** Triarch. Sorry. Triarch.
[7] I gave him this — we had with Garth
[8] idea before Triarch, and we gave them — we have
[9] documentation for this. We gave him this
[10] drawing. This is our drawing. We gave him this
[11] ready drawings to use. After — after Triarch,
[12] we changed, we changed. We changed all of this
[13] main area.
[14]　　**MR. ISRAEL:** Give me this one, one
[15] second.
[16]　　　Just to be clear, the witness is
[17] speaking about Defendant's Exhibit 4, and
[18] it's a page that has in the bottom left
[19] hand corner a picture that purports to be a
[20] schematic of the library. And in the
[21] center of the page there is something that
[22] is identified as the east perspective.
[23]　　**A:** Okay.
[24]　　**Q:** I guess now I would just ask, did
[25] you take anything from Defendant's Exhibit 4 and

Page 86

[1]　　　　　　　**V. Voronchenko**
[2] include that in your final design for the
[3] apartment?
[4]　　**MR. ISRAEL:** Objection.
[5]　　**A:** Sorry, again?
[6]　　**Q:** Sure. Did you take anything from
[7] this document, from this book, Defendant's
[8] Exhibit 4, and include that in the final design
[9] of the apartment?
[10]　　**MR. ISRAEL:** Including the things
[11] he's attributed to Garth, because he just
[12] testified that he attributed stuff to
[13] Garth. You mean did he use anything
[14] including Garth?
[15]　　**MR. MANDEL:** Yes. Start with
[16] anything in this book, and we can have a
[17] separate conversation.
[18]　　**A:** Even with the floor, you see —
[19]　　**MR. ISRAEL:** Sorry.
[20]　　**A:** — you see the floor, I don't have
[21] this, but the color of the stone, I — yesterday
[22] I made the picture to explain you why this is my
[23] decision to find this floor. Why, I'm going to
[24] explain to you, because this is a typical art
[25] deco stone and many years —

Page 87

[1]　　　　　　　**V. Voronchenko**
[2]　　**MR. ISRAEL:** You don't have to show
[3] him the phone.
[4]　　**A:** And many years I have this typical
[5] art deco sculpture, and you see it in my dining
[6] room, and I told them, please, do you use this?
[7]　　**MR. MANDEL:** The record should
[8] reflect that Mr. Voronchenko is showing me
[9] on his iPhone a photograph of a — it looks
[10] leak a sculpture, the base of which is made
[11] of stone, and it looks like the top of
[12] which is made of some kind of metal.
[13]　　**MR. ISRAEL:** The witness testified
[14] that he just took this picture yesterday,
[15] we'll produce it when we have a copy.
[16]　　**A:** This is my floor in my apartment.
[17]　　**Q:** Now —
[18]　　**A:** In my —
[19]　　**MR. MANDEL:** He's showing another
[20] photo now. Mr. Voronchenko says it is the
[21] floor of the apartment, it's a picture of
[22] stone, and the stone in the floor of his
[23] apartment —
[24]　　**A:** See.
[25]　　**MR. MANDEL:** — appears to be very

Page 88

[1]　　　　　　　**V. Voronchenko**
[2] similar to the stone on the base of the
[3] sculpture.
[4]　　**Q:** Let me just ask this question. You
[5] received this book, that is Defendant's Exhibit
[6] 4, from Triarch, correct?
[7]　　**A:** I saw not like a book. I saw like a
[8] separate — I never saw the book like book. I
[9] never saw this book like book. I saw like a
[10] separate — separate pages, I saw many of them.
[11]　　**Q:** The separate pages that you saw, do
[12] those appear to be the same separate pages that
[13] are in the book?
[14]　　**A:** I think, yes, maybe.
[15]　　**Q:** As far as you can tell, they're
[16] similar?
[17]　　**A:** I — it was years ago, I don't
[18] remember, I don't know. It looks similar, but I
[19] can't tell you if this exactly exists or not.
[20]　　**Q:** Did you take —
[21]　　**A:** Because I don't know what they do
[22] with all of these things before they came to the
[23] court, you know, they had a lot of times to
[24] prepare any — any documentation for this.
[25]　　**Q:** Did you take those separate pages,

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 89

[1]                    *V. Voronchenko*
[2] that are similar to the pages in Defendant's
[3] Exhibit 4, and show them to any other person?
[4]     **MR. ISRAEL:** Objection.
[5] You can answer.
[6]     **A:** Sorry?
[7]     **MR. ISRAEL:** What he's asking you is
[8] when you saw the separate pages that you
[9] say look like the pages in this book,
[10] right?
[11]     **THE WITNESS:** Yes.
[12]     **MR. ISRAEL:** If you gave them to
[13] anyone else, the separate pages?
[14]     **A:** When?
[15]     **Q:** At any time?
[16]     **A:** Yes, I showed.
[17]     **Q:** Who did you show them to?
[18]     **A:** I don't understand.
[19]     **Q:** Which persons did you show them to?
[20]     **A:** Oh, these pages?
[21]     **Q:** Yes.
[22]     **A:** You're asking me somebody showed me
[23] these pages?
[24]     **MR. ISRAEL:** He wants to know if you
[25] showed them to anyone else, when?

Page 90

[1]                    *V. Voronchenko*
[2]     **A:** If I —
[3]     **MR. ISRAEL:** If you take the page
[4] that you got —
[5]     **THE WITNESS:** Yes.
[6]     **MR. ISRAEL:** — and you showed them
[7] to anyone else, anyone who was involved in
[8] creating the apartment.
[9]     **A:** I showed to Garth, yes.
[10]     **Q:** Did you show them to Pepe Calderin?
[11]     **A:** I think, yes.
[12]     **Q:** Did you show them to Libracon?
[13]     **A:** I think, yes.
[14]     **Q:** Did you show them to any of the
[15] people doing construction on the apartment?
[16]     **A:** It's not my deal, I don't know about
[17] this.
[18]     **Q:** And did you show them to any friends
[19] of yours?
[20]     **A:** Listen, listen, I am not show
[21] this — you think I took this paper and go to
[22] this, to this, to this, no. I invited — I
[23] invited — I invited new designer, you know, new
[24] designer. I told him, listen, what I have from
[25] my previous — previous job which costed 5 —

Page 91

[1]                    *V. Voronchenko*
[2] 55,000, what I have, that's it, you know.
[3]     I like — I don't like architecture
[4] drawings. It's very bad. You have to change
[5] completely, you know. I like some details, could
[6] you keep for me the walls in this room for doors,
[7] walls and doors. I want to see this because I
[8] spent a lot of time to — to find this solution
[9] and that's it.
[10]     **Q:** So —
[11]     **A:** In many things I much more
[12] professionally — I have more professional skills
[13] like in this situation than they are, believe me.
[14] Sorry about that. Now I am —
[15]     **Q:** So you asked Mr. Calderin to include
[16] some of the aspects in these pictures in
[17] Defendant's Exhibit 4 in the design of the
[18] apartment; is that correct?
[19]     **MR. ISRAEL:** Objection.
[20]     **MR. McKEE:** Objection to form.
[21]     **MR. ISRAEL:** Objection.
[22]     **A:** Objection?
[23]     **Q:** When he objects, you can still
[24] answer the question.
[25]     **MR. ISRAEL:** You can still answer

Page 92

[1]                    *V. Voronchenko*
[2] the question.
[3]     **Q:** Unless he tells you not to answer
[4] the question.
[5]     **MR. ISRAEL:** I'm creating a record.
[6] I have a problem with the question that he
[7] asked you, but you still have to answer it,
[8] if you understand it.
[9]     **A:** Yes. As I told you, when I stopped
[10] to work with Mr. Calderin, I told him, listen, I
[11] spent a lot of time, again, I repeat, to find
[12] this decision, you know, it's not decision of
[13] Triarch, I spent a lot of my private time because
[14] I like this job to — to make this some of these
[15] pictures, you know. I — I send — I showed him
[16] tens books, hundreds magazine and exact pictures
[17] of what I like, you know, this, this panelling, I
[18] like this, I like that, I like this. You know,
[19] it was our mutual job, all of these pictures.
[20] Ask Triarch, it was never them. And I asked Pepe
[21] Calderin, and I want to keep — I want to keep in
[22] these three rooms, I want to keep walls and
[23] doors. That's it. But you need to change,
[24] completely change all design in the — in the
[25] center of the apartment, in the heart of the

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

**V. Voronchenko**

[1]
[2] apartment.
[3] **Q:** Other than the walls and the doors,
[4] did you ask Mr. Calderin to use anything else
[5] that was in Defendant's Exhibit 4?
[6] **A:** No, just walls and doors.
[7] **Q:** And did the walls and doors that are
[8] in Defendant's Exhibit 4 get included in the
[9] final renovation of the apartment?
[10] **MR. ISRAEL:** Objection.
[11] You can answer, if you understand.
[12] **A:** We changed a lot of this, but we
[13] use — we used what I told you two times before,
[14] when I started to work with Calderin, I told him,
[15] please, in your design, keep these details, walls
[16] and doors.
[17] **Q:** Did you —
[18] **A:** If you need, I can explain this,
[19] repeat this more times.
[20] **Q:** I want to be crystal-clear on this
[21] one point. Other than the walls and the doors,
[22] was there anything else that you asked
[23] Mr. Calderin to include in his designs from
[24] Defendant's Exhibit 4?
[25] **A:** You asked me the same questions

**V. Voronchenko**

[1]
[2] before. Again, I can tell you, I ask
[3] Mr. Calderin to keep design of walls and doors
[4] for these rooms, these three rooms.
[5] **Q:** Right. But you've been crystal
[6] clear on the walls and the doors. I'm asking
[7] about other than the walls and the doors, was
[8] there anything else you asked him to use from —
[9] **A:** If you see another room, for
[10] example, in master bedroom, absolutely another
[11] walls, absolutely another doors to the — to the
[12] master bathroom, absolutely another design in
[13] kids' bedrooms, absolutely. I didn't have any
[14] design for the kids' bedroom from him — from —
[15] from Triarch. I did not have any design from the
[16] bathrooms from Triarch, any design.
[17] **Q:** Were you saying absolutely or
[18] absolutely not?
[19] **A:** Not. We didn't have. I don't
[20] understand why we have — they are looking to
[21] take whole amount for whole amount, they
[22] have — they must do whole job to ask for me for
[23] whole amount of money, they have to show me whole
[24] amount, whole — all their jobs, and I'll pay all
[25] the money, that's it. You showed me a small part

**V. Voronchenko**

[1]
[2] of the project and ask me several times did you
[3] use, did you use, did you use. Yeah, I — as I
[4] told you, I used — not I used, I tell to Pepe
[5] Calderin to — to keep this wall and that's it,
[6] what I took from them.
[7] **Q:** You told Mr. Calderin to keep the
[8] walls and the doors for which three rooms?
[9] **A:** Living room, and for years this is
[10] one room, because this is one mutual area. I
[11] mean, this area, dining room and library. And my
[12] calculation, it's three rooms.
[13] **Q:** How about the foyer?
[14] **A:** Foyer together with living room,
[15] because this is one space. You know, when — now
[16] one space.
[17] With the Triarch it was two
[18] different spaces, because it was doors, doors,
[19] doors, doors. Now it's one space, as you saw, as
[20] you saw this. Now it's one space, because we
[21] completely changed this. We can talk — we can
[22] talk to ask them give it back, 20,000 from 55.
[23] **Q:** I'm showing you on Exhibit D-4 the
[24] pages that refer to the master bedroom.
[25] **A:** This is absolutely another one, this

**V. Voronchenko**

[1]
[2] is absolutely another one. This is absolutely
[3] another one. And this is absolutely another one.
[4] **Q:** So are there any aspects of the
[5] master bedroom that you told —
[6] **A:** This is — this is I gave to.
[7] **Q:** — told Calderin to use?
[8] **A:** This I gave to Triarch.
[9] **Q:** Are you pointing to the closets?
[10] **A:** Yes. The closets. Because the same
[11] closets are upstairs in the building, it's very
[12] easy to make the upstairs, the pictures. And
[13] this drawings, you see the drawings, where is the
[14] drawings? Yes. You see the drawings, we gave to
[15] Triarch these drawings, this is not Triarch in
[16] here. All the other things absolutely another
[17] design.
[18] **MR. ISRAEL:** Just a second, so we're
[19] talking about Defendant's Exhibit 4, a page
[20] that says east perspective in the center,
[21] master bedroom in the left, bottom left
[22] corner and the witness is pointing to the
[23] schematic of above the master bedroom.
[24] **A:** We have everything different. We
[25] have completely different — look at this, why I

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 97

**V. Voronchenko**

[2] stopped to work with them. This is night tables,
[3] has connections with art deco style like me with
[4] Chinese interpreter, no? It is the same this
[5] one. There is absolutely not — people don't
[6] have enough education for art deco style.
[7]     If you ask any professional people,
[8] is — is it close to even far close to the art
[9] deco style? Everyone will tell me no. This is
[10] very far from it. I make these decisions,
[11] not — and we have completely different design
[12] here. Completely different design. Completely
[13] if you show — if you see the master bathroom, it
[14] is ridiculous, ridiculous what we had before and
[15] what we have now.
[16]     You know, what is the weak point of
[17] Triarch, as I understood it? If they asked, for
[18] example, we are looking — you pay us 55,000 but
[19] we are looking to take additional 20, 30,000, or
[20] 40 or 15, why? Because we calculate our — this
[21] project for three rooms more than 55, this is a
[22] question of discussion between — you know, but
[23] when they're asking to take the full amount —
[24]     MR. ISRAEL: There is no question
[25] pending, just wait for him to ask a

Page 98

**V. Voronchenko**

[2] question.
[3]     THE WITNESS: Just this is when
[4] they're asking for full amount for all
[5] drawing I don't understand why.
[6]     Q: Was it your understanding —
[7]     MR. MANDEL: Withdrawn.
[8]     Q: In late January, you decide to
[9] terminate Triarch, correct?
[10]     A: Same we do this more orderly, but I
[11] tried to keep the situation. We sent a letter to
[12] them, please, late, everything is late,
[13] everything is late, everything is late. I think
[14] we have this —
[15]     MR. ISRAEL: E-mails.
[16]     A: — e-mails in your situation.
[17]     MR. ISRAEL: He's talking about
[18] e-mails, not letters.
[19]     A: This is not like this, you know, one
[20] day I came and I tell them to stop without any
[21] reasons, you know. We have a lot of e-mails with
[22] them for same reasons, why not this one, why not
[23] that one, why too late, too late, too late.
[24]     This is a stop as a result of many,
[25] many too late, you know. Because this project —

Page 99

**V. Voronchenko**

[2] any project has to be in time. Time — time was,
[3] as usual, one year, you know, as usual.
[4]     Q: But even after you terminated them,
[5] they sent you a final invoice right?
[6]     A: They, I don't know.
[7]     Q: Is it your understanding —
[8]     MR. MANDEL: Withdrawn.
[9]     Q: Did they ask you for money after you
[10] terminated them?
[11]     A: If I remember, no. They started to
[12] do this more later.
[13]     Q: How long did the project take to
[14] complete?
[15]     MR. ISRAEL: Objection.
[16] You can answer. You can answer if
[17] you understand. I made an objection to the
[18] form of the question, but you still have to
[19] answer it, if you understand the question.
[20]     A: How long?
[21]     Q: How long did the renovation and
[22] decoration of the apartment take?
[23]     A: It's long time. You know why?
[24] Because I was too busy to do something with this
[25] apartment. You know, I had at that time for me

Page 100

**V. Voronchenko**

[2] very important, important work in Moscow. I
[3] didn't have time to — to concentrate on this
[4] project. And, you know, was like — and I lost
[5] the interest, you know, to do this, after this
[6] situation.
[7]     This is — I enjoyed this process as
[8] usual, but when you have not good situation, you
[9] always — you can lose interest to — to some
[10] project. And they're not — after this, I was
[11] not very much involved in this project, and it
[12] was long time because I didn't have time.
[13]     Q: And when did you lose interest in
[14] the project?
[15]     A: After Triarch. Because they really
[16] spend for them a lot of my time. My time
[17] was — I took a lot of books from Europe, you
[18] know, to them, to show them a lot of magazines,
[19] really spent with them hours, hours, hours,
[20] hours. No question.
[21]     MR. ISRAEL: Can we go off the
[22] record for one second.
[23]     (Discussion held off the record.)
[24]     (Time noted: 11:48 a.m.)
[25]     (A brief recess is taken.)

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 101

[1]                    **V. Voronchenko**
[2]    (Time noted: 11:53 a.m.)
[3]    **Q:** From start to finish, did the
[4] renovation and decoration of the apartment take
[5] about four years?
[6]    **A:** I didn't calculate. I even didn't
[7] calculate.
[8]    **Q:** When did you start working on the
[9] renovation of the apartment?
[10]    **A:** I don't remember. A long time. You
[11] know, with Triarch or with whom? With Triarch?
[12]    **Q:** What —
[13]    **A:** What year it was?
[14]    **Q:** The Triarch contract was entered
[15] into in early September 2008. And there are
[16] contracts that go back further than that, I
[17] believe you hired Libracon before that, correct?
[18]    **A:** I believe before?
[19]    **Q:** You signed a contract with Libracon
[20] before — we'll get to that contract, that's
[21] okay.
[22]    Do you think it would have been
[23] possible to accomplish the renovation and
[24] decoration of the apartment in less than four
[25] years?

Page 102

[1]                    **V. Voronchenko**
[2]    **A:** Of course, it's possible to do in
[3] one year.
[4]    **Q:** Is it possible to do in less than
[5] one year?
[6]    **A:** I'm sorry?
[7]    **Q:** Would it be possible to do in less
[8] than a year?
[9]    **A:** Lust?
[10]    **Q:** Less, short time, more quickly.
[11]    **MR. ISRAEL:** Quicker, quicker, would
[12] it have been possible to do it quicker than
[13] one year?
[14]    **A:** Quicker than one year? I did
[15] project like this less than one year, more
[16] complicated than this, less than one year.
[17]    **Q:** How long did that other project
[18] take?
[19]    **A:** What?
[20]    **Q:** How much time did this other project
[21] take?
[22]    **A:** I make project much more, three
[23] times bigger than this and difficult than this
[24] and five months.
[25]    **Q:** And where was that project done?

Page 103

[1]                    **V. Voronchenko**
[2]    **A:** Moscow.
[3]    **Q:** And —
[4]    **A:** And not one project like this.
[5]    **Q:** What was the project?
[6]    **A:** It was retail. Retail. Retail
[7] business. With business you have to do every
[8] day, you know. But if you find right persons,
[9] you know, and if you — if you organize
[10] everything clear, you can do this very quick.
[11] But when I — most of the time on site from the
[12] country and nobody push, nobody everyday ask,
[13] it's always — always a weak project, you know.
[14] And as a business project, you work with business
[15] project every day, from the morning to the night.
[16]    And project like this, nobody in
[17] Russia and it's continuing, continual exist. I
[18] started very energetic way, you know, I want to
[19] finish immediately, but when I understood how its
[20] work in New York, in New York, you know, and I
[21] lost — I lost energy for this.
[22]    **Q:** Do you think it's possible to do a
[23] residential project in New York of this type in
[24] less than a year?
[25]    **MR. ISRAEL:** Objection.

Page 104

[1]                    **V. Voronchenko**
[2] You can answer.
[3]    **A:** I don't know about New York, but I
[4] know exactly Moscow, yes. In New York, I don't
[5] have experience. Now I have. Sorry. Now I have
[6] experience.
[7]    **Q:** Wait —
[8]    **A:** If you next person will ask me about
[9] this, I will tell you oh.
[10]    **Q:** When you hired Mr. Calderin, how
[11] long did he take to prepare designs of the
[12] apartment?
[13]    **A:** He did, like this, very, very speedy
[14] like this. I had final design like couple of
[15] weeks, you know. I had final design for whole
[16] apartment with all architectural changes with
[17] everything, you know.
[18]    **Q:** And did he present you with
[19] renderings, like the renderings contained in
[20] Exhibit 4?
[21]    **MR. McKEE:** Objection to form.
[22]    **MR. ISRAEL:** Objection.
[23]    **MR. McKEE:** You might want to
[24] explain what you mean by a rendering to the
[25] witness.

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 105

[1]                    *V. Voronchenko*
[2]    MR. MANDEL: Withdrawn.
[3]    **Q:** Showing you the second page or the
[4] first full set — the first page of Defendant's
[5] Exhibit 4 that has images on it, am I correct
[6] that these are computer-generated images?
[7]    MR. ISRAEL: Objection.
[8]    **A:** What is computer —
[9]    MR. ISRAEL: He wants to know if
[10] this came out of a computer, these
[11] pictures.
[12]    **A:** All of this computer pictures.
[13]    **Q:** Yes. And have you —
[14]    **A:** This is — this job possible to do
[15] in computer 10 minutes, you know.
[16]    **Q:** Right. You didn't take 10 minutes
[17] to prepare this kind of image on a computer?
[18]    **A:** It's very easy. 10 minutes, maybe
[19] one hour, maybe less than 10 minutes, it's no
[20] problem. You — I know the designers
[21] have — have special programs, you know. They
[22] can to put any piece of furniture on the
[23] computer, and like this, and to move the — move
[24] the walls, and change the colors and change
[25] everything. It's special. Special professional

Page 106

[1]                    *V. Voronchenko*
[2] programs.
[3]    **Q:** Do you use the word rendering?
[4]    **A:** What is renderings?
[5]    **Q:** You never heard that word before?
[6]    **A:** What is renderings?
[7]    **Q:** Renderings is a word that I heard
[8] used to describe these type of generated images.
[9] I don't like to use new words for you. What word
[10] would you use to describe these images?
[11]    **A:** Images. Just images.
[12]    **Q:** Okay. Did Mr. Calderin provide you
[13] with images of what the apartment would look
[14] like?
[15]    **A:** Look like? Yes. I don't remember.
[16]    **Q:** You don't remember whether
[17] Mr. Calderin ever gave you any images?
[18]    **A:** No. What I remember — of course he
[19] gave me a lot of images.
[20]    **Q:** He did give you images?
[21]    **A:** Of course he did. How is it
[22] possible?
[23]    **Q:** I'm going to show you what has
[24] already been marked as Plaintiff's Exhibit 10.
[25] Do you recognize that document?

Page 107

[1]                    *V. Voronchenko*
[2]    **A:** I remember this. Yes. I remember
[3] this.
[4]    **Q:** What is that document?
[5]    **A:** They had many proposition with this.
[6] This is my apartment, not my — it was different
[7] proposition with this. I have more proposition
[8] than this.
[9]    **Q:** Did Libracon prepare this?
[10]    MR. ISRAEL: Objection.
[11]    **A:** Sorry?
[12]    **Q:** Did Libracon prepare that document?
[13]    MR. ISRAEL: If you know.
[14]    **Q:** If you know.
[15]    **A:** I think is, because in Russian,
[16] because only Libracon can —
[17]    **Q:** And in the lower right-hand corner
[18] it says "Libracon"?
[19]    **A:** Libracon. Correct.
[20]    **Q:** Are those Libracon designs for the
[21] 515 apartment on the 21st floor?
[22]    **A:** What do you think about? You know,
[23] you ask me is this Libracon, and you ask me is
[24] this Libracon design? I don't know. I don't
[25] know. What do you think about? If the design,

Page 108

[1]                    *V. Voronchenko*
[2] the address 515, and Libracon stamp, I don't
[3] know.
[4]    **Q:** Sometimes a document appears to be
[5] one thing but, in fact, it's something else so
[6] you ask the witness if it is what it looks like.
[7]    **A:** I had tons of different proposition
[8] for this — for this design. Libracon, they are
[9] our friends, you know, they did a lot of drawing,
[10] by the way, not bad. I saw this but I forgot it,
[11] many years ago, you know. Look at this, typical
[12] art deco, this one, you know, typical art deco.
[13] Not bad.
[14]    **Q:** And do you know if Libracon prepared
[15] that before or after Triarch gave you its book of
[16] images?
[17]    MR. ISRAEL: I just want to identify
[18] that the answer was not bad, when he said
[19] not bad, two pages, it's the second page
[20] before the end of the document.
[21]    MR. McKEE: I'll object to the form
[22] of the question.
[23]    **A:** I think it's before. I think this
[24] is before Triarch.
[25]    **Q:** Why do you think that?

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 109

### V. Voronchenko

[1]
[2] **A:** Huh?
[3] **Q:** Why do you think that?
[4] **A:** Because it's very similar, because I
[5] ask this, you know, because this is typical, what
[6] is a product of Libracon and Triarch, you see
[7] it's very similar, you know, and Triarch you saw
[8] this before, this — 100 percent before Triarch,
[9] because very similar design, look at this. Look
[10] at this. Very similar design. Even better than
[11] Triarch design, you know. You know why? Because
[12] I showed them what I want. I forgot the name of
[13] French architecture who is working in this style,
[14] but I gave them the book of the architect what
[15] he — what he did —
[16] **Q:** You gave who?
[17] **A:** — during his life.
[18] **Q:** You gave who which book? I didn't
[19] hear that. You gave who which book?
[20] **A:** Huh?
[21] **Q:** You gave —
[22] **A:** Book of French designer and
[23] decoration, you know, it's all this one, and
[24] Triarch it's very similar, because they
[25] tried — they tried both of them, they tried to

Page 110

### V. Voronchenko

[1]
[2] make a copy of this French designer, what I like,
[3] they just tried to make a copy.
[4] **Q:** Who tried to make a copy?
[5] **A:** And — Libracon and Triarch, because
[6] I gave them order I want like this. I want this
[7] style. I want this style, what you have the
[8] book, you have to make me copy of this — of this
[9] design — designer and decorator.
[10] **Q:** Which designer?
[11] **A:** I can't find now. In Europe. I can
[12] find tomorrow the name of this designer.
[13] **Q:** Did Triarch copy his design in any
[14] way?
[15] **A:** Of course, because I asked them and
[16] I — Libracon, and I asked Triarch, I showed them
[17] what I want exactly. I told him, I want exactly
[18] this, exactly like this, not like another one,
[19] this one. You see the book, you see the
[20] magazines with the apartments with this designer,
[21] I want to have exactly like this.
[22] **Q:** And where — and does this exhibit,
[23] Plaintiff's Exhibit 10, include a copy of that
[24] designer that you're referring to?
[25] **MR. ISRAEL:** Objection.

Page 111

### V. Voronchenko

[1]
[2] **A:** Sorry, look at this, it's even
[3] better than Triarch. I don't understand
[4] why — why I didn't take this project, better
[5] than Triarch, definitely more clean, not too much
[6] stone and beautiful. But it's always not — no
[7] time, you know, for private life. Look at this.
[8] **Q:** I understand?
[9] **A:** Real, real —
[10] **Q:** Right now I'm asking you a very
[11] specific question. You said you asked Libracon
[12] to copy a book of a famous French designer?
[13] **A:** Not copy, it's not copy. I showed
[14] them the book and please do me the same.
[15] **Q:** The same design?
[16] **A:** Yes. The same — and not only
[17] Libracon, Triarch too.
[18] **Q:** Let's start with Libracon. Is
[19] anything in this book that you're showing me here
[20] today exactly like the design you asked them to
[21] use?
[22] **A:** Libracon?
[23] **Q:** Yes.
[24] **MR. ISRAEL:** Anything like the
[25] French design.

Page 112

### V. Voronchenko

[1]
[2] **Q:** Like the French design?
[3] **A:** Like French designer, yes.
[4] **Q:** Which part —
[5] **A:** I asked —
[6] **Q:** — is like the French design? Can
[7] you please show me?
[8] **A:** All of this, all design of Triarch,
[9] all design of Libracon, it's like this French
[10] design, you know. Similar, you see lot of
[11] similar things in Libracon. This was before
[12] Triarch. Definitely before.
[13] When I start to work with Triarch?
[14] **Q:** In August or September of 2008?
[15] **A:** August or September. This is 14th
[16] of February 2008.
[17] **Q:** So this is before?
[18] **A:** It's 10 months before, 10 months
[19] before, you see. It is beautiful, beautiful
[20] proposition, 10 months before Triarch.
[21] **Q:** So why did you hire Triarch if you
[22] had that 10 months before and liked that, why did
[23] you hire Triarch?
[24] **MR. ISRAEL:** It's been asked and
[25] answered.

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 113

**V. Voronchenko**

[1]
[2] You can answer.
[3] **A:** I had a lot of business, I didn't
[4] have time to do it.
[5] **Q:** Did you give —
[6] **A:** And definitely I will continue with
[7] them, with Libracon, because I know them very
[8] well. Only because my friend asked me to help
[9] his kids to do this, to help him, I took the
[10] Triarch because Libracon was a company hundred
[11] times more than — than Triarch company was two
[12] people, you know.
[13] **Q:** Did you ever give this book to
[14] Triarch?
[15] **A:** Of course, yes. I gave — I gave
[16] them all — all designers. I had much more than
[17] this one. I gave him more than this one. I
[18] showed him — I had another proposition from
[19] another Italian architecture, what I use in
[20] Moscow. I can tell you the name of this
[21] architecture, he did the same for me, proposition
[22] for — for the apartment, but was a little bit
[23] too strong for me, but I can show you this
[24] proposition.
[25] **Q:** Other than what you testified to

Page 114

**V. Voronchenko**

[1]
[2] today, did you give any other designs or books to
[3] Triarch?
[4] **A:** I gave them a lot of — a lot of
[5] magazines and designs and reasons I explained for
[6] them a hundred hours, you know, to explain them
[7] and to — to do with them this start — started
[8] drawings what they did.
[9] Do you see, 6/02/08, it was in
[10] Europe, it's opposite you know. First one is—
[11] this is the day, not month. 6th of —
[12] **Q:** February?
[13] **A:** — February. Yes. And every page
[14] you have 14, 14th of February, you know. 10
[15] months before when I started — or nine months
[16] before.
[17] **Q:** Okay. Thank you.
[18] **MR. MANDEL:** Now I'm going to hand
[19] Exhibit 36 to the witness, but Exhibit 36
[20] is a letter signed by Mr. Israel this
[21] morning saying, "I hereby agree to accept
[22] service on behalf of Vladimir Voronchenko
[23] and Medallion, Inc. as of today's date."
[24] And I would just ask Mr. Israel to confirm,
[25] on the record, that he's accepting service

Page 115

**V. Voronchenko**

[1]
[2] on behalf of both the defendants, Vladimir
[3] Voronchenko and Medallion Inc.
[4] **MR. ISRAEL:** Confirmed.
[5] **MR. MANDEL:** I have marked as
[6] Plaintiff's Exhibit 37 and 38 — let me
[7] start with Exhibit 37, is the amended
[8] summons and first amended complaint against
[9] Medallion. And Exhibit 38 is the amended
[10] summons and the first amended complaint
[11] with respect to Mr. Voronchenko. I'm
[12] handing those to the witness.
[13] **Q:** And I would ask Mr. Voronchenko,
[14] have you ever seen those documents before?
[15] **A:** Which one?
[16] **Q:** Either Exhibit 37 or 38?
[17] **MR. ISRAEL:** Are these the amended
[18] pleadings?
[19] **MR. MANDEL:** Yes.
[20] **MR. ISRAEL:** He hasn't. I can tell
[21] you, he hasn't because I haven't shown them
[22] to him.
[23] **MR. MANDEL:** Okay.
[24] **A:** I never — I never seen it.
[25] **MR. ISRAEL:** You've never seen this.

Page 116

**V. Voronchenko**

[1]
[2] **A:** I never seen this and never read
[3] this.
[4] **Q:** And I'm going to give you,
[5] Mr. Voronchenko, another copy of each of them, so
[6] that you have them, since no one has given them
[7] to you before. These are your copies to take
[8] today. Those are copies of Exhibits 37 and 38.
[9] **A:** What is?
[10] **MR. ISRAEL:** Give it to me.
[11] **A:** What is Exhibits 37?
[12] **MR. ISRAEL:** I will explain this to
[13] you later.
[14] I got them. They're received.
[15] **THE WITNESS:** I need to read these
[16] or what?
[17] **MR. ISRAEL:** We'll talk about it
[18] later.
[19] **Q:** I just want to know if you've ever
[20] seen it before.
[21] **A:** Never.
[22] (Plaintiff's Exhibit 39, document
[23] bearing Bates numbers MED 15 - MED 24,
[24] marked for identification.)
[25] **MR. McKEE:** Plaintiff's 39?

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 117

[1]　　　　　　　　V. Voronchenko
[2]　　MR. MANDEL: Plaintiffs 39 appears
[3] to be a contract or draft contract that
[4] begins on page Bates number page MED 15 and
[5] continues through Bates number page MED 24.
[6]　　　Do you recognize this document.
[7]　　Q: Do you recognize this document,
[8] Mr. Voronchenko?
[9]　　A: What is this? I don't understand.
[10]　　MR. ISRAEL: He's asking you whether
[11] you recognize this document, whether you've
[12] seen it before. You may have seen it
[13] before or you may not have seen it before.
[14] I want to know —
[15]　　A: He wants to know — I never saw it
[16] before.
[17]　　Q: Have you ever heard of Jendretzki?
[18]　　A: Jendretzki?
[19]　　Q: Yes.
[20]　　A: Personally, no.
[21]　　Q: Did you ever have a conversation
[22] with Jendretzki about them performing services in
[23] connection with the apartment?
[24]　　A: Listen, it's ask about this
[25] Libracon, because you — you started to put me

Page 118

[1]　　　　　　　　V. Voronchenko
[2] inside, involved. I am not inside. I am not
[3] involved. Sorry about that. You know I am not
[4] completely involved and I — I don't talk to — I
[5] am not talking to — I didn't talk to — to these
[6] people.
[7]　　Q: You never spoke to Jendretzki?
[8]　　A: Listen, maybe I forget. I forgot
[9] even the name of the —
[10]　　MR. ISRAEL: Libracon?
[11]　　THE WITNESS: Not Libracon.
[12]　　MR. McKEE: Garth?
[13]　　MR. ISRAEL: Garth?
[14]　　THE WITNESS: Not Garth.
[15]　　MR. ISRAEL: I think he forgot
[16] Libracon first.
[17]　　A: The owner of Triarch.
[18]　　Q: Steve Corelli?
[19]　　A: Steve Corelli, I don't even know his
[20] name. I never heard about his name. You know.
[21] You asked me about Jendretzki.
[22]　　Q: Yes. And, Mr. Voronchenko —
[23]　　A: If you ask me the name of this
[24] Steven, I never tell you I know my — my
[25] ex-designer and —

Page 119

[1]　　　　　　　　V. Voronchenko
[2]　　Q: Mr. Voronchenko?
[3]　　A: What is it? What is this?
[4]　　MR. ISRAEL: Let him ask you the
[5] questions.
[6]　　Q: Mr. Voronchenko, I understand that
[7] you're not going to remember everything because
[8] some of these events happened before. I've got
[9] to ask you what do you remember. And your
[10] obligation is just to say what you remember.
[11] Obviously no ones's memory is perfect.
[12]　　MR. MANDEL: Let's move on to the
[13] next document.
[14]　　MR. ISRAEL: It looks like this is
[15] printed poorly. It might be that he
[16] came — sometimes my printer is screwed up
[17] like this with the blocks on it, I might
[18] have — I hadn't noticed this before, I
[19] might have a better version because my
[20] computer sometimes makes — prints badly
[21] like this. If I have a better one, I'll
[22] print it out for you.
[23]　　MR. MANDEL: Okay. Thank you.
[24]　　Q: As I understood, this guy made
[25] changes in architectural — architectural changes

Page 120

[1]　　　　　　　　V. Voronchenko
[2] in the apartment, yes or no?
[3]　　MR. ISRAEL: Don't guess. And I
[4] can't tell you. He can ask you questions,
[5] that is all that is going to go on here.
[6]　　A: Jendretzki.
[7]　　MR. ISRAEL: If you don't know, that
[8] is fine. We'll move on. He says we're
[9] going to move on.
[10]　　Q: I'm going to hand you what has been
[11] marked — I have no more questions about that
[12] document.
[13]　　MR. ISRAEL: Put that one aside for
[14] right now.
[15]　　Q: I'm going to hand you what has been
[16] marked as Defendant's Exhibit 2. That one — let
[17] me give you a different copy. Mr. Voronchenko,
[18] I'm going to give you this copy. I'm not
[19] supposed to show you that one, because that one
[20] is highlighted.
[21]　　A: What do I have to do with this?
[22]　　Q: Does this document look like the
[23] agreement between Medallion and Triarch
[24] concerning the apartment?
[25]　　MR. ISRAEL: I want to note for the

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 121

**V. Voronchenko**

[1]
[2] record — you can ask that question but I
[3] want to note for the record that it
[4] purports to be signed, by electronic
[5] signature, "Garry Braderman, Managing
[6] Director."
[7]     **THE WITNESS:** What is that?
[8]     **MR. ISRAEL:** An electronic stamp it
[9] has and not from Mr. Voronchenko.
[10]     You can answer his question.
[11]     **A:** What is this? This is our contract
[12] between — what is AIA? What is it?
[13]     **Q:** I think that is Association of
[14] Architects.
[15]     Have you ever seen this document
[16] before?
[17]     **A:** No. Never.
[18]     **Q:** Before, were you involved at all in
[19] the negotiation of the contract between Medallion
[20] and Triarch?
[21]     **MR. ISRAEL:** Objection.
[22]     **A:** No. No.
[23]     **Q:** Do you have any recollection of
[24] discussing any terms that were potential or
[25] actual terms in the contract between Medallion

Page 122

**V. Voronchenko**

[1]
[2] and Triarch?
[3]     **A:** I don't remember. I was not
[4] involved in additional stuff. Technical stuff.
[5]     **Q:** Did you ever provide Triarch with a
[6] budget for the project?
[7]     **A:** Do you see even —
[8]     **MR. ISRAEL:** Just answer his
[9] questions.
[10]     **A:** For me it's interesting, for me —
[11]     **MR. ISRAEL:** Just answer his
[12] questions. It could be interesting, answer
[13] his questions.
[14]     **Q:** What do you find interesting,
[15] Mr. Voronchenko?
[16]     **A:** Well, I thinking, you see the 15
[17] percent schematic design fast — phase, phase.
[18] Yes?
[19]     **Q:** Phase, yes?
[20]     **A:** Phase. Design development phase,
[21] schematic design phase, it has to be full for all
[22] apartment. Schematic design, after this I have
[23] to pay 15 percent. Even today I don't have full,
[24] whole design phase. This is a very — very
[25] important things for everybody. Do you see how I

Page 123

**V. Voronchenko**

[1]
[2] have to pay. You know —
[3]     **THE WITNESS:** Am I right? Am I
[4] right, you know?
[5]     **MR. ISRAEL:** I'm not answering your
[6] questions. We're not having a discussion
[7] right now. He's asking you questions. We
[8] can discuss it later on. Just answer his
[9] questions.
[10]     **Q:** Mr. Voronchenko, did anyone —
[11]     **MR. MANDEL:** Withdrawn.
[12]     **Q:** Mr. Voronchenko, did you ever
[13] provide Triarch with a budget for this project?
[14]     **A:** Did — listen, it's not working like
[15] this. It's — I am — first of all, I am looking
[16] to hear the proposition, you know, I don't even
[17] want to talk about this first beginning. First
[18] of all I want to have a final product, and the
[19] price of final product how I make decision. I
[20] ask everybody if — if I am not in a strong
[21] business, for example, for business, I know
[22] always — always the place, you know — not
[23] place, it's always — I know the total amount
[24] what I want to spend in business. Not business,
[25] it's not like this.

Page 124

**V. Voronchenko**

[1]
[2]     I always ask, please, do me nice.
[3] What do you mean nice, I explain what I mean
[4] nice. This, this, this, this, this, and this.
[5] You have to make me all, when I sign the final
[6] decision, yes or not. Never like part job like
[7] this. I ask always, okay, give me final plan,
[8] final, final, final. When I see the final plan,
[9] everything I accepted, you know, I accept it, I
[10] ask, okay, tell me, how much it cost just to
[11] build.
[12]     People have to calculate one
[13] bathroom 1,000, another bathroom 2,000, another
[14] room 3,000, this, this, this, 10 rooms, 10,000,
[15] for example, you know.
[16]     Give me an idea about the electronic
[17] devices, about lights, about furniture, about
[18] tracks, about pillows, about vases, about
[19] candles, about this, give me that.
[20]     As usual, they tell you oh, it's
[21] very difficult, because it's piece by piece.
[22] Okay give me plus/minus 25 percent.
[23]     **Q:** A range?
[24]     **A:** Because you know the market, I know
[25] the market, you know. I need the — not antique

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 125

[1]                    **V. Voronchenko**
[2] pieces, everybody knows how much cost sofa, for
[3] example top quality, everybody know how much
[4] cost. Okay. They — they gave me — they have
[5] to give me the idea of the price of the design
[6] and decoration, how much cost that, they have to
[7] propose me the draperies, with motors — no
[8] motors because I didn't have from them any ideas
[9] about the draperies. All my draperies with the
[10] motors it's blah-blah-blah-blah-blah. After
[11] this —
[12]    **Q:** So —
[13]    **A:** Can I continue? You asked me.
[14] After this, when I see the final
[15] amount for architectural builder plus final
[16] amount for electronic devices and furniture and
[17] all decoration items, I see the final price,
[18] after this I can tell, okay, acceptable, or,
[19] sorry, you know, it's too much, I am looking for
[20] little bit lower price, what can we do? What can
[21] we do? We have marble around the wall, take out
[22] the marble, all the marble, no marble on the
[23] walls. We have — you understand what I mean?
[24]    **Q:** I understand. I understand how much
[25] was spent.

Page 126

[1]                    **V. Voronchenko**
[2]    **A:** We have like the doors like this,
[3] okay, make me simple doors, you know.
[4]    **Q:** How much was spent renovating and
[5] decorating the apartment?
[6]    **A:** I need to calculate it. I don't
[7] know.
[8]    **Q:** Do you know a range?
[9]    **A:** I — I am not pay for this.
[10]    **Q:** Who would know the answer to that
[11] question?
[12]    **A:** Medallion.
[13]    **Q:** Would Mr. Braderman know the answer?
[14]    **A:** I think no, because Mr. Braderman
[15] stop to do this project three years ago.
[16]    **Q:** He stopped working on this project
[17] three years ago?
[18]    **A:** He — no, no, no, he stopped working
[19] the project three years ago.
[20]    **Q:** Why did he stop working on the
[21] project?
[22]    **A:** Because he helped me like a rent, he
[23] had another job and he didn't have a time to do
[24] this.
[25]    **Q:** Who helped you after Mr. Braderman

Page 127

[1]                    **V. Voronchenko**
[2] stopped helping you?
[3]    **A:** Libracon.
[4]    **Q:** So who, at Medallion, would know how
[5] much the total cost of the renovation is?
[6]    **A:** I can try to find this numbers.
[7]    **Q:** Okay. Was it more than a million
[8] dollars?
[9]    **A:** I think around.
[10]    **Q:** So you just described earlier this
[11] process is for discussing the budget, which was
[12] very helpful for me. Am I correct in
[13] understanding then that you never received what
[14] you understood to be final drawings from Triarch,
[15] that you never discussed the project with
[16] Triarch?
[17]    **A:** No, I saw this, what you showed me,
[18] I saw this.
[19]    **Q:** Did you ever discuss the budget with
[20] Triarch?
[21]    **A:** Not before. We are talking about
[22] budget, when we finish the — the whole design,
[23] after this I understand, I don't — I never want
[24] to — to keep the people. I want to make the
[25] design beautiful, but if the money is too high, I

Page 128

[1]                    **V. Voronchenko**
[2] mean the amount of — I started to cut to — to
[3] cut the —
[4]    **Q:** Right.
[5]    **A:** — to cut the project.
[6]    **Q:** Did you ever get to that process,
[7] that point in the process with Triarch?
[8]    **A:** We never got —
[9]    **MR. ISRAEL:** Let him finish the
[10] question.
[11]    **Q:** Did you ever get to the point in the
[12] design process where you talked about budget with
[13] Triarch?
[14]    **A:** Sorry, again?
[15]    **Q:** Sure. Did you ever get to the point
[16] in the process with Triarch where you talked
[17] about budget?
[18]    **A:** We never really spoke about the
[19] final design, because they did what they want.
[20]    **Q:** I understand. I'm just asking about
[21] the budget right now.
[22]    **A:** As I explain you, as I explain you,
[23] I started to talk about the budget when I see the
[24] full design.
[25]    **Q:** You made that very clear. You made

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 129

[1] *V. Voronchenko*

[2] that very clear.

[3] **A:** Yes.

[4] **Q:** Here is the way we're not really

[5] connecting, your answers are not really

[6] responding to my questions and I don't want to

[7] keep you here longer than is necessary today, so

[8] I'm going to ask a very specific question.

[9] **A:** We have five hours more.

[10] **Q:** We have a lot more. I don't want to

[11] waste your time. I want to go through it as

[12] quickly as possible, and very specifically. You

[13] made — your process, I totally understand. I

[14] listened to what you were saying, I totally

[15] understand about the process.

[16] My question is: Did you and Triarch

[17] ever discuss budget?

[18] **A:** I don't remember.

[19] **Q:** Okay.

[20] **A:** I don't remember. It's — you know,

[21] it's — in that time we are friends, you know.

[22] And they definitely — they asked me for what

[23] amount you're looking. My typical answer for

[24] this listen, let's finish the — let's finish

[25] the —

Page 130

[1] *V. Voronchenko*

[2] **Q:** Design?

[3] **A:** — design. If design is beautiful,

[4] I will talk to people who pay for this, you know,

[5] and I'll recommend them to take this design, if

[6] the amount is not so crazy. But let's see the

[7] finish. Let's see where we are.

[8] **Q:** Yes.

[9] **A:** And know.

[10] **Q:** Is there a problem with your

[11] approach of waiting until you have a final design

[12] to discuss budget —

[13] **MR. ISRAEL:** Objection.

[14] **Q:** — in that —

[15] **MR. ISRAEL:** Sorry.

[16] **Q:** — a designer could spend a whole

[17] lot of time creating a design that is more

[18] expensive than the client wanted to pay?

[19] **MR. ISRAEL:** Objection.

[20] You can answer.

[21] **A:** Could you start again?

[22] **Q:** Sure. Of course. It was a

[23] complicated question.

[24] If you wait until the design is

[25] final to start talking about a budget, if a

Page 131

[1] *V. Voronchenko*

[2] design, that designs — if a design costs $10

[3] million but the client only wants to spend $1

[4] million, and then the designer wastes a lot of

[5] time.

[6] **A:** I understand. As usual I want to

[7] see the best, what I can have no limit. As

[8] usual. You know. After this, if the amount is

[9] crazy, I start — I start — I start to cut, this

[10] is my typical decision. I don't want to ever

[11] tell designer you have to do for hundred thousand

[12] dollars for — because for the hundred thousand

[13] dollars he will create me like a shit, no. But

[14] do what you want.

[15] This is — I — more or less I

[16] understand what he can spend, because there not

[17] antique furniture, not antique walls and not

[18] antique doors. And in this condition — in this

[19] situation, you know, limit, you know, only

[20] — only see limit base — you can buy the chair

[21] for $20,000, but you can buy the chairs with 2

[22] million per chair, you know. But if you are

[23] looking to buy the typical today furniture, it's

[24] more or less I understand I have the feeling of

[25] what it is.

Page 132

[1] *V. Voronchenko*

[2] **Q:** There were a number of things that

[3] you said you did not like about Triarch's work on

[4] this project. And was the budget one of the

[5] things that you didn't like about Triarch's work?

[6] Did you think that Triarch was preparing a design

[7] that was too expensive?

[8] **A:** We didn't talk about this. It's

[9] impossible to talk, because before a

[10] time — final drawings, it's how can you talk

[11] about this? Can build every bathroom with 2,000,

[12] you can build a bathroom with 100,000, you know,

[13] it's — it depends. The most expensive things is

[14] always the bathroom, more expensive

[15] than — than — than the room. Because bathroom

[16] is always marble, or something like this,

[17] everything is very expensive.

[18] **Q:** With respect to the agreement

[19] between Triarch and Medallion, if Medallion

[20] terminated that agreement, did Medallion have a

[21] right to continue using the document, the images

[22] and drawings?

[23] **A:** No idea.

[24] **MR. ISRAEL:** Just note my objection

[25] as calls for a legal conclusion or

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 133

**V. Voronchenko**

[1]

[2] interpretation.

[3] MR. MANDEL: Sure.

[4] **A:** No idea. Show me the contract and

[5] I'll tell you.

[6] MR. ISRAEL: You don't have to — it

[7] calls for a legal interpretation.

[8] **Q:** In Defendant's Exhibit 2, I'm going

[9] to turn your attention to use of documents,

[10] Article 3. Use of documents. And throughout

[11] today you should take as much time as you want to

[12] read the document that I show you. But I'm going

[13] to read to you one portion of the —

[14] **A:** I need to translate this. This

[15] is — for me it's difficult.

[16] **Q:** It's difficult for you to

[17] understand?

[18] **A:** I need to translate, after this I

[19] can talk about it.

[20] **Q:** Okay. So did you ever consult

[21] anyone — did you ever have any conversation

[22] about anybody of whether you or Medallion has a

[23] right to use any of the materials that Triarch

[24] gave you after you terminated, after Medallion

[25] terminated Triarch?

Page 134

**V. Voronchenko**

[1]

[2] MR. ISRAEL: Don't — hang on a

[3] minute. Don't disclose any communication

[4] you had with a lawyer. So in the response

[5] you're going to give whether you talked

[6] about that with anyone, you should not

[7] refer to any conversations that you had

[8] with me or with any other lawyer regarding

[9] that question.

[10] **Q:** Let's actually just make this, to be

[11] superprotective of the attorney-client, let's

[12] make it a yes-or-no question.

[13] **A:** Could you ask it again?

[14] **Q:** Of course. It's a yes-or-no

[15] question. Did you talk to anybody —

[16] **A:** Yes.

[17] **Q:** — about whether you could keep

[18] using materials Triarch gave you after Triarch

[19] was terminated?

[20] **A:** Listen, it's not Triarch decision,

[21] it was — first of all, it was my decision,

[22] I — I keep all the materials, it was my choice,

[23] not Triarch choice. Sorry about that. It is my

[24] idea, not Triarch's idea. You know, I told him I

[25] want the leather this color, this color, this

Page 135

**V. Voronchenko**

[1]

[2] type of leather. I want this type of wood. You

[3] remember, please, write down, this type of wood.

[4] I want this marble, the name of this marble is my

[5] idea, it is my idea, not Triarch's idea. Sorry

[6] about that. All the suede, all the marble, all

[7] the wood, my choice and my idea.

[8] **Q:** Okay.

[9] **A:** You know, all the wood is my idea,

[10] completely all the wood, all the material is

[11] plywood, not Triarch wood.

[12] **Q:** Okay.

[13] **A:** Not even connected with Triarch.

[14] **Q:** Okay. I'm going to ask the same

[15] question again.

[16] **A:** Sorry, I told him but it is the

[17] truth. They used my material, not I used their

[18] material.

[19] **Q:** But let me just ask this question,

[20] did you ever — it's a simple yes or no.

[21] **A:** I do build this the same object like

[22] this, maybe 200 —

[23] MR. ISRAEL: It's a fruitless

[24] question, it calls for a legal conclusion.

[25] MR. MANDEL: It's a yes-or-no

Page 136

**V. Voronchenko**

[1]

[2] question about whether he had a

[3] conversation, what is the legal conclusion?

[4] **A:** Listen, I build it, I build it like

[5] this project maybe hundred to 150 projects like

[6] this.

[7] MR. ISRAEL: He's not going to

[8] understand what you're asking.

[9] **A:** For business, you know, I know every

[10] piece of material, every piece of fabric, every

[11] piece of wood, you know, better than they know,

[12] much better than Triarch knows.

[13] **Q:** Were you the one who decided to

[14] terminate the Triarch contract?

[15] **A:** When I decide?

[16] **Q:** Someone decided to terminate the

[17] contract with Triarch, correct?

[18] **A:** Somebody.

[19] **Q:** Yes.

[20] **A:** Yes.

[21] **Q:** Were you that person?

[22] **A:** I think I made final decision.

[23] **Q:** And —

[24] **A:** You know why, because — I can

[25] explain why. Because people told me no answer,

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 137

**V. Voronchenko**

[1]
[2] no answer. We send the letter, no answer. We
[3] send the letter, we send the letter, no answer.
[4] Slowly, slowly, slowly. It's impossible to work,
[5] very slow. Okay. Very slow send the letter stop
[6] to work and this is it.
[7]    **MR. ISRAEL:** He just wants to know
[8] if you know who made the decision to no
[9] longer use Triarch in working on the
[10] renovations of the apartment. He wants to
[11] know if you know who made that decision,
[12] that is what his question is.
[13]    **A:** It was mutual decision, people
[14] who — who was involved in this project, you
[15] know, because, for example, it was very difficult
[16] to work with them, it was very slow.
[17]    **Q:** When you say it was a mutual
[18] decision, was it made by you and Medallion?
[19]    **A:** No, no. I mean the people who was
[20] involved in this. They are recommended to stop
[21] to work with Medallion — with Triarch.
[22]    **Q:** You mean Steven's father-in-law,
[23] Mr. Kaufman?
[24]    **A:** Not Steven. Libracon.
[25]    **Q:** And Libracon decided to stop working

Page 138

**V. Voronchenko**

[1]
[2] with Triarch?
[3]    **MR. ISRAEL:** That is not what he
[4] said.
[5]    **MR. MANDEL:** I do not understand
[6] what he's saying, I am trying to
[7] understand, if you would like to translate,
[8] give it a go-ahead.
[9]    **MR. ISRAEL:** Can I give it a shot?
[10]    **MR. MANDEL:** Yes.
[11]    **MR. ISRAEL:** He wants to know if it
[12] was a mutual decision, not whether Triarch
[13] was involved in the decision. He wants to
[14] know who made the decision to no longer
[15] work with Triarch on the Medallion end of
[16] the arrangement.
[17]    **A:** Libracon recommended to me many
[18] times to stop to work with Triarch, many times.
[19]    **Q:** Why did Libracon make that
[20] recommendation?
[21]    **A:** Because very slow — very, very
[22] slow, and they don't understand what we need.
[23] Because finally, Libracon's proposition was, I
[24] think, better than Triarch's proposition, as they
[25] saw the — the — the paper — the proposition,

Page 139

**V. Voronchenko**

[1]
[2] you know. And they — because, you know, when
[3] everything is too late, late, late, late,
[4] it's — I know it's misunderstanding between two
[5] companies, Libracon and Triarch. And plus, you
[6] know, couple of months I told him, please don't
[7] touch them, don't touch them, because this is
[8] kids of my friend, you know, don't touch them,
[9] kids of my friend, okay, I understand, this is
[10] not convenient for you, this is not correct but
[11] this is kids of my — of my friends. For me
[12] it's — it's not comfortable, you know, to do
[13] this, but when he started to this stage and
[14] daughter of my friend, no more obligation.
[15]    **MR. ISRAEL:** He answered your
[16] question, right?
[17]    **A:** Before my —
[18]    **MR. ISRAEL:** You answered his
[19] question. It's okay. You answered his
[20] question.
[21]    **A:** Sorry.
[22]    **Q:** Yeah. And I understand English is
[23] not your first language, and that is fine, but if
[24] you could just try and focus on exactly what I'm
[25] asking, I think this will go a little more

Page 140

**V. Voronchenko**

[1]
[2] quickly.
[3]    Did you have any understanding as to
[4] when Medallion had the right to terminate its
[5] contract with Triarch?
[6]    **MR. ISRAEL:** Calls for a legal
[7] conclusion.
[8]    You can answer.
[9]    **A:** I did understand —
[10]    **MR. ISRAEL:** He's asking you when
[11] you knew that Medallion had the legal
[12] right, when Medallion had the legal right
[13] to terminate its contract with Triarch,
[14] this is what he's asking, right?
[15]    **MR. MANDEL:** Yes. Exactly. Thank
[16] you.
[17]    **MR. ISRAEL:** If you know that. You
[18] may not know. You may know it. If you
[19] know, that is what he wants to know.
[20]    **A:** The question is it's impossible to
[21] stop to work between two companies?
[22]    **Q:** Do you understand that Triarch and
[23] Medallion had a contract, right?
[24]    **A:** Of course.
[25]    **Q:** I think I may be wrong, but I think

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 141

**V. Voronchenko**

[1]
[2] you testified you never saw the contract, you
[3] can't recall? Maybe?
[4] **A:** I don't remember.
[5] **Q:** So I'm wondering whether you have
[6] any understanding as to when Medallion could, if
[7] it wanted to, terminate the contract?
[8] **MR. ISRAEL:** Calls for a legal
[9] conclusion. If you understand, you can
[10] answer.
[11] **A:** Medallion wanted to stop to work
[12] with Triarch in the end of 2008, because the
[13] process was too long, and Medallion was not very
[14] excited with this process. And they recommended
[15] me to stop in November or in December, something
[16] like this. But I don't remember where we — when
[17] we stopped really, in 2009, right?
[18] **MR. ISRAEL:** I don't answer the
[19] questions. You answer the questions.
[20] **A:** Did we stop in 2009.
[21] **MR. ISRAEL:** I think you did the
[22] best you can to answer the question.
[23] **MR. MANDEL:** Yes. I don't think he
[24] answered the question. I think he's
[25] building up to it. I don't know.

Page 142

**V. Voronchenko**

[1]
[2] **MR. ISRAEL:** I don't think so.
[3] **A:** We stopped to work with them in
[4] which year? In which year?
[5] **Q:** In 2009, early 2009?
[6] **A:** In 2009.
[7] **Q:** All right. And do you have an
[8] understanding as to how much Triarch was to be
[9] paid for its work on the project?
[10] **A:** How much Triarch —
[11] **Q:** Was to be paid for its work on the
[12] project?
[13] **MR. ISRAEL:** If it did all of its
[14] work and there was no issue about the
[15] quality.
[16] **Q:** He can answer however he wants.
[17] **MR. ISRAEL:** I want to make sure he
[18] understands it and understand it.
[19] **Q:** How much Triarch paid for this
[20] project?
[21] **Q:** How much — do you understand what
[22] Triarch's fee was for this project?
[23] **A:** How I understand how much cost this
[24] job before I stopped to work with them? I don't
[25] understand.

Page 143

**V. Voronchenko**

[1]
[2] **Q:** Sure. Triarch and Medallion had a
[3] contract?
[4] **A:** Yes. Okay.
[5] **Q:** Did you understand that under that
[6] contract there was a fee that Medallion was
[7] supposed to pay Triarch?
[8] **A:** Yes, of course. It's under
[9] the — as I saw in the contract, it's some
[10] portion during the — during the fees, some job,
[11] job, job, job, job, portion, portion, portion.
[12] **Q:** Did you negotiate Triarch's fee with
[13] Steven or with anyone else at Triarch?
[14] **A:** Not me.
[15] **Q:** Do you know if anyone else
[16] negotiated the fee that medallion was going to
[17] pay to Triarch?
[18] **A:** Somebody negotiate with them, I
[19] think definitely.
[20] **Q:** You don't know who that was?
[21] **A:** Not me. It's — it was the
[22] best — the best picture of this percentage was
[23] what we saw in this. As I understand, we paid
[24] first portion and second portion. You know, it's
[25] exactly for this job what they — what they did,

Page 144

**V. Voronchenko**

[1]
[2] even more.
[3] **Q:** Okay.
[4] **A:** Even more, because — even first
[5] step they had — they must to show us full
[6] project, not just part of the project, and we
[7] have to pay it first step. They didn't do this.
[8] **Q:** Was the first step the schematic
[9] design phase?
[10] **A:** Yes. Design phase for whole
[11] apartment, not for part of the apartment.
[12] **Q:** Did they complete the schematic
[13] design phase?
[14] **A:** Complete it, I never saw this.
[15] **Q:** So —
[16] **A:** I saw what you showed me.
[17] **Q:** Okay.
[18] **A:** That's it.
[19] **Q:** Why don't we turn — why don't we
[20] turn to the third page of Exhibit 2. These are
[21] the phases.
[22] **A:** Yes.
[23] **Q:** And above the phases it says Article
[24] 6, payments and compensation.
[25] **A:** Which one?

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 145

**V. Voronchenko**

[1]
[2] **Q:** Article 6, payments and
[3] compensation?
[4] **A:** Yes.
[5] **Q:** It says, "The architect's
[6] compensation shall be 17 percent of the
[7] construction cost," do you see that?
[8] **A:** Show me the 17 percent?
[9] **Q:** Here.
[10] **A:** Yes. 17 percent of the construction
[11] cost.
[12] **Q:** Okay. Do you speak English better
[13] than you read and write it? Do you have more
[14] experience speaking English than reading and
[15] writing it?
[16] **A:** The same.
[17] **Q:** The same. Okay. So scrolling down
[18] to here, you know, progress payments. This is
[19] the part you were pointing to earlier in your
[20] testimony?
[21] **A:** Yes.
[22] **Q:** Schematic design phase?
[23] **A:** 15 percent.
[24] **Q:** Did Triarch complete the schematic
[25] design phase?

Page 146

**V. Voronchenko**

[1]
[2] **MR. ISRAEL:** Asked and answered.
[3] **A:** Of course not, of course not.
[4] **Q:** Did Triarch begin the schematic
[5] design phase?
[6] **A:** Begin, yes.
[7] **Q:** How far would you say they got in
[8] the schematic design phase?
[9] **A:** How far?
[10] **Q:** They didn't get a hundred percent of
[11] it done, did they get 50 percent, 10 percent, 90
[12] percent?
[13] **A:** I didn't calculate this. But I
[14] looking — I have to pay 15 percent when they
[15] showed me full design phase. Why I have to talk
[16] about the — how many percent? Full design cost
[17] 15 percent. Full design, that is it, you know.
[18] Why we have to talk about —
[19] **Q:** Okay.
[20] **A:** — about 10 or 20 or 30 or 37-1/2.
[21] **Q:** And I think you testified on this
[22] earlier, but I just want to be clear. When you
[23] say the full design is handed to you, you mean
[24] images but not construction documents, correct?
[25] **A:** Images, yes. Images.

Page 147

**V. Voronchenko**

[1]
[2] **Q:** But not construction documents?
[3] **A:** I think no.
[4] **Q:** Turning your attention to the next
[5] phase how far did they get in the design
[6] development phase?
[7] **A:** How far?
[8] **Q:** In other words, I'm just asking you,
[9] do you see how there are different phases
[10] here —
[11] **MR. MANDEL:** And the record should
[12] reflect that Mr. Bhandari, my partner, has
[13] just stepped into the room.
[14] **THE WITNESS:** Hi.
[15] **MR. BHANDARI:** Hi, how are you? Let
[16] me pull up another chair. I'll be here for
[17] a couple of minutes.
[18] **Q:** Do you have an understanding? The
[19] first phase here is schematic design phase and
[20] then the second phase is design development
[21] phase, do you have any understanding?
[22] **A:** What is design development phase?
[23] **Q:** That was my question to you, do you
[24] have any understanding of what that term means?
[25] **A:** Hmm-hmm.

Page 148

**V. Voronchenko**

[1]
[2] **Q:** And construction development phase,
[3] do you have any understanding of what that term
[4] means?
[5] **A:** Construction, it's — of course this
[6] I understand, the apartment has to be fully
[7] finished constructed.
[8] **Q:** That would be the construction
[9] phase, right, that would be the last phase,
[10] right?
[11] **A:** No, no, no, no, no, no, no, no, no,
[12] no. What is building, and bidding and
[13] negotiation?
[14] **Q:** I can't answer the questions today
[15] unfortunately, if so we might be able to go more
[16] quickly.
[17] **MR. ISRAEL:** You're going to have
[18] Garry Braderman.
[19] **MR. MANDEL:** Is he going to cover
[20] these issues?
[21] **A:** Garry is not professional builder,
[22] you know, he doesn't know about this, anything.
[23] Garry — Garry is my friend who tried to help me
[24] when he had free time, you know. And that's it.
[25] Let's start with the first point,

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

[1]                    **V. Voronchenko**
[2] schematic design phase. Schematic design phase
[3] — phase, it means — it means full apartment,
[4] all the rooms, all the details. Schematic, not
[5] in detail but schematic, but 100 percent. If I
[6] see this, schematic design phase, I have to pay
[7] 15 percent. I never saw 100 percent design,
[8] schematic design for whole apartment. And you
[9] can show me this.
[10]    **Q:** Okay —
[11]    **A:** I think I paid too much for them.
[12]    **Q:** Do you have any understanding as to
[13] what the design development phase is?
[14]    **A:** Listen, let's talk about this first
[15] one.
[16]    **Q:** Well, I want to move on to the
[17] second one.
[18]    **A:** For what do you need to talk about
[19] the second one if you — you can show me or I can
[20] see the full first point, schematic design phase?
[21] You know, I have to understand I spend money for
[22] nothing or I — I paid, really. The first point
[23] you need to show me — not you, but Triarch has
[24] to show me full schematic design phase.
[25]    **Q:** Okay.

[1]                    **V. Voronchenko**
[2]    **A:** Never, never, never showed me this
[3] one. I don't want to even talk about later,
[4] later one.
[5]    **Q:** I understand. But do you have any
[6] understanding of what has to happen in the design
[7] development phase?
[8]    **A:** Design development phase. Not
[9] really, not really. Not really.
[10]    **Q:** Is it your understanding —
[11]    **A:** I understand very well about the
[12] schematic design phase, because there it is very
[13] important for the — for the company who order
[14] this — this design, because, first of all, to
[15] show to the owner of the apartment, and this is
[16] the most important thing, schematic design phase,
[17] if you as the owner of the apartment, company or
[18] something — somebody personally, okay, you know,
[19] and it's exceptional — accepted for the person
[20] or for the company, okay, this deal was done, you
[21] know. After this, oh, another this goes
[22] automatically. Automatically it's somebody call
[23] to bookkeeper, we finish this part, pay us, we
[24] finish that part, pay us. The most important
[25] thing is first — first one, when is the — when

[1]                    **V. Voronchenko**
[2] the customer likes this or don't like this, he
[3] wants to change or he wants to change part of
[4] this or 10 percent of this plan or 90 percent of
[5] this plan, this is the most — the most important
[6] things.
[7]    Or another technical — technical
[8] reasons, it's not — owner is not involved in
[9] this — in other point, yeah, never, because
[10] owner doesn't understand things on blueprints,
[11] drawings, or doesn't understand quality of the
[12] wall or something like this. It's nobody from
[13] the owner involved in this process. The owner is
[14] always involved in only first point.
[15]    When I see the beautiful design, the
[16] whole apartment, everything is okay, furniture
[17] okay, lights on, draperies okay, design of all
[18] rooms is okay, and this okay. Only after this
[19] people can move to another — to another points,
[20] not before, not before.
[21]    **MR. MANDEL:** I have no more
[22] questions about Exhibit 2.
[23]    **MR. ISRAEL:** It's like 5 to 1:00,
[24] just giving you a heads-up, considering we
[25] were going to take a break at 1:00.

[1]                    **V. Voronchenko**
[2]    **MR. MANDEL:** Let me see if we can
[3] get a few more questions, since this is
[4] what we're dealing with here.
[5]    **Q:** Was there a goal to get the Italian
[6] factory to begin production at some point in
[7] time?
[8]    **A:** When we worked with Triarch, they
[9] didn't start to do anything.
[10]    **Q:** I'm not asking what happened. I'm
[11] asking was there a plan or a goal or objective or
[12] a desire or a want to get the Italian factory to
[13] start producing the materials by a date certain?
[14]    **A:** They can't start to produce anything
[15] without finish of this first point, to accept —
[16] accept full plan and full decoration, no, they
[17] can't do — start to do anything, you know,
[18] because they need to understand full of the
[19] project, full material for what was going on.
[20] After I fixed this, when I accepted this, when I
[21] accepted this whole project, I — after this, we
[22] can move to Italian company.
[23]    **MR. ISRAEL:** You know from the
[24] testimony — you know from the exhibits
[25] that — from the documents that Garry will

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 153

**V. Voronchenko**

[2] have the information on this area, I'm just
[3] saying that because this is an area where
[4] you might be better just asking him.
[5]   MR. MANDEL: Okay.
[6]   Q: Do you recall having any discussion
[7] whatsoever with Triarch about a specific deadline
[8] when the Italian factory would begin their work?
[9]   A: I never talked about this because we
[10] didn't finish first drawings. There was no
[11] reason to talk about this Italian factory for the
[12] begin, we must finish with the whole project.
[13] After this, this is the next step. All —
[14] listen, all job of Libracon, it is job of Triarch
[15] by the way. Libracon, this Italian company,
[16] Libracon contact this Italian company. But as
[17] you see, the contract, if you check the contract,
[18] it was obligation of Triarch to find somebody who
[19] will produce or — 100 percent obligation from
[20] Triarch. It's not — it's not question of
[21] Italian — Italian factory. Libracon has to show
[22] me another factory in America, it is their
[23] obligation, why we are talking about Italian
[24] factory? Italian factory was idea — Libracon's
[25] idea, not connected with Triarch, absolutely.

· Page 154

**V. Voronchenko**

[2]   Q: Am I correct?
[3]   A: Libracon has to show me project,
[4] propose me who else build, who will build, who
[5] will make the decoration, who will this, this and
[6] this, with the prices, with proposition. And
[7] after this, we have to make decision who will do
[8] this, Italian factory or maybe New York factory
[9] or maybe Miami factory. It's much more
[10] convenient, you know, to produce all of these
[11] things in New York than in Italy. It's clear,
[12] yes?
[13]   Q: Am I correct that before Triarch was
[14] hired to work on this project, that a decision
[15] had been made that you would use the Italian
[16] factory; is that correct?
[17]   A: Italian factory, it was like
[18] a — like a proposition, you know, like just I
[19] don't know these people from — it doesn't matter
[20] who will produce this, all of these things,
[21] American or Italian or French. I don't know who
[22] can — who can give us good — good quality and
[23] good price, better price.
[24]   Of course for — I prefer to produce
[25] in United States, definitely yes, because more

Page 155

**V. Voronchenko**

[2] money for transportation, more money job, in
[3] Italian cost more than United States. Prices in
[4] Italy more than United States.
[5]   First, of course, I looked to find
[6] for this apartment another company who can build
[7] this, a local company we can visit three times a
[8] day the apartment to see — to try to change
[9] something, you understand, and I looked for not
[10] Italian company. I looked for American company.
[11]   Q: Did you feel that Triarch's designs
[12] were too art deco and not contemporary enough?
[13]   MR. ISRAEL: Objection.
[14]   A: Do I feel that Triarch —
[15]   Q: That Triarch's designs were too
[16] close to art deco and should have been more
[17] modern and less art deco?
[18]   A: I feel that they can't work exact in
[19] this style, in this general.
[20]   Q: In the art deco style, in general?
[21]   A: In general, because they never did
[22] this before. It was typical, typical New York
[23] designers, and I don't want to say wrong about
[24] New York designers, but they are, you know, more
[25] SoHo style more Village style.

Page 156

**V. Voronchenko**

[2]   MR. ISRAEL: Did you say "more
[3] circus style"?
[4]   A: SoHo. More huge style. More. I
[5] understood they were very far, mentally, from art
[6] deco.
[7]   MR. MANDEL: Let's take lunch.
[8]     (Whereupon, at 12:58 p.m., a
[9] luncheon recess was taken.)
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 157

[1]                    *V. Voronchenko*
[2]              **AFTERNOON SESSION**
[3]      1:40 p.m.
[4]  VLADIMIR VORNCHENKO, resumed
[5]  the stand and testified further as follows:
[6]              **BY MR. MANDEL:**
[7]      **Q:** I've handed you what has been marked
[8]  as Defendant's Exhibit 26 and —
[9]      **A:** Just a moment, I want to see
[10]  something. This is a letter from Garry Braderman
[11]  to Michaela, and Michaela she is a partner in
[12]  Triarch, yes?
[13]      **Q:** Yes.
[14]      **A:** Yes. And another — on the —
[15]      **MR. ISRAEL:** He hasn't asked you any
[16]  questions yesterday. Just wait until he
[17]  asks you questions.
[18]      **A:** Just a moment to show something.
[19]  Drawing, again, this is a — my drawing, drawing
[20]  of my people, Russian, do you see?
[21]      **Q:** Libracon?
[22]      **A:** Not Libra — I think Libracon, but
[23]  you see this is Russian, this is plan of
[24]  apartment variance 2. How can I call?
[25]      **MR. ISRAEL:** What was that.

Page 158

[1]                    *V. Voronchenko*
[2]      **A:** There was a lot of work keep people
[3]  from Russia, not Libracon.
[4]      **Q:** There were people from Russia who
[5]  worked on it other than Libracon?
[6]      **A:** Yeah, Libracon.
[7]      **Q:** Were there Russians working on it
[8]  other than the people at Libracon?
[9]      **A:** Of course there is.
[10]      **Q:** Who else?
[11]      **A:** Libracon is a Russian company.
[12]      **Q:** I understand that. And I understand
[13]  Libracon did work on the project.
[14]      **A:** Yep.
[15]      **Q:** Was there any other group in Russia
[16]  doing work on the project, other than Libracon?
[17]      **A:** No.
[18]      **Q:** So you think Libracon did that
[19]  drawing that is attached to Exhibit 26?
[20]      **A:** Libracon prepared the new drawings
[21]  and sent these drawings to Triarch, do you see?
[22]      **Q:** Yes.
[23]      **A:** Not Triarch to Libracon, Libracon to
[24]  Triarch.
[25]      **Q:** I understand. And do you know if

Page 159

[1]                    *V. Voronchenko*
[2]  Triarch incorporated anything in this drawing
[3]  into Triarch's drawings?
[4]      **A:** This one?
[5]      **Q:** Yes. Do you know if Triarch used
[6]  this drawing in any way?
[7]      **A:** I don't know.
[8]      **Q:** And how were you suggesting the
[9]  hallway be redone? Let me draw your attention to
[10]  the first page. It says, "Vladimir entertains
[11]  the idea of redoing the hallway as per the
[12]  attached drawing."
[13]      **A:** It was idea of Libracon.
[14]      **Q:** It was Libracon's idea?
[15]      **A:** Yes.
[16]      **Q:** But you liked it.
[17]      **A:** I liked it.
[18]      **Q:** And could you —
[19]      **A:** And I proposed to Triarch to do
[20]  this.
[21]      **Q:** Okay.
[22]      **A:** Yeah.
[23]      **Q:** And which hallway were you referring
[24]  to, because there are — I see there are — there
[25]  are two areas on this drawing that have bubbles

Page 160

[1]                    *V. Voronchenko*
[2]  around them that have — that have sort
[3]  of — that are circled.
[4]      **A:** Yes, it's — later we changed this
[5]  area too. Later we changed this area too. But
[6]  after Triarch, after Triarch, we did this idea of
[7]  Libracon.
[8]      **Q:** You used that idea itself?
[9]      **A:** Libracon idea, not Triarch's idea.
[10]      **Q:** I understand.
[11]      **A:** And — and more, because we changed
[12]  here, remember, we canceled this.
[13]      **Q:** Right.
[14]      **A:** We canceled this wall and we
[15]  canceled here.
[16]      **Q:** So am I right that there is a large
[17]  sort of square bubble on the —
[18]      **A:** Yes.
[19]      **Q:** And what is — do you know what
[20]  inside this bubble is being changed?
[21]      **A:** No. It's a lot of change, because
[22]  before it was — it was — before it was
[23]  this — it was hallway, near the elevator, now
[24]  you see it's no wall here, like today, you know.
[25]      **Q:** I understand. And how about this

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 161

**V. Voronchenko**

[1]
[2] circular bubble here?
[3]   **A:** No. No doors here. This is — it
[4] was Libracon's idea. Later we did a lot of from
[5] this and plus more. But this is Libracon idea.
[6]   **Q:** Okay.
[7]   **A:** Not Triarch.
[8]   **MR. ISRAEL:** He got it, he
[9] understands.
[10]   **MR. MANDEL:** That is all I have.
[11]   **Q:** Actually, after you sent that, after
[12] that drawing was sent to Triarch, did Triarch
[13] accept this idea, or did they reject it? Do you
[14] remember what they did, how they responded to
[15] this e-mail?
[16]   **A:** Who cares Triarch accepted or
[17] Triarch not accept it?
[18]   **Q:** Well it, may be important to
[19] Triarch, so that is why I'm asking. I just
[20] asked, do you have any recollection of how
[21] Triarch responded to that e-mail?
[22]   **A:** What date? December 1, 2008. You
[23] remember what Triarch showed us in his website.
[24] Triarch showed on his website where he's number
[25] one in this list, 515 apartments, New York, I

Page 162

**V. Voronchenko**

[1]
[2] don't know.
[3]   **Q:** You're saying on Triarch's website,
[4] it showed your apartment or the apartment —
[5]   **A:** Yes.
[6]   **Q:** — that is the subject of this case?
[7]   **A:** Yes, number one.
[8]   **Q:** When did you see it on the website?
[9]   **A:** When did I see it?
[10]   **Q:** Yes.
[11]   **A:** Before yesterday.
[12]   **Q:** Before yesterday, you mean in the
[13] last few days?
[14]   **A:** No. I saw this before and last time
[15] I checked it before yesterday.
[16]   **Q:** And did they have any drawings on
[17] the website?
[18]   **A:** Yes, of course.
[19]   **Q:** Of 515 Park Avenue?
[20]   **A:** Yes, they made mistake.
[21]   **Q:** Are they allowed to have those
[22] drawings on the website?
[23]   **MR. ISRAEL:** Calls for a legal
[24] conclusion. If you know the answer, you
[25] can answer it, but it calls for a legal

Page 163

**V. Voronchenko**

[1]
[2] conclusion.
[3]   **A:** What do you mean? On the website
[4] you can check it, you will see the drawings —
[5]   **Q:** Right.
[6]   **A:** — of the apartment.
[7]   **Q:** Do you have an understanding as to
[8] whether Triarch is permitted to put those
[9] drawings on its website?
[10]   **A:** Of course not. They don't have any
[11] permission to do this. It's another potential
[12] case for the court.
[13]   **Q:** Would you feel differently about
[14] this case if Triarch did, in fact, have the
[15] permission to do that?
[16]   **A:** Listen, this is a publicity, you
[17] know. He asked — he must to ask me about the
[18] permission to put my private residence to their
[19] website. Its absolutely a legal obligation, you
[20] know.
[21]   **Q:** What if this contract, what if the
[22] contract that Triarch or Medallion signed said
[23] that Triarch owned all of the drawings it created
[24] and it can do whatever it wanted with them?
[25]   **MR. ISRAEL:** Calls for a legal

Page 164

**V. Voronchenko**

[1]
[2] conclusion.
[3]   **Q:** Would that change your opinion in
[4] this case anyway?
[5]   **A:** Sorry, again?
[6]   **Q:** What if the contract — you know
[7] there is a contract between Triarch and
[8] Medallion?
[9]   **A:** Yes.
[10]   **Q:** We discussed it earlier today?
[11]   **A:** Yes.
[12]   **Q:** If that contract said that Triarch
[13] had a right to do whatever it wanted with its
[14] drawings, including drawings of the apartment?
[15]   **A:** Yes. And it was in contract?
[16]   **Q:** Yes. If the contract —
[17]   **A:** I didn't understand. It was in
[18] contract, he wanted to do anything what he want
[19] with the drawings with everything?
[20]   **Q:** Yes. If the contract said that,
[21] would that make you feel differently about this
[22] case?
[23]   **MR. ISRAEL:** Objection.
[24]   **A:** I don't understand, you want to tell
[25] me by, the contract, they can show to everybody,

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 165

[1] **V. Voronchenko**
[2] for example, my bedroom, and put on their website
[3] my private — my bedrooms?
[4] **Q:** Yes.
[5] **A:** They have this — this is legal?
[6] **Q:** What they can do under the contract
[7] is that they can —
[8] **MR. ISRAEL:** Can I ask a question?
[9] You don't have to have a discussion with
[10] them on what — you're going to give him
[11] legal advice?
[12] **MR. MANDEL:** Obviously I can't
[13] advise him.
[14] **A:** For me it's interesting again.
[15] **Q:** Let's talk about this at a break,
[16] I'll explain my client's position, and maybe at
[17] the end of the day I can explain more about my
[18] client's position when you're done testifying.
[19] **MR. ISRAEL:** He understands your
[20] client's position.
[21] **MR. MANDEL:** Okay.
[22] **MR. ISRAEL:** He doesn't agree with
[23] it, so let's move on.
[24] **A:** Sorry.
[25] **MR. ISRAEL:** Just answer his

Page 166

[1] **V. Voronchenko**
[2] questions. Please, when he asks you the
[3] questions, just answer them.
[4] **Q:** Did you use some Lalique panels in
[5] the apartment?
[6] **A:** Lalique panels, yes.
[7] **Q:** Where did you get those panels from?
[8] **A:** You know why? It was my idea
[9] because I'm distributor of Lalique in Russia, so
[10] during 20 years, you know.
[11] **Q:** Did you manufacture those or
[12] distribute Lalique panels?
[13] **A:** I distribute not panels, all Lalique
[14] products.
[15] **Q:** All Lalique products?
[16] **A:** Not just panels. This is the idea
[17] of the Lalique and my idea and pushed — I did
[18] this —
[19] **Q:** So the panels, the ones that you
[20] actually used in your apartment, are they ones
[21] that you got from your Lalique distribution
[22] business?
[23] **A:** Of course, yes. This is a new
[24] design.
[25] **Q:** Who would you talk to at Libracon?

Page 167

[1] **V. Voronchenko**
[2] **A:** Who?
[3] **Q:** Which people at Libracon were you
[4] working with?
[5] **A:** Who talking to Libracon? What do
[6] you mean?
[7] **Q:** When would you talk to Libracon,
[8] what people would you talk to?
[9] **A:** Different one of them, I don't
[10] remember his name. Phillip, he is his partner.
[11] **Q:** Anyone else that you can recall?
[12] **A:** I don't know, I never talked to
[13] technical people.
[14] **Q:** Did Libracon ever make any
[15] modifications or changes to Triarch's drawings?
[16] **A:** It's very difficult to say, because
[17] I think — I think the Triarch change their —
[18] Libracon's proposition, opposite. Not Libracon,
[19] Triarch. Triarch changed some of Libracon
[20] proposition, because they were based on Libracon
[21] proposal.
[22] Even if you remember the design of
[23] Libracon, the design of Triarch is the same, but
[24] design of Libracon was 10 months before, and of
[25] course they showed to Triarch, I showed to

Page 168

[1] **V. Voronchenko**
[2] Triarch, proposition of Libracon. Libracon was
[3] first, Triarch was second.
[4] **Q:** Is Filip's last name Vuckovic?
[5] **A:** Yes. Absolutely.
[6] **Q:** That is V-U-C-K-O-V-I-C?
[7] **A:** Vuckovic. Vuckovic.
[8] **MR. McKEE:** Off the record.
[9] (Discussion held off the record.)
[10] **Q:** Was it necessary for Triarch to
[11] prepare construction drawings in order to create
[12] those images?
[13] **A:** Necessary?
[14] **Q:** Yes. Could you create those images
[15] without construction drawings?
[16] **MR. ISRAEL:** Objection.
[17] **Q:** If you know?
[18] **MR. ISRAEL:** Which images are you
[19] talking about?
[20] **MR. MANDEL:** The renderings, which
[21] he referred to as the computer-generated
[22] images.
[23] **Q:** You know —
[24] **A:** How can another way they can do
[25] this?

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

[1]        *V. Voronchenko*
[2]    MR. ISRAEL: I don't understand, you
[3] can make the computer drawing —
[4]    MR. MANDEL: Yes.
[5]    MR. ISRAEL: — without — without
[6] what?
[7]    MR. MANDEL: Without construction
[8] drawings.
[9]    MR. ISRAEL: Without construction
[10] drawings.
[11]    A: No, this is — this is definitely —
[12] this is the first step, construction drawings. I
[13] don't care construction drawings before I see the
[14] full final project, full — I explain to you
[15] again, full project with the furniture, with the
[16] light, with the everything is ready, everything
[17] is ready. The second step is construction
[18] drawings.
[19]    Q: In order to create those computer
[20] images, you need all the dimensions to be
[21] correct, correct?
[22]    A: Dimensions?
[23]    Q: Yes.
[24]    A: Computer, it is not dimensions, just
[25] ideas, nothing, if you know, just idea.

[1]        *V. Voronchenko*
[2]    Q: You think you could generate those
[3] images without putting the dimensions into the
[4] computer?
[5]    A: No. It's — you show me — you show
[6] me the — all these pictures, did you see any
[7] numbers, dimension of something? This is just
[8] idea. This is rough idea.
[9]    Q: Is it your understanding that
[10] creating those computer images is the standard
[11] way a renovation of a residential apartment is
[12] done?
[13]    MR. McKEE: Objection to form.
[14]    MR. ISRAEL: Objection.
[15]    Q: Would it have been possible to do
[16] the renovation of the apartment without creating
[17] those computer-generated images?
[18]    A: No. Everybody, everybody does
[19] computer images, everybody. This is a
[20] professional tradition now. Before they had to
[21] do this much more difficult job. They had to do
[22] this by — by hand, you know, when they did this
[23] like ten years ago, they — the same people,
[24] professional people produced the same books, but
[25] they did by hands, you know, hands and with

[1]        *V. Voronchenko*
[2] colors. Now it's much more easy. Now they spend
[3] for this two weeks now with a computer you can do
[4] this in couple of hours, you know, the same job.
[5]        (Plaintiff's Exhibit 40, e-mail
[6]    dated December 11, 2008, marked for
[7]    identification.)
[8]    A: But another way, how can I
[9] understand without the pictures?
[10]    MR. MANDEL: Plaintiff's Exhibit 40
[11] is a December 11, 2008 e-mail which has
[12] five pages of drawings attached, the pages
[13] are not Bates stamped.
[14]    Q: Do you have any recollection of
[15] receiving the drawings that are attached in this
[16] e-mail?
[17]    A: Collection of what?
[18]    Q: Of seeing these — these drawings?
[19]    A: I don't remember this. Can you
[20] wait, it's a lot of differences.
[21]    Q: What differences are there?
[22]    A: First of all, first difference is in
[23] master bathroom, for example, there is a
[24] different — different design. In master
[25] bedroom, this one with the closets, this is no

[1]        *V. Voronchenko*
[2] doubt because it's part of our decoration before,
[3] before Triarch, we are not talking about this.
[4]        In here I see that the master
[5] bedroom, the bed, and above the bed is, I see,
[6] fabric wallpaper. We don't have fabric
[7] wallpaper. And this column fabric. We have this
[8] full of the mirror, where is this fabric we have
[9] lacquer, white lacquer wood, white lacquer wood
[10] and mirror in the center. And —
[11]    Q: Go ahead.
[12]    A: — it's completely another design.
[13]    Q: Do you generally recall reviewing
[14] drawings that were provided to you by Triarch?
[15]    A: I checked the drawing.
[16]    Q: Do you remember ever seeing any
[17] Triarch drawing?
[18]    A: But you showed me.
[19]    Q: Right. I see what is here, I'm
[20] asking what is in your mind? Sitting here today,
[21] do you have a memory, do you recall seeing
[22] Triarch drawings?
[23]    A: More or less, yes, because you know
[24] why, what is the result of their drawings? The
[25] result of their drawings is my work with them

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

[1] **V. Voronchenko**
[2] with every details, I remember.
[3] **Q:** And could you understand those
[4] drawings? Could you understand what those
[5] drawings would look like if the renovation was
[6] done using those drawings, or did you need the
[7] computer images?
[8] **A:** Listen, the package of the
[9] professional obligations from the design of the
[10] creator, they have to present you, first of all,
[11] the full books of the computer design of all
[12] piece of property, not only like a painting, like
[13] wall by wall, especially the ceiling. Did you
[14] see in this apartment how — how complicated
[15] ceiling? It's very big job.
[16] The ceiling, to build this ceiling
[17] like this, it's much more money than build the
[18] wall. And they have to show ceiling walls, floor
[19] and whole the apartment. And images of this
[20] apartment, it's their obligations. Book has to
[21] be all — it's not mine because I wanted this.
[22] Everybody wanted this, everybody wanted it. Of
[23] course I want to see the images, not only
[24] drawings. Drawings okay, they put wallpaper.
[25] What is it wallpaper? Wallpaper is going to be

[1] **V. Voronchenko**
[2] hundred thousand different wallpapers. One of
[3] them is shit, one of them can be beautiful and
[4] what is it? What does it mean, wallpapers?
[5] Draperies, what kind of draperies? Heavy, light,
[6] visible through or not?
[7] **Q:** In December of 2008, had — I'm done
[8] asking questions about that exhibit. You can set
[9] that aside, if you would like.
[10] In December of 2008, had you decided
[11] on a final plan for the library?
[12] **A:** I don't remember.
[13] (Plaintiff's Exhibit 41, e-mail
[14] dated December 12, 2008, marked for
[15] identification.)
[16] **Q:** I've handed you what has been marked
[17] as Plaintiff's Exhibit 41. It is a December 12,
[18] 2008 e-mail —
[19] **A:** Oh —
[20] **Q:** — from —
[21] **MR. ISRAEL:** Let him.
[22] **Q:** — from Michaela Deiss to Steve
[23] Corelli and e-mails below and there is one page
[24] attached to it.
[25] I'm going to read to you the text of

[1] **V. Voronchenko**
[2] the e-mail here, Mr. Voronchenko, the e-mail
[3] below is from Filip, I believe Filip of Libracon?
[4] **A:** I have a question, who did this,
[5] final drawings, hall and library?
[6] **Q:** Before we get there, "I am sending
[7] you again the final drawings for hall and
[8] library. I already spoke with Mr. Voronchenko,
[9] and he decides those drawings. There is no need
[10] to change them again. The Plans are okay. We
[11] are not going to change them. I'm also sending a
[12] your final plan. Please send us a final's! Mr.
[13] Voronchenko has to sign them."
[14] So in December of 2008, did you
[15] approve the final plan for the library and the
[16] hall?
[17] **A:** Look at this, "Dear Michaela, I am
[18] sending you again the final drawings for hall and
[19] library" but who prepared this final drawings?
[20] Filip Vuckovic or Michaela?
[21] **Q:** I don't know, but that is a
[22] perfectly good question.
[23] I'm going to repeat my question,
[24] Mr. Voronchenko, which is, in December 2008, did
[25] you approve the final plans for the library and

[1] **V. Voronchenko**
[2] the hall?
[3] **A:** Of course I don't remember this.
[4] But during this one I need to understand, the
[5] plans are okay, we are not going to change them.
[6] I'm also sending in your final plan. Please send
[7] us the final's, Mr. Voronchenko has to sign them.
[8] Did I sign? If I signed, it's okay; if I no
[9] signed, it's not okay.
[10] **Q:** After December of 2008 did you
[11] change the plans for the library in any way?
[12] **A:** Yes.
[13] **MR. ISRAEL:** Objection.
[14] You can answer.
[15] **Q:** How did you change the plans?
[16] **A:** You saw the — you saw the Lalique
[17] panels.
[18] **Q:** Other than the Lalique panels, did
[19] you change the plans for the library in any way?
[20] **A:** Listen, it says the wall in the
[21] library inside, this is a mirror, before it was
[22] not mirror.
[23] **Q:** Where was the mirror? Where is the
[24] mirror?
[25] **A:** Just a moment. Where is the

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 177

**V. Voronchenko**

[1]
[2] library? This one and this one from this side
[3] now it's mirror, we changed this and we changed
[4] that. Now it's mirror. It was — it was plan of
[5] Triarch, it was absolutely simple bookcases, but
[6] with Lalique panels. Now it's not — you can
[7] find everyday big cases with a large, from the
[8] ceiling to the floor, Lalique panels.
[9]     **MR. MANDEL:** So that the record is
[10] clear, Mr. Voronchenko is pointing to the
[11] side of the library that has bookcases with
[12] respect to the Lalique panels. And with
[13] respect to the mirrors, he's pointing to
[14] the side of the —
[15]     **THE WITNESS:** No, mirrors.
[16]     **MR. MANDEL:** — to the side of the
[17] library that is adjacent to the living
[18] room.
[19]     **THE WITNESS:** With the Triarch, no
[20] mirror here.
[21]     **Q:** That is the wall that is adjacent to
[22] the living room; is that correct?
[23]     **A:** This is the living room.
[24]     **Q:** Right.
[25]     **A:** This is —

Page 178

**V. Voronchenko**

[1]
[2]     **Q:** So the wall next to the living room?
[3]     **A:** Yes, in — from the side of the
[4] library.
[5]     **Q:** And other than those two changes,
[6] did —
[7]     **A:** Listen, very easy for you to fight.
[8] If you see my signature on the plan, you know,
[9] it's — it's okay. Maybe I sign this, if you see
[10] the signature on all of these pages; if not
[11] signature, I have one very strong position,
[12] I — because I had very big experiences in this
[13] kind of business. If people have my signature
[14] okay, I know my signature, I'm not talking about
[15] anything, that is it. And if you ask me about
[16] any drawings without my signa — without my
[17] signature, it's for nothing. I didn't — I
[18] didn't —
[19]     **Q:** I understand. I'm just asking after
[20] December.
[21]     **A:** I didn't — I didn't —
[22]     **Q:** After December 2008?
[23]     **A:** Yes.
[24]     **Q:** Other than the Lalique panels and
[25] the mirrors, did anything about the library

Page 179

**V. Voronchenko**

[1]
[2] design change?
[3]     **A:** It was after, it was after — it was
[4] after Triarch, it was not in December.
[5]     **Q:** Right. Anytime after December of
[6] 2008, whether it is 2009 or 2010, 2011, anytime
[7] after December of 2008, other than the Lalique
[8] panels and the mirrors, did anything about the
[9] library design change?
[10]     **A:** If the design change, after — after
[11] December.
[12]     **Q:** What about the design changed?
[13]     **A:** I told you, what — what I changed
[14] the design what was the details I changed.
[15]     **Q:** Which decided did you change? I
[16] know you talked about the Lalique and you talked
[17] about the mirrors. Other than those two things?
[18]     **A:** I changed the floor because with
[19] Triarch we didn't — they recommended me not
[20] change the flooring.
[21]     **Q:** And what kind of —
[22]     **A:** We changed full floor in all
[23] apartment.
[24]     **Q:** What kind of floor did you use in
[25] the library?

Page 180

**V. Voronchenko**

[1]
[2]     **A:** This is the same floor in all
[3] apartment.
[4]     **Q:** Same floor in the whole apartment?
[5]     **A:** Whole apartment.
[6]     **Q:** What kind of floor did you put in in
[7] the whole apartment?
[8]     **A:** It is dark wood, black wood, let's
[9] see how it's called this wood, venge, venge wood.
[10]     **Q:** Is it W?
[11]     **A:** No. V-V-E-N-G-E. Venge wood. We
[12] put it in whole apartment venge wood. It's
[13] after, this is after Triarch.
[14]     **Q:** Any other changes to the library?
[15]     **A:** Could you show me again the drawings
[16] of Triarch?
[17]     **Q:** So the record is clear, I'm showing
[18] Exhibit 4 the page with the library.
[19]     **A:** You know — you know what
[20] happened —
[21]     **Q:** Defendant's Exhibit 4.
[22]     **A:** Because the drawings in — drawings
[23] on their website is different than this one.
[24] This — this part, we don't have this part. We
[25] cancel this part.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 181

[1]                        **V. Voronchenko**
[2]     MR. MANDEL: So that the record is
[3] clear, he's referring to the lower
[4] left-hand corner of the wall that has the
[5] books on it.
[6]     **A:** We canceled — we canceled this
[7] part. Yes, this part we put it here. You see
[8] the floor here? This is our previous floor, we
[9] changed the floor.
[10]    **Q:** We changed the bookcase, we changed
[11] the walls and we changed the floor. It's a lot.
[12]    **A:** We just keep — we just keep
[13] the — the ceiling, but this is just — this is
[14] just like idea, some prepares the drawing with
[15] ceiling.
[16]    **Q:** I apologize if I've been kicking
[17] you, by the way.
[18]    **A:** Yes. No problem.
[19]    **Q:** Did you have to —
[20]    **A:** Absolutely other furniture,
[21] absolutely, everything is absolutely another.
[22]    **Q:** Did you have to obtain approval from
[23] the building's board of directors in order to do
[24] the renovations?
[25]    **A:** Of course, yes. How is it possible?

Page 182

[1]                        **V. Voronchenko**
[2]     **Q:** And did you obtain approval before
[3] you hired Triarch or after you hired Triarch or
[4] both?
[5]     **A:** I think before, I don't remember. I
[6] think before.
[7]     **Q:** Did you instruct Triarch that
[8] whatever modifications to the apartment they did,
[9] had to be consistent with what the board had
[10] approved?
[11]    **A:** I don't remember. They're
[12] professional people, they need to — to follow up
[13] on the official rules and law. How can I say
[14] them?
[15]    MR. ISRAEL: Do you want this back?
[16]    MR. MANDEL: Yes, please.
[17]    (Plaintiff's Exhibit 42, two-page
[18] e-mail, marked for identification.)
[19]    MR. MANDEL: For the record, Exhibit
[20] 42 is an e-mail chain, the first e-mail of
[21] which is from Michaela Deiss to Aaron
[22] Boucher, B-O-U-C-H-E-R, dated December 16,
[23] 2008. And attached to it is one page of
[24] drawings, the e-mail is two pages.
[25]    **Q:** Drawing your attention to the e-mail

Page 183

[1]                        **V. Voronchenko**
[2] in the middle of the page from Mr. Braderman to
[3] Ms. Deiss, I draw your attention to the second
[4] page, B, "Proposed solution contradicts with what
[5] we were approved for, i.e. the option proposed by
[6] you is in conflict with what was approved by the
[7] Board. Please refer to the drawings approved by
[8] the Board."
[9]     Does that refresh your recollection
[10] as to whether you asked Triarch to make its
[11] designs consistent with what was approved by the
[12] board?
[13]    **A:** Triarch has to have this
[14] board-approved document. How can the — how can
[15] Triarch can work without this? This is a very
[16] important city —
[17]    **Q:** I understand?
[18]    **A:** — city rules.
[19]    **Q:** I'm asking whether reading this
[20] e-mail refreshed your recollection as to whether
[21] you ever instructed Triarch that their design had
[22] to be consistent with what the board had already
[23] approved?
[24]    **A:** I had only one very hard
[25] instruction, everything what they do has to be

Page 184

[1]                        **V. Voronchenko**
[2] legal for New York state law. That's it. Has to
[3] be legal. You know, I don't care what they did,
[4] but every step, every proposition has to be
[5] legal, city rules, board of director rules and
[6] sanitary rules, but it has to be legal, that's
[7] it.
[8]     **Q:** Do you recall whether you went back
[9] to Triarch after —
[10]    MR. MANDEL: Excuse me, withdrawn.
[11]    **Q:** Do you recall whether you went back
[12] to the building's board of directors after you
[13] terminated Triarch to get a second approval to do
[14] a different design?
[15]    **A:** I don't know about this. Of course,
[16] yes, I think how can we change the design without
[17] approval.
[18]    **Q:** But you don't recall specifically?
[19]    **A:** Of course not. But it just my — my
[20] thinking.
[21]    **Q:** Am I correct that your friend,
[22] Michael Kaufman, his daughter's name is Julie
[23] Kaufman?
[24]    **A:** Absolutely.
[25]    **Q:** And did you ever discuss this

Page 185

[1]                    *V. Voronchenko*
[2] project with Julie Kaufman?
[3]     MR. ISRAEL: Objection.
[4] You can answer.
[5]     A: You know, when we had dinner
[6] with — with Steve, Julia was with us. She
[7] joined us, but what we are talking about, what we
[8] spoking about four years ago, I don't remember.
[9]     Q: How about after that dinner, did you
[10] have any conversation with Julie Kaufman about
[11] this project?
[12]     A: I don't remember.
[13]     Q: Did Julie Kaufman ever ask you to
[14] terminate Triarch?
[15]     A: I don't remember.
[16]     Q: Did Julie Kaufman's father ever ask
[17] you to terminate Triarch?
[18]     A: To terminate Triarch?
[19]     Q: Yes.
[20]     A: Terminate is stop to work.
[21]     Q: To fire them, does that —
[22]     A: No, never. Oh, I understand. Julia
[23] never asked me about this and her father never
[24] asked me about this.
[25]     Q: And did — as the divorce was

Page 186

[1]                    *V. Voronchenko*
[2] happening or after the divorce was happening, did
[3] you have any discussion about this project with
[4] Michael Kaufman?
[5]     A: What do you mean, discussion about?
[6]     Q: Did he ever say to you —
[7]     A: Discussion like how is your deal,
[8] you mean this one, okay, or not okay. This is
[9] what was discussion?
[10]     Q: Yes, that would be discussion.
[11]     A: I don't remember.
[12]     Q: What, if anything, did Michael
[13] Kaufman tell you about the divorce of Stephen and
[14] Julie?
[15]     MR. ISRAEL: Objection.
[16]     A: This is too deep to the private life
[17] of the people, I don't even understand how can we
[18] discuss about this.
[19]     MR. ISRAEL: Why is it that you want
[20] to ask about this?
[21]     A: Divorce of two people, we will talk
[22] about their divorce?
[23]     Q: Well, let me ask a more general
[24] question. Did he tell you that it was a very bad
[25] divorce, without getting into specifics, just

Page 187

[1]                    *V. Voronchenko*
[2] generally, did he tell you that it was a very bad
[3] divorce?
[4]     A: I heard about this generally from
[5] different — our mutual friends and la-la-la, I
[6] heard about this.
[7]     Q: Earlier, I believe you testified
[8] that the divorce was one of the factors that led
[9] you to decide to terminate Triarch; is that
[10] correct?
[11]     A: It's not very important.
[12]     Q: You said —
[13]     A: It was not very important things for
[14] me. But before I feeled like obligation, you
[15] know, to continue to, and because I didn't want
[16] to make unhappy my friend, you know. After this,
[17] I did — I did what I wanted.
[18]     Q: But no one put any pressure on you
[19] to terminate Triarch?
[20]     A: No.
[21]     Q: And did you think that terminating
[22] Triarch would make Michael Kaufman happy?
[23]     MR. ISRAEL: Objection.
[24]     A: What do you think about — what do
[25] you think about this?

Page 188

[1]                    *V. Voronchenko*
[2]     Q: I don't know. I don't know what the
[3] dynamic was.
[4]     A: Put yourself in the place of my
[5] friend and tell me.
[6]     Q: Did it make you happy?
[7]     A: You will be happy if — are you
[8] happy something happened with person who make
[9] your daughter upset? I think you would be happy,
[10] I don't know about Michael Kaufman. I didn't
[11] know about this, but definitely I would be happy.
[12] But Kaufman, I don't know.
[13]     Q: You're saying that the fact that it
[14] might make Mr. Kaufman happy wasn't a factor in
[15] your decision to terminate —
[16]     A: I don't know.
[17]     Q: — Triarch?
[18]     A: I don't know, I never talked with
[19] him about this. By the way —
[20]     MR. ISRAEL: Wait, I just object to
[21] you mischaracterizing testimony.
[22]     You can continue. Let him ask you
[23] questions, and then you can answer his
[24] questions.
[25]     Q: I'm showing you what has been marked