Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 189

**V. Voronchenko**

[2] as Defendant's Exhibit 14, and you will see in
[3] the bottom there is an e-mail from Ms. Deiss to
[4] Ms. Kaufman saying, "Hi, how did your meeting go
[5] with V, hope everything is okay."
[6]     And then Ms. Deiss says in her
[7] response, "I think went pretty well, Vladimir
[8] seems to be pleased. Thanks for the wine the
[9] other night. It was delicious."
[10]     Do you recall having a meeting in
[11] mid-January 2009 with Ms. Deiss?
[12]     **A:** With whom?
[13]     **Q:** With Michaela Deiss, D-E-I-S-S?
[14]     **A:** In January?
[15]     **Q:** In January 2009.
[16]     **A:** I see it, I see it.
[17]     **Q:** And Michaela Deiss is Stephen's
[18] partners at Triarch, and she says, "I think it
[19] went pretty well. Vladimir seemed to be
[20] pleased." Were you pleased with how the project
[21] was going in 2009?
[22]     **A:** I don't remember. I never had
[23] dinner with Michaela Deiss. "Thanks for the wine
[24] the other night. It was delicious," about what
[25] they are talking?

Page 190

**V. Voronchenko**

[2]     **Q:** That second line might refer to —
[3]     **A:** Max — who is Max?
[4]     **Q:** Max is Michaela Deiss, that is her
[5] nickname.
[6]     **A:** Oh.
[7]     **Q:** That second line about the wine may
[8] be a reference to Michaela and Julie having wine,
[9] that is separate and apart from you having dinner
[10] or wine with anybody. But I have no further
[11] questions about this document.
[12]     **A:** How can I — how —
[13]     **MR. ISRAEL:** There is no question.
[14]     **A:** — I know what — what I just — how
[15] can I know about conversation between two ladies?
[16] You know.
[17]     (Plaintiff's Exhibit 43, e-mail
[18] dated January 16, 2009, marked for
[19] identification.)
[20]     **Q:** I've handed you what has been marked
[21] as Plaintiff's Exhibit 43. It is a January 16,
[22] 2009 e-mail from Michaela Deiss to Garry
[23] Braderman. Did you ever receive a construction
[24] cost estimate from Triarch?
[25]     **A:** No, I don't remember about this.

Page 191

**V. Voronchenko**

[2] You know why? Because how can we talk about, for
[3] example, the guest bath one, guest bath two if we
[4] never saw and we never made decision what we want
[5] to do there, what is tiles, vanity, toilet,
[6] mirror, exactly what, like a dream or what you
[7] are talking, powder room wallpaper, you see
[8] powder room is full room in the marble, like same
[9] marble like in the floor. And the — one of the
[10] walls.
[11]     **Q:** I understand. I think you answered
[12] my question. Thank you very much.
[13]     Here the total estimate is
[14] $1,273,800. Is that estimate more than should
[15] have been spent on this project?
[16]     **A:** I don't know.
[17]     **Q:** Was this estimate more than what
[18] Medallion was willing to pay for this project?
[19]     **A:** I don't know.
[20]     **Q:** Do you recall —
[21]     **MR. MANDEL:** Withdrawn.
[22]     (Plaintiff's Exhibit 44, four
[23] invoices from Triarch labeled invoices 1
[24] through 4, marked for identification.)
[25]     **Q:** I've handed you what has been marked

Page 192

**V. Voronchenko**

[2] as Plaintiff's Exhibit 44. It is four invoices
[3] from Triarch labeled invoices 1 through 4.
[4]     Have you ever seen any of these
[5] invoices before?
[6]     **A:** No, but — but very interesting
[7] situation.
[8]     **MR. ISRAEL:** Just answer his
[9] question, Vladimir, just answer his
[10] question.
[11]     **A:** It's 100 percent of the schematic
[12] design, no design, 100 percent, 20,000 I paid for
[13] nothing.
[14]     **Q:** Do you know how much time Triarch
[15] spent on this project?
[16]     **A:** I don't care. I don't care about
[17] this.
[18]     **Q:** Why don't you care?
[19]     **A:** Because they have some obligations,
[20] I have some obligations. How can — how can I
[21] know how much they spend time? The main question
[22] is not how much they spend time, what is the
[23] result of this, what is the result of this time?
[24] You think I stop — I paid him — I paid them
[25] amount and I stopped to work with them and I took

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 193

**V. Voronchenko**

[1]
[2] another designer for what? For to spend money
[3] more? Because another designer that came and
[4] saw, this isn't bad, this isn't bad, this is
[5] usual, like a doctors, and I have to pay again
[6] for — for everything.
[7]     Why I stop to work with them?
[8] Because it was no good work from Triarch. Only
[9] one reason why I did this, I didn't want to pay
[10] double for the same — for the same job. I see
[11] this description, 100 percent of schematic
[12] design, show me a hundred percent of schematic
[13] design. A hundred percent, not me put this, this
[14] number, hundred percent, you know, hundred
[15] percent, hundred percent is a hundred percent,
[16] this is all rooms. Has to be hundred percent,
[17] first of all computer — computer picture all the
[18] walls, ceilings and floor and — and plan where
[19] is the furniture, where are you putting
[20] this — this is a hundred percent. This is the
[21] first 20,000. 50 percent of design.
[22]     **Q:** Thank you. Let me just jump to the
[23] next question. Let me just jump to the next
[24] question. Did you ever object to any of these
[25] invoices at any point in time?

Page 194

**V. Voronchenko**

[1]
[2]     **MR. ISRAEL:** Objection.
[3]     **A:** What?
[4]     **MR. ISRAEL:** He wants to know if you
[5] ever objected to the invoices.
[6]     You mean him personally, obviously,
[7] right?
[8]     **MR. MANDEL:** Yes.
[9]     **A:** How — how —
[10]     **MR. ISRAEL:** He wants to know if you
[11] ever objected to any of these invoices, you
[12] personally, whether you objected to the
[13] invoices.
[14]     **Q:** Do you know the word "objected"?
[15]     **A:** No, not really.
[16]     **Q:** Okay. Did you ever call or e-mail
[17] Triarch to complain about these invoices to say
[18] these invoices are wrong or these invoices are
[19] unfair or they didn't work?
[20]     **A:** No, it was never — not my job, I
[21] didn't see these invoices.
[22]     **Q:** Whose job was it to do that?
[23]     **A:** Moscow, Russian company.
[24]     **Q:** What —
[25]     **A:** Russian company.

Page 195

**V. Voronchenko**

[1]
[2]     **Q:** Medallion?
[3]     **A:** No, Filip Vuckovic.
[4]     **Q:** Libracon?
[5]     **A:** Libracon.
[6]     **Q:** It was Libracon's job to object to
[7] the invoices?
[8]     **A:** Yes.
[9]     **Q:** Are you aware of anyone at Libracon
[10] objecting or complaining about the invoices?
[11]     **MR. ISRAEL:** Objection.
[12]     **A:** I don't remember, I don't remember.
[13]     **Q:** As you're sitting here today, do you
[14] know of anyone complaining about or objecting
[15] about the invoices?
[16]     **MR. ISRAEL:** Him personally, you're
[17] not asking if he spoke to Medallion?
[18]     **MR. MANDEL:** My question stands,
[19] I'll reask it.
[20]     **Q:** Sitting here today, do you have any
[21] recollection of anyone ever — anyone from
[22] anywhere ever complaining about or objecting to
[23] any of the Triarch invoices?
[24]     **A:** Me personally?
[25]     **Q:** I want to know if you know of anyone

Page 196

**V. Voronchenko**

[1]
[2] complaining about the invoices? You said that
[3] you didn't complain about them, but I want to
[4] know did you know whether Filip complained about
[5] them or Mr. Braderman complained about them or
[6] anyone complaining about these invoices?
[7]     **A:** I don't know. I don't know. I
[8] don't know. They ask to pay hundred 3,000 for
[9] job what you showed me. Not bad. The result is
[10] answer for your question, the result is answer
[11] for your question.
[12]     **Q:** So you're saying —
[13]     **A:** Has he complain if people — if
[14] people didn't pay.
[15]     **Q:** Did you have to authorize payment
[16] before Triarch was paid?
[17]     **A:** Before what?
[18]     **Q:** Before Medallion paid Triarch, did
[19] you have to —
[20]     **A:** No, it was deal of — deal
[21] of — they're very professional people because
[22] they're building.
[23]     **MR. MANDEL:** Can we mark this one,
[24] please.
[25]     (Plaintiff's Exhibit 45, e-mail of

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

[1]                     *V. Voronchenko*
[2] January 21, 2009, marked for
[3] identification.)
[4]     **Q:** I show you what has been marked as
[5] Plaintiff's Exhibit 45, it is a January 21, 2009
[6] e-mail from Mr. Braderman to Mr. Corelli. I'll
[7] read it, "Sorry for not getting back to you last
[8] night, I was in bed all day. Spoke to Vladimir.
[9] He did not authorize the payment yet. Has asked
[10] for a few more days. I'm off to Geneva this
[11] afternoon, will see him tomorrow and discuss it
[12] again."
[13]     **A:** It's normal because Libracon has to
[14] check it, you know, all payments. If Libracon
[15] didn't check, if Libracon tell — tell us, okay,
[16] I always agree with Libracon. If Libracon
[17] not — not agree with this, not authorized.
[18]     **Q:** So you would — if Mr. Braderman
[19] checked with you and you would check with
[20] Libracon?
[21]     **A:** No, no. Mr. Braderman ask
[22] me — Mr. Braderman is not professional builder,
[23] he just — he just person. He helped to do this
[24] project very short time, short period of time,
[25] short time, you know. He doesn't — he doesn't

[1]                     *V. Voronchenko*
[2] have salary from — from —
[3]     **Q:** Medallion?
[4]     **A:** — Medallion. They just ask him to
[5] be like representative for him to sign some
[6] papers, and this is it. And to send some — some
[7] documents between someone.
[8]     **MR. ISRAEL:** He's not asking about
[9] that, just answer the questions.
[10]     **THE WITNESS:** Okay, okay.
[11]     **Q:** Was Mr. Braderman compensated in any
[12] way for the work he performed on this project?
[13]     **A:** No. No.
[14]     **Q:** And nothing about Plaintiff's
[15] Exhibit 45 changes your testimony about whether
[16] you had to approve a payment to Triarch before it
[17] was made?
[18]     **A:** The main approved this is the
[19] Libracon job, Libracon job. My approval works,
[20] Libracon told me everything is okay, okay, if not
[21] okay, not okay. The final decision is — this is
[22] a Libracon decision, because they're — they are
[23] more than a hundred percent professional, they
[24] understand this much better than I understand.
[25] They want to pay, they want to pay. If they

[1]                     *V. Voronchenko*
[2] don't pay, they don't want to pay.
[3]     (Plaintiff's Exhibit 46, letter
[4] dated January 27, 2009, marked for
[5] identification.)
[6]     **Q:** Plaintiff's Exhibit 46 is a January
[7] 27, 2009 letter from Robert G. Wise to Stephen
[8] Corelli. Have you ever seen this document
[9] before, Mr. Voronchenko?
[10]     **A:** I didn't see any documents before.
[11] What does it mean?
[12]     **Q:** I'll just read to you one portion of
[13] it. I'm going to read the beginning of the third
[14] sentence beginning on the third line, "Triarch
[15] was obtained on the express understanding that it
[16] would complete the project, including
[17] construction, on or before December 31, 2008."
[18] Is that a statement true?
[19]     **A:** "Triarch was retained on the express
[20] understanding that they would complete the
[21] project." "Triarch was retained," what does that
[22] mean?
[23]     **Q:** Hired.
[24]     **A:** Fired?
[25]     **Q:** Opposite of fired. Their services

[1]                     *V. Voronchenko*
[2] were purchased.
[3]     **A:** I need to translate this document.
[4]     **Q:** Let me see, I definitely didn't see
[5] this. This is the most important. This
[6] basically says, so this suggests, this suggests
[7] that the deal was, the deal between Triarch and
[8] Medallion, was that construction on the project
[9] would be complete by December 31, 2008.
[10]     **A:** It has to be —
[11]     **MR. ISRAEL:** Objection, objection.
[12] I don't know if you finish, I don't know if
[13] you finished asking your questions, go
[14] ahead finish, and then I'll make my
[15] objections, sorry about that.
[16]     **Q:** This says that the deal between
[17] Triarch and Medallion was that construction on
[18] the apartment would be complete.
[19]     **A:** Finish?
[20]     **Q:** Finished by December 31, 2008. Was
[21] that the deal between Triarch and Medallion?
[22]     **MR. ISRAEL:** Objection.
[23] You can answer, if you understand.
[24]     **A:** I don't know about this one. I
[25] don't know the reason letter.

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 201

[1]                     *V. Voronchenko*
[2]     **Q:** I'm not asking about the letter
[3] generally. You can set the letter completely
[4] aside. I'm just asking you was the deal between
[5] Triarch and Medallion that construction would be
[6] complete by December 31, 2008?
[7]     **A:** It's true, I mean their
[8] understanding that Medallion would give — would
[9] give its written approval of schematic design of
[10] each aspect of the project before construction
[11] drawings of aspect, when prepared, it's correct.
[12]     **Q:** I want to ask you specifically,
[13] because you read a different portion, which I'm
[14] not asking about, and I want to ask my question
[15] one more time so I could get a clear answer. Was
[16] the deal between Triarch and Medallion that
[17] construction on the project would be completed on
[18] December 31, 2008?
[19]     **MR. ISRAEL:** Objection.
[20] You can answer.
[21]     **A:** I don't — I don't understand about
[22] what this letter, I mean —
[23]     **Q:** Let me suggest we set aside the
[24] letter. Forget about the letter.
[25]     **A:** Yes.

Page 202

[1]                     *V. Voronchenko*
[2]     **Q:** Was the deal between Triarch and
[3] Medallion that construction on the apartment
[4] would be complete by December 31, 2008?
[5]     **MR. ISRAEL:** Objection.
[6]     **Q:** You're shrugging your shoulders. Do
[7] you not know one way or the other?
[8]     **A:** Listen, I want to tell you, no, you
[9] tried to put me in the middle all the time, you
[10] know, put my — put me — I didn't — I
[11] didn't — I didn't — I am not in the middle of
[12] this process, you know. It was one company who
[13] was responsible for all of this project. This is
[14] Filip Vuckovic, which company, Filip Vuckovic is
[15] Libracon, they spoke about time, about this,
[16] about that. And, you know, I — I spent a lot of
[17] time for design, but I never was involved in all
[18] of this paperwork and this, this, this. I made
[19] decision during one hour to stop to work with
[20] Triarch, it was a lot of the complaints, a lot of
[21] complaints first of all from Libracon's side.
[22]     **Q:** I'm just asking about one — I
[23] understand.
[24]     **A:** I just don't know why they put
[25] it — I don't even remember about the date, you

Page 203

[1]                     *V. Voronchenko*
[2] know.
[3]     **Q:** SO you don't know one way or the
[4] other —
[5]     **A:** No.
[6]     **Q:** — whether Triarch and Medallion
[7] agreed that construction on the apartment would
[8] be done, be completed by December 31, 2008?
[9]     **A:** I don't know this. I don't know.
[10] If they put this number, maybe they have that
[11] agreement, I don't know, because this is Robert
[12] Wise, he's a lawyers, he is a lawyer that put
[13] some numbers. He has some reasons to put the
[14] numbers, he put these numbers, which I think
[15] is — they had some agreement before December 31,
[16] I don't know why he — why he —
[17]     **Q:** When you were —
[18]     **A:** — sending this information.
[19]     **Q:** When you were working on the
[20] project, did you understand that you were working
[21] on behalf of Medallion?
[22]     **A:** When who worked?
[23]     **Q:** When you were working the project?
[24]     **A:** When we working?
[25]     **Q:** Yes. When you were working on the

Page 204

[1]                     *V. Voronchenko*
[2] project, did you understand when you were saying
[3] this design is okay and this design is no good
[4] and this design needs to be changed A, B, C and
[5] D —
[6]     **A:** Yeah.
[7]     **Q:** — did you understand that you were
[8] making those decisions on behalf of Medallion?
[9]     **A:** Who — who make decision?
[10]     **Q:** You make the decision?
[11]     **A:** Very often I make decision. Very
[12] often I make decision of Libracon.
[13]     **Q:** Sometimes Libracon made decisions,
[14] sometimes you made decisions?
[15]     **A:** I make decision only about view of
[16] these things.
[17]     **Q:** Only about the design?
[18]     **A:** I make decision only about design
[19] and about materials, that's it for me. It was
[20] important for me to see all the pictures, you
[21] know, several times asked me, do you need the
[22] pictures? Of course I need the picture, because
[23] pictures is the main — this is the key to make
[24] decision, the pictures, not the — not the
[25] drawings, because the drawings is a dead

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 205

[1] V. Voronchenko
[2] material.
[3] MR. ISRAEL: The problem — I have
[4] an objection, and I don't want to make a
[5] speaking objection. But maybe I can
[6] explain, he testified before about how he
[7] came about to be involved in the project
[8] and he said what he was doing in the
[9] project. But you're asking a question now
[10] that suggests a legal conclusion, and he's
[11] not a lawyer. If you're saying he's doing
[12] something on behalf of somebody, that
[13] suggests legal authority. He already
[14] testified why he was doing it, how he came
[15] to do it and so on.
[16] MR. MANDEL: I understand.
[17] MR. ISRAEL: So I'm objecting
[18] because you're asking a legal objection
[19] about authority —
[20] MR. MANDEL: Understood, understood.
[21] MR. ISRAEL: — which he's not
[22] equipped to answer.
[23] A: I tried to help you, but I don't
[24] know how.
[25] Q: I understand, you're trying to

Page 206

[1] V. Voronchenko
[2] answer the questions as best you can. I can see
[3] that you're trying to answer the question. I see
[4] that.
[5] A: I'm trying to explain you something,
[6] I tried to show you my — my emotion, you know,
[7] very often, sorry, I can't tell you anything
[8] because I don't know.
[9] Q: Mr. Vekselberg wanted you to make
[10] the design decisions —
[11] A: Me.
[12] Q: — for Medallion, right?
[13] He couldn't care about design. He
[14] wanted you to make the apartment beautiful. He
[15] wanted you to make it so it would be easy for you
[16] to sell it?
[17] A: He didn't ask me about what is the
[18] model and what is the style, he doesn't — he
[19] doesn't care about this.
[20] Q: Has he ever been to the apartment?
[21] A: Yes.
[22] Q: What did he think about it when he
[23] saw it?
[24] A: Nice.
[25] Q: What did you think of the apartment

Page 207

[1] V. Voronchenko
[2] now that it's done?
[3] A: Me?
[4] Q: Yes.
[5] A: Finally nice. I think Steve has
[6] maybe opposite feeling as usual, 100 percent he
[7] told me oh, shit, I can make better, but it's, of
[8] course, this is like this. Every designer and
[9] decorator and every doctors always — doctors
[10] always tell like this, I can make better, you
[11] know, because I am doctor in my education.
[12] MR. ISRAEL: Lawyers seem to do it
[13] too.
[14] THE WITNESS: Huh?
[15] MR. ISRAEL: Lawyers seem to do it
[16] too.
[17] THE WITNESS: Oh, yeah, yeah, yeah.
[18] Q: Did you ever show the book of images
[19] that Triarch gave to you which you testified
[20] about earlier today, did you ever show that book
[21] to Mr. Kaufman?
[22] A: I think no. I think no.
[23] Q: I'm handing you a copy of
[24] Defendant's Exhibit 21.
[25] MR. ISRAEL: Thank you.

Page 208

[1] V. Voronchenko
[2] Q: On the bottom portion of this, it's
[3] an e-mail from Ms. Kaufman to Michaela Deiss, and
[4] I'm going to start with the second sentence, "You
[5] yourself told me the last few meetings went very
[6] well and he did as I told you, showed the book to
[7] my parents and at the dinner party for his wife
[8] only two weeks ago. I called my cousin in Moscow
[9] since she works directly underneath him to see if
[10] she had any thoughts. She said that Vladimir
[11] often sends out a letter from an attorney
[12] threatening that he is unhappy and people are not
[13] listening to him."
[14] So does this refresh your memory or
[15] your recollection as to whether you showed the
[16] book to Julie Kaufman's mother or father?
[17] A: Just one moment. "Vladimir did not
[18] do anything then and their friendship would not
[19] come between" — by all accounts from him to my
[20] family and from you seems we are — I know you
[21] feel very much in the middle of this and — and
[22] I — and — and it's not easy, well, I'm not
[23] sure — Steve and their friends — future is the
[24] only good thing he has left me — listen, you
[25] want — you want to — you want me to try to be

Page 209

**V. Voronchenko**

[1]
[2] involved in this — you know, I don't know how
[3] it's called, this is a relations between husband
[4] and wife and ex-wife, partners, you know, it's
[5] always like this. I can't be responsible for —
[6] for — for these things — for these things, you
[7] know.
[8]    **Q:** I'm understand. I'm just asking a
[9] very specific question, whether this helps you
[10] remember whether, in fact, you did show Triarch's
[11] book —
[12]    **A:** No, I don't remember. As I
[13] remember, I never saw Triarch's book to
[14] Mr. Kaufman. You know as — as I remember, ask
[15] Mr. Kaufman about.
[16]    (Plaintiff's Exhibit 47, three-page
[17] document, marked for identification.)
[18]    **Q:** I've shown you what has been marked
[19] as Plaintiff's Exhibit 47. It's an e-mail chain,
[20] the second from the top e-mail is an August 19,
[21] 2010 e-mail from Katherine to Oxana Dugina,
[22] D-U-G-I-N-A. "I've asked Italians to send me all
[23] revised files a few times in the last months. I
[24] received an e-mail from Filip to e-mail him" —
[25]    **A:** From whom?

Page 210

**V. Voronchenko**

[1]
[2]    **Q:** — "and not Alessandra about it and
[3] I did and they never answered, so no, I have no
[4] revised drawings from Italians and it would be
[5] nice if I could have them."
[6]    Did there come any point in time
[7] when the Italian factory stopped responding to
[8] requests for information?
[9]    **A:** I don't understand the questions.
[10]    **Q:** Sure. Filip, the reference to Filip
[11] may be Filip from Libracon or it may not be?
[12]    **A:** Who is Katherine?
[13]    **Q:** Katherine — it says Katherine's
[14] address is at Pepe Calderin's design, so she may
[15] be from Pepe Calderin's office?
[16]    **A:** To Oxana.
[17]    **Q:** It seems she's trying to get
[18] information from the Italians and Libracon and
[19] she's having trouble. So I was going to ask, was
[20] there ever a point in time when the Italian
[21] factory stopped responding to requests of
[22] information or stopped working on the project?
[23]    **A:** Italians stopped working on the
[24] project.
[25]    **Q:** Yes. Did that ever happen?

Page 211

**V. Voronchenko**

[1]
[2]    **A:** No. From what is it?
[3]    **Q:** Was there ever any dispute with the
[4] Italians?
[5]    **A:** No, it was everything okay with the
[6] Italians.
[7]    **Q:** There was no time in which Medallion
[8] was not paying the Italians?
[9]    **A:** For what is it?
[10]    **Q:** I wouldn't know, I'm asking. So as
[11] far as you're aware, there was never any dispute
[12] with the Italians of any kind?
[13]    **A:** No, no.
[14]    **MR. MANDEL:** No further questions
[15] about that exhibit.
[16]    **Q:** Have you heard of the company called
[17] D Group?
[18]    **A:** D Group?
[19]    **Q:** Yes. Just the letter D, space,
[20] Group, G-R-O-U-P.
[21]    Does Mr. Braderman speak Russian?
[22]    **A:** Very well.
[23]    **Q:** Is he from Russia?
[24]    **A:** Yes.
[25]    (Plaintiff's Exhibit 48, document

Page 212

**V. Voronchenko**

[1]
[2] bearing Bates numbers MED 433 - MED 439,
[3] marked for identification.)
[4]    **Q:** Plaintiff's Exhibit 48 is an e-mail
[5] with an attachment. It begins on Bates number
[6] page MED 433 and continues through MED 439.
[7]    Do you recognize this document,
[8] Mr. Voronchenko?
[9]    **A:** No.
[10]    **Q:** Is this the contract between
[11] Medallion and Libracon?
[12]    **A:** I don't know.
[13]    **MR. ISRAEL:** This must be it.
[14]    **A:** Oh, it's maybe, but the idea, I
[15] never saw this. Where is the signature? It
[16] seems to be contract.
[17]    **Q:** Do you know when this contract was
[18] dated?
[19]    **A:** No. No idea.
[20]    **Q:** How about on the top — on the
[21] second page of this exhibit, on the top line, is
[22] there a date?
[23]    **A:** Second page?
[24]    **Q:** Right here.
[25]    **MR. MANDEL:** Wait a minute, your

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 213

[1] **V. Voronchenko**
[2] exhibit is different than mine. This is a
[3] problem. His copy is missing a page, is
[4] yours missing a page? Page 434 is missing
[5] from this copy.
[6] **MR. ISRAEL:** It's missing from mine
[7] too.
[8] **MR. McKEE:** Mine too.
[9] **MR. MANDEL:** I am going to hunt up
[10] my copy.
[11] **Q:** I'm handing you a document that is
[12] not Plaintiff's Exhibit 48, and at the top of
[13] that page that I'm pointing to, is that a date?
[14] **A:** I don't know. Show me again.
[15] **MR. McKEE:** What is this supposed to
[16] run through? What is the last page?
[17] **MR. MANDEL:** 439.
[18] **MR. McKEE:** Where is the signature
[19] blocks?
[20] **MR. MANDEL:** I don't know. This is
[21] what I got.
[22] **MR. ISRAEL:** Which means this is
[23] what I got.
[24] **A:** It can — it can be several
[25] contracts, because why you say you have the

Page 214

[1] **V. Voronchenko**
[2] project of February of 2008 from Libracon on this
[3] apartment and I signed several contracts about
[4] this. You showed me 1st of October 2008, but a
[5] lot of nice, beautiful project it was February
[6] 2008. I can't tell you anything about this.
[7] **Q:** Well, I don't speak Cyrillic. Do you
[8] know what the scope of services in this contract
[9] is supposed to be?
[10] **A:** I'm just wondering what you see.
[11] Sorry, what?
[12] **Q:** What services was Libracon supposed
[13] to provide to Medallion in this contract?
[14] **A:** Let's see, let's read about this.
[15] **MR. ISRAEL:** I just want one point,
[16] if he's going to give you what his idea of
[17] what this says, he's not an official
[18] translator.
[19] **MR. MANDEL:** Agreed.
[20] **MR. ISRAEL:** I just want to point
[21] out that we don't know that we're going to
[22] be getting perfect interpretation.
[23] **MR. MANDEL:** I agree.
[24] **A:** Now I understood. When I took the
[25] Triarch, you know, they sended this new agreement

Page 215

[1] **V. Voronchenko**
[2] that Libracon will official continue this project
[3] together with Triarch, this is a means of this
[4] document, you know.
[5] **Q:** So that document was entered into
[6] when Triarch began work on the project?
[7] **A:** Yes. This is a document
[8] when — their — their obligation was to make
[9] this deal together with Triarch, you know,
[10] because when we worked with Libracon before
[11] Triarch, and I gave Triarch all documentation
[12] from Libracon, included all this pictures and
[13] projects and la-la-la-la-la-la-la, you know.
[14] And — but when I took the Triarch,
[15] I took official Libracon to — to — to do this
[16] to get — they do this, they do the job of
[17] Triarch, Libracon, because if you check all
[18] American market, you know nobody take two or
[19] three companies for one project. It was all of
[20] this obligation of Libracon is — obligation of
[21] Triarch.
[22] I just try to help Triarch and
[23] that's it, I spent additional money, but all of
[24] this was Triarch obligation. Libracon — Triarch
[25] has to pay Libracon for their job, you know, what

Page 216

[1] **V. Voronchenko**
[2] but I paid for Triarch, because you see my
[3] contract with Triarch, not anyone questioned
[4] about additional companies who has to work — who
[5] has to work with Triarch. Everything is
[6] obligation of Triarch. This is like my stupid
[7] present for them.
[8] **Q:** Thank you. Who is Sergey
[9] Voronchenko?
[10] **A:** My son.
[11] **Q:** And did he work on this project at
[12] all?
[13] **A:** Not really. No, it's hundred people
[14] tried to help to this project without any reason
[15] and without any money, hundred people. People
[16] tried to help to everybody.
[17] (Plaintiff's Exhibit 49, one-page
[18] document dated May 29, 2012, marked for
[19] identification.)
[20] **MR. McKEE:** Were is this? 49.
[21] **A:** What is the question? Tempora, who
[22] is Tempora?
[23] **Q:** Tempora is a name of an Italian
[24] company who may be the Italian company that you
[25] have been referring to today as the Italian

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 217

[1]                    *V. Voronchenko*
[2] factory, or it may not be, I just don't know.
[3]      So who is Robert Wise?
[4]      **A:** Robert Wise is a lawyer.
[5]      **Q:** And what role does — what —
[6]      **A:** He's working for Medallion.
[7]      **Q:** And would he pay Medallion's bills?
[8]      **A:** Yes.
[9]      **Q:** Why did a lawyer play that role?
[10]      **A:** Because Medallion sent money
[11] for — first they cleared it here of the process,
[12] that's it, and better calculation. Medallion
[13] send the money to escrow account of lawyer and
[14] lawyer pays the — everybody. It's model
[15] convenient for Medallion, not for me; for me it
[16] doesn't matter how it's paid.
[17]      But I ask my son before to send
[18] invoices to Medallion, bookkeeper team to check
[19] and to see how it's look.
[20]      **Q:** And other than sending invoices,
[21] what role did Sergey play on this project?
[22]      **A:** Just to see. He's very well
[23] educated guy and to see the invoices before to
[24] send to Medallion and ask him to help me with
[25] this, because I feel responsibility for

Page 218

[1]                    *V. Voronchenko*
[2] clear — clear situation with all of these
[3] things, you know.
[4]      My son has huge business, and he is
[5] very successful business, but this is not his
[6] level of the job, he's almost 39 years old.
[7]      (Plaintiff's Exhibit 50, two-page
[8] document, marked for identification.)
[9]      **Q:** I've handed you what has been marked
[10] as Plaintiff's Exhibit 50, it is an e-mail, the
[11] second e-mail in the chain, it's two pages, but
[12] the second e-mail on the chain is from Ceranic,
[13] C-E-R-A-N-I-C, Dejan, D-E-J-A-N, to Pepe
[14] Calderin. And it's dated August 3, 2009, and
[15] I'll read part of it Mr. Filip Vuckovic, company
[16] Libracon from Moscow, the site in New York is
[17] ready for us to come and take all measurements
[18] necessary for our production.
[19]      **A:** And the question is? What was the
[20] question?
[21]      **Q:** Do you know when Mr. Dejan came to
[22] New York to take measurements of the apartment?
[23]      **A:** I don't know. Definitely —
[24] definitely after Triarch, definitely after
[25] Triarch situation, because he send it to Pepe

Page 219

[1]                    *V. Voronchenko*
[2] Calderin, Inc.
[3]      **Q:** Right.
[4]      **A:** And he came to measure, I know
[5] during — during the — my work with Triarch, we
[6] didn't move or anything, even the Italian company
[7] came to make the measurement with Pepe Calderin,
[8] it happened when it happened, what day —
[9]      **Q:** Got you.
[10]      **A:** — June, June 1st.
[11]      **Q:** This e-mail was sent August 3, 2009?
[12]      **A:** Yeah.
[13]      **Q:** Yes?
[14]      **A:** Only 2009, only 2009.
[15]      **Q:** So you terminated —
[16]      **A:** Can you imagine how many time I lost
[17] with this — with this Triarch company.
[18]      **Q:** Well, you terminated Triarch in
[19] January 2009, so —
[20]      **A:** Yeah.
[21]      **Q:** This seems to indicate that it took
[22] Mr. Calderin until August of 2009 to get his
[23] designs completed.
[24]      **A:** Eight months, you can imagine, eight
[25] months.

Page 220

[1]                    *V. Voronchenko*
[2]      **Q:** So did it take Mr. Calderin eight
[3] months to get the designs to you?
[4]      **A:** He worked very hard with design.
[5] Not only design, but he works with all what you
[6] saw in apartment, not only design.
[7]      **Q:** He helped in all aspect of the
[8] renovation and decoration, correct?
[9]      **A:** Yes, of course he has, yes.
[10]      **Q:** I'm just trying to understand.
[11] Earlier you testified that —
[12]      **A:** He did all the job of Triarch
[13] company.
[14]      **Q:** Right.
[15] Earlier you testified that
[16] Mr. Calderin completed his work within a few
[17] weeks, and I want to understand from this e-mail,
[18] this e-mail makes it look like it may have taken
[19] at least seven months from the time you fired
[20] Triarch to the time you had designs from
[21] Mr. Calderin.
[22]      **MR. McKEE:** Note my objection to
[23] form.
[24]      **MR. ISRAEL:** Note my objection I'm
[25] not sure he did testify to that. If he

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 221

**V. Voronchenko**

[1]
[2] did, he did.
[3]    Did you get his question now that
[4] he's asking you.
[5]    **A:** It's very unusual question.
[6] Why — why it's long time? I don't know why long
[7] time, because it's — it's the process, it is a
[8] very hard job to find every detail, every small
[9] things, you know.
[10]    The main difficulties is not to
[11] build the walls, it's main difficulties is to
[12] find the right items for that part, this is the
[13] main things for the —
[14]    **Q:** Was there some reason the Italian
[15] companies' invoices would have been put on
[16] Libracon's — onto Libracon's invoices?
[17]    **A:** The reason to Italian invoices, to
[18] send to Libracon invoices?
[19]    **Q:** Yes. Would there have been some
[20] reason why Libracon would have added the Italian
[21] factories' fees to Libracon's invoices?
[22]    **MR. McKEE:** Can I have that question
[23] read back, please.
[24]    (The record is read.)
[25]    **MR. ISRAEL:** Did they do that?

Page 222

**V. Voronchenko**

[1]
[2]    **MR. MANDEL:** I don't know. I am
[3] going to get to an exhibit in a minute, but
[4] I want to see if we're wasting our time.
[5]    **A:** No, no comment.
[6]    **Q:** You don't know one way or the other?
[7]    **A:** I don't know about — about
[8] what — I don't know about what you are talking.
[9]    (Plaintiff's Exhibit 51, document
[10] bearing Bates numbers MED 442 and MED 443,
[11] marked for identification.)
[12]    **Q:** Plaintiff's Exhibit 51. Plaintiff's
[13] Exhibit 51 is two pages, it begins on Bates
[14] number page MED 442 and continues to 443.
[15]    And there Sergey Voronchenko or
[16] Filip — excuse me, Mr. Vuckovic is sending an
[17] e-mail to Mr. Sergey Voronchenko saying I'm
[18] sending you some invoices from Tempora from my
[19] name, as you see.
[20]    **A:** And what?
[21]    **Q:** So do you have any understanding as
[22] to why Tempora's invoices would have been added
[23] to Libracon's invoices?
[24]    **A:** Because Libracon has to check the
[25] Tempora invoice, because nobody saw Tempora

Page 223

**V. Voronchenko**

[1]
[2] except Libracon. Tempora is a company of
[3] Libracon, it means they find this company. I was
[4] very upset with this because Italian
[5] produce everything for New York apartment, it's
[6] ridiculous.
[7]    **Q:** Did Tempora produce any materials
[8] that were not used for the apartment?
[9]    **A:** Did Tempora?
[10]    **MR. ISRAEL:** Objection, calls for
[11] speculation.
[12]    If you know the answer you can
[13] answer.
[14]    **A:** Tempora produced —
[15]    **Q:** — some materials that wound up not
[16] being used?
[17]    **MR. ISRAEL:** Did it send over any
[18] materials, right, did he provide any
[19] materials to Medallion, not that it
[20] produced materials because he wouldn't
[21] know — no one would know whether it did.
[22]    **Q:** I mean, what I'm getting at is
[23] did — after the Italian factory was sent the
[24] designs, and after they produced the designs that
[25] they were sent —

Page 224

**V. Voronchenko**

[1]
[2]    **A:** Yes.
[3]    **Q:** — did anything in the design change
[4] such that the materials that the Italian factory
[5] had created were no longer going to be used in
[6] the project?
[7]    **MR. ISRAEL:** Objection. I can't
[8] imagine he can get that one, I don't get it
[9] either.
[10]    **A:** We change — we change something
[11] during the process.
[12]    **Q:** During the construction process?
[13]    **A:** Yes.
[14]    **Q:** What did you change during the
[15] construction process?
[16]    **A:** I don't remember, but something, we
[17] changed the doors, we changed some of
[18] the — another elements, and then produced
[19] something, but it was wrong and/or we made
[20] another decision to change the design because it
[21] happened, and they produced new one because we
[22] cancel previous one.
[23]    **Q:** And did they charge you for the old
[24] ones?
[25]    **MR. ISRAEL:** Who, Libracon? The

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 225

**V. Voronchenko**

[1]
[2] Italians?
[3] **Q:** The Italian factory.
[4] **A:** Of course, they charge for
[5] everything.
[6] **Q:** Did you make a lot of things change
[7] in the design over the course?
[8] **A:** I don't remember. Please. Please.
[9] **MR. ISRAEL:** Give him a break.
[10] **A:** Please, I don't need — I don't need
[11] break but no, it's you — I tried to help you
[12] but —
[13] **Q:** Look, Mr. Voronchenko —
[14] **A:** Yes.
[15] **Q:** — it's perfectly okay to not know
[16] the answer to some of these questions, and if you
[17] don't know the answer you shouldn't make up the
[18] answer, you shouldn't guess.
[19] **A:** No, no. I don't want to — I don't
[20] want to tell you no, no, no. I tried to help
[21] you, you know. I can — to take the position
[22] from every question to tell you, no, no, but I
[23] tried to help you, no, I'm not looking through
[24] you like this.
[25] **Q:** Okay, was there any palisander wood

Page 226

**V. Voronchenko**

[1]
[2] in the foyer?
[3] **A:** No palisander wood in the foyer. We
[4] changed completely this idea.
[5] **Q:** Did the Italian factory manufacture
[6] the palisander wood for the foyer?
[7] **A:** I don't remember.
[8] (Plaintiff's Exhibit 52, document
[9] bearing Bates numbers MED 367 - MED 380,
[10] marked for identification.)
[11] **Q:** I'm handing you what has been marked
[12] as Plaintiff's Exhibit 52. It begins on Bates
[13] MED 367 and continues through MED 380 and I would
[14] like to draw your attention to 370.
[15] **A:** 370? Oh, 370, and what?
[16] **Q:** And it says on the top of the page,
[17] it says for "palisander," and it gives different
[18] elevations and it appears that they created — I
[19] don't want to put words in your mouth.
[20] **A:** I don't want to see this, no
[21] palisander in foyer.
[22] **Q:** Was Medallion billed for palisander
[23] wood for the foyer?
[24] **A:** I don't know, I don't know.
[25] **Q:** I only have questions about two

Page 227

**V. Voronchenko**

[1]
[2] pages, it is a long exhibit. I just have
[3] questions about two page. I ask you to take a
[4] look at this page —
[5] **A:** Which one?
[6] **Q:** 370.
[7] **MR. ISRAEL:** It looks like it's an
[8] estimate, though, isn't it?
[9] **MR. MANDEL:** Is it?
[10] **MR. ISRAEL:** It says, in the front,
[11] "Estimate." So if it's an estimate, it
[12] might just be projecting what these — I'm
[13] just guessing.
[14] **MR. MANDEL:** It's a very good point.
[15] **Q:** Do you know if this was an estimate
[16] or this was a final invoice?
[17] **A:** Who knows? See, I see first time
[18] all of these things, you ask from wrong — from
[19] wrong person, you know.
[20] **Q:** Mr. Braderman would know about this,
[21] right?
[22] **A:** He definitely know.
[23] **Q:** He won't know about this stuff?
[24] **A:** Mr. Braderman lived this project in
[25] this time, he'll know.

Page 228

**V. Voronchenko**

[1]
[2] **Q:** Let me ask you a more general,
[3] bigger picture question, which might be better
[4] for you. Am I correct that you made a lot of
[5] changes to the designs over the course of the
[6] several years that you were working on this
[7] project?
[8] **A:** Of course.
[9] **Q:** And did some of those changes slow
[10] down the process of getting the job done?
[11] **A:** You know, we made all the decision
[12] with Pepe very short. After this I am not
[13] interested of this project anymore, I didn't on
[14] this project until it was finished, I was very
[15] angry and I was very upset with this project, and
[16] I didn't want him to hear about this project in
[17] general, I wanted to tell him like a friend.
[18] **Q:** Why were you upset about the
[19] project?
[20] **A:** Because I don't — didn't
[21] understand. You know, sometimes when you started
[22] to do some things, one thing goes very well
[23] another — but sometimes in your life you try to
[24] do something, you know, and from the first step
[25] it is shit, you know, from the first step it's

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 229

V. Voronchenko

[2] shit. And all of this project is shit until now,
[3] until today. Every day, every month, every year.
[4] And very, very frankly speak.
[5]   MR. ISRAEL: You should also look at
[6] 379, because it says at the bottom, "will
[7] be charged separately," so it is
[8] suggesting, at least to me, that it is
[9] using future — that language suggests that
[10] it is talking about something that would
[11] happen in the future, bottom of 379.
[12]   MR. MANDEL: Sure.
[13]   Q: So just to be clear, is it your
[14] testimony that after Mr. Calderin figured out the
[15] design that you didn't make any changes to it
[16] after the fact? I thought —
[17]   A: Small, small, small. We change last
[18] time some doors, some panel, because we made some
[19] mistake, and the Italian people made some
[20] mistake. It's like — like — as I remember, you
[21] know. Because I remember we changed the doors,
[22] some doors. I don't even remember for what
[23] reason, but I remember we changed. Somebody, to
[24] put another way, left to right, or something like
[25] this, it's mistake. It's mistake, human mistake.

Page 230

V. Voronchenko

[2] And some sizes it was mistake, some sizes,
[3] telling people bring this from Italy and put
[4] this — somebody made mistake. That's it.
[5]   Q: Do you think —
[6]   MR. MANDEL: Withdrawn.
[7]   Q: On this project you were, in a
[8] sense, the client, because you were going to be
[9] living in the apartment. Do you think — some
[10] clients are easy to work with, some clients are
[11] difficult to work with, there is a spectrum or,
[12] you know, a range.
[13]     Do you think you're on the more
[14] difficult side of the spectrum or the more easy
[15] side of the spectrum?
[16]   MR. ISRAEL: Objection.
[17]   A: Me?
[18]   Q: Yes.
[19]   A: I — I think I'm a very easy person.
[20]   Q: You're a very easy person?
[21]   A: I make all the decision like this.
[22]   Q: You make all the decision quickly?
[23]   A: Yes. Yes, yes, no, yes, no, yes,
[24] no, and immediately.
[25]   Q: There were no decisions that you

Page 231

V. Voronchenko

[2] took time on?
[3]   A: I made decision very, very quickly,
[4] in one second I like or I don't like, and that's
[5] it. I never think months or weeks immediately.
[6] Yes, no, yes, no.
[7]   Q: And are there —
[8]   A: When I told not, I try to explain
[9] why not. I tried to — to move these people
[10] right way.
[11]   Q: Is there anything about you that
[12] makes you a more difficult client?
[13]   MR. ISRAEL: Objection.
[14]   A: Sorry, again?
[15]   Q: Are there — you said you made
[16] decisions quickly?
[17]   A: Yes.
[18]   Q: But is there anything about you that
[19] makes you a more difficult client?
[20]   A: Around — people around me.
[21]   Q: On this type of project, not sort of
[22] generally, on this type of renovation and
[23] decoration of an apartment?
[24]   A: Listen, we know what happened in
[25] general. I made mistake from the beginning and

Page 232

V. Voronchenko

[2] then I took the Triarch, this was my first
[3] mistake after this — after this project was like
[4] this, you know. Can you imagine the Libracon
[5] Moscow; Italian, Italy; Pepe Calderin in Miami,
[6] can you imagine this project, how it was moving
[7] this project? It was not — it was piece of
[8] shit, you know, from the beginning because bad,
[9] absolutely bad, you understand what I mean? It
[10] was — all the job has to make one company, one
[11] located in New York, no Libracon, no Italian, no
[12] Miami, it has to be from the first to second.
[13] But when I started to work with — with Triarch,
[14] you know, I understood they are not bad people,
[15] they are not bad professionals, they are good,
[16] normal company. Only one problem. They are very
[17] far from this period which I'm work. They
[18] concentrate, they work all their life with a
[19] typical Manhattan style, you understand what I
[20] mean?
[21]     Manhattan, when you visit 50
[22] apartments, 49 and 47, now you will see very
[23] similar design, black line, black wood, white
[24] this one and it's very similar. It's nice. No
[25] doubt about this. I not complain. It's very

Triarch Architectural Services, P.C.  v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 233

**V. Voronchenko**

[2] nice. But I looked for that moment, I looked for
[3] a little bit, and other things. They were not
[4] correct people to do this. This is what was my
[5] mistake. After this it make like this, like a
[6] mess. This is a general.
[7]    **Q:** Would it surprise you if Garth
[8] testified that you were a difficult client?
[9]    **A:** Garth?
[10]    **Q:** Yes.
[11]    **A:** Listen, I saw Garth one or two times
[12] in my life, maybe one, four years ago. I think
[13] one. I don't know how he can —
[14]    **MR. ISRAEL:** Sounds like a difficult
[15] client to me.
[16]    **A:** Difficult client, you know, who
[17] spend hours, hours together and tell something
[18] and change something. I — la-la-la-la. I saw
[19] him one time in my life, 10 minutes or five
[20] minutes four years ago, maybe I am tired from
[21] him, I am not easy person.
[22]    **Q:** Do you think you might be difficult
[23] in the sense that you're a very demanding person,
[24] you want it to be a certain way and other people
[25] might care a little less about how it looks?

Page 234

**V. Voronchenko**

[2]    **A:** I am sorry. Please, again, I
[3] understand you're tired with my bad knowledge of
[4] language, but could you repeat it?
[5]    **Q:** Of course. There is no reason to
[6] apologize. Like I said, I couldn't be deposed in
[7] Russian, so you're doing far better than I would
[8] do.
[9]       Some people have high standards,
[10] some people have low standards. Do you think
[11] people think you're difficult because you have
[12] high standards?
[13]    **MR. ISRAEL:** Evan, come on.
[14] Objection. Go ahead.
[15]    **A:** Listen, I looking for high
[16] standards, good, bad, I always looking for good,
[17] not high for good standards.
[18]       In New York not too many people
[19] concentrate with the walls I like, with the
[20] quality I like, this is of course difficult —
[21] difficulties. It creates difficulties between us
[22] because I am looking for the good quality. In
[23] New York people more — more cool with the
[24] situation, you know, and this is because it can
[25] be — it's human factor, it's always, you know,

Page 235

**V. Voronchenko**

[2] it's always human, human factor, it's here too.
[3]    **MR. MANDEL:** Let's go off the record
[4] for one second.
[5]    (Discussion held off the record.)
[6]    (Time noted: 2:23 p.m.)
[7]    (A brief recess is taken.)
[8]    (Time noted: 2:35 p.m.)
[9]    (Plaintiff's Exhibit 53, document
[10] bearing Bates numbers MED 315 - MED 324,
[11] marked for identification.)
[12]    **Q:** I've handed what you has been marked
[13] as Exhibit 53, which begins on Bates number page
[14] MED 315 and goes through page MED 324. Do you
[15] recognize this document?
[16]    **A:** 324?
[17]    **Q:** That is just for the record. I'm
[18] asking you do you recognize Plaintiff's Exhibit
[19] 53. Do you know what it is?
[20]    **A:** This one?
[21]    **Q:** Yes. What is that?
[22]    **A:** I saw this — I saw this in real
[23] life, not like this paper.
[24]    **Q:** You saw this?
[25]    **MR. ISRAEL:** In real life.

Page 236

**V. Voronchenko**

[2]    **A:** In real life. I saw all this
[3] materials as a book, I told you, I never saw like
[4] this. I don't know from who he prepared this,
[5] because how can you use this — this picture? I
[6] — all — I saw all materials in real life.
[7]    **Q:** And Mr. Calderin prepared this?
[8]    **A:** Yes.
[9]    **Q:** And is this everything, are these
[10] all the computer images he prepared or did he
[11] prepare images in addition to these images?
[12]    **A:** No, I had color images, and before
[13] color images the real life material for every
[14] images.
[15]    **Q:** And the book that you were handed,
[16] were you handed a book or were you handed
[17] individual pieces of paper, if you know?
[18]    **A:** It was like maybe like a big staple.
[19]    **Q:** Like a binder?
[20]    **A:** Something like this.
[21]    **Q:** With metal rings?
[22]    **A:** For every drapery it was like a
[23] separate — separate one or two pages, like not
[24] pages, it's like —
[25]    **Q:** Like boards?

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 237

**V. Voronchenko**

[1]
[2] **A:** Yeah, heavy. One is picture and
[3] another one the real — real materials. And
[4] if — for example, if you need steel — steel
[5] stick, it's — I saw the real steel stick, for
[6] example.
[7] **MR. ISRAEL:** You answered his
[8] question.
[9] **Q:** I got it. I got it.
[10] **MR. ISRAEL:** You answered his
[11] question.
[12] **Q:** Do you recall when Mr. Calderin gave
[13] this to you?
[14] **A:** Sorry?
[15] **Q:** When — do you recall when did
[16] Calderin give this to you, if you remember?
[17] **A:** This one?
[18] **Q:** The sheets you're describing.
[19] **A:** I don't remember. Before we started
[20] to buy.
[21] **Q:** Turning your attention to the second
[22] page, which says dining room on it, was this the
[23] only image of the dining room you were given, or
[24] were you given other images of the dining room?
[25] **A:** No, I have — you mean the

Page 238

**V. Voronchenko**

[1]
[2] draperies?
[3] **Q:** No, I mean this is a computer image,
[4] right?
[5] **A:** Right.
[6] **Q:** Was this the only computer image you
[7] were given by Mr. Calderin of the dining room, or
[8] did he give other images as well?
[9] **A:** I had the colorful images of exactly
[10] my windows, because he showed me this in general
[11] how it looks in another — in another apartment.
[12] I don't know who apartment. This is — look at
[13] this, this is the image of my apartment, this is
[14] the image, just try to sell me the feeling of how
[15] it looks in general.
[16] **Q:** I see.
[17] **MR. MANDEL:** This is a question for
[18] Mr. Israel.
[19] Has whatever he's been describing
[20] been produced, if you know.
[21] **MR. ISRAEL:** I asked for everything
[22] and you know I do my due diligence, I can't
[23] swear that everything has been produced,
[24] but as you can see, we're still getting
[25] additional documents. I'm producing

Page 239

**V. Voronchenko**

[1]
[2] everything that I get, but I've been asking
[3] for everything. Some of this stuff comes
[4] from Wise and some of it is from overseas
[5] and we're doing everything that we can do.
[6] **MR. MANDEL:** Have you seen what he's
[7] describing?
[8] **MR. McKEE:** A book from Pepe
[9] Calderin?
[10] **MR. MANDEL:** Or individual sheets or
[11] books or something?
[12] **MR. McKEE:** No, I've seen —
[13] **MR. MANDEL:** I want to make sure I
[14] wasn't missing anything.
[15] **MR. McKEE:** I have seen whatever
[16] Kelner may have responded to that subpoena
[17] or whatever. Did he respond to your
[18] subpoena? Did he forward you stuff?
[19] **MR. MANDEL:** Yes.
[20] **MR. McKEE:** That would be the same
[21] stuff he forwarded to me, I guess.
[22] **MR. ISRAEL:** I would like to see
[23] what he forwarded to both of you. I don't
[24] have it.
[25] **MR. McKEE:** He said he's forwarded

Page 240

**V. Voronchenko**

[1]
[2] it to you also.
[3] **MR. ISRAEL:** Maybe it's in my spam
[4] filter, I don't have it.
[5] If I didn't produce it to you, that
[6] means I don't have it. Did I produce to
[7] you the stuff that Pepe sent to you?
[8] **MR. MANDEL:** I don't know. I mean
[9] you produced stuff today. I haven't
[10] compared it.
[11] **MR. ISRAEL:** This wouldn't be today.
[12] The stuff I sent you today.
[13] **MR. MANDEL:** I don't think you
[14] produced it.
[15] **MR. ISRAEL:** I didn't get it. If
[16] you can send me a copy of his stuff, if you
[17] can e-mail it, I would appreciate it.
[18] **A:** You asked me how many hours, how
[19] much time Triarch spent for this project, do you
[20] remember?
[21] **Q:** Yes.
[22] **A:** Triarch has to spend ten — ten
[23] times more hours than he — than he spent.
[24] **Q:** You think Mr. Calderin spent 10
[25] times more than Triarch?

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 241

[1]                    *V. Voronchenko*
[2]     **A:** Of course he did.
[3]     **Q:** If it turned out that Triarch and
[4] Mr. Calderin had spent the same amount of time,
[5] would that change your opinion as to how much
[6] Triarch was entitled to?
[7]     **MR. ISRAEL:** Objection.
[8]     **A:** I don't know.
[9]     **MR. MANDEL:** Let's go off the record
[10] for a one second.
[11]     (Discussion held off the record.)
[12]     **Q:** I'm showing you that what has been
[13] marked as Defendant's Exhibit 7. Do you
[14] recognize this document, Mr. Voronchenko?
[15]     **A:** No.
[16]     **Q:** Have you ever seen this before in
[17] your life?
[18]     **A:** Never.
[19]     **Q:** Do you know if Triarch ever provided
[20] this document to you or anybody at Medallion?
[21]     **MR. ISRAEL:** Objection.
[22]     **A:** No.
[23]     **MR. ISRAEL:** Calls for speculation.
[24]     **A:** I never — I told you, I never saw
[25] these documents.

Page 242

[1]                    *V. Voronchenko*
[2]     **Q:** Did Triarch ever do any work at all
[3] on the master bathroom?
[4]     **A:** Never.
[5]     **Q:** I am showing you on the first page
[6] here, it's labeled A-13, it says —
[7]     **A:** Okay.
[8]     **Q:** — master bathroom —
[9]     **A:** Okay.
[10]     **Q:** — elevations. I'm going to turn to
[11] page A-13. I am showing you page A-13. Does
[12] this page look familiar to you?
[13]     **A:** I never saw this. We have
[14] completely different design now. Completely
[15] different.
[16]     **Q:** Are there any similarities
[17] between —
[18]     **A:** No.
[19]     **Q:** — page A-13 and the final design?
[20]     **A:** No. Everything is different.
[21] Everything is different.
[22]     **Q:** I'm going to show you A-19, where it
[23] says "details master bathroom."
[24]     **A:** Okay.
[25]     **Q:** Do any of these details look

Page 243

[1]                    *V. Voronchenko*
[2] familiar to you?
[3]     **A:** No, absolutely — we have absolutely
[4] different. I see first time this. We have
[5] absolutely different — different master
[6] bathroom, as I saw. As you saw, sorry. What is
[7] the date of the production of this?
[8]     **Q:** Here it says December 23, 2008.
[9]     **A:** Oh, good.
[10]     **Q:** Whether I believe it is not really
[11] something that should go in the record, but let's
[12] see, the foyer elevations, let's show you the
[13] foyer elevations, A-7.
[14]     **A:** This, it seems this is not true, all
[15] of these papers — not all, but most of them,
[16] somebody created these papers after I
[17] stop — after our stop relations with Triarch.
[18]     **Q:** Are you certain about that?
[19]     **MR. ISRAEL:** No. Listen, there is
[20] no question pending, you don't just — you
[21] wait until there is a question and you
[22] answer the question.
[23]     **A:** Okay, okay. This is a detail what?
[24]     **Q:** This is the foyer elevations?
[25]     **A:** You asked me about the master

Page 244

[1]                    *V. Voronchenko*
[2] bathrooms something.
[3]     **Q:** That was before, this is a whole new
[4] page, this is a totally separate question.
[5]     **A:** Okay.
[6]     **MR. McKEE:** Sheet what?
[7]     **MR. MANDEL:** This is A-7 in
[8] Defendant's Exhibit 7.
[9]     **Q:** And I'm asking if any of these
[10] elevations of the foyer look familiar to you?
[11]     **A:** No, we change everything.
[12] Everything, we change everything because no foyer
[13] like this one —
[14]     **Q:** Do you know —
[15]     **A:** — at all.
[16]     **Q:** Sorry. I didn't mean to interrupt?
[17]     **A:** Completely change.
[18]     **Q:** And do you know whether you ever
[19] received page A-7?
[20]     **A:** Sorry?
[21]     **Q:** Did you ever receive this — do you
[22] know if you ever received this page while you
[23] were working with Triarch?
[24]     **A:** I saw the pictures of — I saw the
[25] pictures of — that you showed me before. I

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 245

[1] **V. Voronchenko**
[2] never saw this page.
[3] **Q:** Okay.
[4] **A:** I saw the pictures of what you
[5] showed me before from the beginning.
[6] **Q:** Do you know if page A-7 was ever
[7] provided to anyone associated with Medallion?
[8] **A:** I don't know. I see this first
[9] time, but this is all different, now it's
[10] absolutely another everything.
[11] **Q:** Let's turn to A-8, page A-8 of
[12] Defendant's Exhibit 7, and these are the living
[13] room elevations. Have you ever seen this page
[14] before?
[15] **A:** Listen, I didn't see this documents,
[16] I saw — I saw the pictures.
[17] **Q:** Understood. I don't have to ask you
[18] this question again.
[19] **A:** I saw the pictures.
[20] **Q:** You never saw the construction
[21] drawings from Triarch?
[22] **A:** No.
[23] **Q:** You don't know if anyone else from
[24] Medallion saw the construction drawings from
[25] Triarch, correct?

Page 246

[1] **V. Voronchenko**
[2] **A:** This was —
[3] **MR. ISRAEL:** He's not asking about
[4] whether it's different.
[5] **Q:** Not yet.
[6] **A:** Yes.
[7] **Q:** I'm asking whether you know if
[8] anyone at Medallion ever received any
[9] construction drawings from Triarch?
[10] **A:** I don't know.
[11] **Q:** So now I'll ask you about A-8. Did
[12] any aspect of these drawings wind up in the final
[13] designs?
[14] **A:** I don't understand what is it,
[15] flooted panel, lower flooted panel, what is
[16] flooted?
[17] **Q:** I don't know what that means either,
[18] but if any of this — I'm just asking if any of
[19] this looks familiar in that it was used during
[20] the final designs?
[21] **A:** Panel designs? Listen, I don't
[22] understand very well the drawings. You show me
[23] the pictures I will tell you what I use or what I
[24] not use. I am not professional engineer or
[25] builder.

Page 247

[1] **V. Voronchenko**
[2] **Q:** It is hard for you to understand how
[3] these drawings translate into real life?
[4] **A:** No, of course I — I ten times told
[5] you, I need the whole project in the pages in the
[6] apartment, not in this. He has to send to
[7] somebody who will build this, not for me. I
[8] don't want to even talk about this. I am not an
[9] engineer, I don't talk about the size or the
[10] inches, you know, I'm looking for design, not for
[11] this one. When you showed me the paper, 15
[12] percent for the whole 100 percent design, it's
[13] whole hundred percent design, it has to be room
[14] by room, absolutely on all rooms in the
[15] apartment.
[16] **MR. ISRAEL:** He's not asking about
[17] that.
[18] **A:** And this is my signature everything.
[19] This is it.
[20] **MR. ISRAEL:** He's not asking you —
[21] he's not asking you about that.
[22] **A:** I have to pay 15 percent, not this
[23] one.
[24] **MR. ISRAEL:** He's not asking you
[25] about that. He's asking you if you have

Page 248

[1] **V. Voronchenko**
[2] seen it before, okay, just focus on what
[3] he's asking you.
[4] **A:** What is that?
[5] **Q:** This is the dining room elevation,
[6] I'm now showing you a A-9. Does any of this look
[7] familiar to you in any way?
[8] **A:** No, absolutely not, because we don't
[9] have door anymore, we don't have this wall
[10] anymore.
[11] **Q:** And 10, here are the kitchen
[12] elevations, and do these look familiar to you in
[13] any way?
[14] **A:** No, absolutely not, absolutely
[15] never. Not even close to this. This is original
[16] kitchen like before, exact. It is design of
[17] original building, it was builded from the
[18] beginning. Another thing is different. Because
[19] we never — when we — you know, this
[20] is — again, this is a fake. You know why?
[21] Because we never even talk about kitchen.
[22] Because we didn't — we never talk about kids'
[23] bedrooms, we never talk about the bathrooms, we
[24] never talk about the kitchen. We stopped before
[25] this. Now you showed me that, the technical

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 249

**V. Voronchenko**

[2] drawings, you know, no — no pictures for my
[3] approval, but technical drawings is ready, you
[4] know, how — how — no, this is bullshit. Sorry.
[5]   MR. ISRAEL: That is not what he's
[6] asking you. Just wait until he asks you a
[7] question. Answer the question, that's all.
[8]   **Q:** I'm showing you page A-11, the
[9] library elevations. Does any of that look
[10] familiar to you?
[11]   **A:** Listen, this one, you know, it
[12] changed.
[13]   **Q:** Okay. You're referring to elevation
[14] 4?
[15]   **A:** This is the change, completely
[16] change because this is Lalique panels, this is
[17] completely change because this is wood panel, we
[18] have the — we have the mirror here and here.
[19]   **Q:** Hold on. Here, does that say mirror
[20] there? Now we're looking at the second
[21] elevation.
[22]   **A:** Like small mirror, we have like full
[23] mirror, not like this mirror, wood panel, wood
[24] panel, we have mirror from the ceiling to the
[25] floor.

Page 250

**V. Voronchenko**

[2]   **Q:** So you have the mirror, but you have
[3] no wood panels —
[4]   **A:** No, no.
[5]   **Q:** — on elevation 2?
[6]   **A:** Absolutely.
[7]   **Q:** How about the library plan, does
[8] that look familiar in any way? How about the
[9] soffits, do you have soffits in the library?
[10]   **A:** I think, yes, maybe. I don't
[11] remember soffits. It's very important soffits.
[12] Soffits, it's not a part of the decoration, you
[13] know. I think yes, I have maybe 300 soffits in
[14] the apartment, or 400. Even more. We're talking
[15] about design and decoration, not about the
[16] soffits. All ceiling full of the soffits.
[17]   **Q:** Do you know if Garth copied any of
[18] the soffits?
[19]   **A:** Show me, show me, if you want to
[20] talk about the — about — just a moment. Show
[21] me the plan of the ceiling.
[22]   MR. McKEE: Before you leave that
[23] sheet, so we don't have to come back to it,
[24] did you see any difference between the
[25] bookcase layout — do you see the bookcase

Page 251

**V. Voronchenko**

[2] in the lower left?
[3]   MR. MANDEL: He already testified,
[4] the panels.
[5]   MR. McKEE: Yes. But the layout of
[6] the bookcases, are they different than what
[7] is shown on that drawing? The layout of
[8] the bookcases, is it —
[9]   THE WITNESS: It's different.
[10]   **Q:** How is it different?
[11]   **A:** The main reason for this bookcase is
[12] the Lalique panels, this is different. All other
[13] bookcases is, like every one, simple. Here you
[14] see the — see the simple bookcases, that is it,
[15] nothing more. Now we completely change because
[16] it's like color lenses, and then another builded
[17] around this columns, this, you can see just
[18] simple shelves, and that is it. We're talking
[19] about ceiling in the library, where is the detail
[20] in the ceiling here?
[21]   **Q:** Now I am showing you A-2, do you
[22] know if A-2 is the reflected ceiling plan? Do
[23] you know if any part of A-2 was incorporated into
[24] any part of the design?
[25]   **A:** Could you put it —

Page 252

**V. Voronchenko**

[2]   **Q:** Of course, any way you want to have
[3] it.
[4]   **A:** Again, what do you want?
[5]   **Q:** Sure. Do you notice any
[6] similarities on A-2 —
[7]   **A:** What do you mean, A-2?
[8]   **Q:** A-2, this is page A-2.
[9]   MR. McKEE: It's a page that is in
[10] front of you.
[11]   **Q:** This whole page is A-2. Do you
[12] notice any similarities on this page to the final
[13] plan?
[14]   **A:** You mean the — these walls?
[15]   **Q:** You're pointing to the exterior
[16] walls, the exterior walls absolutely looks
[17] similar, looks similar. This is completely
[18] different. This is completely different.
[19]   **A:** All of this, situation completely
[20] different. No this hall, no this hall, no all of
[21] this situation, all of this is completely
[22] different.
[23]   MR. MANDEL: I have no further
[24] questions about this document.
[25]   **Q:** When did Libracon provide you with

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C.  v.
Medallion Inc., et al.

Page 253

[1]                    *V. Voronchenko*
[2] it's first set of designs?
[3]     **A:** As you showed me yourself, 10 months
[4] before, and it was not first set of — it was
[5] three or four or different proposition.
[6]     **Q:** You're saying 10 months before
[7] Triarch?
[8]     **A:** Yes.
[9]     **Q:** You're referring to an earlier
[10] exhibit, correct?
[11]     **A:** Exhibit all proposition of Libracon.
[12]     **Q:** You mean the contract?
[13]     **A:** Yes.
[14]     **Q:** You're referring to the contract, or
[15] are you referring designs?
[16]     **A:** I'm talking about design.
[17]     **Q:** That is a design that you saw
[18] earlier today that predated Triarch; is that
[19] right?
[20]     **A:** Again, please?
[21]     **Q:** Sure.
[22]     **MR. MANDEL:** You know, let's go off
[23] the record for a second.
[24]     (Discussion held off the record.)
[25]     (Plaintiff's Exhibit 54, document

Page 254

[1]                    *V. Voronchenko*
[2] bearing Bates numbers MED 91 - MED 102,
[3] marked for identification.)
[4]     **Q:** I'm handing you what has been marked
[5] as Exhibit 54. Exhibit 54 begins on Bates number
[6] page MED 91 and goes through Bates number page
[7] MED 102. That is Plaintiff's Exhibit 54.
[8]     Am I correct that these are Libracon
[9] drawings that were prepared on or about February
[10] 4, 2009?
[11]     **A:** I don't know. You gave me this
[12] paper.
[13]     **Q:** You don't know one way or the other?
[14]     **A:** I can trust you or not.
[15]     **Q:** Well, you shouldn't trust me. You
[16] should not trust me. You should only say things
[17] that you know are true here today.
[18]     **A:** You ask me, I don't know.
[19]     **Q:** You don't know?
[20]     **A:** You gave me these papers, I see this
[21] Libracon stamp.
[22]     **Q:** But who knows?
[23] Do you see it has a Libracon stamp
[24] and you see it is dated February 24, 2009?
[25]     **A:** Yes.

Page 255

[1]                    *V. Voronchenko*
[2]     **Q:** I will represent to you that in late
[3] January 2009, Triarch was terminated.
[4]     **A:** Yes.
[5]     **Q:** So I'm going to ask, shortly after
[6] Triarch was terminated, did Libracon prepare its
[7] own set of drawings using Triarch's drawings?
[8]     **A:** No. You know why? Because here
[9] immediately you see the difference between
[10] Triarch's drawings and Libracon's drawings.
[11]     **Q:** You're referring to page 91, the
[12] first page of the exhibit, it is page A-1 here,
[13] and what is different from this?
[14]     **MR. ISRAEL:** This page.
[15]     **Q:** What is different — between this
[16] and Triarch's drawings?
[17]     **A:** This is main — this is main part of
[18] the apartment, this is the difference.
[19]     **Q:** Sorry, what are you pointing to?
[20]     **A:** This is — is this part of the
[21] apartment, and even here it is not — you know,
[22] now it's not this wall. It's created later. No
[23] this wall, it's created later. But the main
[24] difference is for before this is just one big
[25] foyer. In Triarch plan two foyer. This is one

Page 256

[1]                    *V. Voronchenko*
[2] foyer. Where is elevator?
[3]     **Q:** Here.
[4]     **A:** This is — this is again Libracon,
[5] this is not Triarch.
[6]     **Q:** I'm going to show you here what has
[7] been marked as Defendant's Exhibit 4, and I'm
[8] going to show you —
[9]     **A:** This is — this I show you, Triarch
[10] has two different foyers. This is one foyer, do
[11] you see?
[12]     **Q:** Yes.
[13]     **A:** One foyer, one foyer.
[14]     **Q:** So you're right here, you're saying?
[15]     **A:** This is one foyer.
[16]     **Q:** Yes?
[17]     **A:** This is another small foyer.
[18] Libracon take out and make all of
[19] this for cancel, this is destroyed many walls
[20] and — and not — not one, two foyer. Libracon
[21] builded one foyer, big one. And before you come
[22] in from elevator to apartment, two small foyer,
[23] closed foyer. Now you come from elevator
[24] directly to apartment, without any doors, you
[25] know what I don't understand? Okay.

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 257

[1] **V. Voronchenko**
[2] **Q:** What don't you understand?
[3] **A:** No. Everything is okay.
[4] **Q:** Was someone supposed to move into
[5] the apartment in February 2009?
[6] **A:** What?
[7] **Q:** Was someone supposed to move into
[8] the apartment in February of 2009?
[9] **A:** Move in?
[10] **Q:** Yes.
[11] **MR. ISRAEL:** If you know.
[12] **A:** What do you mean somebody move in?
[13] **Q:** Was someone supposed to begin living
[14] in the apartment in February of 2009?
[15] **A:** I don't know.
[16] **Q:** Was there ever a plan for someone to
[17] begin living in the apartment in February of
[18] 2009?
[19] **A:** How is supposed to live in that
[20] apartment? Of course not. No furniture, no
[21] nothing.
[22] **Q:** Am I correct you were the first
[23] tenant, you were the first person who was
[24] supposed to live in the apartment?
[25] **A:** After repairing?

Page 258

[1] **V. Voronchenko**
[2] **Q:** After the renovation and decoration.
[3] **A:** Yes, of course.
[4] **Q:** Were you paying — were you renting
[5] an apartment in New York before you began?
[6] **A:** Yes.
[7] **Q:** And how much were you paying for
[8] that rental?
[9] **A:** I don't remember.
[10] **Q:** Were you paying it or was somebody
[11] else paying it?
[12] **A:** I don't know.
[13] **THE WITNESS:** Do I have to tell
[14] about this or not?
[15] **MR. ISRAEL:** Could you tell us what
[16] the relevance is?
[17] **MR. MANDEL:** Yes. This is just
[18] reading out of your —
[19] **MR. ISRAEL:** Answer and
[20] counterclaim? Is he the tenant that is
[21] referred to in the counterclaim? I have to
[22] look at my notes, that information, though,
[23] doesn't come from him. It comes from
[24] somebody else. I don't know that he has
[25] that information but — and I don't know

Page 259

[1] **V. Voronchenko**
[2] the answer to that, but you can ask him
[3] your question what the rent was. This is
[4] years ago.
[5] **Q:** This is personal. Was the apartment
[6] in Manhattan somewhere?
[7] **A:** Yeah, in Manhattan. You go into
[8] very deep detail about my private life, you know.
[9] **Q:** I don't like to do that. I agree,
[10] and it's uncomfortable and I don't like to do
[11] that.
[12] **A:** Certain of your question will be
[13] about my girlfriend, you know.
[14] **Q:** I am not going to ask about your
[15] girlfriend. We already asked about your romantic
[16] situation. We're done with those questions. My
[17] question is — let me explain to you the
[18] background.
[19] **A:** Okay.
[20] **Q:** Medallion has sued Triarch claiming
[21] Triarch owes Medallion, I believe, $300,000. And
[22] they are claiming there was someone who was
[23] supposed to move into the apartment.
[24] **A:** Move to the apartment?
[25] **Q:** Move into the apartment at 515 Park

Page 260

[1] **V. Voronchenko**
[2] Avenue, and Triarch stopped them from doing that
[3] by being too slow.
[4] **MR. ISRAEL:** The apartment wasn't
[5] ready in time so that the other person
[6] could move in.
[7] **A:** How it's possible ready in time, you
[8] mean ready in 2009?
[9] **Q:** Yes. That is what Medallion,
[10] Medallion's story is, that someone was going to
[11] move into the apartment in February 2009?
[12] **A:** No, it's — listen, of course, it's
[13] somebody — somebody try — I tried to move into
[14] the apartment in 2008, 2009, 2010, 2011.
[15] **Q:** Right.
[16] **A:** And from January, from May from
[17] June.
[18] **Q:** Right.
[19] **A:** From this, this and this. Of
[20] course.
[21] **Q:** And you were renting a different
[22] apartment in Manhattan?
[23] **A:** Yeah, I rented all my life different
[24] apartments in Manhattan.
[25] **Q:** And do you —

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 261

**V. Voronchenko**

[1]

[2] **A:** I pay different amounts, and I live

[3] in total because I lived permanently in Moscow, I

[4] just renting the apartments for my family.

[5] **Q:** And the apartments you rented in New

[6] York between 2009 and 2011 is where your family

[7] lived; is that correct?

[8] **A:** Yeah, yeah. I lived because I lost

[9] a lot of — I lost a lot of money because I

[10] didn't finish the apartment.

[11] **Q:** Do you believe Triarch owes you any

[12] money because of that loss of money?

[13] **MR. ISRAEL:** Objection.

[14] **A:** I agree with you, because what —

[15] what do I have to say? Of course I have bad

[16] situation when we stop to work with Triarch,

[17] because we have to finish and some — next month,

[18] but we stopped and we started the project again

[19] because you — new designer and new people has to

[20] start from the beginning, you know, to start it,

[21] to this, to that, to understand. Something like

[22] this.

[23] **Q:** I was listening to what you're

[24] saying, but I'm not sure you answered my

[25] question. Do you believe Triarch owes you money

Page 262

**V. Voronchenko**

[1]

[2] because of the delay — because of some delay

[3] that you believe occurred in moving into your

[4] apartment at 515 Park Avenue?

[5] **A:** All I think Triarch has to give me

[6] money back because it was delayed situation.

[7] **Q:** And how much money do you think they

[8] should give you back?

[9] **A:** I never talk about this to

[10] Triarch — to Triarch. You know, and I can talk

[11] about this, if you push me.

[12] **Q:** You never asked Triarch for money;

[13] is that right?

[14] **A:** No, absolutely, but I am ready to do

[15] this if your —

[16] **Q:** Okay.

[17] **A:** This is good idea, by the way.

[18] **Q:** Do you believe Triarch —

[19] **THE WITNESS:** Please remember this.

[20] **MR. ISRAEL:** I remember.

[21] **Q:** Do you believe Triarch owes

[22] Medallion any money?

[23] **MR. ISRAEL:** You just said we have a

[24] claim.

[25] **MR. MANDEL:** I'm asking what he

Page 263

**V. Voronchenko**

[1]

[2] believes. I understand what the claim is.

[3] **A:** My feeling, no.

[4] **Q:** Okay. And why doesn't Triarch owe

[5] Medallion any money?

[6] **A:** Triarch — listen, I want just to

[7] finish this situation, that's it. I don't want

[8] to think about who Triarch has, you know. I paid

[9] what Triarch he did, this is my private things,

[10] all of this — where is this here, the pages,

[11] this is my painting, because I paid for it, this

[12] is not their anymore.

[13] **MR. ISRAEL:** That is not what he's

[14] asking you.

[15] And he doesn't understand what you

[16] were asking him because he testified

[17] earlier that he thinks that — I'm — I

[18] don't want to put words on the record. I

[19] don't think he understood your question.

[20] **Q:** Let me ask the question again. Do

[21] you believe that Triarch owes Medallion any

[22] money?

[23] **A:** I never thought about it. Triarch

[24] has to pay additional money to Triarch?

[25] **Q:** No, does Triarch owe Medallion

Page 264

**V. Voronchenko**

[1]

[2] money?

[3] **A:** Triarch has to pay money to

[4] Medallion.

[5] **Q:** That is the question.

[6] **A:** I didn't think about, but I will

[7] think about it.

[8] **Q:** You what?

[9] **MR. McKEE:** He's thinking.

[10] **A:** I never thought about — never

[11] thought about it.

[12] **Q:** Okay.

[13] **A:** But I will think about it.

[14] **Q:** Were you —

[15] **A:** Maybe.

[16] **Q:** Were you ever going to pay Medallion

[17] any rent for the apartment?

[18] **A:** No, never.

[19] **Q:** To sort of move this along, would

[20] you like — do you know what — do you remember

[21] what is being referred to in the counterclaim,

[22] this $30,000 of rent?

[23] **MR. ISRAEL:** I don't remember, and

[24] you know what, I probably should have gone

[25] through it in preparation for today, but I

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 265

[1] **V. Voronchenko**

[2] have been focused on your copyright action
[3] and my preparation and my client's
[4] preparation has been focused on that, so,
[5] quite frankly, I have to look at it, it's
[6] been years since we filed that claim,
[7] years. And I have notes on it, but I just
[8] don't remember. But you'll have — you'll
[9] have another witness and maybe I'll have
[10] more information on it.

[11]    **A:** We are close to final, thanks God,
[12] thanks a lot to Garth, he's a very nice person,
[13] he seems to help us very, very much.

[14]    **MR. McKEE:** He seems to think you're
[15] very difficult, though.

[16]    **THE WITNESS:** I didn't want to be
[17] difficult person to him but he is very nice
[18] person.

[19]    **MR. McKEE:** Off the record.

[20]    (Discussion held off the record.)

[21]    **Q:** Have you ever heard of Unitrade
[22] company?

[23]    **A:** Unitrade? Unitrade? Maybe I
[24] thought about it. I don't remember Unitrade,
[25] Unitrade. I heard about this. I heard this

Page 266

[1] **V. Voronchenko**

[2] name, I don't remember from who. I heard this
[3] name.

[4]    **Q:** Do you know if it is a company owned
[5] by Vekselberg?

[6]    **A:** Unitrade?

[7]    **Q:** Yes.

[8]    **A:** Listen, this Mr. Vekselberg has, I
[9] told you, 800 companies, so maybe yes because I
[10] heard this name.

[11]    **Q:** How about Hermitage S.A.?

[12]    **A:** What?

[13]    **Q:** Hermitage, H-E-R-M-I-T-A-G-E S-A?

[14]    **A:** No.

[15]    **Q:** Do you know whether Hermitage
[16] company was going to originally buy the
[17] apartment?

[18]    **A:** Listen, as I told you, I don't know
[19] about this, anything.

[20]    (Plaintiff's Exhibit 55, document
[21] bearing Bates numbers MED 161 - MED 164,
[22] marked for identification.)

[23]    **A:** I was not — this is too complicated
[24] for me.

[25]    **Q:** I'm handing you what has been marked

Page 267

[1] **V. Voronchenko**

[2] as Plaintiff's Exhibit 55, it begins on Bates
[3] number page MED 161 and goes through page 164.

[4]    Do you know what this document is?

[5]    **A:** Me, not. And what — some payment
[6] for — I think this is some payment for
[7] apartment, for improvements for apartment.

[8]    **Q:** Do you know if this is all the
[9] payments?

[10]    **A:** I don't know in general this
[11] payments. This is the first time.

[12]    **Q:** And were you ever provided at any
[13] time information about how much was being spent
[14] on the apartment?

[15]    **A:** In general, more or less, but not in
[16] detail.

[17]    **Q:** And who would provide that
[18] information to you?

[19]    **A:** First of all, Filip Vuckovic, after
[20] this it was bookkeeper of Medallion, they
[21] charging about all of these things.

[22]    **Q:** Would you have to approve expenses
[23] before they were paid?

[24]    **A:** I — they showed me what was going
[25] on in general. I see this, but I always try to

Page 268

[1] **V. Voronchenko**

[2] be in charge.

[3]    **Q:** Did you ever reject an invoice?

[4]    **A:** Reject it, what does it mean?

[5]    **Q:** Did you ever say we shouldn't pay an
[6] invoice?

[7]    **A:** I don't remember this.

[8]    **Q:** Do you recall any —

[9]    **A:** To check — to check this invoice
[10] you have to spend one week, you know, not less,
[11] just to check this invoice what you show me
[12] because it's not — you check not only this for
[13] example, Gerama Contractors, who is — I don't
[14] know. You have to see the invoices from this
[15] company, you have to check this work, was it did
[16] or not did, you know, and this — you have to
[17] check this, how can it's possible for me to check
[18] this invoice in general? Even for bookkeeper,
[19] it's impossible.

[20]    **Q:** Do you recall anyone else at
[21] Medallion ever deciding that a certain invoice
[22] should not be paid?

[23]    **THE WITNESS:** Sorry, help me.

[24]    **MR. ISRAEL:** He wants to know, I
[25] missed it myself, if anyone at Medallion

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 269

V. Voronchenko

[1]
[2] decided that invoice —
[3]    Q: Were there any invoices that should
[4] not be paid, obviously Triarch's invoices were
[5] not ultimately paid, if you have any memory?
[6]    MR. ISRAEL: Of anyone else's?
[7]    MR. MANDEL: Yes.
[8]    MR. ISRAEL: Were anyone else's
[9] invoices not paid?
[10]    THE WITNESS: I don't know, I don't
[11] know.
[12]    Q: Would all of the designers and
[13] professionals who were working on the apartment
[14] listen to you when you gave them instructions?
[15]    A: Always?
[16]    Q: Yes.
[17]    A: Has to be always.
[18]    Q: Was there ever an instance in which
[19] any of the designers or professionals working on
[20] the apartment ignored your instructions?
[21]    A: It's usual, yes, for — for the
[22] first period of the — of the mutual, then it
[23] just started when they accepted the whole
[24] concept, not only with — not only with the walls
[25] and drawings, with the materials and with the

Page 270

V. Voronchenko

[1]
[2] furniture, with the lights, with everything.
[3] When they finish this after this they can go
[4] ahead without me and this payment has to be
[5] automatically, I'm not involved with this.
[6]    Q: Got you.
[7]    A: I needed to make decision only for
[8] first 15 percent payments, remember, I — in your
[9] contract it was first payment.
[10]    Q: I'm not talking about the moment.
[11] I'm talking about setting aside the money and
[12] setting aside Triarch. Forget about Triarch.
[13] Did all of the other designers and professionals
[14] who worked on the apartment listen to your
[15] instructions when you gave them?
[16]    MR. ISRAEL: Did everyone do what
[17] you said they should do?
[18]    A: Of course, yes.
[19]    Q: Was there ever a time when someone
[20] did not follow your instruction, other than
[21] Triarch?
[22]    A: They have to follow my instructions.
[23]    Q: The contracts that they entered into
[24] required them to follow the instructions,
[25] correct?

Page 271

V. Voronchenko

[1]
[2]    MR. ISRAEL: Objection. Calls for a
[3] legal conclusion.
[4]    A: One moment. What did you ask?
[5]    Q: Did the designers and other
[6] professionals sign contracts that required them
[7] to listen to your instructions?
[8]    MR. ISRAEL: Objection.
[9]    A: I have to tell —
[10]    MR. ISRAEL: It doesn't make any
[11] sense.
[12]    MR. MANDEL: I'll withdraw the
[13] question.
[14]    THE WITNESS: Listen, okay. I know
[15] you're in a rush, so —
[16]    MR. ISRAEL: It's not that I'm in a
[17] rush. There is no question pending, you're
[18] here to answer questions.
[19]    A: This is like — looks like a
[20] philosophy, you know, question like — the same
[21] question is your wife has to for loving for
[22] orders of the husband in general, it's beautiful
[23] but if you're married, you know it's not happen
[24] every day like this, designer and the customer.
[25]    Q: Other than the delay you've talked

Page 272

V. Voronchenko

[1]
[2] about associated with Triarch and the termination
[3] of Triarch, were there any other delays in the
[4] renovation or development of the apartment?
[5]    A: You know, the main reason for me,
[6] this is Triarch, after this — after Triarch,
[7] everything was like this, I know.
[8]    Q: Like this, you're showing one hand
[9] tumbling over the other?
[10]    A: From my hand. I tell you it was
[11] first bad step was my work with Triarch, this is
[12] sometimes it happens it was not lucky step.
[13]    Q: Did you terminate any of the other
[14] designers or professionals who worked on the
[15] project?
[16]    A: On this project?
[17]    Q: Yes.
[18]    A: Triarch was first.
[19]    MR. ISRAEL: Did you fire anyone
[20] else other than Triarch? Did you tell
[21] anyone else you don't want them on the job
[22] anymore, goodbye.
[23]    A: Me, no. Maybe my people.
[24]    Q: Did you —
[25]    A: Maybe — maybe Filip Vuckovic did

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 273

**V. Voronchenko**

[1]
[2] this, I don't know.
[3] **Q:** Did you fire Mr. Calderin?
[4] **A:** Fire?
[5] **Q:** Did you tell Calderin to stop
[6] working on the apartment?
[7] **A:** You have to ask this with Pepe, not
[8] Pepe, Filip Vuckovic, because he had deal with
[9] them because I think Pepe finished all of his
[10] work so I say no.
[11] **Q:** Would it surprise you to learn that
[12] Mr. Calderin thinks he was fired?
[13] **A:** You asking me?
[14] **Q:** Yes.
[15] **A:** Was Pepe Calderin fired?
[16] **Q:** No, I'm asking you — Mr. Calderin,
[17] was he paid on a basis of a monthly retainer?
[18] **A:** Yes.
[19] **Q:** At some point did somebody stop
[20] paying that retainer?
[21] **A:** Listen, we paid him monthly before
[22] he finished his job. When he finished his job
[23] we — I think it's because again deal between
[24] Calderin and Filip Vuckovic. We need
[25] to — professional service what we need. One

Page 274

**V. Voronchenko**

[1]
[2] month, five month, ten months, what we feel, we
[3] need this professional service. If we don't
[4] need, I think he stopped this. Because final,
[5] the finished the project, Filip, I say no, I mean
[6] some details, some with Italian factory, it was
[7] final, final job it was job of Filip Vuckovic, we
[8] were not — not Pepe Calderin.
[9] **Q:** Was Medallion supposed to pay Pepe
[10] Calderin his monthly retainer until the
[11] renovation was complete?
[12] **A:** Medallion paid to Pepe monthly,
[13] bimonthly, because how many months Medallion
[14] missed Pepe? This month paid to — to Pepe.
[15] **Q:** Was there any period of time in
[16] which the project of renovating and decorating
[17] the apartment stopped?
[18] **A:** I don't know, you have to ask this.
[19] **Q:** So you're not aware of any time in
[20] which a few months went by and nothing happened
[21] on the apartment?
[22] **A:** No, just very short. I ask when you
[23] finish? Oh, in September. In September, no,
[24] when you finish again? In January, it's no.
[25] **Q:** And do you know who did the

Page 275

**V. Voronchenko**

[1]
[2] construction of the apartment?
[3] **A:** Filip Vuckovic.
[4] **Q:** Filip Vuckovic, he came to New York?
[5] **A:** Filip came to New York a hundred
[6] times, but I don't know who — who — he find
[7] somebody who constructs, it was his obligation.
[8] It was obligation of Triarch, of course,
[9] but — but Filip did this.
[10] **Q:** You don't know anything about the
[11] names of the people or the companies who did the
[12] construction, correct?
[13] **A:** Listen, I — I — I had their names
[14] and I spoke with them when I visited the
[15] apartment, but now I forgot the names. I
[16] remember Filip, he's — Filip, he's from —
[17] Croatian or something from then, I know the
[18] builders it was the same, originally from
[19] Croatian, it was people from Croatia originally
[20] involved, and this is the reason they — Filip
[21] gave them this job.
[22] **Q:** But you don't remember their name?
[23] **A:** I don't remember their name.
[24] **Q:** And did you ever have any
[25] communication or discussions with them?

Page 276

**V. Voronchenko**

[1]
[2] **A:** I'm sorry, I have very bad memory
[3] for the — for the names.
[4] **Q:** It's okay. Do you remember talking
[5] to the people who did the construction at any
[6] point in time?
[7] **A:** No, I spoke with them several times.
[8] **Q:** You did?
[9] **A:** When I went and visited the
[10] apartment, I did this several times during some
[11] years, you know, I spoke — I spoke with them,
[12] this is good, this is good, this is good, this is
[13] not good.
[14] **Q:** Did they do a good job or a bad job?
[15] **A:** Something like that, I spent like 10
[16] minutes and said, okay, thank you.
[17] **Q:** My question for you is: Did the
[18] people who did the construction, did they do a
[19] good job or a bad job?
[20] **A:** For the construction?
[21] **Q:** Yes.
[22] **A:** It depends.
[23] **Q:** It depends on what?
[24] **A:** It depends if good job or bad job
[25] more or less, okay. More or less, okay.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 277

**V. Voronchenko**

[1]
[2] **Q:** Did they go more slowly than you
[3] would have liked?
[4] **A:** Oh, much slower.
[5] **Q:** How long did they spend doing the
[6] construction?
[7] **A:** I told you, we started to use this
[8] apartment at the end of 2011, you can calculate.
[9] **Q:** And when did construction begin?
[10] **A:** I don't remember. I don't remember.
[11] **Q:** I'm going to show you what has been
[12] marked as Defendant's Exhibit 8, and I will
[13] represent to you that these are construction
[14] drawings that Garth Hayden submitted to the New
[15] York City Department of Buildings in or around
[16] August 2009.
[17] **A:** August of 2009, yes.
[18] **Q:** Have you ever seen these documents
[19] before?
[20] **A:** No, of course.
[21] **Q:** I'm going to show you a few more
[22] pages, I'm going to flip through the pages.
[23] **A:** This is the new foyer, yeah, this is
[24] the new — completely new foyer. See how this
[25] looks? This is — we did this after Triarch,

Page 278

**V. Voronchenko**

[1]
[2] it's completely changed. Show me. Yeah, okay.
[3] **Q:** Okay. And now I'm showing you page
[4] A-4, which contains master bedroom elevations and
[5] library elevations.
[6] Do you know if there are any
[7] similarities between any of these elevations and
[8] Triarch's drawings?
[9] **A:** Yeah. You see, this is a different
[10] library and — and we changed this.
[11] **Q:** You first pointed to the Lalique
[12] panels on the library elevation A, and then
[13] you're now pointing to elevation B, and what was
[14] changed?
[15] **A:** Because this is — this is not
[16] correct. This is not — not wood panel, that —
[17] this say full, just full of mirror, you know.
[18] **Q:** So am I correct, this is a mirror on
[19] a wood panel?
[20] **A:** No, it's mirror like a full wall.
[21] **Q:** Right. But am I correct this is a
[22] mirror on a wood panel?
[23] **A:** Yeah, yeah.
[24] **Q:** Am I correct this is exactly what
[25] Triarch had in the drawings?

Page 279

**V. Voronchenko**

[1]
[2] **A:** This is not Triarch's drawing.
[3] **Q:** This is Garth Hayden's drawings?
[4] **A:** All of the drawings of Triarch are
[5] your drawings?
[6] **MR. ISRAEL:** That is not what he
[7] means.
[8] **Q:** Let's focus on similarities and
[9] differences. You pointed out some difference and
[10] I'm asking, if you don't know that is fine.
[11] **A:** Listen, show me the pictures, I
[12] don't want to see the drawing.
[13] **Q:** I understand.
[14] **A:** I am not builder. I am not — I
[15] don't understand very well these drawings.
[16] **Q:** So let me just —
[17] **A:** I tried — I tried to catch me. You
[18] see the difference or you don't see the
[19] difference. I remember — I bad remember the
[20] previous drawings. I don't understand very well
[21] drawings. I see some details and I don't see a
[22] lot of details. It's not fair. I am not
[23] professional builder. You have to ask these
[24] drawings from professional — I am doctor,
[25] gynecologist, you know, if you understand you can

Page 280

**V. Voronchenko**

[1]
[2] tell me about this story with me, I can tell you
[3] a lot of different details, but not on this.
[4] **Q:** Am I correct, then, if I went
[5] through this whole exhibit and skipped what
[6] similarities are to Triarch's drawing, you cannot
[7] tell me?
[8] **A:** I can understand you when you show
[9] me the pictures, not drawings. Pictures I'm
[10] ready to talk. Drawings, I'm not ready to talk.
[11] **Q:** And am I correct that if
[12] Mr. Hayden — excuse me, if Garth filed these in
[13] August 2009 with the Department of Buildings, he
[14] did so with your approval, correct?
[15] **MR. ISRAEL:** Objection.
[16] **A:** Approval, approval — not my
[17] approval, approval of Filip Vuckovic.
[18] **Q:** So you didn't approve of him
[19] submitting these plans one way or another?
[20] **A:** I see these the first time, I don't
[21] know anything about this process. I know about
[22] this stamp, about — I don't know how it's
[23] working in United States.
[24] **Q:** Okay. So Garth might have submitted
[25] these plans without getting your approval?

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 281

**V. Voronchenko**

[1]
[2]    **A:** Without, without, he has to approve
[3] this with Filip Vuckovic.
[4]    **Q:** And would Mr. Vuckovic —
[5]    **A:** Yes.
[6]    **Q:** — have —
[7]    **A:** Vuckovic — Vuckovic has to approve
[8] it.
[9]    **Q:** He would have made sure you approved
[10] it before he approved it?
[11]    **A:** Listen, I had proposition from Pepe
[12] Calderin, you know, I told this, he sended me lot
[13] of pictures, a lot of ideas. I told him it's
[14] okay, I approve this. Or another, this is a
[15] technical details, they don't need my approved
[16] for — for all of these things. They don't need
[17] this. I approved only general idea, not
[18] the — not this idea. They don't need my
[19] approval for this.
[20]    For me important result has to be
[21] absolutely the same like a picture, and they know
[22] about this. You see this picture, it has to be
[23] the same like this. I don't care about all of
[24] these plans.
[25]    **Q:** So am I correct then that you

Page 282

**V. Voronchenko**

[1]
[2] approved designs that were presented to you in
[3] images by Mr. Calderin?
[4]    **A:** Yeah, that's it. I don't want to
[5] even talk about anything.
[6]    **Q:** I am sure that is true. I just have
[7] a few more questions, we're getting towards the
[8] end.
[9]    After you approved those designs,
[10] did you instruct Garth to include those designs
[11] in the plans that he was preparing?
[12]    **A:** I can't — I can't do this because
[13] all deals with Garth have — had Mr. Vuckovic.
[14]    **Q:** So Mr. Vuckovic supervised Garth;
[15] is that correct?
[16]    **A:** Supervise the Garth?
[17]    **MR. McKEE:** Objection. Objection to
[18] form.
[19]    **A:** Vuckovic — objection, form?
[20] Supervise? I don't know, he was not his boss,
[21] you know. What do you mean supervise?
[22] Supervise, he's the person who boss of another
[23] person.
[24]    **Q:** Sure.
[25]    **A:** Of course he was not boss for

Page 283

**V. Voronchenko**

[1]
[2] Mr. Garth. Mr. Garth is a very respectful
[3] gentleman and professional. I don't know how
[4] Filip Vuckovic from Moscow has to be boss of
[5] Mr. Garth.
[6]    **Q:** Would Garth have submitted designs
[7] to the Department of Buildings if you had not
[8] approved them first?
[9]    **MR. ISRAEL:** Objection.
[10]    **A:** No. I don't know about this. Filip
[11] Vuckovic — if Filip Vuckovic approved, it's
[12] approved.
[13]    **Q:** But first you had to approve the
[14] design, correct?
[15]    **A:** I approved the pictures.
[16]    **Q:** Pictures?
[17]    **A:** Pictures. I did not approve the
[18] other things.
[19]    **Q:** But in order for them to actually do
[20] the renovation, they had to turn your pictures
[21] into construction drawings, correct?
[22]    **A:** You know, they have to be like a
[23] miracle makers people, you know. I see the
[24] pictures. Their obligation to — to make this
[25] picture in the reality, and that is it.

Page 284

**V. Voronchenko**

[1]
[2]    **Q:** And they use construction drawings
[3] to do that, right?
[4]    **A:** They — I am not — I don't care
[5] about the construction drawings, you know, I — I
[6] take care of only about pictures, because I want
[7] to see what I want — what I want to do, I want
[8] to see the final, final images planned,
[9] initial — initial plan. I need to sign this
[10] final plan. I mean, the pictures plan not this
[11] one, and that's it. This is my job finished with
[12] this one. Another one is the deal of people who
[13] build or who take care about this.
[14]    **Q:** Did you play any role in pulling
[15] together documents in this case?
[16]    **A:** Any role —
[17]    **MR. ISRAEL:** No, he didn't play any
[18] role.
[19]    **A:** Play any role.
[20]    **MR. ISRAEL:** It's okay.
[21]    **Q:** Who is Oxana Dugina?
[22]    **A:** Oxana Dugina, she is like secretary,
[23] she helped me.
[24]    **Q:** Is she your secretary?
[25]    **A:** No, not with this deal, in general.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 285

**V. Voronchenko**

[1]
[2] **Q:** She works for you in general?
[3] **A:** She works for me, she helped me, she
[4] is like a housekeeper in general. But she is
[5] clever.
[6] **Q:** She's clever?
[7] **A:** She's clever.
[8] **Q:** Is she, like, your personal
[9] assistant?
[10] **A:** No. I have another personal
[11] assistant. Her name is Uliana.
[12] **Q:** Is Ms. Dugina in New York — is
[13] Oxana —
[14] **A:** No, she lives not — not in New
[15] York, in another place.
[16] **Q:** In the United States?
[17] **A:** In the United States.
[18] **Q:** Where in the United States?
[19] **A:** In the Hamptons. But she is — but
[20] she is — she helps me with some paperwork, but
[21] paperwork what she has to send, and that's it,
[22] you know, go back, go back, she never make
[23] decision, she never did something — something
[24] like — she is like mechanical — mechanical
[25] work.

Page 286

**V. Voronchenko**

[1]
[2] **Q:** Does she also work for Medallion or
[3] does she also work for you?
[4] **A:** No, she's not connected with
[5] Medallion.
[6] **Q:** Do you have a home in Southampton?
[7] **A:** Not me. Me, personally, don't have
[8] home in Southampton.
[9] **Q:** Do you ever stay in a home in
[10] Southampton?
[11] **A:** Yes. Many years.
[12] **Q:** Who owns that home?
[13] **A:** Home where I live now, it's
[14] Medallion. Before I rented many years a house
[15] from different owners.
[16] **Q:** The home you stay in now in
[17] Southampton is owned by Medallion?
[18] **A:** Yes.
[19] **Q:** And you used to rent houses in
[20] Southampton?
[21] **A:** Sometimes I live in this apartment.
[22] **Q:** 515 Park Avenue?
[23] **A:** Yes.
[24] **Q:** And for how many years have you been
[25] coming to Southampton?

Page 287

**V. Voronchenko**

[1]
[2] **A:** How many years have I lived in
[3] Southampton —
[4] **Q:** Have you been visiting Southampton
[5] — do you live in Southampton?
[6] **A:** No.
[7] **Q:** How many years have you been
[8] visiting Southampton?
[9] **A:** In Southampton, three weeks per
[10] year, four weeks per year. In the summertime.
[11] **Q:** Are you going to be spending any
[12] time there this summer?
[13] **A:** This summer?
[14] **Q:** Yes.
[15] **A:** No.
[16] **Q:** Do you plan on doing it before the
[17] summer is over?
[18] **A:** I don't know. I don't have a lot of
[19] work in Europe.
[20] **Q:** Have you ever sold a home in
[21] Southampton to —
[22] **A:** Have I ever what?
[23] **Q:** Have you ever owned a home in
[24] Southampton?
[25] **A:** What home, no.

Page 288

**V. Voronchenko**

[1]
[2] **Q:** Have you ever owned a home in the
[3] state of New York?
[4] **A:** I don't have any property in the
[5] United States.
[6] **Q:** Have you every rented a home in New
[7] York?
[8] **A:** Yes.
[9] **Q:** When did you rent a home in New
[10] York? When was the first time?
[11] **A:** 10, 15 years ago.
[12] **Q:** Is it a one-year rental?
[13] **A:** I change lot of different addresses.
[14] I even didn't remember these address.
[15] **Q:** So you rented a number of homes in
[16] New York City over the years? Could you say yes
[17] or no?
[18] **A:** Yes, yes.
[19] **Q:** In 2009 were you renting a home in
[20] New York?
[21] **A:** Yes.
[22] **Q:** And in 2010 were you renting a home
[23] in New York?
[24] **A:** Yes.
[25] **Q:** And in 2011, were you renting a home

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 289

**V. Voronchenko**

[1]
[2] in New York?

[3] **A:** Yes.

[4] **Q:** All of those homes were in
[5] Manhattan?

[6] **A:** Yes. All of these years I use the
[7] rented apartments.

[8] **MR. ISRAEL:** How long are you going
[9] to go?

[10] **MR. McKEE:** Five minutes.

[11] **MR. MANDEL:** Do you want to go and I
[12] can gather my thoughts?

[13] **MR. McKEE:** Sure.

[14] **MR. ISRAEL:** He's going to ask some
[15] questions too, not a lot but some
[16] questions.

[17]                    **EXAMINATION**
[18]               **BY MR. McKEE:**

[19] **Q:** Mr. Voronchenko, my name is Wesley
[20] McKee. I represent —

[21] **A:** Nice to meet you.

[22] **Q:** Nice to meet you.

[23] I represent Garth Hayden in this
[24] unfortunate litigation. You said earlier that
[25] you met with Garth Hayden one time?

Page 290

**V. Voronchenko**

[1]
[2] **A:** I don't remember from the beginning,
[3] I met him one time, two times, I don't remember.

[4] **Q:** When you met him for the first time,
[5] was it before or after Triarch was hired?

[6] **A:** No, I met him much longer, before
[7] Triarch.

[8] **Q:** Before Triarch?

[9] **A:** Of course.

[10] **Q:** Let me show you a document
[11] previously marked as Defendant's Exhibit 1, which
[12] is a set of plans. This is sheets A-1 through
[13] A-4, I believe.

[14] **A:** Yes.

[15] **Q:** Have you ever seen this set of plans
[16] before?

[17] **A:** That's me — for me it's not so easy
[18] to understand very quickly where we are. Where
[19] is elevators?

[20] **Q:** Here we go.

[21] **A:** Okay.

[22] **Q:** The first page is called existing
[23] conditions demolition plan, and right down at the
[24] lower center do you see the two elevators, there
[25] is a stairs, shaft to your kitchen?

Page 291

**V. Voronchenko**

[1]
[2] **A:** Yes.

[3] **Q:** Do you recall seeing any prepared
[4] set of initial plans prepared by Mr. Hayden for
[5] approval by the co-op board and submittal to the
[6] DOB?

[7] **A:** What date is this?

[8] **Q:** These are stamped. These are
[9] stamped approved by the city, June 26, 2008.

[10] **A:** Yes.

[11] **Q:** But the question is —

[12] **A:** When it's approved?

[13] **Q:** June 26, 2008, approved by the city.
[14] Do you recall ever seeing a set of
[15] plans from Mr. Hayden before Triarch was hired?

[16] **A:** Before Triarch?

[17] **Q:** Yes.

[18] **A:** All of this is before Triarch.

[19] **Q:** I'll represent to you that all of
[20] this is before Triarch.

[21] **A:** Of course.

[22] **Q:** Do you remember seeing any plans
[23] from Mr. Hayden?

[24] **A:** Who is Mr. Hayden?

[25] **Q:** Garth Hayden.

Page 292

**V. Voronchenko**

[1]
[2] **MR. ISRAEL:** Garth Hayden.

[3] **A:** Oh, sorry. This is correct thing.
[4] I started to work with Garth in many months or
[5] before then with Triarch, because this is —when
[6] you're looking for this —

[7] **Q:** When you started working with Garth,
[8] was one of the ideas discussed to have a wall of
[9] closets in your bedroom?

[10] **A:** What you see is what I told you,
[11] this is not idea of Triarch, this is idea of
[12] Mr. Garth. You tell me what is the similar in
[13] the master bedroom, nothing, because this is
[14] Triarch, this is completely different, this is
[15] completely different, everything is different in
[16] the master bedroom.

[17] **Q:** Did Mr. Hayden prepare any
[18] renderings or pictures or images for you? Do you
[19] recall ever seeing any from him?

[20] **A:** He's architect, he — listen, I saw
[21] some papers from him a lot, but I gave these
[22] papers to Filip Vuckovic and to Triarch when I
[23] started to work with Triarch.

[24] **Q:** So when you started to work with
[25] Triarch —

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

[1] **V. Voronchenko**
[2] **A:** I gave all papers.
[3] **Q:** From Garth?
[4] **A:** To Triarch.
[5] **Q:** What did you tell Triarch about what
[6] Garth Hayden's role on the project was, did you
[7] tell them anything?
[8] **A:** Great project, what can I say; if I
[9] like this project, what can they say. I like job
[10] of Garth.
[11] **Q:** When you hired Triarch, did you
[12] still intend to use Garth Hayden for any further
[13] services?
[14] **A:** Of course, I worked with this man
[15] all the time. I never stopped to work with him.
[16] And when I started to work with Triarch, I told
[17] him, I gave them message, you have to make a copy
[18] of the design with Mr. Garth.
[19] **Q:** Did you ever tell or ask Triarch to
[20] contact Mr. Hayden and speak with him at all?
[21] **A:** I don't remember, but he's
[22] my — they must to talk to him.
[23] **Q:** So you considered Mr. Hayden, Garth
[24] Hayden, to be your architect?
[25] **A:** Yes, of course he's my architect.

[1] **V. Voronchenko**
[2] **Q:** What did you consider Triarch to be,
[3] was it your designer, interior designer?
[4] **A:** I don't know the position of Triarch
[5] in this. Because Triarch has to do everything,
[6] Triarch has to make all architectural things,
[7] Triarch has to — has to do everything, to make
[8] all these drawings, but Mr. Garth did this all,
[9] the job for Triarch. Triarch use the job of
[10] Mr. Garth.
[11] **Q:** Did you ever take any of the
[12] plans —
[13] **MR. McKEE:** Strike that.
[14] **A:** They used all plans of Triarch — of
[15] Garth, I mean. Triarch used all the materials
[16] from — from the company of Mr. Garth.
[17] **Q:** Okay. Earlier you were shown
[18] Exhibit Defendant's 7. You said you never saw
[19] this before. This is Triarch's plans. You said
[20] you never saw this, right?
[21] **A:** I never saw this. I spent some time
[22] with plans of Garth, you know, and for me that
[23] was it.
[24] **Q:** So since you never saw these plans,
[25] you never —

[1] **V. Voronchenko**
[2] **A:** Of Triarch, I never.
[3] **Q:** Since you never saw Triarch's
[4] plans —
[5] **A:** No.
[6] **Q:** — you never gave them to Garth
[7] Hayden, correct?
[8] **A:** Triarch — Triarch —
[9] **MR. ISRAEL:** He wants —
[10] **A:** To Garth.
[11] **MR. ISRAEL:** He wants to know, did
[12] you ever give Triarch's plans that you said
[13] you didn't see before and did you ever give
[14] them to Garth Hayden?
[15] **A:** No, never, never.
[16] **Q:** Did you ever ask — to your
[17] understanding —
[18] **MR. McKEE:** Strike that.
[19] **Q:** Do you know, do you know whether
[20] somebody from Medallion —
[21] **A:** No.
[22] **Q:** — gave Triarch's plans to —
[23] **A:** No, I don't think it's possible.
[24] **Q:** At any point in time were there any
[25] set of plans ever left in your apartment or left

[1] **V. Voronchenko**
[2] there for anybody else, like Mr. Hayden, to pick
[3] up and use?
[4] **A:** No.
[5] **Q:** Did you ever ask anyone to take part
[6] of Triarch's plans, any part, either in whole or
[7] small segments of it and provide it to
[8] Mr. Hayden?
[9] **MR. MANDEL:** Objection.
[10] **Q:** Did you ever ask anybody to do that?
[11] **A:** Of course I never asked for
[12] Mr. Garth to take something from Triarch plans.
[13] Opposite. Opposite situation. Triarch took all
[14] design from — from Mr. Garth. Opposite
[15] situation.
[16] **Q:** We looked at that letter earlier
[17] from your attorney, Mr. Wise?
[18] **MR. ISRAEL:** Medallion's attorney.
[19] **MR. McKEE:** I beg your pardon?
[20] **Q:** Medallion's attorney, Mr. Wise
[21] terminating Triarch. Do you remember looking at
[22] that letter?
[23] **A:** Could you show me?
[24] **MR. ISRAEL:** The letter from Bob
[25] Wise from Triarch saying you're not going

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 297

[1]           *V. Voronchenko*
[2] to work for us anymore.
[3]    **A:** I see this is first time.
[4]    **MR. ISRAEL:** What is your question?
[5]    **A:** You showed me, you showed me the
[6] letter from —
[7]    **Q:** Did you ever —
[8]    **MR. McKEE:** Here it is.
[9]    **Q:** Did you ever get a response, I
[10] mean —
[11]    **MR. ISRAEL:** Did Medallion ever get
[12] a response?
[13]    **Q:** Did Medallion ever get a response
[14] from Triarch in writing?
[15]    **MR. ISRAEL:** Objection.
[16]    **A:** Could you repeat?
[17]    **Q:** Did you ever see a letter from
[18] Triarch back to Mr. Wise?
[19]    **A:** No.
[20]    **Q:** Responding to that letter?
[21]    **A:** No.
[22]    **Q:** Did you ever get anything in writing
[23] from Triarch telling you in writing not to use
[24] any of their drawings?
[25]    **A:** I'm sorry?

Page 298

[1]           *V. Voronchenko*
[2]    **MR. ISRAEL:** He wants to know — he
[3] wants to know if you ever — you or anyone
[4] else at Medallion ever received anything
[5] from Triarch saying you cannot use the
[6] drawings that we made for this apartment.
[7]    **MR. MANDEL:** Objection.
[8]    **MR. ISRAEL:** I'm just trying to —
[9]    **MR. MANDEL:** I'm not objecting to
[10] you, I'm objecting to the question.
[11]    **MR. ISRAEL:** I'm trying to interpret
[12] it.
[13]    **A:** The translation, I didn't understand
[14] it.
[15]    **MR. ISRAEL:** He wants to know —
[16]    **A:** Got —
[17]    **MR. ISRAEL:** — if anyone from
[18] Triarch, did Triarch ever tell you or
[19] anyone else —
[20]    **THE WITNESS:** Yes.
[21]    **MR. ISRAEL:** — at Medallion that
[22] they cannot use — they are not allowed to
[23] use the drawings —
[24]    **THE WITNESS:** No, never.
[25]    **MR. ISRAEL:** — that Triarch made.

Page 299

[1]           *V. Voronchenko*
[2]    **THE WITNESS:** No, no.
[3]    **MR. McKEE:** I'll take that back.
[4]    **Q:** Did you —
[5]    **MR. McKEE:** Strike that.
[6]    **Q:** To your understanding, were the only
[7] drawings, only interior elevations that
[8] Mr. Hayden — that Mr. Garth was provided with
[9] came from Pepe Calderin, is that your
[10] understanding?
[11]    **A:** Yes.
[12]    **Q:** To your understanding, Mr. Calderin
[13] created those drawings, correct?
[14]    **A:** Okay, with — together with Garth.
[15]    **Q:** And Mr. Calderin coordinated with
[16] Mr. Filip?
[17]    **A:** Filip.
[18]    **Q:** And he worked directly for
[19] Mr. Filip?
[20]    **A:** Yes.
[21]    **MR. McKEE:** I have no further
[22] questions.
[23]    **THE WITNESS:** Thank you, you're very
[24] quick.
[25]        **FURTHER EXAMINATION**

Page 300

[1]           *V. Voronchenko*
[2]    BY MR. MANDEL:
[3]    **Q:** Did there ever come a point in time
[4] when you told Triarch to begin working on the
[5] kitchen?
[6]    **A:** Listen, we never spoke with Triarch
[7] about kitchen or toilet or something. I waited
[8] from them full design for full apartment, whole,
[9] full apartment.
[10]    **Q:** Were they supposed to begin work on
[11] some rooms before they did other rooms?
[12]    **A:** Listen, you — you showed me the
[13] design of the kitchen from Triarch. Why — why
[14] you tell me? I don't believe in this drawings,
[15] because we never even started to talk with
[16] Triarch about bedrooms, kids' bedrooms, about
[17] bathrooms, about kitchen, but for me it's very,
[18] very unusual. I see the drawings for all of this
[19] things.
[20]    **Q:** I understand. I'm trying to move
[21] this along.
[22]    **A:** Why am I talking this?
[23]    **Q:** At the end of the day —
[24]    **A:** I don't building this.
[25]    **Q:** Did there ever come a point —

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Page 301

[1] **V. Voronchenko**
[2] **MR. MANDEL:** Withdrawn.
[3] **Q:** Was Triarch supposed to begin work
[4] on some rooms before it worked on other rooms?
[5] **A:** Listen, I want to tell you, very for
[6] me basic, basic thing, when you showed me
[7] contract, the first payment 15 percent of the
[8] total payment I have to pay when I see the full
[9] 100 percent design, you know, with my approved,
[10] after this I have to pay another money, before
[11] this, I — I don't need to pay first 15 percent.
[12] **MR. ISRAEL:** Vladimir, you told him
[13] that before. That is not what he's asking
[14] you now. Listen to what he's asking you
[15] and answer his questions. He got that
[16] point, you told him that.
[17] What is your question?
[18] **THE WITNESS:** Sorry.
[19] **MR. ISRAEL:** It's okay. Just answer
[20] his questions. He understands that you're
[21] only supposed to pay when the whole thing
[22] is done. He got that.
[23] **THE WITNESS:** I paid too early.
[24] **Q:** Was Triarch supposed to begin
[25] working on some rooms before it began working on

Page 302

[1] **V. Voronchenko**
[2] other rooms?
[3] **A:** Triarch can do what he wants, but he
[4] has — he must show his final 100 percent
[5] proposal, after this I'll pay 15 percent and
[6] after this I don't care, if you're talking about
[7] me, you know. I need to see the final proposal.
[8] I think I — I need to sign this proposal.
[9] I — I have to accept this proposal, every room.
[10] **Q:** I understand.
[11] **A:** Every angle, you know.
[12] **Q:** Was there any point in time when you
[13] weren't going to renovate the kitchen?
[14] **A:** Sorry?
[15] **Q:** Was there ever — in the beginning
[16] of this project —
[17] **A:** Yes.
[18] **Q:** — were you considering not
[19] renovating the kitchen at all?
[20] **MR. ISRAEL:** Objection.
[21] **A:** Who told you that?
[22] **MR. ISRAEL:** He answered this this
[23] morning.
[24] **A:** You asked me about kitchen maybe
[25] seven or ten time the same question.

Page 303

[1] **V. Voronchenko**
[2] **MR. MANDEL:** I'll withdraw the
[3] question.
[4] **A:** Explain — I explain —
[5] **MR. ISRAEL:** He got it, he knows.
[6] **Q:** How many times did you meet with
[7] Triarch?
[8] **A:** I asked for them to prepare for
[9] me —
[10] **MR. ISRAEL:** He got it.
[11] **A:** — the whole —
[12] **Q:** I got it.
[13] How many times did you meet with
[14] Triarch?
[15] **A:** How many times?
[16] **Q:** Yes.
[17] **A:** I don't remember. Not one, not one.
[18] **Q:** Did you take any notes during those
[19] meetings?
[20] **A:** Notes?
[21] **Q:** Yes. Did you make any notes of what
[22] was discussed at those meetings?
[23] **A:** No. For what? For what? I need to
[24] see and I have to like and when I like the final,
[25] I sign it. I never accepted —

Page 304

[1] **V. Voronchenko**
[2] **MR. ISRAEL:** You answered his
[3] question. You answered his question.
[4] **THE WITNESS:** But this is very
[5] important.
[6] **MR. ISRAEL:** I know. Just answer
[7] his questions.
[8] **THE WITNESS:** This is very
[9] important. I tell you this for you, I need
[10] to pay for something that I accepted.
[11] **MR. ISRAEL:** Listen, Vladimir, I got
[12] that point. I got it so well that it is
[13] emblazoned in my brain.
[14] **THE WITNESS:** Okay.
[15] **MR. ISRAEL:** It's melded in there.
[16] It is actually soldered in my brain. I got
[17] that point so well, I know it better than
[18] my wife's name. Now, can you answer the
[19] questions that he's asking you?
[20] **THE WITNESS:** Sorry, sorry.
[21] **Q:** What, if anything, did Medallion do
[22] to slow down the renovation process?
[23] **A:** What?
[24] **Q:** Did Medallion do anything that
[25] slowed down the renovation process?

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

Page 305

[1]               *V. Voronchenko*
[2]     **A:** Medallion was upset.
[3]     **Q:** When was Medallion upset?
[4]     **A:** When the process was very slow.
[5]     **Q:** Who conveyed the fact that Medallion
[6] was upset to you?
[7]     **A:** Who conveyed?
[8]     **Q:** Yes.
[9]     **A:** Me.
[10]    **Q:** You conveyed that?
[11]    **A:** Because I have some obligations, but
[12] this obligation is not moving, you know, I
[13] promise something to do, but I can't do this.
[14]    **Q:** Did you promise it would be done by
[15] a certain time?
[16]    **A:** We didn't spoke, but I promised to
[17] do this as soon as possible.
[18]    **Q:** And did Medallion do anything to
[19] slow down the renovation process?
[20]    **A:** Listen, when — when — we
[21] understood this apartment will not use for the
[22] family, you know, not my family, and when I —
[23] when my friend tell me, okay, use this apartment
[24] for how many years you want, because this is like
[25] investment. Of course I wanted to finish as soon

Page 306

[1]               *V. Voronchenko*
[2] as possible. For me it's very nice. I need to
[3] rent the apartment, I can use this apartment free
[4] of charge. I lost a lot of money without this
[5] process, because I needed to pay for the rent all
[6] of these months.
[7]     **THE WITNESS:** Sorry. I know you're
[8] very upset with my long conversation.
[9]     **MR. MANDEL:** I have no further
[10] questions at this time. Unfortunately, I
[11] can't close the deposition because a
[12] substantial production was made this
[13] morning and I believe there are several
[14] documents that I requested that still
[15] remain outstanding.
[16]    My hope is that we will not need to
[17] continue this deposition at a later date,
[18] but unfortunately the plaintiffs have to
[19] reserve their right to do so.
[20]    **MR. ISRAEL:** We're done.
[21]    (Time noted: 5:02 p.m.)
[22]
[23]
[24]
[25]

Page 307

[1]               *V. Voronchenko*
[2]     I, the witness herein, having read
[3] the foregoing testimony, do hereby certify
[4] it to be a true and correct transcript,
[5] subject to the corrections, if any, shown
[6] on the attached page.
[7]
[8]
[9]
[10]
[11]
[12]           **VLADIMIR VORONCHENKO**
[13]
[14]
[15] Subscribed and sworn to
[16] before me this _____ day
[17] of _____ 2012.
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 308

[1]
[2]          CERTIFICATE
[3] STATE OF NEW YORK )
[4]
[5] COUNTY OF NEW YORK)
[6]
[7]     I, KAREN PERLMAN, RPR, a Shorthand
[8] Reporter and Notary Public within and for the
[9] State of New York, do hereby certify:
[10]    That VLADIMIR VORONCHENKO, the witness
[11] whose deposition is hereinbefore set forth, was
[12] duly sworn by me and that such deposition is a
[13] true record of the testimony given by such
[14] witness.
[15]    I further certify that I am not related to
[16] any of the parties to this action by blood or
[17] marriage, and that I am in no way interested in
[18] the outcome of this matter.
[19]    IN WITNESS WHEREOF, I have hereunto set my
[20] hand this _____ day of June, 2012.
[21]
[22]
[23]          KAREN PERLMAN, RPR
[24]
[25]

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C.  v.
Medallion Inc., et al.

Page 309

[1]
[2]                    INDEX
[3] WITNESS              EXAMINATION BY    PAGE
[4] VLADIMIR VORONCHENKO      MR. MANDEL      4,300
[5]              MR. McKEE          289
[6]
[7]
[8]             EXHIBITS
[9] PLAINTIFF'S EXHIBIT          PAGE  LINE
[10] 36,   Document dated 6/7/12       4    7
[11] 37,   Document entitled, "Summons
[12]    in a Civil Case"        4    9
[13] 38,   Document entitled, "Summons
[14]    in a Civil Action"       4   12
[15] 39,   Document bearing Bates numbers
[16]    MED 15 - MED 24        116   22
[17] 40,   E-mail dated  December 11,
[18]    2008              171    5
[19] 41,   E-mail dated  December 12,
[20]    2008              174   13
[21] 42,   Two-page e-mail       182   17
[22] 43,   E-mail dated  January 16,
[23]    2009              190   17
[24] 44,   Four invoices from Triarch
[25]    labeled invoices 1 through 4  191   22

Page 310

[1]
[2]             EXHIBITS
[3] PLAINTIFF'S EXHIBIT          PAGE  LINE
[4] 45,   E-mail of January 21, 2009   196   25
[5] 46,   Letter dated January 27, 2009 199    3
[6] 47,   Three-page document      209   16
[7] 48,   Document bearing Bates numbers
[8]    MED 433 - MED 439       211   25
[9] 49,   One-page document dated May
[10]    29, 2012          216   17
[11] 50,   Two-page document       218    7
[12] 51,   Document bearing Bates
[13]    numbers MED 442 and MED 443  222    9
[14] 52,   Document bearing Bates numbers
[15]    MED 367 - MED 380       226    8
[16] 53,   Document bearing Bates numbers
[17]    MED 315 - MED 324       235    9
[18] 54,   Document bearing Bates numbers
[19]    MED 91 - MED 102        253   25
[20] 55,   Document bearing Bates numbers
[21]    MED 161 - MED 164       266   20
[22]
[23]
[24]
[25]

## $

**$1,273,800** 191:14
**$10 million** 131:2
**$11 million** 27:23
**$20,000** 131:21
**$30,000** 264:22
**$300,000** 259:21
**$50,000** 50:3
**$55,000** 53:10

## 1

**1,000** 124:13
**10** 106:24; 110:23; 248:11; 288:11
**10,000** 75:18, 20; 124:14
**10-something** 27:21
**100** 74:5; 109:8; 149:5, 7; 153:19; 192:11, 12; 193:11; 207:6; 247:12; 301:9; 302:4
**100,000** 132:12
**102** 254:2, 7
**10:48** 63:2
**10:57** 63:4
**11** 7:20; 8:12; 171:6, 11
**11:48** 100:24
**11:53** 101:2
**12** 174:14, 17
**12:58** 156:8
**14** 114:14; 189:2
**14th** 112:15; 114:14
**15** 9:6; 26:23; 97:20
**15,000** 75:20
**150** 24:22; 136:5
**15th** 50:17
**16** 26:23, 23; 182:22; 190:18, 21
**161** 266:21; 267:3
**164** 266:21; 267:3
**19** 209:20
**1917** 25:12
**1:00** 151:23, 25
**1:40** 157:3
**1st** 50:16; 214:4; 219:10

## 2

**2,000** 124:13; 132:11
**20** 74:17, 18, 18; 97:19
**20,000** 95:22; 192:12; 193:21
**200** 73:8; 135:22
**200,000** 74:10
**2008** 101:15; 112:14, 16; 141:12; 161:22; 171:6, 11; 174:7, 10, 14, 18; 175:14, 24; 176:10; 178:22; 179:6, 7; 182:23; 199:17; 200:9, 20; 201:6, 18; 202:4;

**203:8**; 214:2, 4, 6; 243:8; 260:14; 291:9, 13
**2009** 141:17, 20; 142:5, 5, 6; 179:6; 189:11, 15, 21; 190:18, 22; 197:2, 5; 199:4, 7; 218:14; 219:11, 14, 14, 19, 22; 254:10, 24; 255:3; 257:5, 8, 14, 18; 260:8, 11, 14; 261:6; 277:16, 17; 280:13; 288:19
**2010** 179:6; 209:21; 260:14; 288:22
**2011** 7:3, 4, 14, 18; 8:2, 11, 13; 179:6; 260:14; 261:6; 277:8; 288:25
**2012** 216:18; 307:17
**21** 9:8; 197:2, 5; 207:24
**21st** 6:5, 12; 107:21
**23** 243:8
**24** 116:23; 117:5; 254:24
**26** 158:19; 291:9, 13
**27** 199:4, 7
**29** 216:18
**2:23** 235:6
**2:35** 235:8

## 3

**3,000** 124:14; 196:8
**30,000** 97:19
**300** 250:13
**31** 199:17; 200:9, 20; 201:6, 18; 202:4; 203:8, 15
**315** 235:10, 14
**31st** 35:20, 21
**324** 235:10, 14, 16
**32nd** 35:21
**36** 4:7
**367** 226:9, 13
**37** 4:9; 115:7; 116:11
**37-1/2** 146:20
**370** 226:14, 15, 15; 227:6
**379** 229:6, 11
**38** 4:12; 115:16; 116:8
**380** 226:9, 13
**39** 116:22, 25

## 4

**40** 171:5
**400** 73:8; 250:14
**41** 174:13, 17
**42** 182:17
**43** 190:17, 21
**433** 212:2, 6
**434** 213:4
**439** 212:2, 6; 213:17
**44** 191:22; 192:2
**442** 222:10, 14
**443** 222:10, 14
**45** 196:25; 197:5

**46** 199:3
**47** 209:16, 19; 232:22
**48** 211:25; 213:12
**49** 216:17, 20

## 5

**50** 218:7, 10
**50,000** 75:17
**51** 222:9, 12
**515** 6:6; 107:21; 108:2; 161:25; 162:19; 259:25; 262:4; 286:22
**52** 226:8, 12
**53** 235:9, 13, 19
**54** 253:25; 254:5, 7
**55** 95:22; 97:21; 266:20; 267:2
**55,000** 51:10; 79:9; 91:2; 97:18
**5:02** 306:21

## 6

**6/02/08** 114:9
**6/7/12** 4:8
**60th** 27:9
**6th** 114:11

## 7

**700** 16:22

## 8

**800** 16:22; 266:9

## 9

**91** 255:11

## A

**A-1** 255:12; 290:12
**A-11** 249:8
**A-13** 242:6, 11, 11, 19
**A-19** 242:22
**A-2** 251:21, 22, 23; 252:6, 7, 8, 8, 11
**A-4** 278:4; 290:13
**A-7** 243:13; 244:7, 19; 245:6
**A-8** 245:11, 11; 246:11
**A-9** 248:6
**a.m** 63:2, 4; 100:24; 101:2
**Aaron** 182:21
**abide** 11:23
**able** 148:15
**above** 96:23; 144:23; 172:5

**absolutely** 51:12; 55:18; 70:25; 77:19; 94:10, 11, 12, 13, 17, 18; 95:25; 96:2, 2, 3, 16; 97:5; 153:25; 163:19; 168:5; 177:5; 181:20, 21, 21; 184:24; 232:9; 243:3, 3, 5; 245:10; 247:14; 248:8, 14, 14; 250:6; 252:16; 262:14; 281:21
**accept** 114:21; 124:9; 152:15, 16; 161:13, 17; 302:9; 64:11, 15; 124:9; 150:19; 152:20, 21; 161:16; 269:23; 303:25; 304:10; 114:25
**acceptable** 125:18
**accomplish** 101:23
**account** 217:13; 208:19
**achieve** 30:16
**acquired** 21:20
**Action** 4:13; 265:2
**actual** 33:23; 60:24; 121:25
**actually** 21:19; 53:20; 77:5; 134:10; 161:11; 166:20; 283:19; 304:16
**added** 221:20; 222:22
**addition** 72:2; 236:11
**additional** 97:19; 122:4; 215:23; 216:4; 238:25; 263:24
**address** 108:2; 210:14; 288:14, 13; 12:4
**adjacent** 177:17, 21
**advice** 29:10; 165:11
**advise** 165:13
**AFTERNOON** 157:2; 197:11
**afterwards** 49:25
**Again** 13:10; 40:15, 23, 24; 70:9; 71:7, 7; 78:22; 80:11, 25; 86:5; 92:11; 94:2; 128:14; 130:21; 134:13; 135:15; 157:19; 164:5; 165:14; 169:15; 175:7, 10, 18; 180:15; 193:5; 197:12; 213:14; 231:14; 234:2; 245:18; 248:20; 252:4; 253:20; 256:4; 261:18; 263:20; 273:23; 274:24
**against** 14:6; 115:8
**age** 10:21
**ago** 19:13, 13; 21:11; 24:17; 29:22; 45:16; 51:16; 62:9, 10; 69:24; 73:8, 8; 88:17; 108:11; 126:15, 17, 19; 170:23; 185:8; 208:8; 233:12, 20; 259:4; 288:11
**agree** 59:24; 69:2; 114:21; 165:22; 197:16, 17; 214:23; 259:9; 261:14; 11:17; 203:7; 214:19
**agreement** 11:22; 120:23; 132:18, 20;

**203:11, 15; 214:25; 11:16
**ahead** 44:12; 48:19, 20, 20; 56:2; 67:4; 172:11; 200:14; 234:14; 270:4
**AIA** 121:12
**air** 66:22
**album** 65:5, 5
**Alessandra** 210:2
**all-right** 62:24
**allergy** 66:22
**allowed** 162:21; 298:22
**allowing** 14:4
**almost** 218:6
**along** 264:19; 300:21
**altogether** 8:16
**always** 19:23; 26:8; 28:18; 43:3; 47:16, 16; 49:20; 59:22; 60:5; 61:17, 20; 62:10, 12, 14; 70:19; 74:3; 76:7; 100:9; 103:13, 13; 111:6; 123:22, 22, 23; 124:2, 7; 132:14, 16; 151:14; 197:16; 207:9, 10; 209:5; 234:16, 25; 235:2; 267:25; 269:15, 17
**amended** 115:7, 8, 9, 10, 17
**America** 36:15; 75:5; 153:22
**American** 25:18; 51:23; 52:2; 154:21; 155:10; 215:18
**amount** 51:13, 14; 57:10, 20; 75:23; 94:21, 21, 23, 24; 97:23; 98:4; 123:23; 125:15, 16; 128:2; 129:23; 130:6; 131:8; 192:25; 241:4; 261:2
**and/or** 224:19
**angle** 302:11
**angry** 48:5; 228:15
**anniversary** 26:25
**answered** 112:25; 139:15, 18, 19; 141:24; 146:2; 191:11; 210:3; 237:7, 10; 261:24; 302:22; 304:2, 3
**antique** 124:25; 131:17, 17, 18
**anymore** 228:13; 248:9, 10; 263:12; 272:22; 297:2
**apart** 190:9
**apartment** 6:5, 6, 9, 12, 15, 17, 19; 7:6, 11, 16, 18, 19, 23; 8:6, 13, 15, 17; 9:9; 10:12; 15:23; 17:2, 21; 19:3, 4, 8, 11, 16, 17; 20:12, 13, 20, 25; 21:6, 7, 9, 12, 16, 19, 24, 25; 22:5, 10, 12, 18; 23:2, 8, 13, 14; 25; 27:5, 8, 20; 29:3, 15, 24; 30:8; 31:2, 7, 10, 12, 13; 33:20, 24; 34:10; 35:20, 23, 24; 36:2, 5, 6, 14; 38:2, 5, 13, 18; 39:9; 42:3, 10, 23, 24; 43:22, 25; 46:8, 10; 51:15, 19, 22;

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

52:12; 53:2, 22; 54:13;
56:15; 58:3, 9, 11, 14, 23,
24; 64:7, 12, 13; 65:8, 10,
11, 25; 66:8; 68:22, 24, 25;
69:14, 21, 21, 22; 70:10,
12, 13, 15, 23; 71:10, 12,
19, 21, 22; 72:4; 73:13;
74:7, 8, 15, 21, 23; 77:25;
80:13; 84:5, 8; 86:3, 9;
87:16, 21, 23; 90:8, 15;
91:18; 92:25; 93:2, 9;
99:22, 25; 101:4, 9, 24;
104:12, 16; 106:13; 107:6,
21; 113:22; 117:23; 120:2,
24; 122:22; 126:5; 137:10;
144:11, 11; 148:6; 149:3,
8; 150:15, 17; 151:16;
155:6, 8; 157:24; 162:4, 4;
163:6; 164:14; 166:5, 20;
170:11, 16; 173:14, 19, 20;
179:23; 180:3, 4, 5, 7, 12;
182:8; 200:18; 202:3;
203:7; 206:14, 20, 25;
214:3; 218:22; 220:6;
223:5, 8; 230:9; 231:23;
238:11, 12, 13; 247:6, 15;
250:14; 255:18, 21;
256:22, 24; 257:5, 8, 14,
17, 20, 24; 258:5; 259:5,
23, 24, 25; 260:4, 11, 14,
22; 261:10; 262:4; 264:17;
266:17; 267:7, 7, 14;
269:13, 20; 270:14; 272:4;
273:6; 274:17, 21; 275:2,
15; 276:10; 277:8; 286:21;
295:25; 298:6; 300:8, 9;
305:21, 23; 306:3, 3;
19:21; 64:10; 110:20;
161:25; 232:22; 260:24;
261:4, 5; 289:7
**apologize** 22:24; 181:16;
234:6
**appear** 88:12; 87:25;
108:4; 117:2; 226:18
**appreciate** 240:17
**approach** 130:11
**approval** 181:22; 182:2;
184:13, 17; 198:19; 201:9;
249:3; 280:14, 16, 16, 17,
17, 25; 281:19; 291:5
**approve** 175:15, 25;
198:16; 267:22; 280:18;
281:2, 7, 14; 283:13, 17;
182:10; 183:5, 6, 7, 11, 23;
198:18; 281:9, 10, 15, 17;
282:2, 9; 283:8, 16; 291:5, 12, 13; 301:9
**approximately** 7:3
**architect** 34:13; 109:14;
292:20; 293:24, 25; 145:5;
121:14
**architectural** 55:16, 25;
56:3; 77:16, 17; 81:10, 12;
83:17, 18; 104:16; 119:25,
25; 125:15; 294:6
**architecture** 56:7; 72:9,
10, 10; 91:3; 109:13;
113:19, 21
**area** 11:7; 30:21; 83:16;

84:13; 85:13; 95:10, 11;
153:2, 3; 160:5, 5; 20:23;
159:25
**around** 16:22, 22; 24:22;
27:9; 125:21; 127:9;
160:2; 231:20, 20; 251:17;
277:15
**arrangement** 138:16
**art** 24:10; 31:3, 3, 4, 4;
50:10; 51:24; 70:13, 15,
23; 71:23; 86:24; 87:5;
97:3, 6, 8; 108:12, 12;
155:12, 16, 17, 20; 156:5
**Article** 133:10; 144:23;
145:2
**arts** 30:22, 23, 24
**aside** 120:13; 174:9;
201:4, 23; 270:11, 12
**aspect** 201:10, 11; 220:7;
246:12; 91:16; 96:4
**assistant** 285:9, 11
**associated** 245:7; 272:2
**Association** 121:13
**assume** 5:15
**attached** 158:19; 159:12;
171:12, 15; 174:24;
182:23; 307:6
**attachment** 212:5
**attention** 133:9; 147:4;
159:9; 182:25; 183:3;
226:14; 237:21
**attorney** 208:11; 296:17,
18, 20
**attorney-client** 134:11
**attributed** 86:11, 12
**August** 112:14, 15;
209:20; 218:14; 219:11,
22; 277:16, 17; 280:13
**authority** 205:13, 19
**authorize** 196:15; 197:9;
11:15; 197:17
**automatically** 150:22,
22; 270:5
**available** 11:11
**Avenue** 6:6; 27:8;
162:19; 260:2; 262:4;
286:22
**aware** 38:5; 195:9;
211:11; 274:19
**away** 57:4; 59:2

## B

B-O-U-C-H-E-R 182:22
**back** 38:10; 53:9, 10;
95:22; 101:16; 182:15;
184:8, 11; 197:7; 221:23;
250:23; 262:6, 8; 285:22,
22; 297:18; 299:3
**background** 259:18
**bad** 27:17, 18; 70:18, 20;
91:4; 108:10, 13, 18, 19;
186:24; 187:2; 193:4, 4;
196:9; 232:8, 9, 14, 15;
234:3, 16; 261:15; 272:11;

276:2, 14, 19, 24; 279:19
**badly** 119:20
**base** 87:10; 88:2; 131:20;
167:20
**basic** 301:6, 6
**basically** 200:6
**basis** 273:17
**Bates** 21:3; 117:4, 5;
171:13; 212:2, 5; 222:10,
13; 226:9, 12; 235:10, 13;
254:2, 5, 6; 266:21; 267:2
**bath** 191:3, 3
**bathroom** 84:23; 94:12;
97:13; 124:13, 13; 132:11,
12, 14, 15; 171:23; 242:3,
8, 23; 243:6; 48:17; 66:4;
94:16; 244:2; 248:23;
300:17
**bearing** 116:23; 212:2;
222:10; 226:9; 235:10;
254:2; 266:21
**beautiful** 23:5, 13; 24:16,
23; 30:18, 19, 20; 68:7;
82:5; 111:16; 112:19, 19;
127:25; 130:3; 151:15;
174:3; 206:14; 214:5;
271:22
**became** 15:2
**become** 14:4; 5:9
**bed** 172:5, 5; 197:8
**bedroom** 70:8; 71:14;
80:16, 18, 19, 21, 22, 24;
94:10, 14; 95:24; 96:5, 21,
23; 165:2; 171:25; 172:5;
278:4; 292:9, 13, 16;
48:17; 66:4; 94:13; 165:3;
248:23; 300:16, 16
**beforehand** 21:20
**beg** 296:19
**began** 56:24; 215:6;
258:5; 301:25
**begin** 146:4, 6; 152:6;
153:8, 12; 257:13, 17;
277:9; 300:4, 10; 301:3,
24; 117:4; 212:5; 222:13;
226:12; 235:13; 254:5;
267:2
**beginning** 10:18; 29:20;
31:14; 38:19; 64:9; 66:3;
67:5; 123:17; 199:13, 14;
231:25; 232:8; 245:5;
248:18; 261:20; 290:2;
302:15
**behalf** 114:22; 115:2;
203:21; 204:8; 205:12
**believes** 263:2
**bells** 25:14, 14, 15, 15,
16, 17, 19
**belonging** 16:9
**below** 174:23; 175:3
**Berg** 22:21
**best** 24:2; 31:3, 3; 68:25;
73:4; 131:7; 141:22;
143:22, 22; 206:2
**better** 27:11; 81:12;
109:10; 111:3, 4; 119:19,

21; 136:11, 12; 138:24;
145:12; 153:4; 154:23;
198:24; 207:7, 10; 217:12;
228:3; 234:7; 304:17
**Bhandari** 147:12, 15
**bible** 65:21
**biblioth** 72:19
**bidding** 148:12
**big** 9:24, 24, 25; 10:3, 4;
13:2, 21; 19:25; 20:21;
24:13; 52:4; 53:2, 2, 2;
56:5, 5, 6; 74:20; 84:16;
173:15; 177:7; 178:12;
236:18; 255:24; 256:21
**bigger** 102:23; 228:3
**biggest** 13:4; 73:2, 3
**billed** 226:22
**bills** 217:7
**bimonthly** 274:13
**binder** 236:19
**birthday** 10:16
**bit** 24:6; 113:22; 125:20;
233:3
**black** 180:8; 232:23, 23
**blah-blah-blah-blah-
blah** 125:10
**blocks** 119:17; 213:19
**blueprint** 64:16; 42:17;
52:22, 24; 53:22; 54:2, 12,
19, 24; 55:15, 23; 56:20;
64:6, 7, 14; 65:20; 74:12;
77:14, 18, 19; 151:10
**board** 181:23; 182:9;
183:7, 8, 12, 22; 184:5, 12;
291:5; 236:25
**board-approved** 183:14
**Bob** 296:24
**bodies** 71:17
**body** 71:16, 16
**book** 65:6, 7, 8, 10, 12,
14, 18, 19; 79:12, 12; 82:7;
86:7, 16; 88:5, 7, 8, 8, 9, 9,
13; 89:9; 108:15; 109:14,
18, 19, 22; 110:8, 19;
111:12, 14, 19; 113:13;
173:20; 207:18, 20; 208:6,
16; 209:11, 13; 236:3, 15,
16; 239:8; 47:6; 74:6, 7,
12; 75:9, 10, 10; 92:16;
100:17; 114:2; 170:24;
173:11; 181:5; 239:11
**bookcase** 118:10;
250:25, 25; 251:11; 82:3,
4, 7; 177:5, 11; 251:6, 8,
13, 14
**bookkeeper** 150:23;
217:18; 267:20; 268:18
**boom** 84:15, 15, 16
**boss** 282:20, 22, 25;
283:4
**both** 109:25; 115:2;
182:4; 239:23
**bottom** 85:18; 96:21;
189:3; 208:2; 229:6, 11
**Boucher** 182:22
**bought** 15:23; 16:4;

21:16, 23; 24:17, 18; 25:18
**boy** 9:3, 5
**Braderman** 121:5;
126:13, 14, 25; 148:18;
157:10; 183:2; 190:23;
196:5; 197:6, 18, 21, 22;
198:11; 211:21; 227:20,
24
**brain** 304:13, 16
**brand** 36:15
**break** 6:2; 25:25; 60:16;
62:25; 63:5; 151:25;
165:15; 225:9, 11
**brief** 63:3; 100:25; 235:7
**bring** 230:3
**bubble** 160:17, 20; 161:2;
159:25
**budget** 31:7; 122:6;
123:13; 127:11, 19, 22;
128:12, 17, 21, 23; 129:17;
130:12, 25; 132:4
**build** 24:15; 39:6; 41:10;
42:22; 43:11; 53:20;
124:11; 132:11, 12;
135:21; 136:4, 4; 154:4, 4;
155:6; 173:16, 17; 221:11;
247:7; 284:13; 248:17;
251:16; 256:21; 29:21;
35:21; 47:5; 58:21; 96:11;
141:25; 148:12; 196:22;
248:17; 300:24
**builder** 59:10; 61:17;
125:15; 148:21; 197:22;
246:25; 279:14, 23; 39:5;
58:16; 60:3; 275:18
**building's** 181:23;
184:12
**buildings** 39:6; 41:11;
277:15; 280:13; 283:7
**built** 15:11; 24:12; 29:22
**bullshit** 249:4
**business** 9:11; 15:9, 18;
16:3; 17:13; 20:5; 24:5, 7,
8, 9, 10; 25:6, 10; 26:3;
32:20; 103:7, 7, 14, 14;
113:3; 123:21, 21, 24, 24;
136:9; 166:22; 178:13;
218:4, 5; 17:17; 32:25
**businessman** 25:18
**busy** 99:24
**buy** 19:4, 7, 10, 16, 17,
22; 20:6, 6, 6, 12, 25; 21:7;
22:4, 9; 27:8; 42:18, 18,
19; 54:14; 68:11; 74:13,
14; 131:20, 21, 23; 237:20;
266:16
**buying** 19:3; 20:12

## C

C-A-L-D-E-R-O-N 36:12
C-E-R-A-N-I-C 218:13
**calculate** 97:20; 101:6, 7;
124:12; 126:6; 146:13;
277:8
**calculation** 95:12;

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

217:12
**Calderin** 36:11, 12, 19;
37:16, 22; 43:23; 76:13;
77:3; 78:11; 90:10; 91:15;
92:10, 21; 93:4, 14, 23;
94:3; 95:5, 7; 96:7; 104:10;
106:12, 17; 218:14; 219:2,
7, 22; 220:2, 16, 21;
229:14; 232:5; 236:7;
237:12, 16; 238:7; 239:9;
240:24; 241:4; 273:3, 5,
12, 15, 16, 24; 274:8, 10;
281:12; 282:3; 299:9, 12,
15; 210:14, 15
**call** 150:22; 157:24;
194:16; 82:2; 180:9;
208:8; 209:3; 211:16;
290:22; 15:15; 29:25;
40:12; 132:25; 133:7;
135:24; 140:6; 141:8;
162:23, 25; 163:25;
223:10; 241:23; 271:2
**came** 35:13, 14, 18, 19,
22; 36:7; 37:13; 88:22;
98:20; 105:10; 119:16;
193:3; 205:7, 14; 218:21;
219:4, 7; 275:4, 5; 299:9
**can** 5:7; 6:24, 24; 11:10;
12:10; 16:12; 17:9, 25;
18:12; 24:3, 3; 25:24;
26:17; 27:16, 17; 28:19,
19; 36:25; 40:7; 41:2, 11,
19, 20; 42:7; 44:5, 11, 12;
46:3; 60:16; 63:20; 64:14,
17, 18, 19, 19; 65:7; 67:19,
19, 24; 68:6, 13, 14; 69:6;
71:6, 16; 74:23; 76:23;
77:9, 11; 80:10; 81:13, 16,
22; 83:5, 7, 7, 12, 19;
86:16; 88:15; 89:5; 91:23,
25; 93:11, 18; 94:2; 95:21,
21; 99:16, 16; 100:9, 21;
103:10; 104:2; 105:22;
107:16; 110:11; 112:6;
113:2, 20, 23; 115:20;
120:4; 121:2, 10; 123:8;
125:13, 18, 20, 20; 127:6;
130:20; 131:7, 16, 20, 21;
132:10, 11, 12; 133:19;
136:24; 138:9; 140:8;
141:9, 22; 142:16; 149:9,
19, 19; 151:19; 152:2, 22;
154:22, 22; 155:6, 7;
157:24; 162:25; 163:4, 24;
164:25; 165:6, 7, 8, 17;
167:11; 168:24, 24; 169:3;
171:3, 8, 19; 174:3, 8;
176:14; 177:6; 182:13;
183:14, 14, 15; 184:16;
185:4; 186:17; 188:22, 23;
190:12, 15; 191:2; 192:20,
20; 196:23; 200:23; 201:3,
20; 205:5; 206:2, 2; 207:7,
10; 213:24, 24; 219:16, 24;
221:22; 223:12; 224:8;
225:21; 232:4, 6; 233:13;
234:24; 236:5; 238:24;
239:5; 240:16, 17; 251:17;
254:14; 259:2; 262:10;
268:17; 270:3; 277:8;
279:25; 280:2, 8; 289:12;

293:8, 9; 302:3; 304:18;
306:3
**cancel** 55:20; 180:25;
224:22; 256:19; 55:19, 21;
160:12, 14, 15; 181:6, 6
**candles** 124:19
**care** 42:8, 12; 52:23;
169:13; 184:3; 192:16, 16,
18; 206:13, 19; 233:25;
281:23; 284:4, 6, 13;
302:6; 161:16
**carpets** 42:19
**Case** 4:10; 6:17; 11:20;
14:5, 14; 74:9, 10; 77:6;
162:6; 163:12, 14; 164:4,
22; 284:15; 177:7
**catch** 279:17
**cause** 15:8
**ceiling** 82:8, 9, 9; 173:13,
15, 16, 16, 18; 177:8;
181:13, 15; 249:24;
250:16, 21; 251:19, 20, 22;
193:18
**center** 85:21; 92:25;
96:20; 172:10; 290:24
**Ceramic** 218:12
**certain** 59:25; 62:6;
152:13; 233:24; 243:18;
259:12; 268:21; 305:15
**certify** 307:3
**chain** 9:23; 182:20;
209:19; 218:11, 12
**chair** 43:13, 14; 131:20,
22; 147:16; 131:21
**chance** 49:24
**change** 55:16; 64:17, 18,
25; 65:22; 68:16, 17;
69:13; 73:14; 77:17, 19;
78:7; 81:24; 91:4; 92:23,
24; 105:24, 24; 151:3, 3;
155:8; 160:21; 164:3;
167:17; 175:10, 11; 176:5,
11, 15, 19; 179:2, 9, 10,
15, 20; 184:16; 224:3, 10,
10, 14, 20; 225:6; 229:17;
233:18; 241:5; 244:11, 12,
17; 249:15, 16, 17; 251:15;
288:13; 55:15, 17; 66:7,
20, 23; 69:3, 5; 77:15;
80:19; 81:10, 11, 24;
85:12, 12, 12; 93:12;
95:21; 160:4, 5, 11, 20;
167:19; 177:3, 3; 179:12,
13, 14, 18, 22; 181:9, 10,
10, 11; 204:4; 224:17, 17;
226:4; 229:21, 23; 249:12;
278:2, 10, 14; 56:6; 77:24;
104:16; 119:25, 25;
167:15; 178:5; 180:14;
198:15; 228:5, 9; 229:15
**changing** 56:4, 5, 5
**charge** 23:16, 19;
224:23; 225:4; 268:2;
306:4; 229:7
**charging** 267:21
**check** 14:20; 18:12;
39:25; 42:12; 43:2; 46:24;
65:25; 70:5; 153:17;

163:4; 197:14, 15, 19;
215:17; 217:18; 222:24;
268:9, 9, 11, 12, 15, 17,
17; 33:2, 3; 162:15;
172:15; 197:19
**children** 8:25
**Chinese** 97:4
**choice** 68:15; 134:22, 23;
135:7
**church** 25:11, 13
**circled** 160:3
**circular** 161:2
**circus** 156:3
**city** 10:19, 20; 37:7;
46:22, 22; 183:16, 18;
184:5; 277:15; 288:16;
291:9, 13
**Civil** 4:10, 13
**claim** 262:24; 263:2;
265:6; 259:20, 22
**clarify** 5:23
**clean** 111:5
**clear** 49:19; 71:20; 78:12;
81:6; 85:16; 94:6; 103:10;
128:25; 129:2; 146:22;
154:11; 177:10; 180:17;
181:3; 201:15; 218:2, 2;
229:13; 217:11
**clever** 11:12; 74:22, 22;
285:5, 6, 7
**client** 11:15; 130:18;
131:3; 230:8; 231:12, 19;
233:8, 15, 16; 165:16, 18,
20; 265:3; 230:10, 10
**close** 17:12; 18:6, 10;
40:3; 44:18; 52:2; 97:8, 8;
155:16; 248:15; 265:11;
306:11; 256:23
**closets** 84:25; 96:9, 10,
11; 171:25; 292:9
**clothes** 36:15
**co-op** 291:5
**cold** 46:23
**collection** 24:15, 16, 18,
21; 25:4; 73:4; 171:17
**collectioneer** 73:2
**color** 73:17; 86:21;
134:25, 25; 236:12, 13;
251:16; 43:6, 6, 7, 7;
105:24; 171:2
**colorful** 238:9
**column** 84:19; 172:7;
251:17
**comfortable** 51:3;
139:12
**coming** 286:25
**comment** 222:5
**commission** 32:20
**communication** 134:3;
275:25
**companies** 16:22, 23;
65:4; 75:6; 139:5; 140:21;
215:19; 216:4; 221:15;
266:9; 275:11
**Company** 9:10; 13:4;

15:3, 23; 19:21; 31:15, 20,
21; 35:19; 37:23, 24;
38:23; 43:16; 113:10, 11;
150:13, 17, 20; 152:22;
153:15, 16; 155:6, 7, 10,
10; 158:11; 194:23, 25;
202:12, 14; 211:16;
216:24, 24; 218:15; 219:6,
17; 220:13; 223:2, 3, 4;
232:10, 16; 265:22; 266:4,
16; 268:15; 294:16
**compared** 78:19; 240:10
**compensated** 198:11
**compensation** 144:24;
145:3, 6
**compete** 14:6
**competitors** 14:6; 15:12,
13
**complain** 45:23; 194:17;
196:3, 13; 232:25; 196:4,
5; 195:10, 14, 22; 196:2, 6
**complaint** 115:8, 10;
202:20, 21
**complete** 7:23; 62:5;
99:14; 144:12, 14; 145:24;
199:16, 20; 200:9, 18;
201:6; 202:4; 274:11;
201:17; 203:8; 219:23;
220:16
**completely** 55:17; 66:7;
80:19, 24; 81:9, 10, 11;
83:17, 18; 84:22, 25; 85:2;
91:5; 92:24; 95:21; 96:25;
97:11, 12, 12; 118:4;
135:10; 172:12; 201:3;
226:4; 242:14, 14; 244:17;
249:15, 17; 251:15;
252:17, 18, 19, 21; 277:24;
278:2; 292:14, 15
**complicated** 28:18;
77:10; 102:16; 130:23;
173:14; 266:23
**compound** 29:6
**computer** 105:8, 10, 12,
15, 17, 23; 119:20; 169:3,
19, 24; 170:4, 10, 19;
171:3; 173:7, 11; 193:17,
17; 236:10; 238:3, 6
**computer-generated**
105:6; 168:21; 170:17
**concentrate** 24:5; 30:23;
100:3; 232:18; 234:19;
46:20
**concept** 40:6, 7, 10, 16;
269:24
**concern** 23:15; 11:3;
120:24; 11:4
**conclusion** 15:16;
132:25; 135:24; 136:3;
140:7; 141:9; 162:24;
163:2; 164:2; 205:10;
271:3
**condition** 19:22; 29:15;
50:6; 51:15; 131:18;
66:22; 290:23
**confidential** 11:7, 8, 10,
18; 12:5, 9, 11, 20; 13:1,
15; 14:1; 15:1; 16:1; 17:1;

18:1
**confidentiality** 11:13, 16
**confirm** 114:24; 115:4
**conflict** 183:6
**connected** 135:13;
153:25; 286:4
**connecting** 129:5
**connection** 14:14;
31:22; 35:17; 37:25; 38:4;
117:23; 40:2; 97:3
**consider** 29:2; 294:2;
19:3; 20:11; 293:23;
19:16; 151:24; 302:18
**consistent** 12:14; 182:9;
183:11, 22
**constructed** 148:7
**construction** 90:15;
145:7, 10; 146:24; 147:2;
148:2, 5, 8; 168:11, 15;
169:7, 9, 12, 13, 17;
190:23; 199:17; 200:8, 17;
201:5, 10, 17; 202:3;
203:7; 224:12, 15; 245:20,
24; 246:9; 275:2, 12;
276:5, 18, 20; 277:6, 9, 13;
283:21; 284:2, 5
**constructs** 275:7
**consult** 133:20
**contact** 32:3; 153:16;
293:20
**contained** 104:19
**contains** 278:4
**contemporary** 31:4;
46:11, 21, 23; 47:2; 70:13,
15, 23; 71:23; 155:12
**continual** 103:17
**continue** 10:23; 11:23;
25:3; 34:5; 43:24; 49:18;
59:15; 61:4; 67:4, 11;
113:6; 125:13; 132:21;
187:15; 188:22; 215:2;
306:17; 18:14; 117:5;
212:6; 222:14; 226:13
**continuing** 103:17
**contract** 60:9; 69:23, 24,
25; 70:5; 101:14, 19, 20;
117:3, 3; 121:11, 19, 25;
133:4; 136:14, 17; 140:5,
13, 23; 141:2, 7; 143:3, 6,
9; 153:17, 17; 163:21, 22;
164:6, 7, 12, 15, 16, 18,
20, 25; 165:6; 212:10, 16,
17, 18; 214:8, 13; 216:3;
253:12, 14; 270:9; 301:7;
68:8; 101:16; 213:25;
214:3; 270:23; 271:6
**Contractors** 268:13
**contradicts** 183:4
**convenient** 70:6; 139:10;
154:10; 217:15
**conversation** 59:22;
60:24; 72:3; 86:17;
117:21; 133:21; 136:3;
185:10; 190:15; 306:8;
63:6, 11; 70:8; 72:4; 134:7
**conveyed** 305:5, 7, 10
**cool** 234:23

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

**coordinated** 299:15
**copied** 76:14, 17, 20; 77:3; 250:17
**copies** 83:12; 116:7, 8
**copy** 76:22; 78:11; 87:15; 110:2, 3, 4, 8, 13, 23; 111:12, 13, 13; 116:5; 120:17, 18; 207:23; 213:3, 5, 10; 240:16; 293:17
**copyright** 265:2
**Corelli** 45:3, 13; 118:18, 19; 174:23; 197:6; 199:8
**corner** 85:19; 96:22; 107:17; 181:4
**corrections** 49:25; 307:5
**cost** 27:20; 79:9; 124:10; 125:2, 4, 6; 127:5; 142:23; 145:7, 11; 146:16; 155:3; 190:24; 90:25; 131:2
**counterclaim** 258:20, 21; 264:21
**countries** 51:20; 65:4
**country** 13:17; 27:25; 32:4; 58:16; 103:12
**couple** 8:15; 17:9; 21:11; 51:16; 58:14; 63:25, 25; 104:14; 139:6; 147:17; 171:4
**course** 14:3; 16:21; 26:10, 13; 32:6; 41:8, 11, 15; 42:10; 43:12; 54:20; 59:3, 12; 61:7, 12, 16; 67:17; 102:2; 106:18, 21; 110:15; 113:15; 130:22; 134:14; 140:24; 143:8; 146:3, 3; 148:5; 154:24; 155:5; 158:9; 162:18; 163:10; 166:23; 167:25; 173:23; 176:3; 181:25; 184:15, 19; 204:22; 207:8; 220:9; 225:4, 7; 228:5, 8; 234:5, 20; 241:2; 247:4; 252:2; 257:20; 258:3; 260:12, 20; 261:15; 270:18; 275:8; 277:20; 282:25; 290:9; 291:21; 293:14, 25; 296:11; 305:25
**court** 4:24; 5:5, 7, 10; 11:13, 19; 12:8; 88:23; 163:12; 11:24
**cousin** 208:8
**cover** 148:19
**crazy** 130:6; 131:9
**create** 25:3; 41:17; 131:13; 168:11, 14; 169:19; 28:7; 133:23; 224:5; 226:18; 243:16; 255:22, 23; 299:13; 234:21
**creating** 90:8; 92:5; 130:17; 170:10, 16
**creator** 173:10
**Croatia** 29:13
**Croatian** 275:17, 19
**crystal** 94:5
**crystal-clear** 93:20

**current** 31:5
**currently** 11:14, 21
**customer** 151:2; 271:24; 46:4
**cut** 56:10, 11; 84:18; 128:2, 3, 5; 131:9
**Cyrillic** 13:11; 214:7

# D

**D-4** 95:23
**D-E-I-S-S** 189:13
**D-E-J-A-N** 218:13
**D-U-G-I-N-A** 209:22
**da-da-da-da** 23:6
**da-da-da-da-da** 17:9
**Daniel** 25:13
**dark** 73:20; 180:8
**date** 59:25; 60:7, 7; 61:11, 13, 24; 62:6; 114:23; 152:13; 161:22; 202:25; 212:22; 213:13; 243:7; 291:7; 306:17; 4:8; 171:6; 174:14; 182:22; 190:18; 199:4; 212:18; 216:18; 218:14; 254:24
**daughter** 22:10, 11, 17; 45:21; 50:22; 51:6; 139:14; 188:9; 184:22
**day** 39:23; 42:8, 11; 43:20; 45:22; 98:20; 103:8, 15; 114:11; 155:8; 165:17; 197:8; 219:8; 229:3; 271:24; 300:23; 307:16
**days** 51:16; 74:14; 162:13; 197:10
**dead** 204:25
**deadline** 153:7
**deal** 90:16; 150:20; 186:7; 196:20, 20; 200:7, 7, 16, 21; 201:4, 16; 202:2; 215:9; 273:8, 23; 284:12, 25; 152:4; 282:13
**Dear** 175:17
**December** 50:18; 141:15; 161:22; 171:6, 11; 174:7, 10, 14, 17; 175:14, 24; 176:10; 178:20, 22; 179:4, 5, 7, 11; 182:22; 199:17; 200:9, 20; 201:6, 18; 202:4; 203:8, 15; 243:8
**decide** 98:8; 136:15; 187:9; 41:16; 42:3; 136:13, 16; 137:25; 174:10; 269:2; 175:9
**deciding** 273:3; 268:21
**decision** 27:7; 68:12, 15; 73:14, 23; 86:23; 92:12, 12; 129:19; 124:6; 131:10; 134:20, 21; 136:22; 137:8, 11, 13, 18; 138:12, 13, 14; 154:7, 14; 188:15; 191:4; 198:21, 22; 202:19; 204:9, 10, 11, 12, 15, 18, 24; 224:20; 228:11; 230:21,

22; 231:3; 270:7; 285:23; 23:20; 97:10; 204:8, 13, 14; 206:10; 230:25; 231:16
**deco** 31:3, 3, 4, 5; 50:10; 51:24; 70:13, 16, 23; 71:23; 86:25; 87:5; 97:3, 6, 9; 108:12, 12; 155:12, 16, 17, 20; 156:6
**decorate** 42:21; 43:2
**decorating** 43:22; 126:5; 274:16
**decoration** 17:8, 21; 21:8; 23:5; 42:23; 43:11, 25; 46:21; 57:11; 68:10; 82:6; 99:22; 101:4, 24; 109:23; 125:6, 17; 152:16; 154:5; 172:2; 220:8; 231:23; 250:12, 15; 258:2; 41:10; 53:21; 54:3, 4, 5; 56:18
**decorator** 36:11; 110:9; 207:9; 39:5
**deemed** 12:20
**deep** 186:16; 259:8
**deeply** 33:2
**defendant's** 11:19, 25; 79:22; 82:18, 21; 85:17, 25; 86:7; 88:5; 89:2; 91:17; 93:5, 8, 24; 96:19; 105:4; 120:16; 133:8; 157:8; 180:21; 189:2; 207:24; 241:13; 244:8; 245:12; 256:7; 277:12; 290:11; 294:18
**defendants** 115:2
**Definitely** 16:23; 45:21; 66:3; 81:16; 111:5; 112:12; 113:6; 129:22; 143:19; 154:25; 169:11; 188:11; 200:4; 218:23, 24, 24; 227:22
**Deiss** 174:22; 182:21; 183:3; 189:3, 6, 11, 13, 17, 23; 190:4, 22; 208:3
**Dejan** 218:13, 21
**delay** 262:2, 2; 271:25; 262:6; 272:3
**delicious** 189:9, 24
**demanding** 233:23
**demolition** 290:23
**Department** 277:15; 280:13; 283:7
**depends** 6:23; 132:13; 276:22, 23, 24
**deposed** 4:19; 234:6
**deposition** 11:6; 306:11, 17
**describe** 106:8, 10; 127:10
**describing** 237:18; 238:19; 239:7
**description** 193:11
**design** 17:9, 21; 19:18; 31:22; 40:6, 10, 16, 21; 41:7, 17; 42:2, 4; 46:23, 24; 47:2, 22, 23; 48:7;

52:13, 13, 13, 24; 56:17, 18, 21; 64:7, 9, 11, 15, 18, 21; 65:3, 5, 8, 9, 23, 25; 66:4, 5; 67:22, 25; 68:2, 10; 77:4, 25; 78:6; 80:23, 24; 82:6, 13, 14, 16; 84:22; 85:2, 2, 3; 86:2, 8; 91:17; 92:24; 93:15; 94:3, 12, 14, 15, 16; 96:17; 97:11, 12; 104:14, 15; 107:24, 25; 108:8; 109:9, 10, 11; 110:9, 13; 111:15, 20, 25; 112:2, 6, 8, 9, 10; 122:17, 20, 21, 22, 24; 125:5; 127:22, 25; 128:12, 19, 24; 130:2, 3, 3, 5, 11, 17, 24; 131:2, 2; 132:6; 144:9, 10, 13; 145:22, 25; 146:5, 8, 15, 16, 17, 23; 147:5, 19, 20, 22; 149:2, 2, 6, 7, 8, 13, 20, 24; 150:6, 8, 12, 14, 16; 151:15, 17; 166:24; 167:22, 23, 24; 171:24; 172:12; 173:9, 11; 179:2, 9, 10, 12, 14; 183:21; 184:14, 16; 192:12, 12; 193:12, 13, 21; 201:9; 202:17; 204:3, 3, 4, 17, 18; 206:10, 13; 210:14; 220:4, 5, 6; 224:3, 20; 225:7; 229:15; 232:23; 242:14, 19; 247:10, 12, 13; 248:16; 250:15; 251:24; 253:16, 17; 283:14; 293:18; 296:14; 300:8, 13; 301:9; 67:10, 11; 41:9; 46:25; 93:23; 104:11; 107:20; 114:2, 5; 131:2; 155:11, 15; 183:11; 219:23; 220:3, 20; 223:24, 24; 228:5; 246:13, 20, 21; 253:2, 15; 282:2, 9, 10; 283:6
**designate** 12:3
**designation** 12:11
**designer** 36:11; 46:21; 48:25; 51:4; 90:23, 24; 109:22; 110:2, 9, 10, 12, 20, 24; 111:12; 112:3; 130:16; 131:4, 11; 193:2, 3; 207:8; 261:19; 271:24; 294:3, 3; 47:9; 50:10; 60:3; 105:20; 113:16; 155:23, 24; 269:12, 19; 270:13; 271:5; 272:14
**desire** 152:12
**destroy** 48:23; 256:19
**detail** 67:17; 149:5; 221:8; 243:23; 251:19; 259:8; 267:16; 39:25; 40:3; 51:22; 52:18; 53:4; 84:17; 91:5; 93:15; 149:4; 173:2; 179:14, 15; 242:23, 25; 274:6; 279:21, 22; 280:3; 281:15
**development** 122:20; 147:6, 20, 22; 148:2; 149:13; 150:7, 8; 272:4
**devices** 124:17; 125:16
**difference** 79:3; 81:14; 171:22; 250:24; 255:9, 18,

24; 279:9, 18, 19; 171:20, 21; 279:9
**different** 10:2; 16:5, 12; 17:16; 19:25; 20:2, 3, 3, 23, 23; 24:9; 30:20, 22; 31:11; 51:20, 20; 76:19; 80:24; 85:2, 3; 95:18; 96:24, 25; 97:11, 12; 107:6; 108:17; 120:17; 147:9; 167:9; 171:24, 24; 174:2; 180:23; 184:14; 187:5; 201:13; 213:2; 226:17; 242:14, 15, 20, 21; 243:4, 5, 5; 245:9; 246:4; 248:18; 251:6, 9, 10, 12; 252:18, 18, 20, 22; 253:5; 255:13, 15; 256:10; 260:21, 23; 261:2; 278:9; 280:3; 286:15; 288:13; 292:14, 15, 15
**differently** 76:12; 77:6; 163:13; 164:21
**difficult** 5:10; 7:19; 30:6; 42:21; 47:21; 48:6; 50:3, 6; 51:5; 102:23; 124:21; 133:15, 16; 137:15; 167:16; 170:21; 230:11, 14; 231:12, 19; 233:8, 14, 16, 22; 234:11, 20; 265:15, 17
**difficulties** 221:10, 11; 234:21, 21
**diligence** 238:22
**dimension** 170:7; 169:20, 22, 24; 170:3
**dining** 47:24; 55:21, 22; 66:6; 80:14, 15; 87:5; 95:11; 237:22, 23, 24; 238:7; 248:5
**dinner** 46:9; 185:5, 9; 189:23; 190:9; 208:7
**directly** 10:8, 9; 10; 84:8, 9; 208:9; 256:24; 299:18
**Director** 121:6; 184:5; 181:23; 184:12
**dirty** 69:7
**disappointed** 51:12
**disclose** 134:3
**discuss** 59:4, 13; 123:8; 127:19; 129:17; 130:12; 184:25; 186:18; 197:11; 127:15; 164:10; 292:8; 303:22; 121:24; 127:11
**discussion** 59:17; 71:9, 10, 11; 97:22; 100:23; 123:6; 153:6; 165:9; 168:9; 186:3, 5, 7, 9, 10; 235:5; 241:11; 253:24; 265:20; 71:3; 275:25
**dislikes** 15:7
**dispute** 11:13; 211:3, 11
**distribute** 13:3; 166:12, 13
**distribution** 166:21
**distributor** 166:9
**divorce** 50:22, 23, 24; 185:25; 186:2, 13, 21, 22,

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

25; 187:3, 8
**divorcing** 67:9
**DOB** 291:6
**doctor** 207:11; 279:24;
193:5; 207:9, 9
**document** 4:7, 9, 12;
83:3; 86:7; 106:25; 107:4,
12; 108:4, 20; 116:22;
117:6, 7, 11; 119:13;
120:12, 22; 121:15;
132:21; 133:12; 183:14;
190:11; 199:8; 200:3;
209:17; 211:25; 212:7;
213:11; 215:4, 5, 7;
216:18; 218:8; 222:9;
226:8; 235:9, 15; 241:14,
20; 252:24; 253:25;
266:20; 267:4; 290:10;
115:14; 133:9, 10; 146:24;
147:2; 152:25; 198:7;
199:10; 238:25; 241:25;
245:15; 277:18; 284:15;
306:14
**documentation** 85:9;
88:24; 215:11
**dollars** 127:8; 131:12, 13
**done** 23:3; 57:4; 59:8, 25;
61:11; 65:24; 77:5;
102:25; 146:11; 150:20;
165:18; 170:12; 173:6;
174:7; 203:8; 207:2;
228:10; 259:16; 301:22;
305:14; 306:20
**door** 53:3; 55:22, 22;
69:3, 5; 72:17; 84:18;
248:9; 29:20; 72:8; 84:18;
91:6, 7; 92:23; 93:3, 6, 7,
16, 21; 94:3, 6, 7, 11; 95:8,
18, 18, 19, 19; 126:2, 3;
131:18; 161:3; 224:17;
229:18, 21, 22; 256:24
**double** 30:2; 193:10
**doubt** 172:2; 232:25
**down** 4:24; 5:5, 7, 11;
25:22; 83:24; 135:3;
145:17; 228:10; 290:23;
304:22, 25; 305:19
**draft** 117:3
**draperies** 43:6; 125:7, 9,
9; 151:17; 174:5, 5; 238:2
**drapery** 65:15; 236:22
**draw** 159:9; 183:3;
226:14; 36:8, 9, 9; 55:23;
81:3; 85:10, 10; 98:5;
108:9; 157:19, 19, 19;
158:19; 159:2, 6, 12, 25;
161:12; 169:3; 172:15, 17;
181:14; 182:25; 251:7;
279:2, 12; 280:6
**drawings** 35:25; 42:17,
18; 47:6; 48:15; 56:14;
63:17; 64:3; 74:4, 7; 76:14;
78:20, 20, 24, 24; 85:11;
91:4; 96:13, 13, 14, 14, 15;
114:8; 127:14; 132:10, 22;
151:11; 153:10; 158:20,
21; 159:3; 162:16, 22;
163:4, 9, 23; 164:14, 14,

19; 167:15; 168:11, 15;
169:8, 10, 12, 13, 18;
171:12, 15, 18; 172:14, 22,
24, 25; 173:4, 5, 6, 24, 24;
175:5, 7, 9, 18, 19; 178:16;
180:15, 22, 22; 182:24;
183:7; 201:11; 204:25, 25;
210:4; 245:21, 24; 246:9,
12, 22; 247:3; 249:2, 3;
254:9; 255:7, 7, 10, 10, 16;
269:25; 277:14; 278:8, 25;
279:3, 4, 5, 15, 20, 21, 24;
280:9, 10; 283:21; 284:2,
5; 294:8; 297:24; 298:6,
23; 299:7, 13; 300:14, 18
**dream** 191:6
**drink** 46:8
**due** 238:22
**Dugina** 209:21; 284:21,
22; 285:12
**duly** 4:3
**during** 8:16; 65:22;
109:17; 143:10, 10;
166:10; 176:4; 202:19;
219:5, 5; 224:11, 12, 14;
246:19; 276:10; 303:18
**dynamic** 188:3

### E

**E-K** 13:8
**e-mail** 161:15, 21; 171:5,
11, 16; 174:13, 18; 175:2,
2; 182:18, 20, 20, 24, 25;
183:20; 189:3; 190:17, 22;
194:16; 196:25; 197:6;
208:3; 209:19, 20, 21, 24,
24; 212:4; 218:10, 11, 12;
219:11; 220:17, 18;
222:17; 240:17; 98:15, 16,
18, 21; 174:23
**E-R-O-N** 36:13
**earlier** 28:14; 80:4;
127:10; 145:19; 146:22;
164:10; 187:7; 207:20;
220:11, 15; 253:9, 18;
263:17; 289:24; 294:17;
296:16
**early** 58:2; 101:15; 142:5;
301:23
**east** 85:22; 96:20
**easy** 13:24; 22:19; 46:19;
96:12; 105:18; 171:2;
178:7; 206:15; 208:22;
230:10, 14, 19, 20; 233:21;
290:17
**educated** 217:23
**education** 97:6; 207:11
**egg** 24:24
**eggs** 24:19, 23
**eight** 42:11; 219:24, 24;
220:2
**either** 10:8; 82:21;
115:16; 224:9; 246:17;
296:6
**electronic** 121:4, 8;
124:16; 125:16

**elements** 224:18
**elevation** 248:5; 249:13,
21; 250:5; 278:12, 13;
226:18; 242:10; 243:12,
13, 24; 244:10; 245:13;
248:12; 249:9; 278:4, 5, 7;
299:7
**elevator** 69:3, 5; 84:2, 2,
5, 9; 160:23; 256:2, 22, 23;
290:19, 24
**else** 8:17; 31:13; 33:19;
38:3; 56:15; 89:13, 25;
90:7; 93:4, 22; 94:8; 108:5;
143:13, 15; 154:4; 158:10;
167:11; 245:23; 258:11,
24; 268:20; 272:20, 21;
296:2; 298:4, 19; 269:6, 8
**emblazoned** 304:13
**emotion** 206:6
**enamel** 73:3
**end** 43:20; 108:20;
138:15; 141:12; 165:17;
277:8; 282:8; 300:23
**energetic** 103:18
**energy** 103:21
**engineer** 246:24; 247:9
**English** 5:17; 13:10;
44:14; 139:22; 145:12,,14
**enjoyed** 100:7
**enough** 41:6, 6; 97:6;
155:12
**enter** 11:15; 101:14;
215:5; 270:23
**entertains** 159:10
**entitled** 4:10, 13; 5:25;
241:6
**entity** 10:3
**entrance** 84:8
**equipped** 205:22
**escrow** 217:13
**especially** 27:18; 173:13
**estate** 9:12; 15:17; 16:4,
6, 10, 13, 16, 17, 17;
19:21, 22; 22:14
**estimate** 190:24; 191:13,
14, 17; 227:8, 11, 11, 15
**Europe** 51:23; 75:5;
100:17; 110:11; 114:10;
287:19
**European** 51:21, 25;
52:2
**Evan** 5:3; 60:15; 234:13
**even** 5:21; 15:11; 16:11;
18:12; 35:18; 50:25; 52:6;
53:13; 55:10; 59:11;
63:24; 66:6; 68:11, 21;
69:3, 5; 71:8; 72:24; 74:10;
75:9, 25; 77:18; 83:8, 16;
86:18; 97:8; 99:4; 101:6;
109:10; 111:2; 118:9, 19;
122:7, 23; 123:16; 135:13;
144:2, 4, 4; 150:3; 167:22;
186:17; 202:25; 219:6;
229:22; 247:8; 248:15, 21;
250:14; 255:21; 268:18;
282:5; 288:14; 300:15

**events** 119:8
**everybody** 57:3; 59:10,
10; 122:25; 123:20; 125:2,
3; 164:25; 170:18, 18, 19;
173:22, 22; 216:16;
217:14
**everyday** 33:3, 4; 51:17,
18; 103:12; 177:7
**everyone** 34:2; 49:11,
12; 97:9; 270:16
**ex-designer** 118:25
**ex-son-in-law** 51:5
**ex-wife** 45:18; 209:4
**exact** 60:7; 92:16;
155:18; 248:16
**Exactly** 5:13; 8:4; 16:2;
47:8, 11, 12, 12; 50:4;
59:20; 88:19; 104:4;
110:17, 17, 18, 21; 111:20;
139:24; 140:15; 143:25;
191:6; 238:9; 278:24
**EXAMINATION** 4:15;
289:17; 299:25
**examined** 4:4
**example** 18:7; 42:25;
83:25; 94:10; 97:18;
123:21; 124:15; 125:3;
137:15; 165:2; 171:23;
191:3; 237:4, 6; 268:13
**excellent** 23:5
**except** 223:2
**exceptional** 150:19
**excited** 141:14
**excuse** 82:18; 184:10;
222:16; 280:12
**Exhibit** 4:7, 9, 12; 79:22;
82:18, 21, 22; 85:17, 25;
86:8; 88:5; 89:3; 91:17;
93:5, 8, 24; 95:23; 96:19;
104:20; 105:5; 106:24;
110:22, 23; 114:19, 19;
115:6, 7, 9, 16; 116:22;
120:16; 133:8; 144:20;
151:22; 157:8; 158:19;
171:5, 10; 174:8, 13, 17;
180:18, 21; 182:17, 19;
189:2; 190:17, 21; 191:22;
192:2; 196:25; 197:5;
198:15; 199:3, 6; 207:24;
209:16, 19; 211:15, 25;
212:4, 21; 213:2, 12;
216:17; 218:7, 10; 222:3,
9, 12, 13; 226:8, 12; 227:2;
235:9, 13, 18; 241:13;
244:8; 245:12; 253:10, 11,
21, 25; 254:5, 5, 7; 255:12;
256:7; 266:20; 267:2;
277:12; 280:5; 290:11;
294:18; 116:8, 11; 152:24
**exist** 103:17; 290:22;
88:19
**exotic** 75:5
**expenses** 267:22
**expensive** 73:6; 130:18;
132:7, 13, 14, 17
**experience** 52:5; 58:20;
104:5, 6; 145:14; 178:12

**expertise** 40:20
**explain** 33:9; 34:6; 44:16,
16; 46:19; 52:15; 86:22,
24; 93:18; 104:24; 114:6;
116:12; 124:3; 128:22, 22;
136:25; 165:16, 17;
169:14; 205:6; 206:5;
231:8; 259:17; 303:4, 4;
5:16; 47:3; 114:5
**express** 199:15, 19
**exterior** 252:15, 16
**extremely** 50:13, 14
**eyes** 55:8

### F

**Faberg** 24:19, 23, 24
**fabric** 136:10; 172:6, 6, 7,
8
**fact** 76:13; 77:2; 108:5;
163:14; 188:13; 209:10;
229:16; 305:5
**factor** 188:14; 234:25;
235:2
**factories** 221:21
**factors** 187:8
**factory** 31:23, 24; 32:2, 3,
4, 8, 10, 14, 17, 21; 33:19;
52:22; 54:19; 76:24;
152:6, 12; 153:8, 11, 21,
22, 24, 24; 154:8, 8, 9, 16,
17; 210:7, 21; 217:2;
223:23; 224:4; 225:3;
226:5; 274:6
**fair** 76:2, 3; 77:6; 279:22
**fake** 248:20
**familiar** 33:3; 242:12;
243:2; 244:10; 246:19;
248:7, 12; 249:10; 250:8
**families** 10:21
**family** 10:12; 22:5, 6, 7;
24:21; 45:5; 47:24; 53:12;
75:19; 208:20; 261:4, 6;
305:22, 22
**famous** 13:17; 36:14;
111:12
**far** 13:10; 17:20; 18:3;
37:21; 65:12; 88:15; 97:8,
10; 146:7, 9; 147:5, 7;
156:5; 211:11; 232:17;
234:7
**fast** 48:4, 4, 4; 122:17
**father** 45:17; 185:16, 23;
208:16
**father-in-law** 48:25;
49:3, 5, 8; 137:22
**February** 112:16;
114:12, 13, 14; 214:2, 5;
254:9, 24; 257:5, 8, 14, 17;
260:11
**fee** 142:22; 143:6, 12, 16
**feel** 49:15; 70:3; 76:5, 12;
77:5; 155:11, 14, 18;
163:13; 164:21; 208:21;
217:25; 274:2; 187:14;
14:18; 31:2; 67:21; 68:2;

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

131:24; 207:6; 238:14;
263:3
**fees** 143:10; 221:21
**few** 4:22; 152:3; 162:13;
197:10; 208:5; 209:23;
220:16; 274:20; 277:21;
282:7
**fight** 178:7
**figured** 219:14
**filed** 265:6; 280:12
**files** 209:23
**Filip** 175:3, 3, 20; 195:3;
196:4; 202:14, 14; 209:24;
210:10, 10, 11; 218:15;
222:16; 267:19; 272:25;
273:8, 24; 274:5, 7; 275:3,
4, 5, 9, 16, 16, 20; 280:17;
281:3; 283:4, 10, 11;
292:22; 299:16, 17, 19;
168:4
**filter** 240:4
**final** 64:7; 65:9; 67:15;
68:2, 3, 3, 15; 74:4, 4, 4, 5,
10; 86:2, 8; 93:9; 99:5;
104:14, 15; 123:18, 19;
124:5, 7, 8, 8, 8, 8; 125:14,
15, 17; 127:14; 128:19;
130:11, 25; 132:10;
136:22; 169:14; 174:11;
175:5, 7, 12, 15, 18, 19,
25; 176:6; 198:21; 227:16;
242:19; 246:12, 20;
252:12; 265:11; 274:4, 7,
7; 284:8, 8, 10; 302:4, 7;
303:24; 175:12; 176:7
**finally** 5:25; 52:17;
138:23; 207:5
**find** 36:10; 40:6, 6; 42:10;
43:12, 13; 45:19; 52:17;
54:15; 64:23; 68:13; 75:4;
86:23; 91:8; 92:11; 103:8;
110:11, 12; 122:14; 127:6;
153:18; 155:5; 177:7;
221:8, 12; 223:3; 275:6;
43:21
**fine** 14:8; 49:16; 64:12;
120:8; 139:23; 279:10
**finish** 48:13; 58:9, 14, 17,
18, 23; 60:12, 13; 61:19;
62:11, 14; 75:21, 24;
101:3; 103:19; 127:22;
128:9; 129:24, 24; 130:7;
150:23, 24; 152:15;
153:10, 12; 200:12, 14, 19;
261:10, 17; 263:7; 270:3;
274:23, 24; 305:25; 7:20,
24, 25; 57:8; 74:5; 148:7;
200:13, 20; 228:14; 273:9,
22, 22; 274:5; 284:11
**fire** 185:21; 272:19;
273:3, 4; 199:24, 25;
220:19; 273:12, 15
**first** 4:3; 5:18; 6:7; 8:5;
19:2; 20:11; 24:13; 34:21;
35:13, 18, 18; 37:11;
38:17; 39:11; 45:5; 50:11;
55:23, 23; 56:23, 23;
57:13; 58:9; 64:25, 25;
65:18; 79:6, 19; 105:4, 4;

114:10; 115:8, 10; 118:16;
123:15, 17, 17; 134:21;
139:23; 143:24; 144:4, 7,
8; 147:19; 148:25; 149:14,
20, 22; 150:14, 25, 25;
151:14; 152:15; 153:10;
155:5; 159:10; 168:3;
169:12; 171:22, 22;
173:10; 182:20; 193:17,
21; 202:21; 217:11;
227:17; 228:24, 25; 232:2,
12; 242:5; 243:4; 245:8;
252:3, 4; 255:12; 257:22,
23; 267:11, 19; 269:22;
270:8, 9; 272:11, 18;
278:11; 280:20; 283:8, 13;
288:10; 290:4, 22; 297:3;
301:7, 11
**five** 19:12, 13; 37:17;
39:4; 57:15; 62:15, 19, 19;
63:23; 64:24, 25, 25; 70:3;
80:17; 102:24; 129:9;
171:12; 233:19; 274:2;
289:10
**fix** 54:16
**fixed** 152:20
**flip** 277:22
**floor** 6:5, 12; 29:19;
35:21; 36:6, 7; 47:5; 65:15;
86:18, 20, 23; 87:16, 21,
22; 107:21; 173:18; 177:8;
179:18, 22, 24; 180:2, 4, 6;
181:8, 8, 9, 11; 191:9;
193:18; 249:25; 179:20
**flooted** 246:15, 15, 16
**focus** 139:24; 248:2;
279:8; 265:2, 4
**follow** 182:12; 270:20,
22, 24; 12:19; 4:5; 157:5
**Forbes** 20:19; 24:18, 21,
23
**foregoing** 307:3
**forget** 118:8; 201:24;
270:12
**forgot** 108:10; 109:12;
118:8, 15; 275:15
**form** 40:11; 55:2; 91:20;
99:18; 104:21; 108:21;
170:13; 220:23; 282:18,
19; 28:4
**forward** 239:18, 21, 23,
25
**foundation** 24:11
**four** 6:23, 25; 19:12; 39:3;
47:19, 22, 25; 48:14; 62:9,
9; 64:4, 21, 25; 69:24;
80:15; 101:5, 24; 185:8;
191:22; 192:2; 233:12, 20;
253:5; 287:10
**foyer** 66:6; 80:16; 81:7, 8;
95:13, 14; 226:2, 3, 6, 21,
23; 243:12, 13, 24; 244:10,
12; 255:25, 25; 256:2, 10,
13, 13, 15, 17, 20, 21, 22,
23; 277:23, 24; 256:10
**France** 43:3
**frankly** 229:4; 265:5
**free** 10:12; 148:24; 306:3

**French** 43:2, 2, 3; 47:9;
109:13, 22; 110:2; 111:12,
25; 112:2, 3, 6, 9; 154:21
**friend** 10:16, 22; 17:7;
18:6; 20:19; 21:7; 24:14;
44:18; 45:17; 46:4, 14;
48:23, 24; 49:7; 50:22;
51:4, 6; 53:8; 113:8; 139:8,
9, 14; 148:23; 184:21;
187:16; 188:5; 228:17;
305:23; 10:21; 17:12;
18:11; 37:9; 38:20; 46:7;
76:7, 8; 90:18; 108:9;
129:21; 139:11; 187:5;
208:23
**friendship** 208:18
**front** 227:10; 252:10
**fruitless** 135:23
**full** 51:13, 14; 52:7; 65:8,
9; 67:15; 75:9; 84:7; 97:23;
98:4; 105:4; 122:21, 23;
128:24; 144:5; 146:15, 16,
17, 23; 149:3, 20, 24;
152:16, 16, 18, 19; 169:14,
14, 15; 172:8; 173:11;
179:22; 191:8; 249:22;
250:16; 278:17, 17, 20;
300:8, 8, 9; 301:8
**fully** 148:6
**funny** 25:11
**furniture** 42:19; 43:6, 22;
48:8, 18; 51:21, 21; 62:21;
68:11, 16; 105:22; 124:17;
125:16; 131:17, 23;
151:16; 169:15; 181:20;
193:19; 257:20; 270:2
**further** 101:16; 157:5;
190:10; 211:14; 252:23;
293:12; 299:21, 25; 306:9
**future** 20:16; 21:2; 33:12;
57:14, 16; 64:8; 208:23;
229:9, 11

**G**

**G-R-O-U-P** 211:20
**game** 43:5; 59:12
**Garry** 121:5; 148:18, 21,
23, 23; 152:25; 157:10;
190:22
**Garth** 34:13, 14, 15, 17,
22, 23; 35:2, 3, 5, 6, 7, 13,
18; 36:9, 9; 37:21; 59:4, 7;
72:14; 76:13; 77:3; 78:11,
20, 23; 80:20; 85:3, 7;
86:11, 13, 14; 90:9;
118:12, 13, 14; 233:7, 9,
11; 250:17; 265:12;
277:14; 279:3; 280:12, 24;
282:10, 13, 14, 16; 283:2,
2, 5, 6; 289:23, 25; 291:25;
292:2, 4, 7, 12; 293:8, 9,
10, 12, 18, 23; 294:8, 10,
15, 16, 22; 295:6, 10, 14;
296:12, 14; 299:8, 14
**gather** 289:12
**gave** 35:25; 36:7; 47:4, 6,

6; 66:2; 72:8, 15; 80:20,
21; 85:4, 7, 8, 9, 10; 89:12;
96:6, 8, 14; 106:17, 19;
108:15; 109:14, 16, 18, 19,
21; 110:6; 113:15, 15, 17;
114:4; 125:4; 133:24;
269:14; 270:15; 275:21;
292:21; 293:2, 17; 295:6,
22
**general** 42:16; 71:13;
155:19, 20, 21; 186:23;
228:2, 17; 231:25; 233:6;
238:10, 15; 267:10, 15, 25;
268:18; 271:22; 281:17;
284:25; 285:2, 4
**generally** 11:11; 172:13;
187:2, 4; 201:3; 231:22
**generate** 170:2; 106:8
**Geneva** 197:10
**gentleman** 283:3
**Gerama** 268:13
**gets** 32:19
**girl** 9:3; 7:0:8
**girlfriend** 259:13, 15;
17:25
**given** 56:14; 116:6;
237:23, 24; 238:7
**gives** 226:17
**giving** 151:24
**glass** 82:5
**go-ahead** 138:8
**goal** 152:5, 11; 30:12, 14,
14
**God** 35:4; 265:11
**goes** 150:21; 228:22;
235:14; 254:6; 267:3
**Good** 4:17; 20:9, 19;
23:25; 29:17, 18, 18;
45:24; 46:12; 47:9; 52:18;
58:22; 64:23; 70:19, 20;
76:8; 100:8; 154:22, 22,
23; 175:22; 193:8; 204:3;
208:24; 227:14; 232:15;
234:16, 16, 17, 22; 243:9;
262:17; 276:12, 12, 13, 13,
14, 19, 24
**goodbye** 272:22
**grant** 45:25
**great** 14:17; 36:4; 45:25;
293:8
**ground** 4:22
**group** 9:24, 24; 10:2, 4, 5,
6, 16; 20:2, 18, 18, 20;
28:11, 15, 16, 16; 39:2, 2;
158:15; 211:17, 18, 20;
15:10
**grows** 22:15
**growth** 22:15
**guarantee** 45:24
**guaranty** 46:2
**guess** 33:5, 7; 85:24;
120:3; 225:18; 239:21;
227:13
**guest** 191:3, 3

**guy** 13:4, 17; 50:21; 68:5;
119:24; 217:23
**guys** 72:14
**gynecologist** 279:25

**H**

**H-E-R-M-I-T-A-G-E**
266:13
**half** 70:15
**hall** 84:6; 175:5, 7, 16, 18;
176:2; 252:20, 20
**hallway** 159:9, 11, 23;
160:23
**Hamptons** 285:19
**hand** 79:13, 21; 85:19;
114:18; 120:10, 15;
170:22; 272:8, 10; 146:23;
157:7; 174:16; 190:20;
191:25; 218:9; 235:12;
236:15, 16, 16; 115:12;
207:23; 213:11; 226:11;
254:4; 266:25; 170:25, 25
**hang** 134:2
**happen** 150:6; 210:25;
229:11; 271:23; 53:6;
69:16; 119:8; 152:10;
180:20; 188:8; 219:8, 8;
224:21; 231:24; 274:20;
186:2, 2; 272:12
**happy** 36:22; 50:24;
67:19, 23, 23; 187:22;
188:6, 7, 8, 9, 14, 14
**hard** 51:17; 183:24;
220:4; 221:8; 247:2
**Hayden** 34:15, 17; 35:3;
78:11; 277:14; 280:12;
289:23, 25; 291:4, 15, 23,
24, 25; 292:2, 17; 293:12,
20, 23, 24; 295:7, 14;
296:2, 8; 299:8; 78:20, 23;
279:3; 293:6
**head** 5:6
**headache** 76:9
**heads-up** 151:24
**hear** 60:4; 109:19;
123:16; 228:16; 106:5, 7;
117:17; 118:20; 187:4, 6;
211:16; 265:21, 25, 25;
266:2, 10
**heart** 92:25
**Heavy** 174:5; 237:2
**held** 78:23; 100:23;
168:9; 235:5; 241:11;
253:24; 265:20
**help** 14:5; 17:8; 23:4, 10;
30:3, 10; 39:21, 24; 46:5;
76:6; 113:8, 9; 148:23;
205:23; 215:22; 216:14,
16; 217:24; 225:11, 20, 23;
265:13; 268:23; 31:22;
126:22, 25; 197:23; 220:7;
284:23; 285:3; 127:2;
209:9; 285:20
**helpful** 127:12
**hereby** 114:21; 307:3

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

**herein** 307:2
**Hermitage** 266:11, 13, 15
**hesitate** 41:24
**Hi** 147:14, 15; 189:4
**high** 41:14, 14; 127:25;
234:9, 12, 15, 17
**highlighted** 120:20
**hire** 39:17, 18; 41:16;
42:3; 112:21, 23; 38:15,
17; 101:17; 104:10;
154:14; 182:3, 3; 199:23;
290:5; 291:15; 293:11
**Hmm-hmm** 147:25
**hold** 20:13; 249:19; 15:10
**home** 24:15; 74:22;
286:6, 8, 9, 12, 13, 16;
287:20, 23, 25; 288:2, 6, 9,
19, 22, 25, 15; 289:4
**hope** 189:5; 306:16
**hopefully** 20:14
**hour** 42:11; 105:19;
202:19; 45:22; 74:13;
75:8; 100:19, 19, 19, 20;
114:6; 129:9; 171:4;
233:17, 17; 240:18, 23
**house** 286:14, 19
**housekeeper** 285:4
**huge** 10:15; 24:14; 25:17,
17; 43:15, 15; 52:25;
56:10; 74:20, 20; 75:6;
82:5; 156:4; 218:4
**Huh** 109:2, 20; 207:14
**human** 229:25; 234:25;
235:2, 2
**hundred** 16:24; 43:13;
46:2; 52:22; 113:10;
114:6; 131:11, 12; 136:5;
146:10; 174:2; 193:12, 13,
14, 14, 15, 15, 16, 20;
196:8; 198:23; 216:13, 15;
247:13; 275:5; 92:16
**hunt** 213:9
**hurt** 15:2
**husband** 45:21; 209:3;
271:22

**I**

**I-N** 36:18, 19
**i.e** 183:5
**icons** 73:3, 6, 7
**idea** 4:5; 64:18, 23, 23;
71:15; 84:24; 85:8;
124:16; 125:5; 132:23;
133:4; 134:24, 24; 135:5,
5, 5, 7, 9; 153:24, 25;
159:11, 13, 14; 160:6, 8, 9,
9; 161:4, 5, 13; 166:8, 16,
17; 169:25; 170:8, 8;
181:14; 212:14, 19;
214:16; 226:4; 262:17;
281:17, 18; 292:11, 11;
125:8; 169:25; 281:13;
292:8
**identification** 4:8, 11, 14;
116:24; 171:7; 174:15;

182:18; 190:19; 191:24;
197:3; 199:5; 209:17;
212:3; 216:19; 218:8;
222:11; 226:10; 235:11;
254:3; 266:22
**identified** 37:21; 85:22
**identify** 82:25; 83:2;
108:17
**ignored** 269:20
**image** 105:17; 237:23;
238:3, 6, 13, 14; 105:5, 6;
106:8, 10, 11, 11, 13, 17,
19, 20; 108:16; 132:21;
146:24, 25, 25; 168:12, 14,
18, 22; 169:20; 170:3, 10,
17, 19; 173:7, 19, 23;
207:18; 236:10, 11, 11, 12,
13, 14; 237:24; 238:8, 9;
282:3; 284:8; 292:18
**imagine** 28:19; 74:13;
219:16, 24; 224:8; 232:4, 6
**immediately** 22:13;
59:11; 103:19; 230:24;
231:5; 255:9
**imperial** 24:19
**important** 42:5; 5:8;
13:14, 16; 26:24; 33:13,
15; 40:5, 17; 41:23; 42:22;
43:10; 59:8; 100:2, 2;
122:25; 150:13, 16, 24;
151:5; 161:18; 183:16;
187:11, 13; 200:5; 204:20;
250:11; 281:20; 304:5, 9
**impossible** 43:16; 69:14,
25; 70:3; 77:15; 78:7;
132:9; 137:4; 140:20;
268:19
**improvements** 267:7
**Inc** 114:23; 115:3; 219:2
**inches** 247:10
**include** 86:2, 8; 91:15;
93:23; 110:23; 282:10;
10:5; 77:4; 93:8; 215:12
**Including** 86:10, 14;
164:14; 199:16
**inconvenient** 48:22
**incorporated** 28:2;
159:2; 251:23
**independent** 38:23
**indicate** 219:21
**indirectly** 10:8
**individual** 236:17;
239:10
**information** 11:9; 14:24;
33:14; 45:19; 153:2;
203:18; 210:8, 18, 22;
258:22, 25; 265:10;
267:13, 18
**initial** 284:9, 9; 291:4
**inside** 15:11; 28:12;
118:2, 2; 160:20; 176:21
**installing** 33:24
**instance** 269:18
**instruct** 182:7; 282:10;
183:21
**instruction** 183:25;

270:20; 269:14, 20;
270:15, 22, 24; 271:7
**intend** 293:12
**interest** 11:5; 100:5, 9,
13; 56:19; 67:16, 18;
228:13; 122:10, 12, 14;
165:14; 192:6; 16:3
**interior** 294:3; 299:7
**Internet** 13:23; 14:20;
18:7; 24:20
**interpret** 298:11
**interpretation** 133:2, 7;
214:22
**interpreter** 97:4
**interrupt** 5:9, 12; 57:7;
244:16
**into** 11:15; 20:2; 101:15;
147:13; 159:3; 170:3;
186:25; 215:5; 247:3;
251:23; 257:4, 7; 259:7,
23, 25; 260:11, 13; 262:3;
270:23; 283:21
**invest** 17:16; 20:2; 69:12;
20:9; 28:10, 24; 16:15
**investment** 16:7, 8, 12,
13; 17:3; 20:21, 22; 305:25
**invited** 90:22, 23, 23
**invoice** 99:5; 222:25;
227:16; 268:3, 6, 9, 11, 18,
21; 269:2; 191:23, 23;
192:2, 3, 5; 193:25; 194:5,
11, 13, 17, 18, 18, 21;
195:7, 10, 15, 23; 196:2, 6;
217:18, 20, 23; 221:15, 16,
17, 18, 21; 222:18, 22, 23;
268:14; 269:3, 4, 9
**involve** 13:18; 10:5;
24:10; 32:25; 50:23;
53:12; 78:17; 90:7;
100:11; 118:2, 3, 4;
121:18; 122:4; 137:14, 20;
138:13; 151:8, 13, 14;
202:17; 205:7; 209:2;
270:5; 275:20
**involvement** 34:9
**iPad** 74:23, 24, 24
**iPhone** 87:9
**ISRAEL** 5:3; 6:8, 11; 7:5,
12; 8:11; 11:2; 12:7, 18;
15:15; 16:19; 21:18;
22:21; 27:15; 28:13; 29:4,
25; 31:16; 33:5, 10, 21;
34:7, 23; 35:3, 5, 15;
36:20; 37:3, 6; 40:12; 41:2,
5, 18; 44:12, 23; 45:9, 12;
49:4, 6, 11, 16, 18, 23;
54:4, 25; 55:3; 56:2; 58:7;
60:18; 63:19; 66:14; 71:5;
72:21; 76:15, 18; 77:8;
78:3, 21; 79:17, 25; 80:8;
81:21; 82:3; 83:5, 9, 20,
23; 85:5, 14; 86:4, 10, 19;
87:2, 13; 89:4, 7, 12, 24;
90:3, 6; 91:19, 21, 25;
92:5; 93:10; 96:18; 97:24;
98:15, 17; 99:15; 100:21;
102:11; 103:25; 104:22;
105:7, 9; 107:10, 13;

108:17; 110:25; 111:24;
112:24; 114:20, 24; 115:4,
17, 20, 25; 116:10, 12, 17;
117:10; 118:10, 13, 15;
119:4, 14; 120:3, 7, 13, 25;
121:8, 21; 122:8, 11;
123:5; 128:9; 130:13, 15,
19; 132:24; 133:6; 134:2;
135:23; 136:7; 137:7;
138:3, 9, 11; 139:15, 18;
140:6, 10, 17; 141:8, 18,
21; 142:2, 13, 17; 146:2;
148:17; 151:23; 152:23;
155:13; 156:2; 157:15, 25;
161:8; 162:23; 163:25;
164:23; 165:8, 19, 22, 25;
168:16, 18; 169:2, 5, 9;
170:14; 174:21; 176:13;
182:15; 185:3; 186:15, 19;
187:23; 188:20; 190:13;
192:8; 194:2, 4, 10;
195:11, 16; 198:8; 200:11,
22; 201:19; 202:5; 205:3,
17, 21; 207:12, 15, 25;
212:13; 213:6, 22; 214:15,
20; 220:24; 221:25;
223:10, 17; 224:7, 25;
225:9; 227:7, 10; 229:5;
230:16; 231:13; 233:14;
234:13; 235:25; 237:7, 10;
238:18, 21; 239:22; 240:3,
11, 15; 241:7, 21, 23;
243:19; 246:3; 247:16, 20,
24; 249:5; 255:14; 257:11;
258:15, 19; 260:4; 261:13;
262:20, 23; 263:13;
264:23; 268:24; 269:6, 8;
270:16; 271:2, 8, 10, 16;
272:19; 279:6; 280:15;
283:9; 284:17, 20; 289:8,
14; 292:2; 295:9, 11;
296:18, 24; 297:4, 11, 15;
298:2, 8, 11, 15, 17, 21,
25; 301:12, 19; 302:20, 22;
303:5, 10; 304:2, 6, 11, 15;
306:20
**issue** 142:14; 148:20
**Italian** 33:18; 37:23, 24;
54:19; 113:19; 152:5, 12,
22; 153:8, 11, 15, 16, 21,
21, 23, 24; 154:8, 15, 17,
21; 155:3, 10; 210:7, 20;
216:23, 24, 25; 219:6;
221:14, 17, 20; 223:4, 23;
224:4; 225:3; 226:5;
229:19; 232:5, 11; 274:6;
209:22; 210:4, 18, 23;
211:4, 6, 8, 12; 225:2
**Italy** 32:6; 154:11; 155:4;
230:3; 232:5
**items** 68:12, 13; 73:5;
74:15; 125:17; 221:12

**J**

**January** 98:8; 189:14,
15; 190:18, 21; 197:2, 5;
199:4, 6; 219:19; 255:3;
260:16; 274:24

**Jendretzki** 117:17, 18,
22; 118:7, 21; 120:6
**Jesus** 45:25
**job** 30:10; 31:25; 36:16,
17; 39:18; 43:9, 15, 16, 21;
51:19; 52:8; 53:2; 54:17;
55:9, 19; 62:6; 74:9, 10,
20; 75:2, 6, 7, 12, 15, 15,
15; 76:25; 90:25; 92:14,
19; 94:22; 105:14; 124:6;
126:23; 142:24; 143:10,
11, 11, 11, 11, 25; 153:14,
14; 155:2; 170:21; 171:4;
173:15; 193:10; 194:20,
22; 195:6; 196:9; 198:19,
19; 215:16, 25; 218:6;
220:12; 221:8; 228:10;
232:10; 272:21; 273:22,
22; 274:7, 7; 275:21;
276:14, 14, 19, 19, 24, 24;
284:11; 293:9; 294:9, 9
**jobs** 94:24
**joined** 185:7
**joke** 62:18
**Julia** 185:6, 22
**Julie** 184:22; 185:2, 10,
13, 16; 186:14; 190:8;
208:16
**jump** 193:22, 23
**June** 219:10, 10; 260:17;
291:9, 13

**K**

**K-H-A-R-L-A-M-O-V**
8:24
**K-S** 13:9
**Katherine** 209:21;
210:12, 13, 13
**Kaufman** 44:18; 137:23;
184:22, 23; 185:2, 10, 13;
186:4, 13; 187:22; 188:10,
12, 14; 189:4; 207:21;
208:3; 209:14, 15; 185:16;
208:16
**keep** 11:6, 8, 10, 17;
19:24; 20:7; 36:5; 78:17;
91:6; 92:21, 21, 22; 93:15;
94:3; 95:5, 7; 98:11;
127:24; 129:7; 134:17, 22;
158:2; 181:12, 12
**Kelner** 239:16
**key** 204:23
**Kharlamov** 8:22, 22
**kicking** 181:16
**kids** 8:18; 71:14; 94:13,
14; 113:9; 139:8, 9, 11;
248:22; 300:16
**kilos** 52:22
**kind** 16:6, 13; 21:25; 34:3;
75:3; 87:12; 105:17;
174:5; 178:13; 179:21, 24;
180:6; 211:12; 54:3
**kitchen** 48:17; 65:13, 13;
66:5, 12, 25; 68:4; 69:6,
7, 19, 20; 248:11, 16, 21,

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

24; 290:25; 300:5, 7, 13,
17; 302:13, 19, 24
**knew** 49:11; 140:11
**knowledge** 40:20; 42:2;
234:3
**known** 11:5; 13:22
**knows** 20:15; 27:12;
34:2; 45:18; 125:2;
136:12; 227:17; 254:22;
303:5

# L

**la-la-la** 187:5
**la-la-la-la** 233:18
**la-la-la-la-la** 65:16
**la-la-la-la-la-la-la** 50:19;
61:20; 215:13
**labeled** 191:23; 192:3;
242:6
**laborers** 33:22
**lacquer** 172:9, 9, 9
**ladies** 190:15
**Lalique** 82:5; 166:4, 6, 9,
12, 13, 15, 17, 21; 176:16,
18; 177:6, 8, 12; 178:24;
179:7, 16; 249:16; 251:12;
278:11
**language** 5:18; 139:23;
229:9; 234:4
**large** 19:25, 25; 160:16;
177:7
**last** 8:23; 13:6; 45:15;
50:21; 69:24; 148:9;
162:13, 14; 168:4; 197:7;
208:5; 209:23; 213:16;
229:17
**late** 98:8, 12, 12, 13, 13,
23, 23, 23, 25; 139:3, 3, 3,
3; 255:2
**later** 34:6; 58:18; 81:13;
99:12; 116:13, 18; 123:8;
150:3, 4; 160:4, 5; 161:4;
255:22, 23; 306:17
**law** 46:13; 182:13; 184:2
**lawyer** 67:14; 134:4, 8;
203:12; 205:11; 217:4, 9,
13, 14; 203:12; 207:12, 15
**layout** 58:21, 21; 66:7;
77:16, 18; 250:25; 251:5, 7
**leak** 87:10
**learn** 273:11
**leasing** 16:17
**least** 220:19; 229:8
**leather** 134:25; 135:2
**leave** 84:20; 250:22
**led** 187:8
**left** 85:18; 96:21, 21;
208:24; 229:24; 251:2;
295:25, 25
**left-hand** 181:4
**legal** 15:15; 132:25;
133:7; 135:24; 136:3;
140:6, 11, 12; 141:8;
162:23, 25; 163:19, 25;

165:5, 11; 184:2, 3, 5, 6;
205:10, 13, 18; 271:3
**lenses** 251:16
**less** 36:6; 47:2; 52:18;
69:2; 101:24; 102:4, 7, 10,
15, 16; 103:24; 105:19;
131:15, 24; 155:17;
172:23; 233:25; 267:15;
268:10; 276:25, 25
**letter** 51:13; 98:11;
114:20; 137:2, 3, 3, 5;
157:10; 199:3, 7; 200:25;
201:2, 3, 22, 24, 24;
208:11; 211:19; 296:16,
22, 24; 297:6, 17, 20; 48:3;
50:15; 98:18
**letting** 10:11
**level** 218:6
**Libra** 157:22
**Libracon** 31:18, 19, 19,
21; 32:7, 9, 9, 16, 19; 33:3,
18; 34:11, 11; 37:22, 23;
38:7, 8, 12, 15, 16, 22;
39:8, 12, 14, 17, 18, 20;
40:9, 19, 23; 41:5, 6; 42:2,
5, 8; 75:14; 76:13; 77:3,
13; 78:10; 90:12; 101:17,
19; 107:9, 12, 16, 18, 19,
20, 23, 24; 108:2, 8, 14;
109:6; 110:5, 16; 111:11,
17, 18, 22; 112:9, 11;
113:7, 10; 117:25; 118:10,
11, 16; 127:3; 137:24, 25;
138:17, 19; 139:5; 153:14,
15, 16, 21; 154:3; 157:21,
22; 158:3, 5, 6, 8, 11, 13,
16, 18, 20, 23, 23; 159:13;
160:7, 9; 161:5; 166:25;
167:3, 5, 7, 14, 18, 19, 20,
23, 24; 168:2, 2; 175:3;
195:4, 5, 9; 197:13, 14, 15,
16, 16, 20; 198:19, 19, 20,
22; 202:15; 204:12, 13;
210:11, 18; 212:11; 214:2,
12; 215:2, 10, 12, 15, 17,
20, 24, 25; 218:16; 221:18,
20; 222:24; 223:2, 3;
224:25; 232:4, 11; 252:25;
253:11; 254:8, 21, 23;
255:6; 256:4, 18, 20;
38:24; 138:23; 153:24;
159:14; 161:4; 167:18;
195:6; 202:21; 221:16, 16,
21; 222:23; 255:10
**library** 71:3; 72:20, 21;
73:15, 16; 80:16; 81:19,
25, 25; 85:20; 95:11;
174:11; 175:5, 8, 15, 19,
25; 176:11, 19, 21; 177:2,
11, 17; 178:4, 25; 179:9,
25; 180:14, 18; 249:9;
250:7, 9; 251:19; 278:5,
10, 12
**life** 10:23; 21:5; 50:24;
70:17; 109:17; 111:7;
186:16; 228:23; 232:18;
233:12, 19; 235:23, 25;
236:2, 6, 13; 241:17;
247:3; 259:8; 260:23

**light** 73:21; 169:16;
174:5; 42:19; 48:9; 75:3, 4,
4, 4; 124:17; 151:17; 270:2
**liked** 112:22; 159:16, 17;
277:3
**likes** 151:2
**limit** 131:7, 19, 20
**line** 73:17; 82:5; 190:2, 7;
199:14; 212:21; 232:23
**Lisa** 8:22, 22; 26:6, 21
**list** 161:25
**Listen** 21:5, 7; 23:22;
27:17; 28:11; 30:17;
39:20; 42:5; 47:11; 55:14;
57:12; 59:9; 62:7; 63:21;
64:5; 67:2, 13; 68:20; 79:2;
90:20, 20, 24; 92:10;
117:24; 118:8; 123:14;
129:24; 134:20; 136:4;
149:14; 153:14; 163:16;
173:8; 176:20; 178:7;
202:8; 208:24; 231:24;
233:11; 234:15; 243:19;
245:15; 246:21; 249:11;
260:12; 263:6; 266:8, 18;
269:14; 270:14; 271:7, 14;
273:21; 275:13; 279:11;
281:11; 292:20; 300:6, 12;
301:5, 14; 304:11; 305:20;
129:14; 208:13; 261:23
**litigation** 289:24
**little** 24:6; 113:22;
125:20; 139:25; 233:3, 25
**live** 6:19, 24, 24; 8:13, 14;
10:12, 19; 17:6, 9; 19:4;
21:3, 8, 8, 25; 22:18; 23:2;
257:19, 24; 261:2; 286:13,
21; 287:5; 10:17; 26:8, 14;
227:24; 261:3, 7, 8; 287:2;
8:17; 26:16; 42:7, 7; 44:19;
285:14
**living** 55:21; 66:5; 71:14;
80:16; 95:9, 14; 177:17,
22, 23; 178:2; 239:20;
245:12; 257:13, 17
**lobby** 84:2, 6
**local** 155:7
**located** 43:17; 232:11
**long** 7:7; 9:23; 26:21;
42:20; 52:25; 56:25; 58:6;
59:4, 18; 60:25; 61:3; 63:7,
12, 17; 99:13, 20, 21, 23;
100:12; 101:10; 102:17;
104:11; 141:13; 221:6, 6;
227:2; 277:5; 289:8; 306:8
**longer** 129:7; 137:9;
138:14; 224:5; 290:6
**Look** 54:6; 62:14; 69:17;
74:3; 81:16; 89:9; 96:25;
106:13, 15; 108:11; 109:9,
9; 111:2, 7; 120:22; 173:5;
175:17; 217:19; 220:18;
225:13; 227:4; 229:5;
234:12; 242:12, 25;
244:10; 248:6, 12; 249:9;
250:8; 258:22; 265:11;
54:23; 155:5, 9, 10; 233:2,
2; 296:16; 22:14; 45:19;

57:14; 62:11; 75:18;
81:18; 83:6; 94:20; 97:18,
19; 123:15; 125:19;
129:23; 131:23; 146:14;
225:23; 234:15, 16, 22;
247:10; 249:20; 292:6;
296:21; 40:7; 46:12; 68:7;
84:15; 87:9, 11; 88:18;
108:6; 119:14; 227:7;
233:25; 238:11, 15;
246:19; 252:16, 17;
271:19; 277:25
**lose** 44:15; 100:9, 13
**loss** 261:12
**lost** 51:10; 100:4; 103:21,
21; 219:16; 261:8, 9; 306:4
**lot** 10:2; 18:8; 24:21; 25:4,
5; 30:22, 22; 32:24; 37:17;
38:21; 39:6, 6; 41:9; 44:4;
46:18; 47:4, 6, 7; 51:16,
17; 52:14; 54:14, 16, 16;
55:15, 17; 56:4, 5; 75:24;
77:4; 79:16; 81:24; 82:11,
11, 12; 83:15; 88:23; 91:8;
92:11, 13; 93:12; 98:21;
100:16, 17, 18; 106:19;
108:9; 112:10; 113:3;
114:4, 4; 129:10; 130:17;
131:4; 158:2; 160:21;
161:4; 171:20; 181:11;
202:16, 20, 20; 214:5;
225:6; 228:4; 261:9, 9;
265:12; 279:22; 280:3;
281:12, 13; 287:18;
288:13; 289:15; 292:21;
306:4
**loving** 271:21
**Lovski** 25:13
**low** 234:10
**lower** 107:17; 125:20;
181:3; 246:15; 251:2;
290:24
**lucky** 272:12
**lunch** 156:7
**luncheon** 156:9
**Lust** 102:9
**luxury** 24:10

# M

**magazine** 92:16; 43:2;
47:7; 82:12; 100:18;
110:20; 114:5
**main** 10:15; 43:4, 5;
50:19; 84:24; 85:13;
192:21; 198:18; 204:23;
221:10, 11, 13; 251:11;
255:17, 17, 23; 272:5
**makers** 283:23
**makes** 35:19; 119:20;
220:18; 231:12, 19
**making** 204:8
**man** 293:14
**Managing** 121:5
**MANDEL** 4:16; 7:8, 13;
9:14; 11:12; 12:13; 17:23;
22:22; 28:17; 29:14;

33:25; 38:9; 41:3; 43:19;
54:9; 60:20, 22; 62:24;
66:10, 16; 73:11; 79:11,
15; 83:11; 86:15; 87:7, 19,
25; 98:7; 99:8; 105:2;
114:18; 115:5, 19, 23;
117:2; 119:12, 23; 123:11;
133:3; 135:25; 138:5, 10;
140:15; 141:23; 147:11;
148:19; 151:21; 152:2;
153:5; 156:7; 157:6;
161:10; 165:12, 21;
168:20; 169:4, 7; 171:10;
177:9, 16; 181:2; 182:16,
19; 184:10; 191:21; 194:8;
195:18; 196:23; 205:16,
20; 211:14; 212:25; 213:9,
17, 20; 214:19, 23; 222:2;
227:9, 14; 229:12; 230:6;
235:3; 238:17; 239:6, 10,
13, 19; 240:8, 13; 241:9;
244:7; 251:3; 252:23;
253:22; 258:17; 262:25;
269:7; 271:12; 289:11;
296:9; 298:7, 9; 300:2;
301:2; 303:2; 306:9
**Manhattan** 27:11; 46:20,
22; 232:19, 21; 259:6, 7;
260:22, 24; 289:5
**manufacture** 166:11;
226:5
**many** 14:23; 17:10; 18:9,
9, 9; 20:22, 23; 26:15, 18;
31:10; 37:15, 17; 74:13;
75:7; 86:25; 87:4; 88:10;
91:11; 98:24, 25; 107:5;
108:11; 138:17, 18;
146:16; 219:16; 234:18;
240:18; 256:19; 274:13;
286:11, 14, 24; 287:2, 7;
292:4; 303:6, 13, 15;
305:24
**marble** 65:14; 125:21, 22,
22, 22; 132:16; 135:4, 4, 6;
191:8, 9
**mark** 196:23; 4:8, 10, 14;
79:14, 22; 106:24; 115:5;
116:24; 120:11, 16; 157:7;
171:6; 174:14, 16; 182:18;
188:25; 190:18, 20;
191:24, 25; 197:2, 4;
199:4; 209:17, 18; 212:3;
216:18; 218:8, 9; 222:11;
226:10, 11; 235:11, 12;
241:13; 254:3, 4; 256:7;
266:22, 25; 277:12;
290:11
**market** 124:24, 25;
215:18
**married** 26:22; 271:23
**master** 80:16, 24; 84:22;
94:10, 12; 95:24; 96:5, 21,
23; 97:13; 171:23, 24;
172:4; 242:3, 8, 23; 243:5,
25; 278:4; 292:13, 16
**material** 73:19; 74:8;
76:23; 135:10, 17, 18;
136:10; 152:19; 205:2;
236:13; 64:11; 65:11;
78:17; 133:23; 134:18, 22;

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

152:13; 204:19; 223:7, 15,
18, 19, 20; 224:4; 236:3, 6;
237:3; 269:25; 294:15

**matter** 45:13, 15; 154:19;
217:16

**Max** 190:3, 3, 4

**may** 53:19; 73:2; 117:12,
13; 140:18, 18, 25; 161:18;
190:7; 210:11, 11, 14;
216:18, 24; 217:2; 220:18;
239:16; 260:16

**maybe** 5:20; 7:9; 8:14,
15; 10:17; 19:13; 20:7, 8,
8; 23:22, 23, 24; 26:23;
37:12, 18; 68:25; 70:4, 5;
75:18, 18; 80:15; 88:14;
105:18, 19; 118:8; 135:22;
136:5; 141:3; 154:8, 9;
165:16; 178:9; 203:10;
205:5; 207:6; 212:14;
233:12, 20; 236:18; 240:3;
250:10, 13; 264:15; 265:9,
23; 266:9; 272:23, 25, 25;
302:24

**McKEE** 34:14, 18; 36:13,
18; 40:11, 22; 55:2; 60:15;
76:16; 77:7; 91:20;
104:21, 23; 108:21;
116:25; 118:12; 168:8;
170:13; 213:8, 15, 18;
216:20; 220:22; 221:22;
239:8, 12, 15, 20, 25;
244:6; 250:22; 251:5;
252:9; 264:9; 265:14, 19;
282:17; 289:10, 13, 18, 20;
294:13; 295:18; 296:19;
297:8; 299:3, 5, 21

**mean** 7:12; 10:2, 3;
29:17; 30:14; 33:21; 37:7;
54:6; 55:6; 57:6; 66:14, 15;
80:14; 82:23, 24; 85:5;
86:13; 95:11; 104:24;
124:3, 3; 125:23; 128:2;
137:19, 22; 146:23;
162:12; 163:3; 167:6;
174:4; 186:5, 8; 194:6;
199:11, 22; 201:7, 22;
223:22; 232:9, 20; 237:25;
238:3; 240:8; 244:16;
252:7, 14; 253:12; 257:12;
260:8; 268:4; 274:5;
282:21; 284:10; 294:15;
297:10; 31:9; 147:24;
148:4; 149:3, 3; 213:22;
215:3; 223:3; 240:6;
246:17; 279:7

**meant** 49:12, 13

**measure** 219:4

**measurement** 219:7;
218:17, 22

**mechanical** 285:24, 24

**MED** 116:23, 23; 117:4, 5;
212:2, 2, 6, 6; 222:10, 10,
14; 226:9, 9, 13, 13;
235:10, 10, 14, 14; 254:2,
2, 6, 7; 266:21, 21; 267:3

**Medallion** 9:10, 10, 11,
13, 15, 20, 22; 10:8, 18, 11;
12:5; 14:6; 15:2, 12, 17,

19; 16:15, 18; 17:2; 19:2,
7, 10, 15; 20:11; 21:15, 16,
19, 23; 27:4, 6, 25; 28:6,
10, 24; 29:2, 6, 8, 16, 23;
30:7; 66:15; 67:15;
114:23; 115:3, 9; 120:23;
121:19, 25; 126:12; 127:4;
132:19, 19, 20; 133:22, 24;
137:18, 21; 138:15; 140:4,
11, 12, 23; 141:6, 11, 13;
143:2, 6, 16; 163:22;
164:8; 191:18; 195:2, 17;
196:18; 198:3, 4; 200:8,
17, 21; 201:5, 8, 16; 202:3;
203:6, 21; 204:8; 206:12;
211:7; 212:11; 214:13;
217:6, 10, 12, 15, 18, 24;
223:19; 226:22; 241:20;
245:7, 24; 246:8; 259:20,
21; 260:9; 262:22; 263:5,
21, 25; 264:4, 16; 267:20;
268:21, 25; 274:9, 12, 13;
286:2, 5, 14, 17; 295:20;
297:11, 13; 298:4, 21;
304:21, 24; 305:2, 3, 5, 18;
14:5; 16:2; 19:17; 217:7;
260:10; 296:18, 20

**meet** 36:23; 37:15;
289:21, 22; 303:6, 13;
37:4, 11; 189:4, 10

**meetings** 208:5; 303:19,
22

**melded** 304:15

**memory** 37:2; 119:11;
172:21; 208:14; 269:5;
276:2

**mentally** 70:14; 156:5

**mentioned** 34:10

**mess** 233:6

**message** 30:17, 19;
293:17

**met** 36:21, 21; 37:4;
45:15; 289:25; 290:3, 4, 6

**metal** 87:12; 236:21; 24:6

**Miami** 37:8, 10, 11; 154:9;
232:5, 12

**Michael** 44:18; 184:22;
186:4, 12; 187:22; 188:10

**Michaela** 157:11, 11;
174:22; 175:17, 20;
182:21; 189:13, 17, 23;
190:4, 8, 22; 208:3

**mid-January** 189:11

**middle** 183:2; 202:9, 11;
208:21

**might** 13:25; 104:23;
119:15, 17, 19; 148:15;
153:4; 188:14; 190:2;
227:12; 228:3; 233:22, 25;
280:24

**million** 24:2; 127:7;
131:4, 22

**million-something**
27:22

**mind** 172:20

**mine** 173:11; 213:2, 6, 8

**minute** 134:3; 212:25;

222:3; 105:15, 16, 18, 19;
147:17; 233:19, 20;
276:16; 289:10

**miracle** 283:23

**mirror** 172:8, 10; 176:21,
22, 23, 24; 177:3, 4, 20;
191:6; 249:18, 19, 22, 23,
23, 24; 250:2; 278:17, 18,
20, 22; 177:13, 15; 178:25;
179:8, 17

**mischaracterizing**
188:21

**missed** 268:25; 274:14

**missing** 213:3, 4, 4, 6;
239:14

**misstates** 16:19; 55:3;
80:8

**mistake** 48:11, 21; 70:4;
74:2; 162:20; 229:19, 20,
25, 25, 25; 230:2, 4;
231:25; 232:3; 233:5;
49:21; 50:9

**misunderstanding**
139:4

**mm-hmms** 5:6

**Mobile** 31:24

**model** 206:18; 217:14

**modern** 155:17

**modifications** 167:15;
182:8

**moment** 157:9, 18;
176:25; 208:17; 233:2;
250:20; 270:10; 271:4

**monastery** 25:12

**money** 20:2, 4, 9; 22:13;
24:22; 50:5; 51:10; 52:7;
53:9, 10; 69:13; 75:23;
76:3; 94:23, 25; 99:9;
127:25; 149:21; 155:2, 2;
173:17; 193:2; 215:23;
216:15; 217:10, 13; 261:9,
12, 12, 25; 262:6, 7, 12,
22; 263:5, 22, 24; 264:2, 3;
271:1; 301:10; 306:4

**month** 47:19, 25; 48:21;
50:5; 63:23; 114:11;
229:3; 261:17; 274:2, 2,
14; 6:22, 23, 24, 25, 25;
7:9; 47:19, 20, 22; 48:14;
57:15; 58:14; 62:16, 19,
20; 63:23; 64:4; 102:24;
112:18, 18, 20, 22; 114:15,
15; 139:6; 167:24; 209:23;
219:24, 25; 220:3, 19;
231:5; 253:3, 6; 274:2, 13,
20; 292:4; 306:6

**monthly** 273:17, 21;
274:10, 12

**mood** 48:24

**moral** 50:25; 51:7

**more** 13:10; 20:4, 4; 24:4;
26:16; 36:6; 42:21; 46:3, 3,
15, 23, 23, 23; 47:2; 48:4,
4, 4; 51:11, 17, 18, 25;
52:2, 18; 64:3; 69:2; 73:20,
21, 21; 75:9; 79:7; 91:11,
12; 93:19; 97:21; 98:10;

99:12; 102:10, 15, 22;
107:7; 111:5; 113:11, 16,
17; 120:11; 127:7; 129:9,
10; 130:17; 131:15, 24;
132:14; 139:14, 25; 144:2,
4; 145:13; 148:15; 151:21;
152:3; 154:9, 25; 155:2, 3,
4, 16, 24, 25; 156:2, 4, 4;
160:11; 161:5; 165:17;
170:21; 171:2; 172:23;
173:17; 186:23; 191:14,
17; 193:3; 197:10; 198:23;
201:15; 228:2; 230:13, 14;
231:12, 19; 234:23, 23;
240:23, 25; 250:14;
251:15; 265:10; 267:15;
276:25, 25; 277:2, 21;
282:7

**morning** 4:17, 18, 18;
103:15; 114:21; 302:23;
306:13

**Moscow** 22:11, 18;
25:12; 26:9, 17; 31:15;
37:8; 39:7, 16; 41:11; 42:6;
100:2; 103:2; 104:4;
113:20; 194:23; 208:8;
218:16; 232:5; 261:3;
283:4

**most** 26:14; 36:17; 42:22;
43:10; 51:20; 103:11;
132:13; 150:16, 24; 151:5,
5; 200:5; 243:15

**mostly** 16:9

**mother** 208:16

**motion** 11:19, 25

**motors** 125:7, 8, 10

**mouth** 226:19

**move** 19:18; 22:7, 17;
57:12; 105:23, 23; 119:12;
120:8, 9; 149:16; 151:19;
152:22; 165:23; 219:6;
231:9; 257:4, 7, 9, 12;
259:23, 24, 25; 260:6, 11,
13; 264:19; 300:20; 22:11

**moving** 232:6; 262:3;
305:12

**much** 7:4; 13:24; 21:9;
27:20; 30:24; 42:21; 50:4;
51:10; 75:8; 78:12; 91:11;
100:11; 102:20, 22; 111:5;
113:16; 124:10; 125:2, 3,
6, 19, 24; 126:4; 127:5;
133:11; 136:12; 142:8, 10,
19, 21, 23; 149:11; 154:9;
170:21; 171:2; 173:17;
191:12; 192:14, 21, 22;
198:24; 208:21; 240:19;
241:5; 258:7; 262:7;
265:13; 267:13; 277:4;
290:6

**multi** 20:17, 17

**multibillions** 20:17, 18

**museum** 24:16, 11, 12,
13; 25:2

**must** 74:25; 75:2; 79:8;
94:22; 144:5; 153:12;
163:17; 212:13; 293:22;
302:4

**mutual** 92:19; 95:10;
137:13, 17; 138:12; 187:5;
269:22

**myself** 268:25

## N

**name** 8:19, 21, 23; 10:24;
13:3, 5, 6, 12, 15, 18, 19,
24; 14:4, 22, 25; 15:4, 8;
18:7; 31:15, 17; 32:2;
34:16, 21; 44:21; 45:4, 5,
5; 109:12; 110:12; 113:20;
118:9, 20, 20, 23; 135:4;
167:10; 168:4; 184:22;
216:23; 222:19; 266:2, 3,
10; 275:22, 23; 285:11;
289:19; 304:18; 275:11,
13, 15; 276:3

**natural** 73:20

**nature** 32:11

**near** 160:23

**necessarily** 7:6

**necessary** 40:10, 20;
54:12, 14; 83:13; 129:7;
168:10, 13; 218:18

**need** 22:13; 23:19, 20;
25:20; 36:16; 37:20;
41:22; 46:6, 19; 47:3, 8,
11, 12, 12, 14; 52:16, 21,
24; 53:22; 54:3; 56:7; 58:9;
64:9; 68:16, 17; 75:8;
76:22, 24; 92:23; 93:18;
116:15; 124:25; 126:6;
133:14, 18; 138:22;
149:18, 23; 152:18;
169:20; 173:6; 175:9;
176:4; 182:12; 200:3;
204:21, 22; 225:10, 10;
237:4; 247:5; 273:24, 25;
274:3, 4; 281:15, 16, 18;
284:9; 301:11; 302:7, 8;
303:23; 304:9; 306:2, 16;
54:19; 270:7; 306:5;
59:10; 204:4

**needle** 83:23

**negative** 14:2; 30:2

**negotiate** 112:14, 18, 16

**negotiation** 121:19;
148:13

**neighborhood** 27:4, 14

**New** 6:20, 21; 7:4, 5, 7,
10, 15; 15:25:6, 10; 26:3, 8,
10, 11, 15, 16; 27:11;
30:21; 34:24; 35:8; 37:7,
13; 44:19; 55:18, 19; 56:6,
8; 64:23; 78:6; 90:23, 23;
103:20, 20, 23; 104:3, 4;
106:9; 154:8, 11; 155:22,
24; 158:20; 161:25;
166:23; 184:2; 214:25;
218:16, 22; 223:5; 224:21;
232:11; 234:18, 23; 244:3;
258:5; 261:5, 19, 19;
277:4, 5; 277:14, 23, 24,
24; 285:12, 14; 288:3, 6, 9,
16, 20, 23; 289:2

**next** 35:14; 78:24; 104:8;

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

119:13; 147:4; 153:13;
178:2; 193:23, 23; 261:17
**nice** 17:8; 19:22; 23:25;
29:19, 19, 19; 30:11, 18;
31:8, 9, 9, 10; 35:25;
36:11; 39:24; 41:10; 42:2,
15; 45:21, 24; 49:20, 21;
50:25; 58:21; 124:2, 3, 4;
206:24; 207:5; 210:5;
214:5; 232:24; 233:2;
265:12, 17; 289:21, 22;
306:2
**nickname** 190:5
**night** 97:2; 103:15; 189:9,
24; 197:8
**nine** 24:17; 114:15
**Nobody** 28:11; 59:14;
64:16, 16; 103:12, 12, 16;
151:12; 215:18; 222:25
**nods** 5:6; 9:4
**nonconfidential** 18:14
**normal** 27:19; 47:15;
197:13; 232:16
**Notary** 4:3
**note** 81:21; 120:25;
121:3; 132:24; 220:22, 24;
63:2, 4; 100:24; 101:2;
235:6, 8; 306:21; 258:22;
265:7; 303:18, 20, 21
**notice** 252:5, 12; 119:18
**November** 7:18; 8:2, 9,
11, 12; 50:17, 18; 141:15
**number** 63:6; 82:20;
117:4, 5; 132:2; 161:24;
162:7; 193:14; 203:10;
212:5; 222:14; 235:13;
254:5, 6; 267:3; 288:15;
116:23; 127:6; 170:7;
203:13, 14, 14; 212:2;
222:10; 226:9; 235:10;
254:2; 266:21

## O

**oath** 4:5
**object** 108:21; 135:21;
188:20; 193:24; 195:6;
194:5, 11, 12, 14; 195:10,
14, 22; 205:17; 298:9, 10;
91:23
**Objection** 16:19; 27:15;
29:4, 25; 40:11, 12, 22;
41:18, 19; 54:25; 55:2;
58:7; 63:19; 71:5; 76:15,
16; 77:7, 8; 78:3, 21;
79:25; 80:8; 81:21; 86:4;
89:4; 91:19, 20, 21, 22;
93:10; 99:15, 17; 103:25;
104:21, 22; 105:7; 107:10;
110:25; 121:21; 130:13,
19; 132:24; 155:13;
164:23; 168:16; 170:13,
14; 176:13; 185:3; 186:15;
187:23; 194:2; 195:11;
200:11, 11, 22; 201:19;
202:5; 205:4, 5, 18;
220:22, 24; 223:10; 224:7;

230:16; 231:13; 234:14;
241:7, 21; 261:13; 271:2,
8; 280:15; 282:17, 17, 19;
283:9; 296:9; 297:15;
298:7; 302:20; 200:15
**objective** 30:15; 152:11
**obligation** 42:14; 69:22;
119:10; 139:14; 153:18,
19, 23; 163:19; 187:14;
215:8, 20, 20, 24; 216:6;
275:7, 8; 283:24; 305:12;
60:14; 173:9, 20; 192:19,
20; 305:11
**obtain** 181:22; 182:2;
199:15
**Obviously** 119:11;
165:12; 194:6; 269:4
**occupied** 7:17
**occurred** 262:3
**ocean** 43:17
**October** 7:18; 8:2, 3;
50:16; 214:4
**off** 100:21, 23; 168:8, 9;
197:10; 235:3, 5; 241:9,
11; 253:22, 24; 265:19, 20
**office** 47:25; 210:15;
41:10
**official** 13:21; 16:23;
50:15; 182:13; 214:17;
215:2, 15
**often** 6:21; 47:17; 64:19;
65:22; 204:11, 12; 206:7;
208:11
**oil** 24:5
**old** 9:5, 7; 25:11; 48:24;
69:7; 218:6; 224:23
**One** 4:23; 5:20; 6:23, 24,
25; 9:3, 3; 10:3, 4, 18, 19,
22; 11:7; 13:4; 24:13, 25;
25:10, 18; 30:19; 39:3;
43:13, 14; 47:18, 19;
48:21; 50:5, 9; 51:18;
53:18; 56:8; 58:18; 62:11,
14; 63:14, 16, 21, 21, 22;
64:13; 65:4; 67:21, 21, 21;
68:12; 69:12, 15; 71:15,
15, 15, 16, 19; 74:6; 78:15;
80:13; 81:9; 83:15; 84:7;
85:14, 14; 93:21; 95:10,
10, 15, 16, 19, 20, 25;
96:2, 3, 3; 97:5; 98:19, 22,
23; 99:3; 100:22; 102:3, 5,
13, 14, 15, 16; 103:4;
105:19; 108:5, 12; 109:23;
110:18, 19; 113:17, 17;
114:10; 115:15; 116:6;
119:21; 120:13, 16, 19, 19;
124:12; 132:4; 133:13;
136:13; 144:25; 149:15,
17, 19; 150:3, 4, 25; 159:4;
161:25; 162:7; 167:9;
171:25; 174:2, 3, 23;
176:4; 177:2, 2; 178:11;
180:23; 182:23; 183:24;
186:8; 187:8, 18; 191:3, 9;
193:9; 196:23; 199:12;
200:24; 201:15; 202:7, 12,
19, 22; 203:3; 208:17;
214:15; 215:19; 222:6;

223:21; 224:8, 21, 22;
227:5; 228:22; 231:4;
232:10, 10, 16, 24; 233:11,
12, 13, 19; 235:4, 20;
236:23; 237:2, 3, 17;
241:10; 244:13; 247:11,
23; 249:11; 251:13;
254:13; 255:24, 25;
256:10, 13, 13, 15, 20, 21,
21; 268:10; 271:4; 272:8;
273:25; 280:19; 284:11,
12, 12; 289:25; 290:3;
292:8; 303:17, 17
**one-page** 216:17
**one-year** 288:12
**ones** 166:19, 20; 224:24;
119:11
**only** 5:7; 26:24; 30:18;
31:12, 12; 33:13; 39:3;
42:13; 53:11; 62:16, 16;
65:4; 67:22; 68:14; 75:10;
107:16; 111:16; 113:8;
131:3, 19, 20; 151:14, 18;
173:12, 23; 183:24; 193:8;
204:15, 17, 18; 208:8, 24;
219:14, 14; 220:5, 6;
226:25; 232:16; 237:23;
238:6; 254:16; 268:12;
269:24, 24; 270:7; 281:17;
284:6; 299:6, 7; 301:21
**onto** 221:16
**open** 13:22; 14:20; 18:7;
24:20
**opinion** 164:3; 241:5
**opposite** 114:10; 167:18;
199:25; 207:6; 296:13, 13,
14
**option** 183:5
**order** 11:20, 21, 24; 12:6,
15; 23:20; 53:20; 67:14;
110:6; 150:13; 168:11;
169:19; 181:23; 283:19;
67:15; 271:22
**orderly** 98:10
**organize** 39:22; 74:25;
75:2; 103:9; 38:7, 7, 12
**original** 248:15, 17
**originally** 266:16;
275:18, 19
**others** 69:9
**out** 8:10; 14:24; 43:21;
56:10, 11, 11; 84:13, 14,
14; 105:10; 119:22;
125:21; 208:11; 214:21;
229:14; 241:3; 256:18;
258:18; 279:9
**outstanding** 306:15
**over** 4:23; 12:10; 65:19;
223:17; 225:7; 228:5;
272:9; 287:17; 288:16
**overseas** 239:4
**overseeing** 23:8
**owe** 263:4, 25
**owes** 259:21; 261:11, 25;
262:21; 263:21
**own** 9:20; 10:7; 38:22;
55:8; 255:7

**owned** 163:23; 266:4;
286:17; 287:23; 288:2
**owner** 10:15; 44:20;
118:17; 150:15, 17; 151:8,
10, 13, 13; 38:24; 286:15
**ownership** 12:4
**owns** 9:9, 22; 16:18;
32:16; 286:12
**Oxana** 209:21; 210:16;
284:21, 22; 285:13

## P

**P-E-P-E** 36:12
**p.m** 156:8; 157:3; 235:6,
8; 306:21
**package** 173:8
**page** 12:9; 85:18, 21;
90:3; 96:19; 105:3, 4;
108:19; 114:13; 117:4, 4,
5; 144:20; 159:10; 174:23;
180:18; 182:23; 183:2, 4;
212:6, 21, 23; 213:3, 4, 4,
13, 16; 222:14; 226:16;
227:3, 4; 235:13, 14;
237:22; 242:5, 11, 11, 12,
19; 244:4, 19, 22; 245:2, 6,
11, 13; 249:8; 252:8, 9, 11,
12; 254:6, 6; 255:11, 12,
12, 14; 267:3, 3; 278:3;
290:22; 307:6; 88:10, 11,
12, 25; 89:2, 8, 9, 13, 20,
23; 95:24; 108:19; 171:12,
12; 178:10; 182:24;
218:11; 222:13; 227:2;
236:23, 24; 247:5; 263:10;
272:2
**paid** 24:21; 50:3; 53:10;
79:7, 8; 142:9, 11, 19;
143:23; 149:11, 22;
192:12, 24, 24; 196:16, 18;
216:2; 217:16; 263:8, 11;
267:23; 268:22; 269:4, 5,
9; 273:17, 21; 274:12, 14;
301:23
**paint** 69:11; 43:8; 173:12;
263:11
**palisander** 72:24, 25, 25;
73:5, 8, 9, 12, 16, 18, 20;
222:25; 226:3, 6, 17, 21,
22
**Panel** 47:13; 229:18;
246:15, 15, 21; 249:17, 23,
24; 278:16, 19, 22; 166:4,
6, 7, 12, 13, 16, 19;
176:17, 18; 177:6, 8, 12;
178:24; 179:8; 249:16;
250:3; 251:4, 12; 278:12
**panelling** 53:21; 92:17
**paper** 15:8; 90:21;
138:25; 235:23; 236:17;
247:11; 254:12; 66:2;
198:6; 243:15, 16; 254:20;
292:21, 22; 293:2
**paperwork** 202:18;
285:20, 21
**pardon** 296:19

**parents** 208:7
**Park** 6:6; 27:8; 162:19;
259:25; 262:4; 286:22
**part** 10:7; 11:6; 32:17;
53:18, 19; 59:12; 66:7;
68:5, 6, 8, 17; 70:16;
73:16, 16; 75:11, 11;
94:25; 112:4; 124:6;
144:6, 11; 145:19; 150:23,
24; 151:3; 172:2; 180:24,
24, 25; 181:7, 7; 218:15;
221:12; 250:12; 251:23,
24; 255:17, 20; 296:5, 6;
56:11
**participate** 27:7
**partitions** 70:20
**partner** 147:12; 157:11;
167:10; 189:18; 209:4
**party** 208:7
**pay** 9:13, 15, 17; 51:13,
14; 60:8; 75:17; 94:24;
97:18; 122:23; 123:2;
126:9; 130:4, 18; 143:7,
17; 144:7; 146:14; 149:6;
150:23, 24; 191:18; 193:5,
9; 196:8, 14; 198:25, 25;
199:2, 2; 215:25; 217:7;
247:22; 261:2; 263:24;
264:3, 16; 268:5; 274:9;
301:8, 10, 11, 21; 302:5;
304:10; 306:5
**paying** 211:8; 258:4, 7,
10, 11; 273:20
**payment** 196:15; 197:9;
198:16; 267:5, 6; 270:4, 9;
301:7, 8; 144:24; 145:2,
18; 197:14; 267:9, 11;
270:8
**payout** 59:20
**pays** 217:14
**penalty** 60:8
**pending** 11:24; 12:15;
97:25; 243:20; 271:17
**people** 10:2, 5; 14:17;
16:16, 23; 30:9; 31:11;
33:23; 34:8; 35:16; 37:24;
39:2, 3, 4, 19; 41:9, 12, 13,
14, 17; 42:3, 6; 58:3;
62:14; 65:22; 73:7; 74:3;
75:22, 24; 90:15; 97:5, 7;
113:12; 118:6; 124:12;
127:24; 130:4; 136:25;
137:13, 19; 151:19;
154:19; 157:20; 158:2, 4,
8; 167:3, 8, 13; 170:23, 24;
178:13; 182:12; 186:17,
21; 196:13, 14, 21; 208:12;
216:13, 15, 15; 229:19;
230:3; 231:9, 20; 232:14;
233:4, 24; 234:9, 10, 11,
18, 23; 261:19; 272:23;
275:11, 19; 276:5, 18;
283:23; 284:12
**Pepe** 36:11; 37:22; 43:23;
76:13; 77:3, 13; 78:11;
90:10; 92:20; 95:4;
210:14, 15; 218:13, 25;
219:7; 228:12; 232:5;
239:8; 240:7; 273:7, 8, 9,

Triarch Architectural Services, P.C.  v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

15; 274:8, 9, 12, 14, 14;
281:11; 299:9

**per** 42:11; 45:22; 131:22;
159:11; 287:9, 10

**percent** 16:24; 46:2;
51:21; 52:8, 8, 9; 74:5;
109:8; 122:17, 23; 124:22;
145:6, 8, 10, 23; 146:10,
11, 11, 12, 14, 16, 17;
149:5, 7, 7; 151:4, 4;
153:19; 192:11, 12;
193:11, 12, 13, 14, 15, 15,
15, 16, 20, 21; 198:23;
207:6; 247:12, 12, 13, 22;
270:8; 301:7, 9, 11; 302:4,
5

**percentage** 143:22

**perfect** 44:15; 119:11;
214:22

**perfectly** 175:22; 225:15

**performed** 35:10; 37:25;
38:3; 198:12

**performing** 117:22

**perhaps** 21:2

**period** 8:16; 20:13;
62:17; 197:24; 232:17;
269:22; 274:15

**permanently** 261:3

**permission** 163:11, 15,
18

**permitted** 163:8

**person** 11:4; 13:21, 22;
14:21; 28:23; 46:16;
57:24; 70:14; 89:3; 104:8;
136:21; 150:19; 188:8;
197:23; 227:19; 230:19,
20; 233:21, 23; 257:23;
260:5; 265:12, 17, 18;
282:22, 23; 114:4; 89:19;
103:8

**personal** 259:5; 285:8,
10

**personally** 8:7, 8, 14;
21:21; 24:3; 25:5; 54:23;
55:6; 76:4; 117:20;
150:18; 194:6, 12; 195:16,
24; 286:7

**perspective** 85:22; 96:20

**phase** 122:17, 17, 19, 20,
20, 21, 24; 144:9, 10, 13;
145:22, 25; 146:5, 8, 15;
147:5, 6, 19, 19, 20, 21,
22; 148:2, 9, 9; 149:2, 2, 3,
6, 13, 20, 24; 150:7, 8, 12,
16; 144:21, 23; 147:9

**Phillip** 167:10

**philosophy** 271:20

**phone** 37:12; 87:3

**photo** 87:20; 80:5

**photograph** 87:9

**physical** 33:23

**pick** 296:2

**picture** 42:16; 47:12, 23;
52:15, 20; 57:15; 79:9;
85:19; 86:22; 87:14, 21;
143:22; 193:17; 204:22;
228:3; 236:5; 237:2;

**plus/minus** 124:22

**plywood** 135:11

**point** 5:19; 9:18; 21:2;
60:16; 93:21; 97:16;
128:7, 11, 15; 148:25;
149:20, 22; 151:9, 14;
152:6, 15; 193:25; 210:6,
20; 214:15, 20; 227:14;
273:19; 276:6; 295:24;
300:3, 25; 301:16; 302:12;
304:12, 17; 278:11; 279:9;
96:9, 22; 145:19; 177:10,
13; 213:13; 252:15;
255:19; 278:13; 151:19

**poorly** 119:15

**portion** 12:19; 18:14;
133:13; 143:10, 11, 11, 11,
24, 24; 199:12; 201:13;
208:2

**position** 20:19; 27:19;
50:3; 165:16, 18, 20;
178:11; 225:21; 294:4

**possible** 14:23, 24; 52:7;
57:3, 5, 24; 59:8, 21, 23;
61:19; 64:2; 66:21; 69:8,
10, 10; 75:25; 81:15;
101:23; 102:2, 4, 7, 12;
103:22; 105:14; 106:22;
129:12; 170:15; 181:25;
260:7; 268:17; 295:23;
305:17; 306:2

**possibly** 5:20; 29:24

**potential** 121:24; 163:11

**powder** 191:7, 8

**predated** 253:18

**prefer** 44:5; 154:24

**preparation** 264:25;
265:3, 4

**prepare** 54:3; 64:3;
112, 12; 75:9; 88:24;
104:11; 105:17; 107:9, 12;
168:11; 236:11; 255:6;
292:17; 303:8; 52:9, 19;
108:14; 158:20; 175:19;
201:11; 236:4, 7, 10;
254:9; 291:3, 4; 181:14

**preparing** 132:6; 282:11

**present** 104:18; 173:10;
216:7; 282:2

**press** 14:19; 18:12

**pressure** 187:18

**pretty** 189:7, 19

**previous** 90:25, 25;
181:8; 224:22; 279:20

**previously** 79:14; 290:11

**price** 36:3; 123:19; 125:5,
17, 20; 154:23, 23, 6;
155:3

**print** 119:22, 15, 20

**printer** 119:16

**prior** 39:8

**private** 24:13, 25; 50:24;
92:13; 111:7; 163:18;
165:3; 186:16; 259:8;
263:9

**probably** 59:19; 264:24

**problem** 11:8; 12:16;
14:22; 47:17; 51:7; 56:20,
21, 22; 77:21; 92:6;
105:20; 130:10; 181:18;
205:3; 213:3; 232:16

**process** 13:18; 42:12,
12, 13; 52:5; 65:23; 67:6;
100:7; 127:11; 128:6, 7,
12, 16; 129:13, 15; 141:13,
14; 151:13; 202:12;
217:11; 221:7; 224:11, 12,
15; 228:10; 280:21;
304:22, 25; 305:4, 19;
306:5

**produce** 51:23; 52:21;
87:15; 152:14; 153:19;
154:10, 20, 24; 223:5, 7;
240:5, 6; 170:24; 223:14,
20, 24; 224:18, 21; 238:20,
23; 240:9, 14

**producers** 31:23

**producing** 152:13;
238:25

**product** 109:6; 123:18,
19; 166:14, 15

**production** 152:6;
218:18; 243:7; 306:12

**professional** 39:4; 41:9,
12, 14; 58:20; 68:5; 73:7;
91:12; 97:7; 105:25;
148:21; 170:20, 24; 173:9;
182:12; 196:21; 197:22;
198:23; 246:24; 273:25;
274:3; 279:23, 24; 283:3;
232:15; 269:13, 19;
270:13; 271:6; 272:14

**professionally** 91:12

**profit** 20:14

**programs** 105:21; 106:2

**progress** 145:18

**project** 30:11; 33:2, 3;
51:11; 56:24, 25; 57:18,
20, 21; 59:5, 18, 24; 60:25;
61:4; 63:7, 12, 15, 16, 22;
66:18, 20; 67:20, 20, 24,
24; 74:4, 6; 75:25; 95:2;
97:21; 98:25; 99:2, 13;
100:4, 10, 11, 14; 102:15,
17, 20, 22, 25; 103:4, 5,
13, 14, 15, 16, 23; 111:4;
122:6; 123:13; 126:15, 16,
19, 21; 127:15; 128:5;
132:4; 136:5; 137:14;
142:9, 12, 20; 144:6, 6;
152:19, 21; 153:12; 154:3,
14; 158:13, 16; 169:14, 15;
185:2, 11; 186:3; 189:20;
191:15, 18; 192:15;
197:24; 198:12; 199:16,
21; 200:8; 201:10, 17;
202:13; 203:20, 23; 204:2;
205:7, 9; 210:22, 24;
214:2, 5; 215:2, 6, 19;
216:11, 14; 217:21; 224:6;
227:24; 228:7, 13, 14, 15,
16, 19; 229:2; 230:7;
231:21; 232:3, 6, 7;
240:19; 247:5; 261:18;
272:15, 16; 274:5, 16;

293:6, 8, 9; 302:16;
227:12; 20:3; 136:5;
215:13

**promise** 50:16; 58:17;
60:3; 62:2, 5; 305:13, 14;
50:17; 58:13; 305:16

**property** 20:10; 173:12;
288:4

**proposal** 48:8; 167:21;
302:5, 7, 8, 9

**propose** 74:16, 16, 17;
125:7; 154:4; 48:10;
61:24; 159:19; 183:4, 5

**proposition** 36:5; 107:5,
7, 7; 108:7; 112:20;
113:18, 21, 24; 123:16;
138:23, 24, 25; 154:6, 18;
167:18, 20; 168:2; 184:4;
253:5, 11; 281:11

**protective** 11:20, 21, 24;
12:6, 15

**provide** 54:2, 24; 106:12;
122:5; 123:13; 214:13;
223:18; 252:25; 267:17;
296:7; 33:19; 35:16;
172:14; 241:19; 245:7;
267:12; 299:8

**Public** 4:4; 11:11; 14:5;
15:2, 4

**publication** 18:8

**publicity** 14:2, 13, 16, 18;
15:7; 163:16

**publicly** 11:5

**pull** 147:16; 284:14

**purchase** 17:2, 5; 27:4;
21:13, 15; 29:16; 200:2

**purports** 85:19; 121:4

**pursuant** 11:22

**push** 61:17; 103:12;
262:11; 166:17

**put** 12:8; 25:20; 65:13;
68:13; 72:12, 16, 19; 82:4;
83:23; 105:22; 117:25;
120:13; 163:8, 18; 165:2;
173:24; 180:6, 12; 181:7;
187:18; 188:4; 193:13;
202:9, 10, 10, 24; 203:10,
12, 13, 14; 221:15; 226:19;
229:24; 230:3; 251:25;
263:18

**putting** 170:3; 193:19

## Q

**quality** 125:3; 142:15;
151:11; 154:22; 234:20,
22

**que** 72:19

**quick** 103:10; 299:24

**Quicker** 102:11, 11, 12,
14

**quickly** 64:4; 102:10;
129:12; 140:2; 148:16;
230:22; 231:3, 16; 290:18

**quite** 265:5



Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

# R

**range** 124:23; 126:8;
230:12
**rare** 13:12; 73:6
**reach** 60:15
**read** 38:9, 11; 49:24;
116:2, 15; 133:12, 13;
145:13; 174:25; 197:7;
199:12, 13; 201:13; 214:7,
14; 218:15; 221:23, 24;
307:2; 145:14; 183:19;
258:18
**ready** 50:13; 63:22;
85:11; 169:16, 17; 218:17;
249:3; 260:5, 7, 8; 262:14;
280:10, 10
**Real** 9:12; 15:17; 16:4, 6,
9, 13, 15, 17, 17; 19:21,
21; 22:14; 111:9, 9;
235:22, 25; 236:2, 6, 13;
237:3, 3, 5; 247:3
**realistic** 57:10, 19
**reality** 283:25
**really** 14:15; 15:22;
16:11; 17:11; 18:3, 10;
22:2, 4; 29:7; 31:8, 8;
36:16; 39:22; 46:4, 15;
57:23, 23; 62:9; 81:2, 23;
82:6, 13; 100:15, 19;
128:18; 129:4, 5; 141:17;
149:22; 150:9, 9, 9;
194:15; 216:13; 243:10
**reask** 195:19
**reason** 43:5; 50:9, 11, 12,
13, 21; 64:17; 153:11;
193:9; 200:25; 216:14;
221:14, 17, 20; 229:23;
234:5; 251:11; 272:5;
275:20; 23:24; 50:7, 20;
98:21, 22; 114:5; 151:8;
203:13
**recall** 141:3; 153:6;
167:11; 172:13, 21; 184:8,
11, 18; 189:10; 191:20;
237:12, 15; 268:8, 20;
291:3, 14; 292:19
**receive** 190:23; 244:21;
88:5; 116:14; 127:13;
209:24; 244:19, 22; 246:8;
298:4
**receiving** 171:15
**recess** 63:3; 100:25;
156:9; 235:7
**recognize** 116:7, 6,
7, 11; 212:7; 235:15, 18;
241:14
**recollection** 60:24;
63:10; 121:23; 161:20;
171:14; 183:9, 20; 195:21;
208:15
**recommend** 130:5;
37:10; 137:20; 138:17;
141:14; 179:19
**recommendation**
138:20

**record** 38:11; 81:6; 83:2,
3; 87:7; 92:5; 100:22, 23;
114:25; 121:2, 3; 147:11;
168:8, 9; 177:9; 180:17;
181:2; 182:19; 221:24;
235:3, 5, 17; 241:9, 11;
243:11; 253:23, 24;
263:18; 265:19, 20
**red** 73:21
**redo** 69:8; 159:11
**redone** 159:9
**refer** 6:5; 82:19; 95:24;
134:7; 183:7; 190:2;
168:21; 258:21; 264:21;
6:9; 32:20
**reference** 190:8; 210:10
**referring** 6:11; 45:10, 12,
14; 72:11; 110:24; 159:23;
181:3; 216:25; 249:13;
253:9, 14, 15; 255:11
**reflect** 87:8; 147:12;
251:22
**refresh** 36:25; 183:9;
208:14; 183:20
**regarding** 134:8
**reject** 161:13; 268:3, 4
**relation** 10:23; 14:5;
17:19; 51:5; 209:3; 243:17
**relationship** 17:13; 32:8,
10, 12
**relevance** 258:16
**remain** 13:15; 306:15
**remember** 8:3; 19:12, 13;
21:17; 22:5, 9; 24:19;
34:18, 19, 21, 24; 35:20,
22; 37:8, 11, 14; 38:6;
44:21; 45:4, 5; 50:4; 59:20;
61:14, 16; 62:12; 63:15;
69:23; 84:21; 88:18;
99:11; 101:10; 106:15, 16,
18; 107:2, 2; 119:7, 9, 10;
122:3; 129:18, 20; 135:3;
141:4, 16; 160:12; 161:14,
23; 167:10, 22; 171:19;
172:16; 173:2; 174:12;
176:3; 182:5, 11; 185:8,
12, 15; 186:11; 189:22;
190:25; 195:12, 12;
202:25; 209:10, 12, 13, 14;
224:16; 225:8; 226:7;
229:20, 21, 22, 23; 237:16,
19; 240:20; 250:11; 258:9;
262:19, 20; 264:20, 23;
265:8, 24; 266:2; 268:7;
270:8; 275:16, 22, 23;
276:4; 277:10, 10; 279:19,
19; 288:14; 290:2, 3;
291:22; 293:21; 296:21;
303:17
**remove** 12:10
**ren** 7:20
**rendering** 104:24; 106:3;
79:12; 81:8, 19, 20;
104:19, 19; 106:4, 6, 7;
168:20; 292:18
**renovate** 19:18; 20:13,
25; 30:4; 31:7; 54:13;
68:19; 302:13; 30:8; 66:12

**renovating** 29:3, 24;
33:19; 126:4; 274:16;
302:19
**renovation** 7:22; 23:8;
30:13, 16; 34:9; 35:17;
38:2, 4, 13; 39:9; 57:11;
93:9; 99:21; 101:4, 9, 23;
127:5; 170:11, 16; 173:5;
220:8; 231:22; 258:2;
272:4; 274:11; 283:20;
304:22, 25; 305:19; 23:3;
137:10; 181:24
**rent** 9:15, 17; 21:6;
126:22; 259:3; 264:17, 22;
286:19; 288:9; 306:3, 5;
260:23; 261:5; 286:14;
288:6, 15; 289:7; 258:4;
260:21; 261:4; 288:19, 22,
25
**rental** 258:8; 288:12
**repair** 21:8; 69:14; 23:5;
35:19; 70:16, 18, 18;
257:25
**repeat** 41:21; 54:7; 77:12;
92:11; 93:19; 175:23;
234:4; 297:16
**rephrase** 14:10
**reporter** 4:24; 5:5, 7, 10;
12:8
**represent** 255:2; 277:13;
289:20, 23; 291:19
**representative** 198:5
**requested** 306:14
**requests** 210:8, 21
**required** 270:24; 271:6
**reserve** 306:19
**residence** 163:18
**residential** 16:9; 103:23;
170:11
**resolution** 12:16
**respect** 115:11; 132:18;
177:12, 13
**respectful** 283:2
**respond** 239:17; 161:14,
21; 239:16; 129:6; 210:7,
21; 297:20
**response** 134:4; 189:7;
297:9, 12, 13
**responsibility** 217:25
**responsible** 23:7;
202:13; 209:5
**result** 22:7; 98:24;
172:24, 25; 192:23, 23;
196:9, 10; 281:20
**resumed** 157:4
**retail** 103:6, 6, 6
**retained** 38:17; 199:19,
21
**retainer** 273:17, 20;
274:10
**reviewing** 172:13
**revised** 209:23; 210:4
**revolution** 25:12, 13
**ridiculous** 97:14, 14;
223:6

**right** 6:4; 7:6, 12; 14:25,
25; 20:10, 10; 23:23;
26:25; 54:13, 18; 57:4;
58:3, 6; 59:2; 61:21; 68:15;
69:4; 70:6, 11; 78:2; 81:7;
89:10; 94:5; 99:5; 103:8;
105:16; 111:10; 120:14;
123:3, 4, 7; 128:4, 21;
132:21; 133:23; 139:16;
140:4, 12, 12, 14, 23;
141:17; 142:7; 148:9, 10;
160:13, 16; 163:5; 164:13;
172:19; 177:24; 179:5;
194:7; 206:12; 212:24;
219:3; 220:14; 221:12;
223:18; 227:21; 229:24;
231:10; 238:4, 5; 253:19;
256:14; 260:15, 18;
262:13; 278:21; 284:3;
290:23; 294:20; 306:19
**right-hand** 107:17
**rings** 236:21
**Robert** 199:7; 203:11;
217:3, 4
**role** 27:3, 6; 217:5, 9, 21;
284:14, 16, 18, 19; 293:6
**romantic** 259:15
**room** 47:24, 24; 55:21,
22; 64:13; 66:6, 6;
67:7, 7, 7, 7, 8, 8; 68:22;
69:15, 15; 71:14; 74:24;
80:14, 15, 16; 84:8, 16;
87:6; 91:6; 94:9; 95:9, 10,
11, 14; 124:14; 132:15;
147:13; 177:18, 22, 23;
178:2; 191:7, 8, 8; 237:22,
23, 24; 238:7; 245:13;
247:13, 14; 248:5; 302:9;
48:16; 57:16; 62:17, 23;
63:24, 25; 64:3, 20, 21, 22,
24, 25; 67:3, 9, 11, 25;
69:8; 70:2, 3; 72:5, 7;
80:11, 12, 13, 15, 17; 81:2;
92:22; 94:4, 4; 95:8, 12;
97:21; 124:14; 149:4;
151:18; 193:16; 247:14;
300:11, 11; 301:4, 4, 25;
302:2
**rough** 170:8
**rug** 43:14
**rugs** 43:7
**rules** 4:22; 11:19; 182:13;
183:18; 184:5, 5, 6
**ruling** 11:14, 25
**run** 213:16
**rush** 271:15, 17
**Russia** 15:20; 24:12, 13;
26:11, 12; 32:25; 38:21;
73:18, 20; 103:17; 158:3,
4, 15; 166:9; 211:23
**Russian** 9:24, 25; 10:3;
18:12; 25:19; 73:2, 4, 6;
107:15; 157:20, 23;
158:11; 194:23, 25;
211:21; 234:7; 158:7

# S

**S-A** 266:13
**S.A** 266:11
**salary** 198:2
**same** 18:2; 35:20, 21;
36:6; 51:7; 68:9, 10; 88:12;
93:25; 96:10; 97:4; 98:10,
22; 111:14, 15, 16; 113:21;
135:14, 21; 145:16, 17;
167:23; 170:23, 24; 171:4;
180:2, 4; 191:8; 193:10,
10; 239:20; 241:4; 271:20;
275:18; 281:21, 23;
302:25
**sanitary** 184:6
**saw** 48:16; 51:16, 22;
52:11; 55:24; 65:24;
66:21; 68:24; 69:23;
70:18, 18; 74:15, 21; 88:7,
7, 8, 9, 9, 10, 11; 89:8;
95:19, 20; 108:10; 109:7;
117:15; 127:17, 18;
138:25; 141:2; 143:9, 23;
144:14, 16; 149:7; 162:14;
176:16, 16; 191:4; 193:4;
206:23; 209:13; 212:15;
220:6; 222:25; 233:11, 18;
235:22, 22, 24; 236:2, 3, 6;
237:5; 241:24; 242:13;
243:6, 6; 244:24, 24;
245:2, 4, 16, 16, 19, 20,
24; 253:17; 292:20;
294:18, 20, 21, 24; 295:3
**saying** 7:7; 23:19; 53:20,
25; 76:18; 94:17; 114:21;
129:14; 138:6; 153:3;
162:3; 188:13; 189:4;
196:12; 204:2; 205:11;
222:17; 253:6; 256:14;
261:24; 296:25; 298:5
**schematic** 85:20; 96:23;
122:17, 21, 22; 144:8, 12;
145:22, 24; 146:4, 8;
147:19; 149:2, 2, 4, 5, 6, 8,
20, 24; 150:12, 16; 192:11;
193:11, 12; 201:9
**school** 10:22
**scope** 214:8
**screwed** 119:16
**scrolling** 145:17
**sculpture** 87:5, 10; 88:3
**Second** 5:8; 50:12, 13;
64:8; 65:19; 85:15; 96:18;
100:22; 105:3; 108:19;
143:24; 147:20; 149:17,
19; 168:3; 169:17; 183:3;
184:13; 190:2, 7; 208:4;
209:20; 212:21, 23;
218:11, 12; 231:4; 232:12;
235:4; 237:21; 241:10;
249:20; 253:23
**secret** 13:2
**secretary** 284:22, 24
**section** 12:3
**secure** 20:4
**seeing** 171:18; 172:16,

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

21; 291:3, 14, 22; 292:19
**seem** 207:12, 15; 189:19;
54:9; 189:8; 208:20;
210:17; 212:16; 219:21;
243:14; 265:13, 14
**segments** 296:7
**sell** 19:24; 20:6, 6, 14, 15,
15; 21:2; 22:12; 206:16;
238:14; 16:16
**send** 48:3; 50:15; 76:23;
78:17; 92:15; 137:2, 3, 3,
5; 175:12; 176:6; 198:6;
209:22; 217:13, 17, 24;
218:25; 221:18; 223:17;
240:16; 247:6; 285:21;
214:25; 281:12; 175:6, 11,
18; 176:6; 203:18; 217:20;
222:16, 18; 208:11
**sense** 230:8; 233:23;
271:11
**sent** 51:12; 98:11; 99:5;
158:21; 161:11, 12;
217:10; 219:11; 223:23,
25; 240:7, 12
**sentence** 199:14; 208:4
**separate** 68:23; 86:17;
88:8, 10, 10, 11, 12, 25;
89:8, 13; 190:9; 236:23,
23; 244:4
**separately** 229:7
**September** 101:15;
112:14, 15; 274:23, 23
**Sergey** 216:8; 217:21;
222:15, 17
**service** 114:22, 25;
273:25; 274:3; 33:19;
35:10, 17; 37:25; 38:4;
117:22; 199:25; 214:8, 12;
293:13
**SESSION** 157:2
**set** 105:4; 174:8; 201:3,
23; 253:2, 4; 255:7;
290:12, 15; 291:4, 14;
295:25
**setting** 270:11, 12
**seven** 8:14; 37:18; 42:11;
220:19; 302:25
**several** 10:4; 36:22; 47:9;
63:25; 95:2; 204:21;
213:24; 214:3; 228:6;
276:7, 10; 306:13
**shaft** 290:25
**shall** 145:6
**Sheet** 244:6; 250:23;
237:18; 239:10; 290:12
**shelves** 251:18
**shit** 131:13; 174:3; 207:7;
228:25; 229:2, 2; 232:8
**short** 53:6; 60:16;
102:10; 197:24, 24, 25;
228:12; 274:22
**shortly** 255:5
**shot** 41:2; 138:9
**shoulders** 202:6
**show** 42:24; 81:14; 83:8,
18, 19; 87:2; 89:3, 17, 19;

90:10, 12, 14, 18, 20;
94:23; 97:13; 100:18;
106:23; 112:7; 113:23;
120:19; 133:4, 12; 144:5;
145:8; 149:9, 19, 23, 24;
150:15; 153:21; 154:3;
157:18; 164:25; 170:5, 5;
173:18; 180:15; 193:12;
197:4; 206:6; 207:18, 20;
209:10; 213:14; 242:22;
243:12; 246:22; 250:19,
19, 20; 256:6, 8, 9; 268:11;
277:11, 21; 278:2; 279:11;
280:8; 290:10; 296:23;
302:4; 35:23; 46:10;
47:11, 22; 48:7, 9; 55:22;
72:8; 80:11; 89:16, 22, 25;
90:6, 9; 92:15; 94:25;
109:12; 110:16; 111:13;
113:18; 127:17; 144:16;
146:15; 150:2; 161:23, 24;
162:4; 167:25, 25; 172:18;
196:9; 208:6, 15; 214:4;
238:10; 244:25; 245:5;
247:11; 248:25; 253:3;
267:24; 297:5, 5; 300:12;
301:6; 82:11; 87:8, 19;
95:23; 105:3; 111:19;
180:17; 188:25; 241:12;
242:5, 11; 248:6; 249:8;
251:21; 272:8; 278:3
**shown** 115:21; 209:18;
251:7; 294:17; 307:5
**shrugging** 202:6
**sick** 70:14
**side** 43:17; 177:2, 11, 14,
16; 178:3; 202:21; 230:14,
15
**sign** 60:7, 8; 65:17, 18,
18, 19; 124:5; 175:13;
176:7, 8; 178:9; 198:5;
271:6; 284:9; 302:8;
303:25; 101:19; 114:20;
121:4; 163:22; 176:8, 9;
214:3
**signa** 178:16
**signature** 65:9; 121:5;
178:8, 10, 11, 13, 14, 17;
212:15; 213:18; 247:18
**similar** 24:4; 70:19, 19,
19, 20; 78:25; 82:10; 88:2,
16, 18; 89:2; 109:4, 7, 9,
10, 24; 112:10, 11; 232:23,
24; 252:17, 17; 292:12
**similarities** 242:16;
252:6, 12; 278:7; 279:8;
280:6
**simple** 126:3; 135:20;
177:5; 251:13, 14, 18
**site** 103:11; 218:16
**Sitting** 28:22; 60:23;
172:20; 195:13, 20
**situation** 33:4; 44:5;
48:22; 51:2, 3; 53:12, 17;
55:12, 16; 62:8; 68:10, 17;
75:19; 76:10; 91:13;
98:11, 16; 100:6, 8;
133:19; 192:7; 218:2, 25;
234:24; 252:19, 21;

259:16; 261:16; 262:6;
263:7; 296:13, 15
**six** 8:14; 62:15
**size** 247:9; 56:8; 77:20,
20; 230:2, 2
**skill** 40:9; 41:7; 91:12
**skipped** 280:5
**Sleep** 62:3, 3, 4
**slow** 50:14, 14; 78:8;
137:5, 5, 16; 138:21, 22;
228:9; 260:3; 304:22;
305:4, 19; 304:25
**slower** 5:3, 4; 277:4
**slowly** 47:20, 21; 78:9;
137:4, 4, 4; 277:12
**small** 10:19, 21; 42:18;
67:17; 73:16; 75:6; 94:25;
221:8; 229:17, 17, 17;
249:22; 256:17, 22; 296:7
**sofa** 125:2
**soffits** 250:9, 9, 11, 11,
12, 13, 16, 16, 18
**SoHo** 155:25; 156:4
**sold** 21:4; 287:20
**soldered** 304:16
**solution** 91:8; 183:4
**somebody** 26:6, 6;
35:22; 37:9; 42:11; 43:12;
46:6; 52:12; 89:22;
136:18; 143:18; 150:18,
22; 153:18; 205:12;
229:23; 230:4; 243:16;
247:7; 257:12; 258:10, 24;
260:13, 13; 273:19; 275:7;
295:20
**someone** 58:25; 136:16;
198:7; 257:4, 7, 13, 16;
259:22; 260:10; 270:19
**sometimes** 21:6; 26:9,
10; 108:4; 119:16, 20;
204:13, 14; 228:21, 23;
272:12; 286:21
**somewhere** 259:6
**son** 216:10; 217:17;
218:4
**son-in-law** 44:20; 46:13;
49:4, 6, 8; 50:2; 53:8
**soon** 57:3, 5, 24; 59:8, 21,
22; 61:19; 305:17, 25
**sorry** 6:7; 8:20; 13:8;
14:7; 18:2; 23:9; 28:5;
29:9; 36:20; 38:9; 40:23,
24; 45:2, 2; 49:7; 54:6;
57:6; 78:13, 22; 80:18;
85:6; 86:5, 19; 89:6; 91:14;
102:6; 104:5; 107:11;
111:2; 118:3; 125:19;
128:14; 130:15; 134:23;
135:5, 16; 139:21; 164:5;
165:24; 197:7; 200:15;
206:7; 214:11; 231:14;
234:2; 237:14; 243:6;
244:16, 20; 249:4; 255:19;
268:23; 276:2; 292:3;
297:25; 301:18; 302:14;
304:20, 20; 306:7
**sort** 160:2, 17; 231:21;

264:19
**sound** 45:3; 233:14
**South** 36:15
**Southampton** 286:6, 8,
10, 17, 20, 25; 287:3, 4, 5,
8, 9, 21, 24
**space** 95:15, 16, 19, 20;
211:19; 95:18
**spam** 240:3
**speak** 14:9; 145:12;
211:21; 229:4; 293:20;
85:17; 145:14; 205:5
**special** 46:22; 105:21,
25, 25
**specific** 53:22; 61:11, 24;
71:2, 9, 9, 11; 72:5, 7;
111:11; 129:8; 153:7;
209:9; 186:25
**specifically** 129:12;
184:18; 201:12
**spectrum** 230:11, 14, 15
**speculation** 30:2; 40:13;
223:11; 241:23
**speed** 48:12
**speedy** 104:13
**spell** 8:23; 13:6
**spend** 7:4; 57:15; 74:14;
75:8, 24; 82:10; 100:16;
123:24; 130:16; 131:3, 16;
149:21; 171:2; 192:21, 22;
193:2; 233:17; 240:22;
268:10; 277:5; 287:11
**spent** 25:4, 5; 46:18;
47:4; 79:16; 91:8; 92:11,
13; 100:19; 125:25; 126:4;
191:15; 192:15; 202:16;
215:23; 240:19, 23, 24;
241:4; 267:13; 276:15;
294:21; 52:14
**spoke** 36:21; 37:12;
56:17; 58:2; 61:9; 63:13;
67:5; 69:20, 21; 70:9; 78:5,
6; 82:10; 118:7; 128:18;
175:8; 195:17; 197:8;
202:15; 275:14; 276:7, 11,
11; 300:6; 305:16
**spoken** 5:2
**spoking** 185:8
**square** 84:16; 160:17
**stable** 20:5
**stage** 139:13
**stairs** 290:25
**stamp** 108:2; 121:8;
254:21, 23; 280:22;
171:13; 291:8, 9
**stand** 157:5; 195:18
**standard** 170:10; 234:9,
10, 12, 16, 17
**staple** 236:18
**start** 44:2; 58:11, 24, 25;
59:3; 60:2, 2, 10; 64:20;
67:10; 73:25; 80:22;
83:15; 86:15; 101:3, 8;
111:18; 112:13; 114:7;
115:7; 130:21, 25; 131:9,
9, 9; 148:25; 152:9, 13, 14,

17; 208:4; 261:20, 20;
5:17; 24:15; 46:17, 17;
48:10, 21; 50:21; 55:18;
57:13, 18, 21; 59:16;
64:21; 66:20; 76:9; 78:4;
93:14; 99:11; 103:18;
114:7, 15; 117:25; 128:2,
23; 139:13; 228:21;
232:13; 237:19; 261:18;
269:23; 277:7; 292:4, 7,
23, 24; 293:16; 300:15
**state** 184:2; 288:3; 4:20;
8:10; 42:7; 52:5; 154:25;
155:3, 4; 280:23; 285:16,
17, 18; 288:5
**statement** 199:18
**stay** 7:11, 15; 286:9, 16;
7:15; 8:6
**steel** 237:4, 4, 5
**step** 57:13; 144:5, 7, 8;
153:13; 169:12, 17; 184:4;
228:24, 25; 272:11, 12;
147:13
**Stephen** 45:3; 186:13;
199:7; 189:17
**Steve** 44:21; 45:6, 8, 13,
18; 46:7, 13, 25; 52:12;
118:18, 19; 174:22; 185:6;
207:5; 208:23
**Steven** 44:21; 118:24;
137:24; 143:13; 137:22
**stick** 237:5, 5
**sticker** 83:2
**still** 91:23, 25; 92:7;
99:18; 238:24; 293:12;
306:14
**stolen** 52:13, 13, 13
**stone** 53:3; 86:21, 25;
87:11, 22, 22; 88:2; 111:6
**stop** 5:22; 41:24; 55:16;
98:20, 24; 126:15, 20;
138:18; 140:21; 141:11, 15, 20;
185:20; 192:24; 193:7;
202:19; 243:17, 17;
261:16; 273:5, 19; 36:24;
50:8; 51:9; 77:25; 92:9;
97:2; 126:16, 18; 127:2;
141:17; 142:3, 24; 192:25;
210:7, 21, 22, 23; 248:24;
260:2; 261:18; 274:4, 17;
293:15
**store** 43:14, 14, 15;
41:11; 43:13
**story** 24:20; 25:11; 42:20;
44:6, 8, 13, 17; 53:6, 15;
58:15; 64:8; 69:12;
260:10; 280:2
**strategy** 9:5; 22:16
**Street** 27:9
**Strike** 294:13; 295:18;
299:5
**strong** 61:18; 113:23;
123:20; 178:11
**stuck** 67:2
**studied** 10:22
**stuff** 33:24; 86:12; 122:4,

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

4; 227:23; 239:3, 18, 21;
240:7, 9, 12, 16
**stupid** 216:6
**style** 31:3; 46:11; 47:10;
50:10, 13; 51:24, 25;
70:13; 71:10; 97:3, 6, 9;
109:13; 110:7, 7; 155:19,
20, 25, 25; 156:3, 4;
206:18; 232:19
**Subject** 12:11, 13; 162:6;
307:5
**submittal** 291:5
**submitted** 277:14;
280:24; 283:6
**submitting** 280:19
**subpoena** 239:16, 18
**Subscribed** 307:15
**substantial** 306:12
**successful** 67:23, 24;
218:5
**sued** 259:20
**suede** 135:6
**suggest** 30:7; 31:17;
201:23; 159:8; 229:8;
200:6, 6; 205:10, 13; 229:9
**suit** 68:4, 7, 9
**summer** 287:12, 13, 17
**summertime** 287:10
**Summons** 4:10, 13;
115:8, 10
**superprotective** 134:11
**Supervise** 282:16, 20,
21, 22, 14
**supposed** 44:24; 57:2;
120:19; 143:7; 213:15;
214:9, 12; 257:4, 7, 13, 19,
24; 259:23; 274:9; 300:10;
301:3, 21, 24
**Sure** 15:6; 28:17, 20, 21;
29:12, 12; 37:12; 40:16,
25, 25; 41:3; 54:8, 21;
55:13; 57:17, 17; 60:20;
62:13; 71:18, 20; 77:22;
81:16; 83:14; 86:6;
128:15; 130:22; 133:3;
142:17; 143:2; 208:23;
210:10; 220:25; 229:12;
239:13; 252:5; 253:21;
261:24; 281:9; 282:6, 24;
289:13
**surprise** 233:7; 273:11
**swear** 238:23
**sworn** 4:3; 307:15

---

**T**

**tables** 97:2
**talk** 13:24; 21:24; 37:20;
59:9; 61:3; 64:14; 66:24;
75:18, 25; 78:4; 95:21, 22;
116:17; 118:4, 5; 123:17;
128:23; 130:4; 132:8, 9,
10; 133:19; 134:15;
146:15, 18; 149:14, 18;
150:3; 153:11; 165:15;
166:25; 167:7, 8; 186:21;

191:2; 247:8, 9; 248:21,
22, 23, 24; 250:20; 262:9,
10; 280:10, 10; 282:5;
293:22; 300:15; 128:12,
16; 134:5; 153:9; 167:12;
179:16, 16; 188:18;
271:25; 6:13, 15; 18:4;
33:22; 37:19; 56:16, 17;
60:18, 19; 64:5, 5, 6; 67:6;
73:22; 76:11; 80:25; 83:3;
96:19; 98:17; 118:5;
127:21; 130:25; 153:23;
167:5; 168:19; 172:3;
178:14; 185:7; 189:25;
191:7; 222:8; 229:10;
250:14; 251:18; 253:16;
270:10, 11; 276:4; 300:22;
302:6
**taste** 23:23, 25; 24:2;
30:19, 20; 43:3, 5; 46:11;
51:25; 52:2, 3
**team** 217:18
**technical** 55:11, 12;
75:13; 122:4; 151:7, 7;
167:13; 248:25; 249:3;
281:15
**telling** 230:3; 297:23
**tells** 67:14; 92:3
**Tempora** 31:24; 216:21,
22, 23; 222:18, 25, 25;
223:2, 7, 9, 14; 222:22
**ten** 24:17; 37:18; 46:15;
64:20; 170:23; 240:22, 22;
247:4; 274:2; 302:25
**tenant** 257:23; 258:20
**tens** 92:16
**term** 147:24; 148:3;
35:15, 16; 121:24, 25
**terminate** 98:9; 136:14,
16; 140:4, 13; 141:7;
185:14, 17, 18, 20; 187:9,
19; 188:15; 272:13; 99:4,
10; 132:20; 133:24, 25;
134:19; 184:13; 219:15,
18; 255:3, 6
**terminating** 187:21;
296:21
**termination** 272:2
**testified** 4:4; 63:9; 80:4;
86:12; 87:13; 113:25;
141:2; 146:21; 157:5;
187:7; 205:6, 14; 207:19;
220:11, 15; 233:8; 251:3;
263:16
**testify** 220:25; 165:18
**testimony** 4:25; 5:11;
12:10; 16:20; 55:3; 80:9;
145:20; 152:24; 188:21;
198:15; 229:14; 307:3
**Thanks** 189:8, 23;
265:11, 12
**thick** 52:25
**thinking** 122:16; 184:20;
264:9
**Third** 5:15; 43:15; 74:19,
19; 144:20; 199:13, 14
**though** 5:3; 227:8;

258:22; 265:15
**thought** 19:20; 46:14, 14;
51:10; 229:16; 263:23;
264:10, 11; 265:24;
208:10; 289:12
**thousand** 43:12; 131:11,
12; 174:2
**threatening** 208:12
**Three** 6:22, 22, 25; 7:9;
45:16; 47:18, 19; 48:16;
50:7, 7, 7; 56:11; 57:16;
62:17, 23; 64:13; 67:3, 9,
25; 68:12; 70:2; 71:17;
80:11, 12, 13, 25; 92:22;
94:4; 95:8, 12; 97:21;
102:22; 126:15, 17, 19;
155:7; 215:19; 253:5;
287:9
**three-page** 209:16
**throughout** 133:10
**ticker** 82:20
**tiles** 191:5
**times** 18:10; 36:3, 22;
37:15; 46:15; 63:6; 88:23;
93:13, 19; 95:2; 102:23;
113:11; 138:18, 18; 155:7;
204:21; 209:23; 233:11;
240:23, 25; 247:4; 275:6;
276:7, 10; 290:3; 303:6,
13, 15
**tired** 233:20; 234:3
**today** 4:25; 5:19; 6:6;
11:16; 18:4; 28:22; 60:23;
82:19; 111:20; 114:2;
116:8; 122:23; 129:7;
131:23; 133:11; 148:14;
160:24; 164:10; 172:20;
195:13, 20; 207:20;
216:25; 229:3; 240:9, 11,
12; 253:18; 254:17;
264:25; 114:23
**together** 10:20; 17:11,
16; 18:9; 46:9; 63:14, 18;
68:13; 73:25; 95:14;
215:3, 9; 233:17; 284:15;
299:14
**toilet** 68:23; 191:5; 300:7
**told** 17:8; 23:10, 24; 46:9;
52:11; 58:5, 8, 22; 63:13;
70:22; 73:9; 87:6; 90:24;
92:9, 10; 93:13, 14; 95:4,
7; 96:5, 7; 110:17; 134:24;
135:16; 136:25; 139:6;
179:13; 198:20; 207:7;
208:5, 6; 231:8; 236:3;
241:24; 247:4; 266:9, 18;
277:7; 281:12, 13; 292:10;
293:16; 300:4; 301:12, 16;
302:21
**tomorrow** 58:17; 60:12,
13; 110:12; 197:11
**tons** 25:16; 108:7
**took** 77:13; 79:6, 6, 23;
80:4, 7; 81:2; 87:14; 90:21;
95:6; 100:17; 113:9;
192:25; 214:24; 215:14,
15; 219:21; 231:2; 232:2;
296:13

**top** 12:8; 41:14; 87:11;
125:3; 209:20; 212:20, 21;
213:12; 226:16
**total** 8:13; 123:23; 127:5;
191:13; 261:3; 301:8
**totally** 71:24; 129:13, 14;
244:4
**touch** 44:2; 53:13; 69:7,
15; 70:2; 139:7, 7, 8
**towards** 282:7
**tracks** 124:18
**tradition** 170:20
**transcript** 12:4; 18:15;
49:24; 307:4
**translate** 133:14, 18;
138:7; 200:3; 247:3
**translation** 298:13
**translator** 214:18
**transportation** 155:2
**Triarch** 31:12; 34:5, 12;
35:10, 12; 36:7, 10, 25;
37:22; 42:15; 43:24;
44:20; 53:25; 54:18, 24;
55:25; 57:13; 59:17, 17,
24; 60:25; 61:10, 23; 62:5,
10; 63:7, 11; 66:11, 14, 17,
24; 68:18; 69:18; 70:7, 22;
71:3; 72:15; 77:4, 5, 13,
14, 25; 78:5, 12; 80:6, 21;
81:13; 85:5, 6, 6, 8, 11;
88:6; 92:13, 20; 94:15, 16;
95:17; 96:8, 15, 15; 97:17;
98:9; 100:15; 101:11, 11,
14; 108:15, 24; 109:6, 7, 8,
11, 24; 110:5, 13, 16;
111:3, 5, 17; 112:8, 12, 13,
20, 21, 23; 113:10, 11, 14;
114:3; 118:17; 120:23;
121:20; 122:2, 5; 123:13;
127:14, 16, 20; 128:7, 13,
16; 129:16; 132:6, 19;
133:23, 25; 134:18, 18, 20,
23; 135:11, 13; 136:12, 14,
17; 137:9, 21; 138:2, 12,
15, 18; 139:5; 140:5, 13,
22; 141:12; 142:8, 10, 19;
143:2, 7, 13, 17; 145:24;
146:4; 149:23; 152:8;
153:7, 14, 18, 20, 25;
154:13; 155:14; 157:12;
158:21, 23, 24; 159:2, 5,
19; 160:6, 6; 161:7, 12, 12,
16, 17, 19, 21, 23, 24;
163:8, 14, 22, 23; 164:7,
12; 167:17, 19, 19, 23, 25;
168:2, 3, 10; 172:3, 14, 17,
22; 177:5, 19; 179:4, 19;
180:13, 16; 182:3, 3, 7;
183:10, 13, 15, 21; 184:9,
13; 185:14, 17, 18; 187:9,
19, 22; 188:17; 189:18;
190:24; 191:23; 192:3, 14;
193:8; 194:17; 195:23;
196:16, 18; 198:16;
199:14, 19, 21; 200:7, 17,
21; 201:5, 16; 202:2, 20;
203:6; 207:19; 214:25;
215:3, 6, 9, 11, 11, 14, 17,
21, 22, 24, 24; 216:2, 3, 5,

6; 218:24, 25; 219:5, 17,
18; 220:12, 20; 232:2, 13;
240:19, 22, 25; 241:3, 6,
19; 242:2; 243:17; 244:23;
245:21, 25; 246:9; 253:7,
18; 255:3, 6, 25; 256:5, 9;
259:20, 21; 260:2; 261:11,
16, 25; 262:5, 10, 10, 12,
18, 21; 263:4, 6, 8, 9, 21,
23, 24, 25; 264:3; 270:12,
12, 21; 272:2, 3, 6, 6, 11,
18, 20; 275:8; 277:25;
278:25; 279:4; 290:5, 7, 8;
291:15, 16, 18, 20; 292:5,
11, 14, 22, 23, 25; 293:4,
5, 11, 16, 19; 294:2, 4, 5, 6,
7, 9, 9, 14, 15; 295:2, 8, 8;
296:12, 13, 21, 25; 297:14,
18, 23; 298:5, 18, 18, 25;
300:4, 6, 13, 16; 301:3, 24;
302:3; 303:7, 14; 56:14;
76:14; 78:19, 24; 132:3, 5;
134:24; 135:5; 138:24;
142:22; 143:12; 155:11,
15; 159:3; 160:9; 162:3;
167:15; 209:10, 13; 255:7,
10, 16; 269:4; 278:8;
279:2; 280:6; 294:19;
295:3, 12, 22; 296:6
**tried** 24:2; 39:25; 62:8;
76:6; 98:11; 109:25, 25,
25; 110:3, 4; 148:23;
202:9; 205:23; 206:6;
216:14, 16; 225:11, 20, 23;
231:9; 260:13; 279:17, 17
**trouble** 210:19
**true** 26:18; 199:18; 201:7;
243:14; 254:17; 282:6;
307:4
**trust** 9:23, 24; 254:14, 15,
16
**truth** 135:17
**try** 5:9; 33:8, 8; 39:23, 23;
42:10; 44:15; 61:17;
76:10; 77:12; 127:6;
139:24; 155:8; 208:25;
215:22; 228:23; 231:8;
238:14; 260:13; 267:25
**trying** 33:14; 41:25;
57:17; 138:6; 205:25;
206:3, 5; 210:17; 220:10;
298:8, 11; 300:20
**tumbling** 272:9
**turn** 33:19; 133:9; 144:19,
20; 242:10; 245:11;
283:20; 241:3; 147:4;
237:21
**TV** 84:21
**two** 6:24; 8:18, 25; 24:12,
13; 47:18, 19; 50:19;
55:22; 64:13; 67:25;
68:12; 71:17; 74:6, 11;
75:9, 10, 10; 82:5; 93:13;
95:17; 108:19; 113:11;
139:4; 140:21; 159:25;
171:3; 178:5; 179:17;
182:24; 186:21; 190:15;
191:3; 208:8; 215:18;
218:11; 222:13; 226:25;

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

Vladimir Voronchenko
Vol. 1, June 7, 2012

227:3; 233:11; 236:23;
255:25; 256:10, 20, 22;
290:3, 24
**two-page** 182:17; 218:7
**type** 103:23; 106:8;
135:2, 2, 3; 231:21, 22
**typical** 20:5; 29:20; 73:5;
86:24; 87:4; 108:11, 12;
109:5; 129:23; 131:10, 23;
155:22, 22; 232:19

# U

**U.S** 39:21
**Ukraine** 26:12
**Ukrainian** 10:19
**Uliana** 285:11
**ultimately** 41:16; 73:10;
269:5
**um-hmms** 5:6
**unbelievable** 31:9
**uncomfortable** 49:15;
259:10
**under** 4:4; 12:5; 143:5, 8;
165:6
**underneath** 208:9
**understandable** 59:14
**understands** 54:10;
142:18; 161:9; 165:19;
301:20
**understood** 14:18;
28:14; 32:15; 34:4; 48:20;
49:12; 50:5; 53:19; 62:15,
17; 78:7; 79:4; 97:17;
103:19; 119:24; 127:14;
156:5; 205:20, 20; 214:24;
232:14; 245:17; 263:19;
305:21
**unfair** 194:19
**unfortunate** 289:24
**Unfortunately** 11:14;
148:15; 306:10, 18
**unhappy** 187:16; 208:12
**United** 4:20; 8:10; 42:7;
52:5; 154:25; 155:3, 4;
280:23; 285:16, 17, 18;
288:5
**Unitrade** 265:21, 23, 23,
24, 25; 266:6
**unless** 11:18; 83:10; 92:3
**unpleasant** 53:16
**unsure** 5:21
**unusual** 16:25; 61:6;
221:5; 300:18
**up** 14:9; 22:15
**upper** 36:6, 7; 47:5
**upset** 188:9; 223:4;
228:15, 18; 305:2, 3, 6;
306:8
**upstairs** 35:24; 58:3, 9;
72:14; 80:19; 96:11, 12
**use** 72:23; 73:9, 12, 16;
81:19; 85:11; 86:13; 93:4,
13; 94:8; 95:3, 3, 3; 96:7;
106:3, 9, 10; 111:21;

113:19; 133:9, 10, 23;
137:9; 154:15; 166:4;
179:24; 236:5; 246:23, 24;
277:7; 284:2; 289:6;
293:12; 294:9; 296:3;
297:23; 298:5, 22, 23;
305:21, 23; 306:3
**used** 32:13; 41:13; 54:5;
77:13; 79:7, 10, 24; 80:5,
7; 93:13; 95:4, 4; 106:8;
135:17, 17; 159:5; 160:8;
166:20; 223:8, 16; 224:5;
246:19; 286:19; 294:14,
15
**using** 132:21; 134:18;
173:6; 229:9; 255:7
**usual** 58:16; 60:13; 99:3,
3; 100:8; 124:20; 131:6, 8;
193:5; 207:6; 269:21
**usually** 58:16

# V

**V-E** 13:8
**V-E-N-G-E** 180:11
**V-E-X-S-E-L-B-E-R-G**
13:7
**V-U-C-K-O-V-I-C** 168:6
**vanity** 191:5
**variance** 157:24
**various** 53:21
**vases** 124:18
**Vek** 13:8
**Vekselberg** 13:5, 7, 8, 9,
13; 14:13; 15:7; 16:18, 21;
17:14, 20; 22:20, 23, 24,
25; 28:10, 23; 31:6, 21;
38:22; 206:9; 266:5, 8;
13:15
**venge** 180:9, 9, 11, 12
**verify** 83:5, 6
**version** 119:19
**Victor** 13:9; 17:19; 24:14
**view** 21:12; 204:15
**Village** 155:25
**visible** 174:6
**visit** 37:10; 43:12; 155:7;
232:21; 275:14; 276:9;
287:4, 8
**VLADIMIR** 4:2; 45:20;
75:16; 114:22; 115:2;
157:4; 159:10; 189:7, 19;
192:9; 197:8; 208:10, 17;
301:12; 304:11; 307:12
**VORNCHENKO** 157:4
**VORONCHENKO** 4:2,
17; 83:14; 87:8, 20;
114:22; 115:3, 11, 13;
116:5; 117:8; 118:22;
119:2, 6; 120:17; 121:9;
122:15; 123:10, 12; 175:2,
8, 13, 24; 176:7; 177:10;
199:9; 212:8; 216:9;
222:15, 17; 225:13;
241:14; 289:19; 307:12
**Vuckovic** 168:4, 7, 7;

175:20; 195:3; 202:14, 14;
218:15; 222:16; 267:19;
272:25; 273:8, 24; 274:7;
275:3, 4; 280:17; 281:3, 4,
7, 7; 282:13, 14, 19; 283:4,
11, 11; 292:22

# W

**wait** 19:24; 58:10; 97:25;
104:7; 130:24; 157:16;
171:20; 188:20; 212:25;
243:21; 249:6; 300:7;
130:11
**wall** 47:14; 55:20; 56:10;
67:17, 17; 71:11, 12; 84:7,
12, 14, 15; 95:5; 125:21;
151:12; 160:14, 24;
173:13, 13, 18; 176:20;
177:21; 178:2; 181:4;
248:9; 255:22, 23; 278:20;
292:8; 43:4; 52:11; 56:12;
69:11; 84:13, 21; 91:6, 7;
92:22; 93:3, 6, 7, 15, 21;
94:3, 6, 7, 11; 95:8;
105:24; 125:23; 131:17;
173:18; 181:11; 191:10;
193:18; 221:11; 234:19;
252:14, 16, 16; 256:19;
269:24
**wallpaper** 172:6, 7;
173:24, 25, 25; 191:7;
174:2, 4
**wants** 6:8; 37:3; 59:14;
89:24; 105:9; 117:15;
131:3; 137:7, 10; 138:11,
13; 140:19; 142:16; 151:3,
3; 194:4, 10; 268:24;
295:9, 11; 298:2, 3, 15;
302:3
**waste** 129:11; 131:4
**wasting** 222:4
**way** 36:18; 43:10, 24;
65:4; 67:21; 78:15, 25;
81:20; 82:25; 83:2;
103:18; 108:10; 110:14;
129:4; 153:15; 159:6;
168:24; 170:11; 171:8;
176:11, 19; 181:17;
188:19; 198:12; 202:7;
203:3; 222:6; 229:24;
231:10; 233:24; 248:7, 13;
250:8; 252:2; 254:13;
262:17; 280:19
**weak** 97:16; 103:13
**website** 46:25; 55:25;
72:13; 161:23, 24; 162:3,
8, 17, 22; 163:3, 9, 19;
165:2; 180:23
**week** 47:18, 18; 268:10;
8:15; 47:19, 19; 104:15;
171:3; 208:8; 220:17;
231:5; 287:9, 10
**weight** 25:15, 16
**well-known** 14:17
**weren't** 302:13
**Wesley** 289:19
**West** 10:19

**whatsoever** 153:7
**Whereupon** 156:8
**white** 43:4; 172:9, 9;
232:23
**whole** 39:18; 53:2; 63:16;
64:11, 15; 65:3, 5, 11, 25;
69:14, 21, 21, 22; 70:9, 12,
13, 23; 71:12, 21, 22; 72:3;
73:24; 74:7, 8; 75:23;
94:21, 21, 22, 23, 23, 24;
104:15; 122:24; 127:22;
130:16; 144:10; 149:8;
151:16; 152:21; 153:12;
173:19; 180:4, 5, 7, 12;
244:3; 247:5, 12, 13;
252:11; 269:23; 280:5;
296:6; 300:8; 301:21;
303:11
**Whose** 194:22
**wife** 8:18; 26:6; 52:11;
208:7; 209:4; 271:21;
8:19, 21; 304:18
**willing** 191:18
**wind** 246:12
**windows** 238:10
**wine** 189:8, 23; 190:7, 8,
10
**Wise** 199:7; 203:12;
217:3, 4; 239:4; 296:17,
20, 25; 297:18
**withdraw** 17:23; 271:12;
303:2
**Withdrawn** 9:14; 29:14;
43:19; 60:22; 66:10;
73:11; 98:7; 99:8; 105:2;
123:11; 184:10; 191:21;
230:6; 301:2
**within** 220:16
**without** 98:20; 152:15;
168:15; 169:5, 5, 7, 9;
170:3, 16; 171:9; 178:16,
16; 183:15; 184:16;
186:25; 216:14, 15;
256:24; 270:4; 280:25;
281:2, 2; 306:4
**WITNESS** 6:10, 14; 8:12;
9:4; 21:21; 34:17; 44:11;
49:3, 9, 14, 17; 60:17;
76:21; 79:20; 83:22;
85:16; 87:13; 89:11; 90:5;
96:22; 98:3; 104:25;
108:6; 114:19; 115:12;
116:15; 118:11, 14; 121:7;
123:3; 147:14; 177:15, 19;
198:10; 207:14, 17; 251:9;
258:13; 262:19; 265:9, 16;
268:23; 269:10; 271:14;
298:20, 24; 299:2, 23;
301:18, 23; 304:4, 8, 14,
20; 306:7; 307:2
**wondering** 141:5;
214:10
**wood** 47:13; 65:14;
72:23, 23, 24; 73:6; 135:2,
3, 7, 9, 10, 11; 136:11;
172:9, 9; 180:8, 8, 9, 9, 11,
12; 225:25; 226:3, 6, 23;
232:23; 249:17, 23, 23;

250:3; 278:16, 19, 22
**word** 54:5; 106:3, 5, 7, 9;
194:14; 5:7; 23:18; 106:9;
147:8; 226:19; 263:18
**work** 15:22; 30:22, 25;
31:18; 33:23; 34:2; 36:4,
24; 38:17; 39:10, 22; 42:5;
45:22; 46:15, 17, 18;
47:10, 16; 50:8; 51:9, 17;
60:3, 10; 77:4; 80:22;
92:10; 93:14; 97:2; 100:2;
103:14, 20; 112:13; 132:3,
5; 137:4, 6, 16, 21; 138:15,
18; 140:21; 141:11; 142:3,
9, 11, 14, 24; 153:8;
154:14; 155:18; 158:2, 13,
16; 172:25; 183:15;
185:20; 192:25; 193:7, 8;
194:19; 198:12; 202:19;
215:6; 216:4, 5, 11; 219:5;
220:16; 230:10, 11;
232:13, 17, 18; 242:2;
261:16; 268:15; 272:11;
273:10; 285:25; 286:2, 3;
287:19; 292:4, 23, 24;
293:15, 16; 297:2; 300:10;
301:3; 311:1, 13; 34:8;
35:23; 39:8, 11, 14, 16;
56:15; 62:10, 18; 78:5;
152:8; 158:5; 203:22;
215:10; 220:4; 270:14;
272:14; 293:14; 299:18;
301:4; 17:11; 38:20;
39:21; 56:13; 59:16; 65:2,
3, 21; 66:11, 15, 17; 78:2;
101:8; 109:13; 123:14;
126:16, 18, 20; 137:9, 25;
158:7; 167:4; 203:19, 20,
23, 24, 25; 210:22, 23;
217:6; 228:6; 244:23;
269:13, 19; 273:6; 280:23;
292:7; 300:4; 301:25, 25;
198:19; 208:9; 220:5;
285:2, 3
**world** 22:15; 58:17; 73:4
**worry** 61:21, 25; 62:3
**wound** 223:15
**write** 72:21; 83:9, 10, 21;
135:3; 145:13
**writing** 145:15; 297:14,
22, 23
**written** 201:9
**wrong** 22:22; 23:23; 48:8,
8, 9; 73:14; 140:25;
155:23; 194:18; 224:19;
227:18, 19

# Y

**year** 6:22, 23, 23, 24, 24,
25; 28:4, 6; 55:20; 58:18;
62:11, 14; 63:14, 16, 21,
21; 99:3; 101:13; 102:3, 5,
8, 13, 14, 15, 16; 103:24;
142:4, 4; 229:3; 287:10,
10; 51:18; 17:10, 10;
19:12, 13; 20:7, 7, 8, 8;
21:11; 24:17; 26:15, 19,
23; 29:22; 44:19; 45:16;

Vladimir Voronchenko
Vol. 1, June 7, 2012

Triarch Architectural Services, P.C. v.
Medallion Inc., et al.

48:13; 51:17; 59:15; 62:9,
10; 69:24; 73:8, 8; 86:25;
87:4; 88:17; 95:9; 101:5,
25; 108:11; 126:15, 17, 19;
166:10; 170:23; 185:8;
218:6; 228:6; 233:12, 20;
259:4; 265:6, 7; 276:11;
286:11, 14, 24; 287:2, 7;
288:11, 16; 289:6; 305:24

**Yep** 158:14

**yes-or-no** 134:12, 14;
135:25

**yesterday** 55:24, 24;
59:11; 86:21; 87:14;
157:16; 162:11, 12, 15

**York** 6:20, 21; 7:4, 5, 7,
10, 15; 25:7, 10; 26:4, 8,
10, 11, 15, 16; 27:11;
30:21; 34:25; 35:8; 37:8,
13; 44:19; 103:20, 20, 23;
104:3, 4; 154:8, 11;
155:22, 24; 161:25; 184:2;
218:16, 22; 223:5; 232:11;
234:18, 23; 258:5; 261:6;
275:4, 5; 277:15; 285:12,
15; 288:3, 7, 10, 16, 20,
23; 289:2