**EXHIBIT S**



## SCOPE OF DEMOLITION WORK:

### PRE-ENTRY/ HALLWAY #1
1. REMOVE STONE FINISH FLOOR THROUGHOUT
2. REMOVE BASE AND CROWN MOLDING
3. REMOVE WALL COVERING
4. REMOVE PARTITION AS INDICATED ON PLAN
5. DISCONNECT AND REMOVE CLG MOUNTED VENT AND RELATED DUCT WORK.
6. REMOVE SUSPENDED CLG AS PER PLAN

### FOYER
1. REMOVE WOOD FLOOR
2. REMOVE BASE AND CROWN MOLDING
3. REMOVE PARTITION AS PER PLAN
4. DISCONNECT AND REMOVE ELEC. OUTLET DESIGNATED TO BE REMOVED (R) RELOCATE SWITCHES
5. REMOVE SUSPENDED CLG AS PER PLAN

### LIVING ROOM
1. REMOVE WOOD FLOOR
2. REMOVE BASE AND CROWN MOLDING
3. REMOVE PARTITION AS PER PLAN
4. DISCONNECT AND REMOVE ELEC. OUTLET DESIGNATED TO BE REMOVED (R) RELOCATE SWITCHES
5. REMOVE DECORATIVE F/P

### DINING ROOM
1. REMOVE WOOD FLOOR
2. REMOVE WOOD PANELING (WAINSCOT) THROUGHOUT, REMOVE BASE AND CROWN MOLDING

### KITCHEN
1. NO WORK

### LIBRARY
1. REMOVE BASE AND CROWN MOLDING
2. REMOVE PARTITION AS PER PLAN
3. DISCONNECT AND REMOVE ELEC. OUTLET DESIGNATED TO BE REMOVED (R) RELOCATE SWITCHES
4. REMOVE WOOD FLOOR

### BED ROOM #1
1. REMOVE BASE AND CROWN MOLDING
2. REMOVE PARTITION AS PER PLAN
3. DISCONNECT AND REMOVE ELEC. OUTLET DESIGNATED TO BE REMOVED (R) RELOCATE SWITCHES

### BED ROOM #2
NO DEMOLITION WORK, SEE CONST. PLAN

### BED ROOM #4
NO DEMOLITION WORK, SEE CONST. PLAN

### ALL BATH ROOMS
REMOVE AND REPLACE ALL FLOOR TILES
WALL TILES
ALL FIXTURES WITHIN EXISTING ROUGHING
SAME LOCATION
SEE SPECIFICATIONS FOR NEW TILES
PLUMBING FIXTURES, FITTINGS, FAUCETTS, ETC.

## EXISTING CONDITIONS / DEMOLITION PLAN   1/4" = 1'-0"
NO ELECTRICAL WORK UNDER THIS APPLICATION.

### DEMOLITION NOTES

WHERE PARTITIONS ARE DESIGNATED TO BE REMOVED, FINISH WOOD FLOOR SHALL BE PATCHED AND FINISHED W/ WD FLOOR TO MATCH EXISTING.
PARTITION SHALL BE PATCHED AND PREPARED FOR FINISH WORK
WOOD BASE AND CROWN MOLDING SHALL BE PATCHED OR REPLACED

WHERE EXISTING WOOD FLOOR IS DESIGNATED TO REMAIN, FLOOR SHALL BE SANDED AND RE-FINISHED AS PER SPECIFICATIONS.

REMOVE ENTIRE WOOD FLOOR TO SUB-FLOOR THROUGHOUT FOYER, LIVING ROOM LIBRARY, AND DINING ROOM.

ALL BATHROOM FIXTURES (BATH TUB, LAVATORIES, TOILETS, TOWEL BARS ACCESSORIES, ETC. TO BE REMOVED AND REPLACED ( SEE NEW FIXTURES SPECIFICATIONS ) . ALL FLOOR AND WALL TILES ( EXCEPT FOR MASTER BEDROOM SHOER) SHALL BE REMOVED AND REPLACED. SEE SPECIFICATIONS.

ALL THERMOSTATS, DECORA SWITCHES AND OUTLET PLATES TO BE REPLACED SEE SPECIFICATIONS FOR NEW THERMOSTATS, SWITCHES AND PLATES.

ALL WINDOW SEATS TO BE RE-UPHOLSTERED W/ FABRIC AS SELECTED.

## LEGEND

| Symbol | Description |
|---|---|
| | EXIST'G WALL/ PARTITION |
| | NON-LOAD PARTITION TO BE REMOVED |
| | NEW NON-RATED PARTITION, SEE DTL |
| | NEW 2 HOUR RATED PARTITION, SEE DTL |
| ⊕ | DUPLEX ELECT OUTLET 12-16" AFF UNLESS NOTED R= DISCONNECT AND REMOVE N= NEW OUTLET |
| $ | ELECT. SWITCH R- REMOVE, N = NEW SWITCH |
| ◀ | TELEPHONE R= DISCONNECT AND REMOVE N= NEW |
| ▭ | DATA/ CABLE OUTLET |
| — | THERMOSTAT REL= RELOCATE |
| ● | CLG MTD JUNCTION BOX |
| ⊠ | MECH/HVAC |
| ▣ | RECESSED LIGHT FIXTURE, BY POULSEN OR EQ. |

PARK AVENUE

PLOT PLAN NTS
BLOCK: 1394
LOT: 7501

WORK AREA 21ST FLOOR

EAST 60TH STREET

### EXISTING DOOR SCHEDULE
NEW DOORS TO MATCH EXIST'G
① 2'-11"X7'-11" \SCWD
② 2'-9"X7'-11" \SCWD
③ 2'-9"X6'-11" \SCWD

ALL EXIST'G DOORS DESIGNATED TO BE REMOVED SHALL BE SAVED AND PROTECTED FOR FUTURE RE-USE.
REMOVE AND SAVE ALL DOORS HARDWARE,
REPLACE AS SPECIFED.
PROVIDE NEW DOORS TO MATCH EXISTING CORRESPONDING TO THE DOOR NUMBER, SEE CONSTRUCTION PLAN

ACCEPTABLE FOR PERMIT
UNDER DIRECTIVE NO. 14/1975
AUG 10 2009
JERZY MASSLOWICZ, R.A.

Garth Hayden Architect
architecture
planning
interior design
250 West 57th Street,, New York, N.Y. 10107 . 212/ 957-9570

515 PARK AVENUE, 21ST FLOOR








A-1

GH 0149





REFLECTED CEILING PLAN    1/4" = 1'-0"



## NEW DOOR SCHEDULE

1. 3'-0" X 7'-11" 1HR FPSC
2. 3'-0" X 7'-11" 2HR FPSC W/PANIC HARDWARE
3. 2'-9"X7'-11"SCWD
4. 2'-9"X6'-11"SCWD

ALL EXIST'G DOORS DESIGNATED TO BE REMOVED SHALL BE SAVED AND PROTECTED FOR FUTURE RE-USE.

REMOVE AND SAVE ALL DOORS HARDWARE, REPLACE AS SPECIFED.

SADDLES:

SADDLES AT APARTMENT ENTRY AND STAIR ENTRY TO BE OF FIRE PROOF MATERIAL

SADDLES AT ALL BATHROOM DOORS TO BE BEVELED STONE AND AT LEAST 1/4" TO 1/2" HIGHER THEN THE "WET" FLOOR SURFACE.

LEGEND:
- = RECESSED LIGHT FIXTURE, BY POULSEN OR EQ.
- = NEW SWITCH
- = NEW 2WAY SWITCH
- = EXISTING SWITCH
- = EXISTING DUPLEX RECEPTACLE
- = NEW DUPLEX RECEPTACLE
- = EXISTING QUAD RECEPTACLE
- = EXISTING THERMOSTAT
- = EXISTING WALL MOUNTED TELEPHONE OUTLET BOX
- = WALL MOUNTED CABLE JACK BOX
- SD/CM = COMBINED SMOKE DETECTOR AND MONOXIDE DETECTOR

NOTE: "HARDWIRED CARBON MONOXIDE DETECTORS COMPLYING WITH RS 17-13 AND INSTALLED IN ACCORDANCE WITH 17-14 SHALL BE PROVIDED IN EVERY DWELLING UNIT WITHIN 15 FEET OF THE PRIMARY ENTRANCE TO EACH BEDROOM," AND GROSS FLOOR AREA.

PROVIDE SMOKE DETECTORS ON EACH FLOOR AS PER BC-27-979. A MAXIMUM OF 15' FROM EVERY BEDROOM DOOR SHOULD BE OBSERVED. ALSO, PROVIDE SMOKE DETECTOR INSIDE OF ALL UTILITY ROOMS IN CELLARS.



1. SOFFIT DETAIL
2. SOFFIT DETAIL



CLEAR FLOOR SPACE AT WATER CLOSETS



LAVATORY CLEARANCES



CLEAR FLOOR SPACE AT LAVATORIES

TYPICAL BATHROOM LAYOUT

AMENDED PLAN



Garth Hayden Architect
250 West 57th Street, New York, N.Y. 10107. 212/957-9570
architecture planning interior design

515 PARK AVENUE, 21ST FLOOR

AUG 1 0 2009
JERZY MAKSYMOWICZ, R.A.

A-3

GH 0151

## MASTER BEDROOM ELEVATIONS



## LIBRARY ELEVATIONS



AMENDED PLAN



CLEAR DOORWAY WIDTH AND DEPTH AS PER 4.13 OF ANSI A117.1-1986

MANEUVERING CLEARANCES AT DOORS AS PER 4.13.6 OF ANSI A117.1-1986



Garth Hayden Architect
250 West 57th Street, New York, N.Y. 10107 . 212/957-9570
515 PARK AVENUE, 21ST FLOOR

A-4



